AO 241
(Rev. 12/04)

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA
2006 OCT 11 PM 1:04

| United States District Court | District: MIDDLE DISTRICT OF LOUISIANA |
|---|---|
| Name (under which you were convicted): ALBERT WOODFOX | Docket or Case No.: 06-789-JJB-CN |
| Place of Confinement: LOUISIANA STATE PENITENTIARY, ANGOLA, LOUISIANA | Prisoner No.: 72148 |
| Petitioner (include the name under which you were convicted) ALBERT WOODFOX | v. | Respondent (authorized person having custody of petitioner) BURL CAIN, Warden |

The Attorney General of the State of LOUISIANA

# PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   TWENTY-FIRST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA, AMITE, LOUISIANA

   (b) Criminal docket or case number (if you know):   68933

2. (a) Date of the judgment of conviction (if you know):   12/16/1998

   (b) Date of sentencing:   2/23/1999

3. Length of sentence:   LIFE

4. In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case:
   SECOND DEGREE MURDER

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty        ☐ (3) Nolo contendere (no contest)
   ☑ (2) Guilty            ☐ (4) Insanity plea

-1-

AO 241
(Rev. 12/04)

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

    (c) If you went to trial, what kind of trial did you have? (Check one)

        ☑ Jury     ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☑ Yes     ☐ No

8. Did you appeal from the judgment of conviction?

    ☑ Yes     ☐ No

9. If you did appeal, answer the following:

    (a) Name of court:     LOUISIANA COURT OF APPEAL, FIRST CIRCUIT

    (b) Docket or case number (if you know):     99-KA-2102

    (c) Result:     AFFIRMED

    (d) Date of result (if you know):     6/23/2000

    (e) Citation to the case (if you know):     unpublished

    (f) Grounds raised:
21 grounds raised. See exhibits.

    (g) Did you seek further review by a higher state court?     ☑ Yes     ☐ No

        If yes, answer the following:

        (1) Name of court:     SUPREME COURT OF LOUISIANA

        (2) Docket or case number (if you know):     2000-K-2225

        (3) Result:
            PETITION DENIED

        (4) Date of result (if you know):     6/15/2001

AO 241
(Rev. 12/04)

    (5) Citation to the case (if you know):

    (6) Grounds raised:
        Same as on direct appeal

  (h) Did you file a petition for certiorari in the United States Supreme Court?  ☑ Yes  ☐ No

    If yes, answer the following:

    (1) Docket or case number (if you know):   01-6307

    (2) Result:
        PETITION DENIED

    (3) Date of result (if you know):   11/13/2001

    (4) Citation to the case (if you know):   534 US 1027

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☑ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court:   TWENTY FIRST JUDICIAL DISTRICT COURT

    (2) Docket or case number (if you know):   68933

    (3) Date of filing (if you know):   10/30/2006

    (4) Nature of the proceeding:   POSTCONVICTION APPLICATION

    (5) Grounds raised:
        BRADY, NAPUE, CONFRONTATION CLAUSE, INEFFECTIVE ASSISTANCE OF COUNSEL, GRAND JURY DISCRIMINATION & MISCONDUCT, PROSECUTORIAL MISCONDUCT

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
    ☐ Yes  ☑ No

    (7) Result:   RELIEF DENIED

    (8) Date of result (if you know):   10/24/2004

AO 241
(Rev. 12/04)

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☐ No

    (7) Result:

    (8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:    ☑ Yes    ☐ No

    (2) Second petition:    ☐ Yes    ☐ No

    (3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**
1) THE STATE KNOWINGLY PUT ON FALSE TESTIMONY, 2) THE STATE WITHHELD EXCULPATORY EVIDENCE, 3) THE STATE VIOLATED THE PETITIONER'S RIGHT OF CONFRONTATION, 4) INEFFECTIVE ASSISTANCE OF COUNSEL; 5) UNCONSTITUTIONAL GRAND JURY

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
SEE ATTACHED MEMORANDUM.

(b) If you did not exhaust your state remedies on Ground One, explain why:
THESE ISSUES HAVE ALL BEEN EXHAUSTED ON DIRECT APPEAL OR IN STATE POSTCONVICTION PROCEEDINGS AS EXPLAINED IN THE ATTACHED SUPPORTING MEMORANDUM.

AO 241
(Rev. 12/04)

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☑ Yes   ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:
    NO

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

AO 241
(Rev. 12/04)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

CLAY J. CALHOUN, JR., Clinton, LA; BERT GARRAWAY, Baton Rouge, LA

(b) At arraignment and plea:
same as above

(c) At trial:
same as above

(d) At sentencing:
same as above

(e) On appeal:
KATHY FLYNN SIMINO, Baton Rouge

(f) In any post-conviction proceeding:
NICHOLAS J. TRENTICOSTA, New Orleans; SCOTT P. FLEMING, Oakland, CA

(g) On appeal from any ruling against you in a post-conviction proceeding:
Same as above

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

THIS PETITION IS TIMELY UNDER THE AEDPA, AS EXPLAINED IN THE SUPPORTING MEMORANDUM

AO 241
(Rev. 12/04)

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

GRANT HABEAS RELIEF

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

_____
[insert appropriate court]

\* \* \* \* \*

- 7 -

%JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ALBERT WOODFOX

### DEFENDANTS
BURL CAIN, Warden, & The Attorney General of Louisiana

(b) County of Residence of First Listed Plaintiff   West Feliciana
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   West Feliciana
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Christopher A. Aberle, P.O. Box 8583, Mandeville, LA  70470-8583
985-871-4084

Attorneys (If Known)
Mimi Hunley, Julie Cullen, Office of the Attorney General, P.O. Box 94095, Baton Rouge, LA 70802

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1   U.S. Government Plaintiff
- ☒ 3   Federal Question (U.S. Government Not a Party)
- ☐ 2   U.S. Government Defendant
- ☐ 4   Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☒ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 2254

Brief description of cause:
Federal Habeas Corpus Petition

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  10/11/06
SIGNATURE OF ATTORNEY OF RECORD
[signature]

### FOR OFFICE USE ONLY
RECEIPT #  4334    AMOUNT  $250
$500
APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____