UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ALBERT WOODFOX                   :   CIVIL ACTION

VERSUS                           :   06-789-D

CHARLES C. FOTI, JR.             :   HON. JAMES J. BRADY

                                 :   OCTOBER 14, 2008

=================================================================

TRANSCRIPT OF MOTION FOR RELEASE PENDING RESPONDENT'S APPEAL

TO THE FIFTH CIRCUIT FILED BY ALBERT WOODFOX AND MOTION TO

STAY FILED BY CHARLES C. FOTI, JR.

=================================================================

A P P E A R A N C E S


FOR THE PETITIONER, ALBERT WOODFOX:

 MR. CHRISTOPHER A. ABERLE, ESQ.
 MR. NICHOLAS J. TRENTICOSTA, ESQ.


FOR THE RESPONDENT, CHARLES C. FOTI, JR.:

 MS. DANA CUMMINGS, ESQ.


REPORTED BY:   SHANNON L. THOMPSON, CCR
_____

UNITED STATES COURTHOUSE
777 FLORIDA STREET
BATON ROUGE, LOUISIANA 70801
(225) 389-3567

1                          I N D E X

2    PETITIONER'S WITNESSES:

3    RHENEISHA ROBERTSON

4      EXAMINATION BY MR. TRENTICOSTA . . . . . . . 17

5      EXAMINATION BY MS. CUMMINGS  . . . . . . . . 24

6    MICHAEL MABEL

7      EXAMINATION BY MR. TRENTICOSTA . . . . . . . 30, 38

8      EXAMINATION BY MS. CUMMINGS  . . . . . . . . 34

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       10-14-08 – WOODFOX V. FOTI – 08-111-D

2              **REPORTER'S NOTE:**  (ALBERT WOODFOX, PETITIONER, WAS

3    PRESENT IN COURT, REPRESENTED BY MR. CHRISTOPHER A. ABERLE AND

4    MR. NICHOLAS J. TRENTICOSTA.  MS. DANA CUMMINGS, ASSISTANT

5    ATTORNEY GENERAL, WAS PRESENT IN COURT ON BEHALF OF CHARLES C.

6    FOTI, JR.)

7              **THE COURT:**  BE SEATED, PLEASE.  GOOD MORNING.

8          THE COURT IS HERE THIS MORNING FOR A HEARING INVOLVING

9    THE STATE OF LOUISIANA VERSUS ALBERT WOODFOX.  THERE HAS BEEN

10   A MOTION FILED TO RELEASE MR. WOODFOX PENDING APPEAL AND/OR

11   RE-TRIAL OF HIS CASE, HIS CONVICTION OF 1998.

12         ARE THE MOVERS READY TO PROCEED?

13             **MR. TRENTICOSTA:**  YES, YOUR HONOR.

14             **THE COURT:**  ALL RIGHT.  IS THE STATE READY TO

15   PROCEED?

16             **MS. CUMMINGS:**  YES, YOUR HONOR.

17             **THE COURT:**  ALL RIGHT.

18             **MS. CUMMINGS:**  YOUR HONOR, THE STATE ALSO FILED A

19   MOTION TO STAY.

20             **THE COURT:**  YES.

21             **MS. CUMMINGS:**  I DIDN'T KNOW WHICH ONE YOU WANTED TO

22   TAKE UP FIRST.

23             **THE COURT:**  LET'S TAKE MR. WOODFOX'S MOTION FIRST,

24   AND THEN WE WILL GET TO YOU.

25             **MS. CUMMINGS:**  THANK YOU, YOUR HONOR.

1     **MR. TRENTICOSTA:**  GOOD MORNING, YOUR HONOR.

2     **THE COURT:**  GOOD MORNING.

3     **MR. TRENTICOSTA:**  I'M NICK TRENTICOSTA, ALONG WITH

4  CHRIS ABERLE, REPRESENT ALBERT WOODFOX.

5     **THE COURT:**  GOOD MORNING.

6     **MR. TRENTICOSTA:**  YOUR HONOR, YOU ARE WELL AWARE OF

7  THIS CASE, I AM SURE.  I DON'T WANT TO BELABOR SOME OF THE

8  POINTS THAT YOUR HONOR HAS RULED ON GRANTING HABEAS RELIEF,

9  BUT BECAUSE OUR SHOWING ON BAIL NECESSITATES US PROVING TO THE

10  COURT THAT THE STATE'S OPPORTUNITY TO PREVAIL ON APPEAL IS NOT

11  STRONG; THERE IS NO LIKELIHOOD.  BECAUSE OF THAT REASON, I

12  WANT TO FIRST ADDRESS THE LIKELIHOOD OF REVERSAL.  AND IF I

13  MAY, YOUR HONOR, RECITE SOME OF THE CLAIMS THAT WERE RAISED.

14     IN FACT, ONLY ONE ASPECT OF THE INEFFECTIVE ASSISTANCE OF

15  COUNSEL CLAIM DID NOT GO OUR WAY.  EACH ONE -- EACH OTHER

16  ALLEGATION THE COURT RULED WAS SUFFICIENT TO REACH A VERY HIGH

17  BURDEN ON MR. WOODFOX AND, THAT IS, TO SHOW THIS COURT THAT A

18  REASONABLE PROBABILITY EXISTS THAT THE OUTCOME OF THIS TRIAL

19  WOULD HAVE BEEN DIFFERENT HAD THERE NOT BEEN ERRORS BY COUNSEL

20  AND OMISSIONS BY THE STATE.

21     PARTICULARLY IMPORTANT ON THE INEFFECTIVENESS GROUNDS,

22  YOUR HONOR, ARE THE FOLLOWING:  WE ALLEGED, AND THIS COURT

23  FOUND, THAT TRIAL COUNSEL WERE INEFFECTIVE FOR FAILING TO MOVE

24  TO QUASH THE INDICTMENT BECAUSE OF THEIR INABILITY TO

25  EFFECTIVELY CONFRONT AND IMPEACH THE MAIN, STAR, AND ONLY

1   EYEWITNESS TO THIS CRIME, HEZEKIAH BROWN; AND TO ALLEGE THAT

2   BECAUSE THE EVIDENCE WAS ALLEGEDLY LOST, PHYSICAL EVIDENCE,

3   AND FAILURE TO CHALLENGE THAT PHYSICAL EVIDENCE, AS I WILL

4   SPEAK IN A MOMENT, THAT WAS THE FIRST GROUND FOR REVERSAL.

5   THE SECOND:   JOHN SINQUEFIELD, WHO TESTIFIED AT THIS

6   TRIAL, WAS PROSECUTOR IN 1973 AGAINST MR. WOODFOX.   AS THE

7   COURT IS AWARE, MR. SINQUEFIELD COMMITTED WHAT IS CALLED A

8   EGREGIOUS PROSECUTORIAL MISCONDUCT.   HE TOOK THE STAND AND

9   VOUCHED FOR THE CREDIBILITY OF HEZEKIAH BROWN.   AND AS THE

10  COURT IS AWARE, MR. BROWN IS NO LONGER WITH US.   HE WASN'T

11  ALIVE AT THE TIME OF TRIAL.   HIS 1973 TRIAL TRANSCRIPT WAS

12  READ INTO THE RECORD.

13  IN THAT TESTIMONY, HEZEKIAH BROWN STATED THAT HE WAS NOT

14  PROMISED ANYTHING FOR HIS TESTIMONY.   TRIAL COUNSEL HAD NO

15  ABILITY, OBVIOUSLY, TO IMPEACH A TRANSCRIPT.

16  THE FOLLOWING WITNESS TO HEZEKIAH BROWN WAS JOHN

17  SINQUEFIELD, WHO TESTIFIED THAT HEZEKIAH BROWN WAS –– I'M

18  PARAPHRASING –– ONE OF THE MOST HONEST HUMAN BEINGS EVER MET.

19  HE ASKED MR. BROWN IF HE HAD RECEIVED ANY PROMISES.   HE

20  HADN'T.

21  PROSECUTOR SINQUEFIELD TESTIFIED THAT MR. BROWN WAS GREAT

22  DEMEANOR, GREAT DELIVERY, CONFIDENT.   HE WAS PROUD OF THE WORK

23  OF HEZEKIAH BROWN.

24  PARTICULARLY IMPORTANT, BECAUSE THE STATE HAS BEEN

25  ARGUING FOR MONTHS THAT TRIAL COUNSEL DID OBJECT TO

1    SINQUEFIELD'S TESTIMONY -- AND THAT IS NOT TRUE -- ON THE MOST

2    IMPORTANT GROUND THEY SHOULD HAVE OBJECTED TO AND, THAT IS,

3    THE CONFRONTATION CLAUSE.  HE SHOULD HAVE OBJECTED ON DUE

4    PROCESS GROUNDS.  THEY DID NOT DO SO, AND THIS COURT AGAIN

5    POINTED OUT THE FACT THAT THE APPELLANT COURT IN LOUISIANA

6    FOUND THAT TO BE TRUE, THERE WAS NO OBJECTION TO JOHN

7    SINQUEFIELD'S TESTIMONY REGARDING HIS OPINION OF HEZEKIAH

8    BROWN'S CREDIBILITY AND DEMEANOR.

9        THIRD:  TRIAL COUNSEL FAILED TO DEFEND AGAINST HEARSAY

10   EVIDENCE INVOLVING CHESTER JACKSON.  CHESTER JACKSON WAS A

11   CO-DEFENDANT, AN ADMITTED MURDERER IN THIS CASE.  HE DID NOT

12   TESTIFY AGAINST ALBERT WOODFOX AND, YET, HEARSAY EVIDENCE WAS

13   ALLOWED TO COME BEFORE THE JURY.

14       FOURTH:  TRIAL COUNSEL FAILED TO CONDUCT AN INVESTIGATION

15   ON THE PHYSICAL EVIDENCE IN THIS CASE.  PARTICULARLY

16   IMPORTANT, THIS COURT FOUND THAT TRIAL COUNSEL DID NOT, NUMBER

17   ONE, FIGHT HARD ENOUGH TO FIND OUT IF, IN FACT, THE EVIDENCE

18   WAS LOST, AS THE STATE CLAIMED.  NOW THE STATE, OF COURSE,

19   SAYS IN THEIR PLEADINGS THAT TRIAL COUNSEL STATED THEY HAD

20   SOUGHT OUT THE EVIDENCE, BUT THEY COULDN'T FIND IT.  WHAT'S A

21   LAWYER TO DO THEN, YOUR HONOR, IS PUT ON PROOF.  WHERE IS THE

22   EVIDENCE?  WHEN WAS IT LOST?  HOW IS IT LOGGED IN, AND ALL

23   THOSE KINDS OF THINGS, AND THAT'S THE FIRST PART ABOUT THE

24   PHYSICAL EVIDENCE THAT COUNSEL FAILED MISERABLY ON.  MOST

25   IMPORTANT, THE EVIDENCE ITSELF COMING IN THROUGH TESTIMONY OF

1    STATE'S EXPERTS.

2         THE COURT IS AWARE OF THIS.  I DON'T WANT TO BELABOR IT.

3    BUT, MOST IMPORTANTLY, THE STATE DID NOT, NUMBER ONE, TRY TO

4    PREVENT THE EVIDENCE FROM COMING IN BASED ON FAULTY OR

5    PROBABLY FAULTY TESTING PROCEDURES.  MORE IMPORTANTLY, FAULTY

6    TESTS THAT WERE DONE ON THE PHYSICAL EVIDENCE.

7         FIFTH:  FAILURE TO CONDUCT AN INVESTIGATION REGARDING A

8    BLOODY FINGERPRINT.  IN 1972 AT THE CRIME SCENE, A BLOODY

9    FINGERPRINT WAS FOUND.  IN 1973 AN EXPERT FOR THE STATE OF

10   LOUISIANA TESTIFIED THAT THAT FINGERPRINT DID NOT MATCH ALBERT

11   WOODFOX, DID NOT MATCH HERMAN WALLACE, THE CO-DEFENDANT, DID

12   NOT MATCH CHESTER JACKSON, A CO-DEFENDANT.

13        IN THE 1998 TRIAL, THE STATE PRESENTED AN EXPERT WHO

14   SAID, WELL, IN FACT I DON'T THINK IT'S A FINGERPRINT.  I THINK

15   IT'S A PALM PRINT.  COUNSEL WAS CAUGHT OFFGUARD.  COUNSEL HAD

16   NO EXPERT TO PRESENT TO REBUT THAT TESTIMONY.  COUNSEL WAS

17   LEFT WITH NOTHING TO DO.  AND I THINK WHAT'S IMPORTANT ALSO ON

18   THIS POINT, YOUR HONOR, IS THE EXPERT DID NOT MAKE A

19   COMPARISON TO THAT PALM PRINT TO MR. WOODFOX SO THE JURY WAS

20   LEFT WITH AN IMPRESSION, WELL, IT COULD BE HIS, WHICH IT

21   ISN'T, AND IT ISN'T A PALM PRINT, AND WE HAVE PROVEN THAT.

22        NUMBER SIX:  ONE OF THE WITNESSES WAS A MAN NAMED FABRE.

23   HE TESTIFIED THAT HE WAS ON THE WALK THAT DAY AND HE SAW MR.

24   WOODFOX LEAVE THE DORMITORY.  WHAT WAS AVAILABLE TO DEFENSE

25   COUNSEL AT THE TIME IS MR. FABRE COULD NOT SEE.  HE WAS

1  VIRTUALLY BLIND.   WE PRESENTED EVIDENCE IN HABEAS CORPUS

2  PROCEEDINGS EXPLAINING THAT THE VISION PROBLEMS THAT MR. FABRE

3  HAD MADE IT IMPOSSIBLE FOR HIM TO BE ABLE TO RECOGNIZE SOMEONE

4  THIRTY TO FORTY FEET AWAY.

5  THE SECOND CLAIM THAT WE ALLEGED, YOUR HONOR, WAS A **BRADY**

6  CLAIM:   THE FAILURE OF THE STATE TO TURN OVER HELPFUL EVIDENCE

7  TO THE DEFENSE.   THIS CLAIM INVOLVES TWO WITNESSES:   JOSEPH

8  RICHEY AND MR. FABRE.   BOTH TESTIFIED FOR THE STATE, OF

9  COURSE.   MR. FABRE, AS I ALREADY MENTIONED, TESTIFIED HE SAW

10  MR. WOODFOX LEAVE THE DORMITORY, AS DID JOSEPH RICHEY.

11  HOWEVER, WE WERE ABLE TO FIND POST-TRIAL INVESTIGATIVE NOTES

12  INVOLVING THESE TWO GENTLEMEN WHEREIN THEY DID NOT TELL THE

13  INVESTIGATORS ANYTHING THAT THEY TESTIFIED TO.   AND EVEN

14  THOUGH MR. RICHEY TESTIFIED, I AM TESTIFYING EXACTLY AS I TOLD

15  SHERIFF DANIEL, THAT WAS A FLAT-OUT LIE.   THERE'S NOTHING IN

16  HIS STATEMENT THAT MATCHES HIS TESTIMONY AT TRIAL.   WHILE THE

17  COURT DID NOT GO INTO DETAIL ABOUT THIS **BRADY** CLAIM, IT DID

18  FIND THAT REVERSAL IS REQUIRED BECAUSE OF THIS.

19  NOW, AGAIN WE ARE DEALING WITH THE STANDARD OF REASONABLE

20  PROBABILITY THAT THE OUTCOME WITH HAVE BEEN DIFFERENT AT

21  TRIAL, THE HIGHEST STANDARD A HABEAS PETITIONER MUST OVERCOME

22  TO WIN RELIEF.

23  THE EVIDENCE IN THIS CASE IS VERY LACKING, AND I WANT TO

24  TALK ABOUT THAT JUST IN TERMS OF WHAT OCCURRED AT TRIAL AND

25  WHAT WE HAVE BEEN ABLE TO PRESENT POST-TRIAL.   WE HAVE THREE

1    WITNESSES, YOUR HONOR:   ONE IS HEZEKIAH BROWN, WHO SAID HE WAS

2    AN EYEWITNESS TO THE CRIME;  PAUL FABRE;  AND JOSEPH RICHEY.

3    NOW, MR. FABRE CAN'T SEE.   JOSEPH RICHEY IS A PSYCHIATRIC

4    PATIENT, HAD BEEN FOR MANY YEARS, ON HEAVY DOSES OF

5    PSYCHOTROPIC MEDICATIONS.   WE DON'T KNOW WHAT HE WAS SEEING

6    THROUGH HIS HALLUCINATIONS ON THE DAY OF THE CRIME, WHETHER HE

7    WAS EVEN ON THE WALK.   BUT WHAT IS TROUBLING TO ME, YOUR

8    HONOR, IS THE STATE HAS NOT DISPUTED THAT THEY WITHHELD

9    INFORMATION ABOUT MR. RICHEY'S PSYCHIATRIC STATUS AS A

10   SCHIZOPHRENIC PATIENT, NOR THE FACT THAT HE WAS ON

11   PSYCHOTROPIC MEDICATIONS WHEN HE TESTIFIED AT TRIAL.

12        THIRD:   GRAND JURY DISCRIMINATION CLAIM, YOUR HONOR,

13   UNDER THE EQUAL PROTECTION CLAUSE OF THE FOURTEENTH AMENDMENT.

14   WE HAVE PROVED A PRIMA FACIE SHOWING THAT THE INDICTMENT

15   SHOULD HAVE BEEN QUASHED IN THIS CASE BECAUSE OF

16   DISCRIMINATION AGAINST AFRICAN-AMERICANS AT THE GRAND JURY

17   FOREPERSON LEVEL.

18        I KNOW OF NO CASE, YOUR HONOR, WHERE A LOUISIANA CASE

19   WHERE A HABEAS PETITIONER OR A STATE POST-CONVICTION

20   PETITIONER HAS ESTABLISHED A PRIMA FACIA CASE AND THE STATE

21   HAS BEEN ABLE TO COMPETENTLY AND EFFECTIVELY REBUT THAT

22   SHOWING OF DISCRIMINATION.   THERE IS NO CASE I'M AWARE OF.

23        NOW, YOUR HONOR HAS ORDERED A HEARING ON THAT PARTICULAR

24   ISSUE SO THE STATE CAN THEN ATTEMPT TO REBUT THIS PRIMA FACIE

25   SHOWING.   WE HAVE NOT HAD THAT HEARING.   I AM GOING TO GET TO

1    THAT IN A MINUTE, YOUR HONOR.

2         THESE CONSTITUTIONAL GUARANTEES ARE DESIGNED FOR TWO

3    PURPOSES:   TO UNCOVER THE TRUTH OF THE STATE'S ACCUSATIONS;

4    AND TWO, TO PROTECT INNOCENT PEOPLE FROM BEING CONVICTED.

5    THESE ARE NOT TECHNICALITIES.   THEY GO STRAIGHT TO THE HEART

6    OF A TRUTH FINDING PROCESS.   THE EFFECTIVE ASSISTANCE OF

7    COUNSEL HAS BEEN ENSHRINED IN THE SIXTH AMENDMENT SINCE THE

8    EARLY TWENTIES.   OF COURSE, THE DUE PROCESS CLAUSE REQUIRES

9    THE STATE TO SEEK JUSTICE, NOT TO WIN, NOT JUST TO GET A

10   CONVICTION.

11        THE EVIDENCE AT TRIAL WAS WANTING.   IT WAS WEAK.   WE HAVE

12   PROVEN IN HABEAS, YOUR HONOR, EACH POINT OF EVIDENCE PRESENTED

13   COULD HAVE BEEN EFFECTIVELY DISCREDITED, IMPEACHED, AND

14   AFFIRMATIVE EVIDENCE COULD HAVE BEEN PRESENTED, ALL POINTING

15   TO THE INNOCENCE OF ALBERT WOODFOX.

16        NOW, IN ORDER FOR THIS COURT TO ENLARGE MR. WOODFOX ON

17   BAIL, THE TRADITIONAL STAY FACTORS MUST BE CONSIDERED AND

18   **HILTON** TEACHES US THAT WE ALSO MUST CONSIDER -- OR THE COURT

19   MUST CONSIDER WHETHER MR. WOODFOX IS A DANGER TO THE

20   COMMUNITY, IF ENLARGED, AND WHETHER HE IS A RISK OF FLIGHT.

21        THE FOUR TRADITIONAL FACTORS REALLY -- I THINK ONLY ONE

22   IS OF MOST CONCERN.   NOW WE CAN DISCUSS THE OTHER ONES, BUT

23   THE ONE THAT IS OF MOST CONCERN IS WHETHER OR NOT THE

24   GOVERNMENT IS GOING TO BE ABLE TO CONVINCE THE FIFTH CIRCUIT,

25   COURT OF APPEALS, THAT YOUR HONOR ABUSED HIS DISCRETION.   YOUR

1    HONOR, THEY CANNOT DO THIS ON THIS RECORD.  IT IS NOT
2    POSSIBLE.

3         THE STATE, IN ITS OPPOSITION, AND IN ITS MOTION FOR A
4    STAY, BASICALLY RECITES THE SAME TIRED ARGUMENTS THAT IT MADE
5    TO THE MAGISTRATE COURT, THAT IT MADE TO YOUR HONOR.  THEY ARE
6    NOT SALABLE ARGUMENTS.  THEY ARE NOT ANY MEANS A STRONG
7    SHOWING THAT THE FIFTH CIRCUIT IS LIKELY TO REVERSE THIS CASE.

8         AGAIN, WE HAVE THREE CLAIMS ADVANCED; TWO OF THEM WE HAVE
9    WON ON.  ONE WE COULD WIN ON IF WE HAVE THE HEARING.  AND I
10   SAY THAT BECAUSE THE FIFTH CIRCUIT, IN MY OPINION, THROUGH MY
11   RESEARCH, IS VERY SENSITIVE TO RACIAL DISCRIMINATION IN THE
12   STATE OF LOUISIANA, AND CASES THAT GO TO THAT COURT INVOLVING
13   DISCRIMINATION OF JURIES, EITHER THE GRAND JURY OR THE PETIT
14   JURY, THE FIFTH CIRCUIT IS QUITE, I COULD SAY -- QUITE IN A
15   POSITION TO TRY TO RADICATE RACIAL PREJUDICE WHEN IT SHOWS
16   ITSELF IN A CRIMINAL COURTHOUSE IN THIS STATE.

17        IF THE FIFTH CIRCUIT, BY SOME MEANS, AND I DON'T THINK
18   THE SHOWING IS STRONG, AND I DON'T THINK THE LIKELIHOOD IS
19   THERE, IF THE FIFTH CIRCUIT WERE TO DISAGREE AND FIND THAT
20   YOUR HONOR ABUSED HIS DISCRETION, THIS CASE COMES BACK.  IT
21   COMES BACK FOR AN EVIDENTIARY HEARING, AND I DARE SAY, YOUR
22   HONOR, I'M QUITE CONFIDENT WE WOULD WIN AGAIN.  I'M QUITE
23   CONFIDENT THE STATE WOULD LOSE ON THAT APPEAL.

24        THE IRREPARABLE INJURY TO MR. WOODFOX IN THIS CASE AT
25   THIS MOMENT IS ABSOLUTELY GREAT.  I WILL PRESENT SOME EVIDENCE

1  IN A MINUTE.

2        I JUST WANT TO GO THROUGH SOME OF THE OUTLINE THAT WE

3  HAVE.   WHEN MR. WOODFOX WAS 25-YEARS-OLD, HE WAS CHARGED WITH

4  THIS CRIME.   HE IS 61-YEARS-OLD TODAY.   HE SUFFERS FROM

5  VARIOUS DISEASES.

6        AS THE COURT IS AWARE, MR. WOODFOX, HIS CO-DEFENDANT,

7  HERMAN WALLACE, AND ANOTHER GENTLEMAN NAMED ROBERT KING

8  WILKERSON, WERE PLACED IN LOCKDOWN AT ANGOLA IN 1972.   THEY

9  REMAIN IN LOCKDOWN UNTIL EARLIER THIS YEAR, THAT'S 36 YEARS.

10 LONGER THAN ANYONE IN THIS COUNTRY.

11       WE HAVE TO TAKE A FEW YEARS OFF MR. WOODFOX BECAUSE AT

12 THAT POINT, HE WAS -- AT THE TIME OF RE-TRIAL, HE WAS HOUSED

13 IN THE AMITE JAIL, TANGIPAHOA PARISH JAIL, WHERE HE HAD A

14 PERFECT CONDUCT RECORD.

15       THE LOCKDOWN THAT ANGOLA HAS PLACED UPON THESE THREE

16 GENTLEMEN, BUT, OF COURSE, MOST IMPORTANTLY, MR. WOODFOX, HAS

17 EXACERBATED AND MADE WORSE HIS MEDICAL CONDITION.   HE IS

18 HYPERTENSION, STAGE 2; CHRONIC RENAL INSUFFICIENCY; TYPE 2

19 DIABETES; CARDIOVASCULAR DISEASE; AND IRREVERSIBLE BLOOD FLOW

20 TO HIS HEART.   THESE ARE SERIOUS, SERIOUS DISEASES OF WHICH HE

21 IS ON DAILY MEDICATIONS FOR.

22       IN THE CIVIL LAWSUIT THAT MR. WOODFOX AND HIS TWO

23 CO-PLAINTIFFS FILED IN THIS COURTHOUSE YEARS AGO, WHICH IS

24 PENDING, THEY FILED PRO SE.   THEY ARGUED THAT THE CONDITIONS

25 OF CONFINEMENT WERE CRUEL AND UNUSUAL PUNISHMENT, AS APPLIED

1   TO THEM; THEY ARGUED THAT THE DUE PROCESS CLAUSE WAS VIOLATED

2   BECAUSE THE REVIEW PROCESS AT ANGOLA TO DETERMINE WHETHER THEY

3   SHOULD BE RELEASED INTO ANOTHER SETTING WAS FLAWED AND WAS A

4   SHAM.   THAT CASE IS READY FOR TRIAL, YOUR HONOR.

5       WE HAVE SUBMITTED WITH OUR MOTION SOME OF THE EVIDENCE

6   FROM THAT CASE WHICH I WILL TALK ABOUT.   MR. WOODFOX WILL

7   LIKELY BE IRREPARABLY INJURED IF HE IS NOT RELEASED ON BAIL

8   NOW.

9       I, FOR THE MOMENT, WILL LEAVE ASIDE THE PUBLIC INTEREST,

10  BUT LET US TALK ABOUT THE RISK OF FLIGHT FOR A MINUTE.   IN THE

11  MODERN DAY, THAT IS VERY SMALL.   IT'S A VERY SLIM RISK FOR ANY

12  PERSON ENLARGED ON BAIL, AND IT'S BECAUSE OF ELECTRONIC

13  MONITORING.   THE COURT IS WELL AWARE THAT ELECTRONIC

14  MONITORING IS A VERY EFFECTIVE TOOL THAT THE COURTS HAVE IN

15  ORDER TO MAKE SURE THAT A PERSON DOES NOT FLEE.

16      FIRST OF ALL, THAT IS THE CASE.   AS THE COURT IS AWARE,

17  IT CAN BE SET UP TO WHERE A PERSON CANNOT LEAVE THEIR HOME OR

18  ELSE THE BELLS AND THE WHISTLES GO OFF AT THE STATION; THAT

19  THE PERSON DOESN'T COME HOME FOR CURFEW, THE BELLS AND THE

20  WHISTLES GO OFF; AND AS THE COURT IS CERTAINLY AWARE, IF

21  SOMEONE TRIES TO DISENGAGE THE MONITORING DEVICE, THE BELLS

22  AND WHISTLES WILL GO OFF.

23      BUT MORE IMPORTANTLY, YOUR HONOR, MR. WOODFOX WILL NOT

24  FLEE.   HE WANTS JUSTICE.   HE WANTS TO PROVE HIS INNOCENCE, AND

25  THE PROOF OF INNOCENCE IS EITHER GOING TO BE BY DISMISSAL OF

1   THESE CHARGES OR BY ACQUITTAL FROM A JURY.   AND HE HAS ENDURED

2   AND SUFFERED FOR 36 YEARS FROM THE MOMENT HE WAS PLACED IN

3   LOCKDOWN, CHARGED WITH THIS OFFENSE, AND SAID THAT I WANT

4   JUSTICE.   I WANT TO SHOW THE WORLD I AM NOT GUILTY OF KILLING

5   OFFICER MILLER.   I THINK THAT'S THE MOST IMPORTANT REASON AND,

6   AGAIN, I'M TESTIFYING, YOUR HONOR.   AND I APOLOGIZE.   BUT I

7   THINK THAT'S THE MOST IMPORTANT REASON TO SHOW THAT HE IS NOT

8   A RISK OF FLIGHT.   HE HAS BEEN WRONGED, AND HE WANTS TO BE

9   VINDICATED.

10   DANGER TO THE COMMUNITY.   WELL, MR. WOODFOX HAS A CONDUCT

11   RECORD THAT MOST PRISONERS WOULD DIE FOR.   IN THE 36 YEARS --

12   FROM 1971 -- I'M SORRY -- UNTIL THE END OF '06, MR. WOODFOX

13   HAD ONE SINGLE ACT OF VIOLENCE, A DISCIPLINARY REPORT.   HE GOT

14   INTO A CONFRONTATION, A PHYSICAL ALTERCATION, WITH ANOTHER

15   INMATE.   YOU KNOW WHAT HIS SENTENCE WAS? SUSPENSION.   BECAUSE

16   OF A GOOD CONDUCT RECORD.

17   HIS LAST DISCIPLINARY REPORT, AS I APPRECIATE IT, AGAIN,

18   BASED ON EVIDENCE WE HAVE IN THE CIVIL CASE, IS IN DECEMBER OF

19   '02; HE WAS CHARGED WITH AGGRAVATED DISOBEDIENCE.   HE WANTED

20   THE LIGHT TURNED ON IN HIS CELL AND THEY REFUSED.   THE GUARDS

21   REFUSED TO DO SO AND HE MADE A LOT OF NOISE.   HIS SENTENCE,

22   LOSS OF CANTEEN FOR TWO WEEKS, SUSPENDED.   WHY? BECAUSE OF

23   HIS GOOD CONDUCT RECORD.

24   WE HAVE PRESENTED TO YOUR HONOR THE DEPOSITION OF WARDEN

25   BURL CAIN.   THE COURT MAY BE AWARE, MR. CAIN CAME TO ANGOLA IN

1     1995.  HE IS NO ROOKIE HERE.  HE HAS BEEN INVOLVED IN THE

2     PRISON SYSTEM ALL HIS LIFE.  HE DESCRIBES ALBERT WOODFOX AS A

3     MODEL PRISONER.  I'M PARAPHRASING.  LET ME BE CLEAR.  HE COULD

4     ALMOST BE DESCRIBED AS A MODEL PRISONER BASED UPON HIS CONDUCT

5     RECORD.  WARDEN CAIN SAID, YOU KNOW, HE REALLY DOESN'T DESERVE

6     TO BE IN LOCKDOWN.  THE ONLY REASON HE IS IN LOCKDOWN IS HE

7     WAS CONVICTED OF KILLING OFFICER MILLER.  THAT'S THE MAN THAT

8     THE STATE CALLS VERY, VERY DANGEROUS.  HE HAS HAD -- HE'S A

9     MODEL PRISONER.  HE HAS NOT ENGAGED IN ANY ACTS OF VIOLENCE.

10    HE DOES HAVE A RECORD, A PRIOR CRIMINAL HISTORY RECORD, WHEN

11    HE WAS A TEENAGER AND IN HIS EARLY TWENTIES, THAT WAS A LONG

12    TIME AGO, YOUR HONOR.  THAT WAS FOUR DECADES BACK.  AND WHILE

13    THE STATE WANTS TO CONVINCE THIS COURT THAT A FEW MINOR --

14    WELL, I SHOULDN'T SAY MINOR, A FEW FELONIES IN HIS PAST IS

15    INDICATIONS THAT HE HIS DANGEROUS IN THE FUTURE, I DISAGREE.

16         NUMBER ONE, I DISAGREE BECAUSE WE HAVE PRESENTED THE

17    COURT WITH LAW THAT SAYS YOU CAN'T LOOK THAT FAR BACK, FOUR

18    DECADES, WHEN A PERSON HAS A PRIOR CRIMINAL HISTORY AND SAY,

19    THIS WILL PROVE, AND WE HAVE MADE OUR SHOWING, THAT THEY WILL

20    BE DANGEROUS IN THE FUTURE.  THE COURT SHOULDN'T DO THAT.

21    IT'S TOO LONG AGO.  HE WAS A YOUNG MAN.  WE NEED TO LOOK AT

22    WHAT HIS CONDUCT HAS BEEN AT THE PENITENTIARY AND AS WE KNOW,

23    IT HAS BEEN NOTHING BUT POSITIVE.  HE'S BEEN A POSITIVE

24    INFLUENCE.

25         NOW, THERE WAS AN INCIDENT -- AND I WANT TO BRING IT OUT

1   -- WHERE MR. WOODFOX WAS PUT IN DISCIPLINARY CONFINEMENT

2   BECAUSE HE DID -- AND OTHER MEMBERS OF THE LOCKDOWN TIERS

3   ENGAGED IN A HUNGER STRIKE YEARS AGO, ONLY FOR ONE REASON,

4   THEY WANTED BETTER CONDITIONS IN THAT AREA OF THE PRISON.

5   AND, OF COURSE, AS YOUR HONOR KNOWS, A HUNGER STRIKE IS NOT

6   VIEWED KINDLY BY THE ADMINISTRATION.  HE WAS FOUND GUILTY OF

7   THAT CHARGE AND HE WAS PLACED IN THE DISCIPLINARY CAMP FOR A

8   FEW MONTHS.  THAT'S HIS RECORD.

9       YOUR HONOR, WHAT I WOULD LIKE TO DO IS TO PRESENT A

10  COUPLE OF WITNESSES, FAMILY MEMBERS OF MR. WOODFOX, ONE IS

11  RHENEISHA ROBERTSON, WHO WOULD TAKE MR. WOODFOX INTO HER HOME,

12  HER FAMILY HOME, SHOULD THE COURT ENLARGE HIM ON BAIL.  BEFORE

13  WE DO SO -- AND THE SECOND WITNESS -- I'M SORRY -- IS MICHAEL

14  MABEL, MR. WOODFOX'S BROTHER.

15      BEFORE WE DO SO, YOUR HONOR, WE WANT TO MAKE IT VERY

16  CLEAR:  WE WILL ACCEPT ANY CONDITION THE COURT WILL PUT ON

17  THIS MAN'S BAIL.  MR. WOODFOX WILL ACCEPT ANYTHING, WHETHER

18  IT'S HOME INCARCERATION, WHETHER IT'S CURFEW, WHERE HE IS

19  ALLOWED TO GO TO WORK, OR TO VISIT FAMILY AND FRIENDS, WHETHER

20  IT'S DRUG TESTING.  WHATEVER THE COURT DEEMS PROPER, WE

21  ACCEPT.

22      YOUR HONOR, IF YOU WOULD ALLOW ME, CAN I KNOW CALL MS.

23  RHENEISHA ROBERTSON.

24      THANK YOU.

25          **THE COURT:**  ALL RIGHT.

1              (WHEREUPON, RHENEISHA ROBERTSON, HAVING BEEN DULY

2      SWORN, TESTIFIED AS FOLLOWS.)

3              THE COURT:  GOOD MORNING.

4      EXAMINATION

5      BY MR. TRENTICOSTA:

6         Q.    GOOD MORNING.

7         A.    GOOD MORNING.

8         Q.    CAN YOU PLEASE STATE YOUR NAME FOR THE RECORD.

9         A.    RHENEISHA ROBERTSON.

10        Q.    OKAY.  MS. ROBERTSON, WE HAVE SOME WATER THERE IF

11     YOU ARE THIRSTY.

12        A.    I'M FINE.  THANK YOU.

13        Q.    MS. ROBERTSON, WHAT IS YOUR RELATIONSHIP WITH ALBERT

14     WOODFOX?

15        A.    I AM HIS NIECE.

16        Q.    AND HOW OLD ARE YOU?

17        A.    THIRTY-ONE.

18        Q.    AND WHAT IS YOUR OCCUPATION?

19        A.    I'M AN EXECUTIVE DIRECTOR FOR A NONPROFIT

20     ORGANIZATION.

21        Q.    AND WHAT IS THE NAME?

22        A.    IT'S THE INSTITUTE OF WOMEN AND ETHNIC STUDIES.

23        Q.    WHAT SERVICES DOES YOUR ORGANIZATION PROVIDE?

24        A.    IT'S A PUBLIC-HEALTH ORGANIZATION.  WE FOCUS ON THE

25     HEALTH OF WOMEN AND CHILDREN.

1    **Q.**   AND WHERE IS IT LOCATED?

2    **A.**   IN NEW ORLEANS.

3    **Q.**   IS THE FOCUS PRIMARILY MEDICAL CARE OR ALSO

4    PSYCHOLOGICAL CARE, OR IS THERE A DIFFERENCE?

5    **A.**   WE FOCUS PRIMARILY ON HEALTH EDUCATION AND MENTAL

6    HEALTH.   WE HAVE SEVERAL PROGRAMS THAT ENGAGE WOMEN AND YOUTH

7    IN PROGRAMS AROUND VARIOUS HEALTH ISSUES:   MENTAL HEALTH;

8    SEXUAL HEALTH;  REPRODUCTIVE HEALTH.

9    **Q.**   AND HOW LONG HAVE YOU HELD THAT POSITION?

10   **A.**   TWO YEARS.

11   **Q.**   OKAY.   AND CAN YOU GIVE US BRIEFLY YOUR EDUCATIONAL

12   BACKGROUND?

13   **A.**   I HAVE A BACHELOR'S DEGREE FROM XAVIER UNIVERSITY OF

14   LOUISIANA, AND I HAVE A MASTERS IN PUBLIC HEALTH FROM TULANE

15   UNIVERSITY.

16   **Q.**   THANK YOU.

17        MS. ROBERTSON, ARE YOU MARRIED?

18   **A.**   YES.

19   **Q.**   AND WHAT IS YOUR HUSBAND'S NAME?

20   **A.**   BERNARD ROBERTSON.

21   **Q.**   AND DO YOU HAVE ANY CHILDREN WITH BERNARD?

22   **A.**   YES, TWO.

23   **Q.**   AND WHAT ARE THEIR AGES?

24   **A.**   THREE AND FOUR.

25   **Q.**   WHAT TYPE OF WORK DOES BERNARD DO?

1    **A.**    HE'S A FINANCIAL ADVISOR WITH MERRILL LYNCH.

2    **Q.**    AND HOW LONG HAS HE HELD THAT POSITION?

3    **A.**    HE HAS BEEN A FINANCIAL ADVISOR FOR FOUR YEARS, AND

4    HE WAS CURRENTLY TRANSITIONING TO MERRILL LYNCH IN THE LAST

5    YEAR.

6    **Q.**    WHAT WAS HIS PREVIOUS OCCUPATION?

7    **A.**    HE PLAYED PROFESSIONAL FOOTBALL.

8    **Q.**    FOR WHAT TEAM?

9    **A.**    THE CHICAGO BEARS.

10    **Q.**    OKAY.   DID HE PLAY COLLEGE FOOTBALL AS WELL?

11    **A.**    YES.   HE PLAYED COLLEGE FOOTBALL AT TULANE

12    UNIVERSITY.

13    **Q.**    DID HE RECEIVE A DEGREE FROM TULANE?

14    **A.**    HE DID.   HE RECEIVED TWO DEGREES ACTUALLY, SOCIOLOGY

15    AND SPORTS MEDICINE.

16    **Q.**    WELL, IT'S A GOOD THING HE HAS THOSE TRADES.   HE

17    MIGHT NEED SOMETHING TO FALL BACK ON.

18        CAN YOU DESCRIBE FOR US YOUR FAMILY LIFE; ARE YOU A

19    FAMILY ORIENTED COUPLE?

20    **A.**    YES.   WE SPEND ALMOST ALL OF OUR TIME WITH OUR

21    CHILDREN, WITH OUR EXTENDED FAMILY.   WE WORK DURING THE WEEK,

22    AND MOST OF OUR TIME ON THE WEEKENDS IS SPENT WITH OUR

23    CHILDREN.   WE SPEND A LOT OF TIME AT HOME PLAYING WITH THEM,

24    PLAYING OUTSIDE WITH THE NEIGHBORS' CHILDREN.

25        WE LIVE IN A NEIGHBORHOOD WITH A LOT OF SMALL

1   CHILDREN, AND SO WE HAVE FAMILY GATHERINGS OFTEN.  I COOK.  MY

2   DAD IS A CHEF.  I GUESS I INHERITED THAT FROM HIM.  I COOK FOR

3   FAMILY.  WE OFTEN HAVE EXTENDED FAMILY MEMBERS COME OVER AND

4   JUST SPEND TIME TOGETHER.

5        Q.    OKAY.  AND WHAT PART OF LOUISIANA DO YOU LIVE IN?

6        A.    I LIVE IN SLIDELL, LOUISIANA.

7              MR. TRENTICOSTA:  YOUR HONOR, MAY I APPROACH?

8              THE COURT:  YES.

9              MR. TRENTICOSTA:  I AM SHOWING THE WITNESS FOUR

10  PHOTOGRAPHS, YOUR HONOR.  I WOULD LIKE TO SEE IF SHE CAN

11  IDENTIFY THEM.

12             THE COURT:  WHY DON'T YOU MARK THEM.

13             MR. TRENTICOSTA:  PETITIONER 1.

14             THE COURT:  OKAY.

15             MR. TRENTICOSTA:  I WILL WRITE THAT ON THE BACK,

16  PETITIONER 1, IN GLOBO.

17  BY MR. TRENTICOSTA:

18       Q.    THE FIRST PHOTOGRAPH, RHENEISHA, WHAT DOES IT

19  DEPICT?

20       A.    IT'S A PICTURE OF MY HOME.

21       Q.    AND DOES THAT PHOTOGRAPH DEPICT WHAT YOUR HOME LOOKS

22  LIKE TODAY?

23       A.    YES.

24       Q.    CAN WE SEE -- CAN YOU LOOK AT THE NEXT PHOTOGRAPH,

25  PLEASE?

1      **A.**    SURE.

2      **Q.**    AND WHAT DOES THAT DEPICT?

3      **A.**    IT'S THE BACKYARD.   IT ALSO HAS A PLAY GYM FOR THE

4   KIDS.

5      **Q.**    OKAY.

6      **A.**    A PATIO AREA WHERE WE SPEND A LOT OF FAMILY TIME.

7      **Q.**    AND THAT PHOTOGRAPH LOOKS THE SAME AS WHAT YOUR

8   BACKYARD LOOKS TODAY, ISN'T IT?

9      **A.**    THE GRASS IS CUT NOW.

10     **Q.**    OKAY.   THE THIRD PHOTOGRAPH, MS. ROBERTSON.

11     **A.**    THIS IS THE FRONT AREA OF THE SUBDIVISION WHERE I

12   LIVE.   THERE'S A SMALL DUCK POND THERE, AND SOMETIMES WE TAKE

13   THE KIDS DOWN TO THE DUCK POND AND THEY LIKE WATCHING THE

14   TURTLES IN THE DUCK PONDS, SO WE SPEND A LOT OF TIME THERE.

15     **Q.**    THANK YOU.

16            AND THE LAST PHOTOGRAPH.

17     **A.**    THE LAST PHOTOGRAPH IS THE GATE.   WE LIVE IN A GATED

18   COMMUNITY, AND IT'S THE FRONT ENTRANCE TO OUR HOME, OUR

19   SUBDIVISION.

20     **Q.**    MS. ROBERTSON, IS THERE ANY CRIME IN YOUR COMMUNITY?

21     **A.**    NO, NOT THAT I'M AWARE OF.

22     **Q.**    THE GATES -- THE GATES ARE GENERALLY CLOSED --

23     **A.**    YES.

24     **Q.**    -- UNLESS YOU ARE A RESIDENT OR A GUEST?

25     **A.**    RIGHT.   YOU NEED TO HAVE A -- I DON'T KNOW WHAT YOU

1    CALL THOSE THINGS TO OPEN THE GATE.

2              **MR. TRENTICOSTA:** YOUR HONOR, I MOVE FOR

3    INTRODUCTION OF THESE PHOTOGRAPHS.

4              **THE COURT:** ANY OBJECTIONS?

5              **MS. CUMMINGS:** NO, YOUR HONOR.

6              **THE COURT:** ALL RIGHT. THEN WITHOUT OBJECTION, P-1,

7    IN GLOBO IS ADMITTED.

8    **BY MR. TRENTICOSTA:**

9         Q.    AND THE COMMUNITY IS MOSTLY WHERE FAMILIES RESIDE

10   THERE?

11        **A.**    YES.

12        Q.    OKAY. NOW, MS. ROBERTSON, YOU HAVE BEEN VISITING

13   YOUR UNCLE FOR A COUPLE OF YEARS; IS THAT RIGHT?

14        **A.**    YES. CORRECT.

15        Q.    AND YOU HAVEN'T VISITED HIM BEFORE THEN?

16        **A.**    CORRECT.

17        Q.    DO YOU CONSIDER YOURSELF TO HAVE A CLOSE

18   RELATIONSHIP WITH HIM?

19        **A.**    YES.

20        Q.    DO YOU LIKE HIM?

21        **A.**    YES.

22        Q.    IF THE JUDGE WERE TO GRANT BAIL, WOULD YOU WANT HIM

23   TO LIVE WITH YOU AND YOUR FAMILY?

24        **A.**    YES, OF COURSE.

25        Q.    WOULD YOU BE ABLE TO ACCOMMODATE HIM?

1      **A.**   YES.   MY HUSBAND AND I DO WORK IN NEW ORLEANS AND

2    OUR CHILDREN ARE IN PRESCHOOL IN NEW ORLEANS.  WE GO INTO THE

3    CITY EVERY DAY DRUG THE WEEK.  SOMETIMES ON THE WEEKENDS, IF

4    WE'RE GOING TO DIFFERENT EVENTS IN THE CITY.

5          WE BOTH HAVE OUR OWN TRANSPORTATION, BUT WE OFTEN

6    CARPOOL IN THE MORNING.  IT WOULD BE NO PROBLEM AT ALL TO

7    ACCOMMODATE MY UNCLE.

8      **Q.**   HOW MANY BEDROOMS DO YOU HAVE IN THE HOME?

9      **A.**   FOUR.

10     **Q.**   HOW MANY BATHROOMS?

11     **A.**   FOUR.

12     **Q.**   AND WOULD YOUR UNCLE BE ABLE TO HAVE HIS OWN

13   BATHROOM AND BEDROOM?

14     **A.**   YES, HE WOULD HAVE HIS OWN BEDROOM AND BATHROOM.

15     **Q.**   WOULD YOU BE ABLE TO ATTEND TO YOUR UNCLE'S NEEDS

16   SHOULD THE JUDGE GRANT THE BAIL; THAT IS, IF HE HAS A DOCTOR'S

17   APPOINTMENT, OR NEEDS TO GET MEDICATION FROM A DRUG STORE, OR

18   ANY OF THOSE KINDS OF NEEDS?

19     **A.**   YES.  AND I HAVE A VERY FLEXIBLE SCHEDULE THAT WOULD

20   BE ACCOMMODATING ALSO.

21     **Q.**   ARE YOU AWARE THAT MR. WOODFOX HAS A NUMBER OF

22   FRIENDS?

23     **A.**   YES.

24     **Q.**   AND, OF COURSE, FAMILY MEMBERS.

25     **A.**   YES.

1    Q.    WOULD FRIENDS VISITING BE ANY BURDEN TO YOU?

2    A.    NO, NOT AT ALL.   MORE PEOPLE TO COOK FOR.

3         MR. TRENTICOSTA:   ONE SECOND, YOUR HONOR, PLEASE.

4    BY MR. TRENTICOSTA:

5    Q.    JUST TO BE CLEAR.   WHILE YOUR HUSBAND IS NOT HERE

6    TODAY, DO YOU THINK THAT HE WELCOMES THE OPPORTUNITY?

7    A.    YES.   WE DON'T MAKE DECISIONS WITHOUT CONSULTING

8    WITH ONE ANOTHER.   WE'VE TALKED ABOUT THIS SEVERAL TIMES AND

9    WE'VE MADE A JOINT DECISION THAT WE WANT MY UNCLE TO COME AND

10   TO STAY WITH US, IF GRANTED BAIL.

11        MR. TRENTICOSTA:   THANK YOU VERY MUCH, MS.

12   ROBERTSON.   I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

13        THE COURT:   MS. CUMMINGS?

14        MS. CUMMINGS:   YES, YOUR HONOR.

15   EXAMINATION

16   BY MS. CUMMINGS:

17   Q.    HI, MS. ROBERTSON.

18   A.    HELLO.

19   Q.    MY NAME IS DANA CUMMINGS.   I REPRESENT THE PEOPLE OF

20   THE STATE OF LOUISIANA.   I AM WITH THE ATTORNEY GENERAL'S

21   OFFICE.   I JUST WANT TO ASK YOU A FEW QUESTIONS.

22   A.    UH-HUH.

23   Q.    WHAT IS YOUR NEIGHBORHOOD, WHAT IS YOUR NEIGHBORHOOD

24   CALLED?

25   A.    THE SUBDIVISION IS CALLED MASTERS POINT, BUT IT'S IN

1  THE OAK HARBOUR AREA.

2  **Q.**  THE OLD HARBOUR AREA?

3  **A.**  OAK, O-A-K, HARBOUR.

4  **Q.**  OAK HARBOUR AREA.

5  **A.**  YES.

6  **Q.**  AND THAT'S MASTERS POINT?

7  **A.**  YES.

8  **Q.**  AND YOU SAID THIS IS A GATED COMMUNITY?

9  **A.**  YES, IT IS.

10 **Q.**  AND I TAKE IT, THEY HAVE A HOMEOWNER'S ASSOCIATION?

11 **A.**  YES, WE DO.

12 **Q.**  DID YOU RUN THIS BY THE HOMEOWNER'S ASSOCIATION?

13 **A.**  NO, I HAVEN'T.

14 **Q.**  DID YOU RUN IT BE YOUR NEIGHBORS?

15 **A.**  NO, I HAVEN'T.

16 **Q.**  THE OTHER PEOPLE WITH SMALL CHILDREN IN THE

17 NEIGHBORHOOD?

18 **A.**  NO.

19 **Q.**  YOU SAID THAT YOU ARE THE EXECUTIVE DIRECTOR, I

20 BELIEVE, OF A NONPROFIT ORGANIZATION?

21 **A.**  YES.

22 **Q.**  WHAT TYPE OF HOURS DO YOU WORK?

23 **A.**  NINE TO FIVE.

24 **Q.**  NINE TO FIVE EVERY DAY?

25 **A.**  MOST OF THE TIME, YES.  I HAVE TWO SMALL CHILDREN

1    WHO GET OUT OF SCHOOL AT -- AND I HAVE TO PICK THEM UP BY
2    6:00, YES.
3         Q.   OKAY.  SO YOU ARE BUSY ALL DAY UNTIL ABOUT 6:00, AT
4    LEAST, WHEN YOU PICK UP YOUR KIDS, AND THEN I WOULD SAY YOU
5    ARE EVEN BUSIER BECAUSE YOU ARE RUNNING AFTER TWO SMALL
6    CHILDREN?
7         A.   UH-HUH.  BUT MY HUSBAND IS VERY SUPPORTIVE.  HE
8    SHARES THOSE RESPONSIBILITIES WITH ME.
9         Q.   OKAY.  AND WHAT TYPE OF HOURS DOES HE WORK?
10        A.   GENERALLY, THE SAME HOURS.
11        Q.   SO NOBODY IS HOME DURING THE DAY?
12        A.   MOST OF THE TIME, WE ARE BOTH AT WORK.  LIKE I SAID,
13   I HAVE A VERY FLEXIBLE SCHEDULE AND MY HUSBAND HAS A VERY
14   FLEXIBLE SCHEDULE.
15        Q.   OKAY.  BUT FLEXIBLE --
16        A.   SOMETIMES I DO WORK FROM HOME.
17        Q.   HOW OFTEN DO YOU DO WORK FROM HOME?
18        A.   IT VARIES, DEPENDING ON WHAT I AM DOING.  I, AT
19   LEAST, WORK FROM HOME SEVERAL -- MAYBE AT LEAST ONCE OR TWICE
20   EVERY WEEK.
21        Q.   ALL DAY?
22        A.   YES.
23        Q.   BUT THE MAJORITY OF YOUR TIME IS SPENT IN THE
24   OFFICE?
25        A.   YES.

1    **Q.**   YOU SAID THAT YOU HAVE VISITED YOUR UNCLE OVER THE

2  LAST COUPLE OF YEARS?

3    **A.**   YES.

4    **Q.**   HOW MANY YEARS?

5    **A.**   THE LAST YEAR-AND-A-HALF, I THINK, CLOSE TO TWO

6  YEARS.

7    **Q.**   OKAY.   AND BEFORE THAT, YOU DID NOT VISIT YOUR

8  UNCLE?

9    **A.**   NO.

10    **Q.**   NOT AT ALL?

11    **A.**   NO.

12    **Q.**   SO YOUR CONTACT WITH YOUR UNCLE HAS BEEN LIMITED TO

13  THE LAST TWO YEARS?

14    **A.**   MY CONTACT WITH HIM HAS BEEN LIMITED TO THE LAST TWO

15  YEARS, YES.

16    **Q.**   OKAY.   AND HOW OFTEN DID YOU VISIT HIM OVER THE LAST

17  TWO YEARS?

18    **A.**   I BELIEVE I HAVE VISITED HIM THREE TIMES.

19    **Q.**   SO A TOTAL OF THREE TIMES OVER THE LAST TWO YEARS?

20    **A.**   YES.

21    **Q.**   AND THAT'S THE EXTENT OF YOUR INTERACTION WITH YOUR

22  UNCLE?

23    **A.**   INTERACTION, YES.

24    **Q.**   MS. ROBERTSON, ARE YOU IN A POSITION TO BE

25  RESPONSIBLE FOR YOUR UNCLE?

1       **A.**    YES.

2       **Q.**    RESPONSIBLE FOR HIS BEHAVIOR?

3       **A.**    YES.

4       **Q.**    HYPOTHETICALLY, MS. ROBERTSON, IF YOUR UNCLE HURTS

5    SOMEONE, ARE YOU TELLING THIS COURT THAT YOU WILL BE

6    RESPONSIBLE FOR THAT?

7       **A.**    WELL, I DON'T BELIEVE THAT WOULD HAPPEN, BUT, YES.

8       **Q.**    OKAY.  SO YOU ARE --

9       **A.**    I'M CONFIDENT THAT HIS BEHAVIOR WOULD BE EXEMPLARY.

10   AS THE LAWYER HAS JUST STATED, HIS BEHAVIOR HAS BEEN EXEMPLARY

11   THROUGHOUT HIS TIME INCARCERATED.  I BELIEVE STRONGLY THAT HE

12   WILL CONTINUE TO HAVE THE SAME EXEMPLARY BEHAVIOR.

13      **Q.**    OKAY.  BUT IF HE DOESN'T, YOU ARE TELLING THIS JUDGE

14   THAT YOU ARE GOING TO SUPERVISE HIM EXCEPT YOU WILL NOT BE

15   HOME DURING THE DAY; RIGHT?

16      **A.**    FOR THE MOST PART, YES.

17      **Q.**    SO HOW ARE YOU GOING TO SUPERVISE HIM DURING THE

18   DAY?

19           **MR. TRENTICOSTA:**  OBJECTION, YOUR HONOR.

20           **THE COURT:**  WHAT IS YOUR OBJECTION?

21           **MR. TRENTICOSTA:**  MS. ROBERTSON DIDN'T SAY SHE WOULD

22   SUPERVISE HIM MR. WOODFOX.

23           **THE COURT:**  REPHRASE YOUR QUESTION.

24   BY MS. CUMMINGS:

25      **Q.**    YOU SAID YOU WOULD BE RESPONSIBLE FOR HIM?

1    **A.**   YES.

2       **Q.**   ARE YOU GOING TO SUPERVISE HIM?

3    **A.**   I WILL, AS THE LAWYER HAS SAID, BE RESPONSIBLE FOR

4   MY UNCLE.

5       **Q.**   OKAY.   BUT WILL YOU SUPERVISE HIM?   YOU NEED TO

6   ANSWER MY QUESTIONS AND NOT TELL ME WHAT YOUR LAWYER SAID.

7   WILL YOU SUPERVISE HIM?

8    **A.**   YES.

9       **Q.**   SO WILL YOU SUPERVISE HIM MONDAY THROUGH FRIDAY FROM

10   9:00 IN THE MORNING TILL 6:00 AT NIGHT?

11    **A.**   HOW ARE YOU DEFINING "SUPERVISE"?

12       **Q.**   WILL YOU BE THERE TO SEE IF HE IS DOING WHAT HE IS

13   SUPPOSED TO DO?   WILL YOU BE THERE TO BE SURE HE IS NOT

14   HURTING SOMEBODY ELSE'S CHILD IN THE NEIGHBORHOOD?

15    **A.**   I WILL SUPERVISE MY UNCLE, YES.

16       **Q.**   OKAY.   WHEN WILL YOU SUPERVISE HIM, EVERY DAY, ALL

17   DAY?

18          **MR. TRENTICOSTA:**   YOUR HONOR --

19          **THE WITNESS:**   YES.

20          **MR. TRENTICOSTA:**   -- THIS IS BECOMING ARGUMENTATIVE.

21          **THE COURT:**   IT IS.

22          **MS. CUMMINGS:**   YOUR HONOR, IF I COULD JUST ADDRESS

23   THE COURT.   IT'S ARGUMENTATIVE BECAUSE HE DOESN'T LIKE THE

24   ANSWERS THAT I AM GETTING.

25          **THE COURT:**   NO, I DO NOT THINK THAT.   SHE HAS

1   ANSWERED THE QUESTION SEVERAL TIMES.   MOVE ON.

2          **MS. CUMMINGS:**   YES, YOUR HONOR.

3   BY MS. CUMMINGS:

4      **Q.**   AND THIS IS A GATED COMMUNITY?

5      **A.**   YES, IT IS.

6      **Q.**   SO PEOPLE IN THIS COMMUNITY ARE -- I WOULD GUESS --

7   WAS ONE OF YOUR DRAWS TO THE COMMUNITY THAT YOU WOULD FEEL

8   SAFE BECAUSE YOU WOULD HAVE GATES UP TO KEEP OUT BAD PEOPLE?

9      **A.**   I DO FEEL THAT IT IS A SAFE ENVIRONMENT, YES.

10          **MS. CUMMINGS:**   I HAVE NO OTHER QUESTIONS.   THANK YOU

11   VERY MUCH.

12          **THE COURT:**   ANY REDIRECT, SIR?

13          **MR. TRENTICOSTA:**   NO, YOUR HONOR.   WE ARE FINISHED.

14          **THE COURT:**   YOU MAY STEP DOWN.

15          **THE WITNESS:**   THANK YOU.

16          **(WHEREUPON, THE WITNESS WAS EXCUSED.)**

17          **MR. TRENTICOSTA:**   YOUR HONOR, WE NOW CALL MICHAEL

18   MABEL TO THE STAND.

19          **(WHEREUPON, MICHAEL MABEL, HAVING BEEN DULY SWORN,**

20   **TESTIFIED AS FOLLOWS.)**

21          **THE COURT:**   GOOD MORNING.

22          **THE WITNESS:**   GOOD MORNING.

23   EXAMINATION

24   BY MR. TRENTICOSTA:

25      **Q.**   GOOD MORNING.   WOULD YOU PLEASE STATE YOUR NAME FOR

1  THE RECORD?

2  **A.**   MICHAEL MABEL.

3  **Q.**   MR. MABEL, WHAT IS YOUR RELATIONSHIP TO ALBERT

4  WOODFOX?

5  **A.**   MY BROTHER.

6  **Q.**   HAVE YOU LIVED WITH HIM UP UNTIL THE TIME HE WAS

7  INCARCERATED?

8  **A.**   YES, I HAVE.

9  **Q.**   OKAY.   WHAT IS YOUR OCCUPATION?

10  **A.**   I'M AN EXECUTIVE CHEF WITH ALMAR CORPORATION.

11  **Q.**   WHAT DOES YOUR COMPANY DO?

12  **A.**   WE CATER TO THE OFF-SHORE DIVISION.   AND PRIOR TO

13  THAT, I WAS ONE OF THE EXECUTIVE CHEFS AT ERNEST MORIAL

14  CONVENTION CENTER IN NEW ORLEANS BEFORE HURRICANE KATRINA.

15  **Q.**   HAVE YOU BEEN IN THE CHEF BUSINESS FOR A LONG TIME?

16  **A.**   THIRTY-SOMETHING YEARS.

17  **Q.**   WHERE DO YOU RESIDE?

18  **A.**   I RESIDE IN HOUSTON, TEXAS.

19  **Q.**   IS THERE A REASON THAT YOU DON'T RESIDE IN NEW

20  ORLEANS ANY MORE, MR. MABEL?

21  **A.**   FLOOD WALLS, I'M REAL SCARED OF THEM.

22  **Q.**   OKAY.   DID HURRICANE KATRINA AFFECT YOUR HOME?

23  **A.**   YES, IT DID.

24  **Q.**   DID IT DESTROY IT?

25  **A.**   YES.

1     **Q.**    OKAY.  DO YOU REGULARLY VISIT ALBERT?

2     **A.**    EVERY MONTH.

3     **Q.**    FOR HOW LONG?

4     **A.**    THIRTY-SOMETHING YEARS.

5     **Q.**    DO YOU AND ALBERT HAVE OTHER SIBLINGS?

6     **A.**    YES, WE DO.

7     **Q.**    HOW MANY?

8     **A.**    THERE'S FIVE OF US LEFT.

9     **Q.**    DO YOUR SIBLINGS LIVE IN THE NEW ORLEANS AREA?

10     **A.**    MY DAUGHTER -- TWO OF MY DAUGHTERS AND MY GRANDKIDS.

11     **Q.**    AND WHAT ABOUT YOUR BROTHERS AND SISTER?

12     **A.**    ONE OF MY BROTHERS IS IN SHREVEPORT, LOUISIANA; ONE

13  IS IN DETROIT; AND ONE IS IN DALLAS PRIOR TO KATRINA.

14     **Q.**    OKAY.  YOU MENTIONED THE LIVING SIBLINGS.  HAS YOUR

15  FAMILY LOST ANY FAMILY MEMBERS?

16     **A.**    I'VE LOST MY MOTHER, MY SISTER, AND MY BROTHER.

17     **Q.**    YOUR BROTHER-IN-LAW?

18     **A.**    AND MY BROTHER-IN-LAW.

19     **Q.**    YOUR SISTER, BROTHER-IN-LAW, AND MOTHER, DID THEY

20  VISIT WITH ALBERT?

21     **A.**    EVERY MONTH WITH ME SINCE I WAS A LITTLE KID.  PRIOR

22  TO MY MOTHER PASSING 14 YEARS AGO, AND I LOST MY

23  BROTHER-IN-LAW THIS FEBRUARY.

24     **Q.**    WAS THERE A TIME THAT YOU WERE NOT ABLE TO VISIT

25  ALBERT?

1      **A.**    YES.

2      **Q.**    AND WHY WAS THAT?

3          **MS. CUMMINGS:**    YOUR HONOR, I AM JUST GOING TO OBJECT

4    AT THIS POINT TO THE RELEVANCY.

5          **THE COURT:**    YES.

6          **MR. TRENTICOSTA:**    OKAY.  WE WILL GET TO THE

7    RELEVANCY, YOUR HONOR.

8          **THE COURT:**    I AM GOING TO SUSTAIN THAT OBJECTION.

9    **BY MR. TRENTICOSTA:**

10     **Q.**    IF MR. WOODFOX WERE TO BE GRANTED BAIL BY YOUR

11   HONOR, WOULD YOU ASSIST IN HIS SUPERVISION AND CARE ON THE

12   OUTSIDE?

13     **A.**    THE BEST OF MY ABILITY.

14     **Q.**    HAVE YOU ASSISTED HIM WITH GIFTS AND MONEY IN THE

15   LAST THIRTY-SOME-ODD YEARS?

16     **A.**    YES, I HAVE.

17     **Q.**    AND WOULD YOU CONTINUE THAT?

18     **A.**    YES, I WILL.

19     **Q.**    AND WHAT IS YOUR RELATIONSHIP WITH MS. ROBERTSON?

20     **A.**    MY DAUGHTER.

21     **Q.**    OKAY.  NOW, YOU'RE AWARE THAT ALBERT HAS A FEW PRIOR

22   CONVICTIONS IN HIS PAST?

23     **A.**    YES.

24     **Q.**    ARE YOU AWARE?

25     **A.**    YES.

1      **Q.**    DO YOU THINK ALBERT HAS CHANGED FROM THOSE WAYS?

2            **MS. CUMMINGS:**   YOUR HONOR, I OBJECT.

3            **THE COURT:**   SUSTAINED.

4    BY MR. TRENTICOSTA:

5      **Q.**    HOW WOULD YOU DESCRIBE ALBERT?

6      **A.**    WELL, HE IS MUCH MORE COMPASSIONATE.

7            **MS. CUMMINGS:**   YOUR HONOR, AGAIN, I OBJECT.   HE IS

8    TRYING TO GO THROUGH THE BACK DOOR TO ELICIT THE SAME

9    TESTIMONY.

10            **THE COURT:**   HE CAN --

11            **MR. TRENTICOSTA:**   I'M GOING RIGHT THROUGH THE FRONT

12   DOOR, YOUR HONOR.   WHAT I'M TRYING TO ELICIT IS THE CHARACTER

13   OF MR. WOODFOX, AND WHO KNOWS HIM BETTER THAN HIS BROTHER WHO

14   HAS VISITED FOR SOME THIRTY-SOME-ODD YEARS.

15            **THE COURT:**   YES.   PROCEED.

16            **THE WITNESS:**   I FIND HIM TO BE MORE COMPASSIONATE,

17   AND WHAT I MEAN BY "COMPASSIONATE," HE THINK OF OTHERS MORE

18   THAN HIMSELF.   I'VE SEEN A LOT OF CHANGES OVER THE YEARS, OVER

19   THE THIRTY-SOMETHING YEARS, THAT I HAVE BEEN VISITING FROM

20   BACK SINCE 1970 UNTIL TO THIS POINT NOW.   HE'S AN OLD MAN NOW,

21   SO -- BUT I LOVE HIM.

22            **MR. TRENTICOSTA:**   ONE SECOND, YOUR HONOR, PLEASE.

23        I HAVE NO FURTHER QUESTIONS.   PLEASE ANSWER THE

24   PROSECUTOR'S QUESTIONS.

25            **THE COURT:**   MS. CUMMINGS?

1   EXAMINATION

2   BY MS. CUMMINGS:

3       **Q.**   GOOD MORNING, MR. MABEL.

4       **A.**   GOOD MORNING.

5       **Q.**   MY NAME IS DANA CUMMINGS, AND I'M WITH THE ATTORNEY

6   GENERAL'S OFFICE.   I JUST HAVE A COUPLE OF QUESTIONS FOR YOU.

7            YOU ARE STILL AN EXECUTIVE CHEF?

8       **A.**   YES, I AM.

9       **Q.**   AND WHERE DO YOU WORK?

10      **A.**   I WORK FOR ALMAR CORPORATION, OFF-SHORE DIVISION.

11      **Q.**   OKAY.   DO YOU COOK FOR -- WHO DO YOU COOK FOR?

12      **A.**   I CATER TO THE OFF-SHORE DIVISION, DRILLERS, GUYS

13  THAT IS WORKING OUT IN THE GULF, BUT I WORK LAND BASE.

14      **Q.**   OKAY.   SO YOU COOK ON LAND; THEY SEND IT OUT TO THE

15  --

16      **A.**   NO.   WE FEED THE PEOPLE IN -- IN OTHER WORDS, WHEN

17  THE DRILLERS GO IN STACK, MEANING THEY DON'T -- THEY RESIGN

18  THEIR CONTRACT, THEY WILL BRING THE RIG IN AND RE-FABRICATE

19  IT, AND THAT'S THE GUYS I FEED.   I FEED SEVERAL RIGS THAT'S IN

20  THE YARD.

21      **Q.**   OKAY.   AND DO YOU WORK ON A DAILY BASIS?

22      **A.**   NO, I DON'T.

23      **Q.**   HOW OFTEN DO YOU WORK?

24      **A.**   TWO WEEKS ON AND TWO WEEKS OFF.

25      **Q.**   OKAY.   SO FOR TWO WEEKS AT A TIME YOU ARE WORKING

1  PRETTY MUCH 24 HOURS?

2      **A.**   NO.   I WORK --

3      **Q.**   OR YOU HAVE TO BE THERE FOR 24 HOURS?

4      **A.**   NO, I DON'T.

5      **Q.**   WHERE DID YOU ACTUALLY PHYSICALLY WORK?

6      **A.**   I WORK IN NEW IBERIA, LOUISIANA.

7      **Q.**   BUT YOU STILL LIVE IN HOUSTON?

8      **A.**   YES.

9      **Q.**   AND YOUR TWO WEEKS OFF, DO YOU SPEND THAT TIME IN

10 HOUSTON AS WELL?

11     **A.**   NO, I DON'T.

12     **Q.**   WHERE DO YOU SPEND YOUR TIME OFF?

13     **A.**   I COME DOWN TO SEE MY GRANDKIDS, MY DAUGHTER.

14     **Q.**   SO I GUESS --

15     **A.**   MY OTHER KIDS.

16     **Q.**   -- MY QUESTION WOULD BE:  IF YOU WORK TWO WEEKS IN

17 NEW IBERIA, AND THEN WHEN YOU ARE OFF YOU SPEND IT IN NEW

18 ORLEANS, WHY DO YOU STILL LIVE IN HOUSTON?

19     **A.**   BECAUSE I BOUGHT A HOME IN HOUSTON AND ME AND MY

20 WIFE VISIT, WE HAVE GRAND KIDS IN NEW ORLEANS.  SO WE PRETTY

21 MUCH COME DOWN FOR FAMILY EVENTS, AND, ALSO, I DRIVE DOWN TO

22 SEE MY BROTHER AT ANGOLA EVERY MONTH.

23     **Q.**   OKAY.  SO YOU ARE JUST TALKING ABOUT VISITING IN NEW

24 ORLEANS.  YOU ARE NOT TALKING ABOUT -- YOU ARE NOT TELLING THE

25 COURT THAT YOU ARE GOING TO BE TAKING UP RESIDENCE IN NEW

1  ORLEANS?

2      **A.**    NO.    I HAVE A HOME IN NEW ORLEANS, BUT IF I HAVE TO,

3  I WILL.

4      **Q.**    BUT YOU WOULD BE REQUIRED TO BE IN NEW IBERIA?

5      **A.**    YES.    MY JOB DON'T INDICATE WHAT AREA.    YOU CAN WORK

6  -- YOU CAN STAY IN LOUISIANA AND WORK IN TEXAS.    IT DOESN'T

7  MATTER.

8      **Q.**    OKAY.    BUT YOU HAVE TO BE IN NEW IBERIA TO DO YOUR

9  WORK?

10     **A.**    YES.

11     **Q.**    HOW OLD WERE YOU WHEN YOUR BROTHER WAS INCARCERATED?

12     **A.**    SIXTEEN.    SOMETHING LIKE THAT.    FIFTEEN.

13     **Q.**    AND YOU TOLD THIS COURT THAT YOU THINK HE HAS

14  CHANGED?

15     **A.**    YES.

16     **Q.**    DID YOU FIND HIM TO BE A VIOLENT INDIVIDUAL THEN?

17     **A.**    NO.

18     **Q.**    YOU'VE NEVER FOUND HIM TO BE A VIOLENT INDIVIDUAL?

19     **A.**    NO.    HE RAISED ME.

20     **Q.**    OKAY.    BUT YOU KNOW THAT HE WAS CONVICTED OF ARMED

21  ROBBERY;  RIGHT?

22     **A.**    YES, I DO.

23     **Q.**    YOU KNOW THAT HE WAS CONVICTED OF AGGRAVATED

24  BATTERY;  RIGHT?

25     **A.**    YES, I DO.

1    **Q.**    YOU KNOW THAT HE WAS CONVICTED OF AGGRAVATED ESCAPE;
2    RIGHT?

3    **A.**    YES, I DO.

4    **Q.**    AND YOU KNOW THAT HE WAS CONVICTED OF MURDER TWICE?

5    **A.**    I WAS AT THE COURT.    I DON'T BELIEVE HE COMMITTED A
6    MURDER CHARGE.

7    **Q.**    OKAY.    BUT EVEN IF YOU DON'T WANT TO TALK ABOUT THE
8    MURDER CHARGE, YOU KNOW SITTING THERE TODAY THAT HE WAS
9    CONVICTED OF THREE VIOLENT CRIMES AND YOU ARE TELLING THIS
10   COURT THAT YOU HAVE NEVER KNOWN HIM TO BE A VIOLENT
11   INDIVIDUAL; IS THAT CORRECT?

12   **A.**    YES.

13        **MS. CUMMINGS:**    THANK YOU.

14        **THE COURT:**    ANY REDIRECT?

15   EXAMINATION

16   BY MR. TRENTICOSTA:

17   **Q.**    DO YOU THINK HE'S VIOLENT TODAY?

18   **A.**    I'M SORRY?

19   **Q.**    DO YOU THINK HE'S VIOLENT TODAY?

20   **A.**    NO.

21   **Q.**    WHEN Y'ALL WERE COMING UP, DID Y'ALL STRUGGLE?

22   **A.**    YES, WE DID.

23   **Q.**    WAS ALBERT THE OLDEST IN THE FAMILY?

24   **A.**    HE WAS LIKE MY FATHER.

25   **Q.**    DID YOU HAVE A FATHER IN THE HOUSEHOLD?

1    **A.**    NO, I DIDN'T.

2    **Q.**    DO YOU THINK THERE WAS A LOT OF PRESSURE ON ALBERT

3    WHEN HE WAS A TEENAGER AND A YOUNG MAN?

4    **A.**    I THINK IT PROBABLY DID, JUST DUE TO MY MOTHER WAS

5    ILLITERATE, AND HE STEPPED IN TO BE THAT FATHER FIGURE.  HE

6    RAISED ALL OF THE YOUNG SIBLINGS.

7    **Q.**    MR. MABEL, YOU JUST ANSWERED THE PROSECUTOR'S

8    QUESTION BY SAYING THAT IF YOU HAD TO MOVE TO NEW ORLEANS TO

9    CARE FOR ALBERT YOU WOULD?

10    **A.**    YES, I WOULD.

11    **MR. TRENTICOSTA:**    THANK YOU.  I HAVE NO FURTHER

12    QUESTIONS.

13    **THE COURT:**    ALL RIGHT.  YOU MAY STEP DOWN, SIR.

14    **(WHEREUPON, THE WITNESS WAS EXCUSED.)**

15    **MR. TRENTICOSTA:**    ONE SECOND, YOUR HONOR, PLEASE.

16    YOUR HONOR, I AM PRESENTING TO THE PROSECUTOR THREE DOCUMENTS:

17    ONE IDENTIFIED AS P-2, WHICH IS A PARTIAL DEPOSITION OF WARDEN

18    BURL CAIN IN THE CASE ENTITLED "ROBERT KING WILKERSON VERSUS

19    RICHARD STALDER," 00-304, IN THIS COURTHOUSE; P-3, YOUR HONOR,

20    IS A REPORT BY DR. BRIE WILLIAMS.  THIS REPORT WAS GENERATED

21    FOR THE CIVIL LITIGATION.  DR. WILLIAMS IS AN EXPERT IN

22    GERIATRIC CARE.  SHE HAS EXAMINED MR. WOODFOX; SHE HAS

23    REVIEWED HIS EXTENSIVE MEDICAL RECORDS FROM THE PENITENTIARY,

24    AND WE HAVE DISCUSSED THIS IN OUR PLEADINGS, YOUR HONOR.

25    IMPORTANTLY, AGAIN, IT IS DR. WILLIAMS' OPINION THAT MR.

1   WOODFOX IS A ELDERLY, SICK MAN, WHO DESERVES PROPER MEDICAL

2   CARE, AND THAT THE TIME HE SPENT, 36 YEARS, IN LOCKDOWN AT

3   ANGOLA HAS EXACERBATED AND MADE WORSE HIS MEDICAL CONDITION.

4       NUMBER 4, YOUR HONOR, P-4, VARIOUS MEDICAL RECORDS RELIED

5   UPON BY DR. WILLIAMS FOR HER REPORT.  NOW, THIS REPORT WAS

6   GENERATED TWO YEARS AGO, YOUR HONOR.  THERE HAS, OF COURSE,

7   BEEN SOME OTHER MEDICAL RECORDS SINCE THIS REPORT.  THE

8   MEDICAL RECORDS ARE HERE AS P-4.

9     I WANT TO SPECIFICALLY POINT OUT TO, YOUR HONOR, THAT MR.

10   WOODFOX CONTINUES TO HAVE A VERY HIGH LEVEL OF HYPERTENSION

11   AROUND --

12       **MS. CUMMINGS:**  YOUR HONOR, I WOULD OBJECT.  IS

13   COUNSEL TESTIFYING AS A DOCTOR, AN EXPERT IN MEDICINE AT THIS

14   POINT?

15       **THE COURT:**  NO, HE IS NOT AN EXPERT.

16       **MR. TRENTICOSTA:**  NO.

17       **THE COURT:**  BUT HE IS RELAYING TO ME WHAT THE

18   MEDICAL RECORDS -- BUT, MR. TRENTICOSTA, I WILL LOOK AT THE

19   RECORDS.

20       **MR. TRENTICOSTA:**  THAT'S GREAT, YOUR HONOR.

21       **THE COURT:**  OKAY.

22       **MR. TRENTICOSTA:**  WE MOVE THE INTRODUCTION OF THESE

23   DOCUMENTS.

24       **MS. CUMMINGS:**  AND, YOUR HONOR, I WOULD OBJECT TO

25   EACH AND EVERY ONE OF THEM:  THE FIRST ONE BEING THE PARTIAL

1  DEPOSITION OF WARDEN BURL CAIN, THAT'S A PARTIAL DEPOSITION IN
2  COUNSEL'S OWN WORDS.   THAT'S PART OF WHAT HE SAID.   THAT'S NOT
3  ALL OF WHAT HE SAID.   I WOULD OBJECT TO THAT.

4       TWO, YOUR HONOR, I WOULD OBJECT TO THE REPORT OF DR. BRIE
5  WILLIAMS.   IN THE FIRST PLACE, IT'S TWO YEARS OLD; AND IN THE
6  SECOND PLACE, I THINK I HAVE THE RIGHT TO CROSS-EXAMINE HIM
7  AND HE IS NOT PRESENT, AS FAR AS I KNOW.

8       AND THIRD, YOUR HONOR, I WOULD OBJECT TO THE MEDICAL
9  RECORDS ON THE SAME BASIS, THAT THEY ARE HEARSAY INFORMATION.
10  I DON'T HAVE ANY RIGHT -- THEY HAVEN'T BEEN AUTHENTICATED IN
11  ANY WAY.

12       **MR. TRENTICOSTA:**  I WILL RESPOND WITH THE LAST ONE,
13  YOUR HONOR, AS YOU CAN SEE AT THE BOTTOM OF THESE MEDICAL
14  RECORDS, IT SAYS "ADDITIONAL DOCUMENTS PRODUCED TO PLAINTIFF,"
15  THAT IS, THEY WERE PRODUCED BY THE LAWYERS DEFENDING THE
16  LAWSUIT.   THESE ARE NOT MADE UP BY US.   AND AS THE COURT IS
17  WELL AWARE, THE RULES OF EVIDENTIARY PROCEDURE ARE RELAXED IN
18  A BAIL HEARING.   THESE ARE TRUE AND CORRECT COPIES.

19       DR. WILLIAMS' REPORT OF TWO YEARS AGO, I DON'T THINK IT
20  COULD CHANGE DRAMATICALLY SHOULD SHE WRITE A REPORT TODAY.

21       AGAIN, BECAUSE THIS IS A DECLARATION MADE, ADMITTED INTO
22  THE CASE, THE CIVIL CASE, I THINK THAT YOUR HONOR CAN TAKE
23  REVIEW OF IT.

24       **THE COURT:**  WELL, I DO NOT KNOW THAT I HAVE TO TAKE
25  NOTICE OF AN ANOTHER CASE.

1     WHAT I WILL DO IS THAT I WILL SUSTAIN THE OBJECTION TO

2 THE DEPOSITION OF WARDEN CAIN AND THE REPORT OF DR. WILLIAMS,

3 BUT I WILL GIVE YOU LEAVE TO SCHEDULE THESE FOLKS FOR THEIR

4 DEPOSITIONS.   I WILL HOLD THIS MATTER OPEN TO ALLOW YOU TO GET

5 THEIR DEPOSITIONS WHERE THE STATE WILL HAVE AN OPPORTUNITY TO

6 CROSS-EXAMINE THEM.

7     **MR. TRENTICOSTA:**   YOUR HONOR, JUST SO WE ARE CLEAR:

8 IT IS A PARTIAL DEPOSITION OF WARDEN BURL CAIN.   IT IS THE

9 PERTINENT INFORMATION IN THIS DEPOSITION IN REGARDS TO MR.

10 WOODFOX.   WE ARE NOT HOLDING ANYTHING BACK.

11     **THE COURT:**   AND WE WILL DO THAT QUICKLY.

12     **MR. TRENTICOSTA:**   YOUR HONOR, JUST TO SUMMARIZE,

13 AND, OF COURSE, IT'S BEEN THE STATE'S BURDEN TO SHOW THAT THEY

14 DESERVE A STAY IN THIS CASE.   HE WILL BE -- SHOULD THIS COURT

15 ENLARGE MR. WOODFOX, HE WOULD BE IN A STABLE ENVIRONMENT WHERE

16 -- IN A FAMILY WHICH HONORS FAMILY VALUES, LIVING IN A SAFE

17 ENVIRONMENT.   THERE ARE NO RIFFRAFF IN THAT COMMUNITY.   THERE

18 IS NO TROUBLE.   HE WILL BE CARED FOR.   WHILE, OF COURSE, HE

19 WILL NOT BE SUPERVISED 24/7, THAT IS, HAVING MS. ROBERTSON

20 LOOK OVER HIM, WE FEEL THAT IT WILL BE A PROPER PLACEMENT FOR

21 HIM.

22     AS WE HAVE STATED IN OUR MOTION, WE ARE, OF COURSE,

23 WILLING TO ACCEPT ANY CONDITIONS, BUT I WANT TO EXPLAIN FOR A

24 SECOND WHAT WE STATED IN THE MOTION ABOUT MR. WOODFOX WORKING.

25 OF COURSE, HE HASN'T ANY JOB SKILLS LEARNED AT ANGOLA, BEING

1    IN LOCKDOWN FOR THIRTY-SOME-ODD YEARS, BUT HE IS A SELF TAUGHT

2    MAN.  HE IS PASSIONATE ABOUT THE LAW; HE IS KNOWLEDGEABLE

3    ABOUT THE LAW.  IN FACT, HE HAS FILED MANY LAWSUITS WHICH HAVE

4    WON AND HELPED PERSONS WITH POST-CONVICTION ACTIONS.

5        AS STATED IN OUR MOTION, YOUR HONOR, SHOULD THE COURT

6    ENLARGE HIM AND ALLOW HIM TO WORK, HE HAS A PLACE TO WORK.  HE

7    HAS A PLACE TO WORK IN MY LAW OFFICE.  IF YOUR HONOR WOULD

8    LIKE MORE INFORMATION ABOUT THAT, I WOULD BE GLAD TO GIVE IT.

9        BUT JUST VERY BRIEFLY.  AS THE COURT MAY KNOW, MOST OF MY

10   CLIENTS ARE ON DEATH ROW.  MOST OF MY CLIENTS ARE IN

11   POST-CONVICTION STAGES.  WE EMPLOY BARRISTERS AND SOLICITORS

12   FROM ENGLAND; WE EMPLOY LAW STUDENTS.  WE HAVE A LOT OF

13   VOLUNTEERS, PERSONS THAT COULD HELP MR. WOODFOX IN LEARNING

14   SOME OF THE NEW SKILLS OF RESEARCH AND LAWYERING.

15       HE WOULD MAKE AN EXCELLENT PARALEGAL.  HE WOULD BE UNDER

16   MY SUPERVISION.  I WOULD WATCH HIM.  I WOULD MAINTAIN HIS GOOD

17   CONDUCT, BUT I HAVE NO FEAR THAT I WOULD HAVE TO DO ANYTHING.

18   I BELIEVE HE WOULD SHOW UP FOR WORK ON THE APPOINTED TIME.  HE

19   WOULD PERFORM HIS JOB WELL.  HE WOULD GAIN VALUABLE KNOWLEDGE

20   AND TRAIN TO CONTINUE PARALEGAL WORK, SHOULD HE DESIRE TO DO

21   SO, WHEN HE IS ONE DAY FREE.

22       YOUR HONOR, I APPRECIATE THE OPPORTUNITY TO HOLD THIS

23   HEARING OPEN, TO ALLOW THE DEPOSITION OF THE PERSONS THAT YOU

24   JUST MENTIONED, AND WE WILL FORTHWITH ACCOMPLISH THAT.

25       **THE COURT:**  ALL RIGHT.

1                 **MR. TRENTICOSTA:**   THANK YOU.

2                 **THE COURT:**   DO YOU HAVE ANY OTHER EVIDENCE THAT YOU

3    WISH TO SUBMIT AT THIS TIME?

4                 **MR. TRENTICOSTA:**   NO, YOUR HONOR.

5                 **THE COURT:**   ALL RIGHT.   THEN I CALL UPON THE STATE.

6                 **MS. CUMMINGS:**   THANK YOU, YOUR HONOR.

7              YOUR HONOR, ALBERT WOODFOX WAS CONVICTED BY TWO SEPARATE

8    JURIES.

9                 **THE COURT:**   THAT BEGS A QUESTION, MS. CUMMINGS.   YOU

10   KNOW, BOTH OF THOSE CONVICTIONS HAVE BEEN REVERSED ON HABEAS.

11                **MS. CUMMINGS:**   YES, YOUR HONOR, THAT'S CORRECT.   I

12   RAISE THE ISSUE BECAUSE I THINK IN THE MOST RECENT -- AND LET

13   ME GET A COPY OF THE CASE.   I THINK IN THE CONTROLLING CASE IN

14   WHICH THE SUPREME COURT OF THE UNITED STATES ADDRESSED WHETHER

15   OR NOT STAYS SHOULD BE ISSUED -- OR, YOU KNOW, BASICALLY

16   ISSUED THEIR OPINION LAYING OUT THE FACTORS TO BE CONSIDERED

17   TO DETERMINE WHETHER A STAY SHOULD BE ISSUED IN **HILTON VERSUS**

18   **BRUNSKILL.**

19                **THE COURT:**   WHAT DO YOU WANT ME TO STAY?

20                **MS. CUMMINGS:**   I WANT YOU TO STAY ALL PROCEEDINGS

21   UNTIL THE APPEAL IS FINAL, YOUR HONOR, AND TO DETAIN THE

22   DEFENDANT UNTIL THAT APPEAL IS FINAL.

23                **THE COURT:**   WELL, YOU KNOW, I COULD, YOU KNOW, STAY

24   ALL PROCEEDINGS UNTIL THE APPEAL IS FINAL, THAT IS NO PROBLEM.

25   ARE THEY MUTUALLY EXCLUSIVE, ALLOWING MR. WOODFOX BAIL WHILE

1    WE ARE STAYING THE PROCEEDINGS?

2              **MS. CUMMINGS:**  YOUR HONOR, I THINK -- WELL, I THINK

3    YOU HAVE DISCRETION TO ALLOW MR. WOODFOX BAIL, IF YOU WANT.

4    HOWEVER, THE STATE WOULD SUBMIT THAT IN THE -- IF YOU GO BY

5    THE FOUR FACTORS, AS LAID OUT IN **HILTON VERSUS BRUNSKILL,** THIS

6    COURT SHOULD DENY MR. WOODFOX BAIL.

7              **THE COURT:**  ALL RIGHT.  ENLIGHTEN ME.  GIVE ME YOUR

8    POSITION AS TO WHY I SHOULD DO THAT.

9              **MS. CUMMINGS:**  I THINK YOU SHOULD --

10             **THE COURT:**  I HAVE READ YOUR MEMO.

11             **MS. CUMMINGS:**  YES, SIR.  I THINK YOU SHOULD DENY IT

12   BECAUSE THE FOUR FACTORS ARE, WHETHER THE STAY APPLICANT HAS

13   MADE A STRONG SHOWING THAT HE IS LIKELY TO SUCCEED ON THE

14   MERITS.  YOUR HONOR, WE SUBMIT THAT WE ARE LIKELY TO SUCCEED

15   ON THE MERITS TO THE APPELLANT COURT.

16        THE **STRICKLAND FACTORS** ARE VERY CLEAR, THAT IN ORDER FOR

17   THIS CASE TO -- IN ORDER FOR THE ATTORNEYS THAT HANDLED THIS

18   CASE TO BE FOUND INEFFECTIVE, OR THE CASE BE REVERSED ON THOSE

19   GROUNDS, THE ATTORNEY'S PERFORMANCE HAS TO FALL BELOW WHAT IS

20   REASONABLY EXPECTED IN THE COMMUNITY OF AN --

21             **THE COURT:**  WELL, WOULDN'T YOU EXPECT AN ATTORNEY TO

22   HAVE FILED A MOTION TO QUASH THE SECOND INDICTMENT?

23             **MS. CUMMINGS:**  WELL, YOUR HONOR, THAT ASSUMES THAT

24   THEY DIDN'T FIGHT IT.  THEY DID FIGHT IT.

25             **THE COURT:**  WELL, NO.  THEY DID NOT FILE A MOTION TO

46

1  QUASH THAT INDICTMENT, AND THAT IS WHERE YOU BEGIN IN THIS

2  CASE.

3         **MS. CUMMINGS:**  WELL, I DON'T KNOW THAT YOU FILE A

4  MOTION TO QUASH THE INDICTMENT.  I THINK YOU FIGHT BEFORE THE

5  EVIDENCE COMES IN, AND THEY DID THAT.  THEY OBJECTED TO THE

6  TESTIMONY BEING INTRODUCED OF HEZEKIAH BROWN.  THEY DID WHAT A

7  REASONABLE ATTORNEY WOULD DO, THEY OBJECTED.  THEY SAID, NO,

8  THAT TESTIMONY SHOULD NOT COME IN.

9      AND BEYOND THAT, THE SECOND TIER OF **STRICKLAND** IS THAT IT

10 HAS TO BE SHOWN THAT THAT INEFFECTIVENESS, IF YOU MEET THE

11 FIRST TIER, WOULD -- OR IS SHOWN TO HAVE MORE PROBABLY THAN

12 NOT AFFECTED THE JURY'S DECISION.  AND I JUST DON'T THINK THAT

13 THAT'S THE CASE.

14     IN THE FIRST ASSIGNMENT OF ERROR, I GUESS, OR THE RULING

15 OF THE HEARING OFFICER, THE MAGISTRATE, SHE FOUND THAT THE

16 INTRODUCTION OF BROWN'S TESTIMONY VIOLATED SIXTH AMENDMENT

17 RIGHTS BECAUSE THEY COULDN'T EXAMINE MR. BROWN ON --

18         **THE COURT:**  ANY NUMBER OF THINGS.

19         **MS. CUMMINGS:**  BUT HE WAS FULLY CROSS-EXAMINED,

20 FULLY CROSS-EXAMINED, IN THE 1973 TRIAL.  HE WAS NOT ONLY

21 CROSS-EXAMINED IN THIS TRIAL, HE WAS FULLY CROSS-EXAMINED IN

22 THE TRIALS OF WALLACE AND MONTEGUT.

23         **THE COURT:**  BUT THAT IS NOT, YOU KNOW, THE SAME

24 THING, THAT IS NOT AT ALL.  YOU KNOW, YOU DO NOT CROSS-EXAMINE

25 SOMEONE IN ONE TRIAL, AND THEN BRING IT INTO ANOTHER TRIAL.

1          MS. CUMMINGS:  WELL, YOUR HONOR --

2          THE COURT:   WHERE WAS THE CROSS-EXAMINATION

3   AVAILABLE IN THE '98 TRIAL?

4          MS. CUMMINGS:  YOUR HONOR, THE LAW IS CLEAR IN

5   **MADDOX VERSUS U.S.**, THAT YOU CAN USE -- IF A WITNESS HAS BEEN

6   CROSS-EXAMINED BY COUNSEL IN TRIAL, THAT TESTIMONY CAN BE USED

7   IN A LATER TRIAL.

8          THE COURT:  BUT THAT TRIAL WAS OVERTURNED IN '73.

9          MS. CUMMINGS:  BUT NOT ON THE BASIS, NOT ON THE

10  CROSS-EXAMINATION OF BROWN.

11         THE COURT:  YOU HAVE TO -- YOU CANNOT JUST ALLOW

12  SOMEONE -- GO AHEAD.  I WILL HEAR YOUR ARGUMENT.

13         MS. CUMMINGS:  NO, YOUR HONOR.  IF YOU HAVE

14  SPECIFIC QUESTIONS, I AM HERE TO ANSWER THEM.

15         THE COURT:  NO.  I JUST THINK THERE IS A WHOLE

16  PANOPLY OF ERRORS THAT THE MAGISTRATE JUDGE FOUND; IN MY

17  REVIEW AND JUDGMENT, IN MY OPINION, SUPPORT IT.  AND, I MEAN,

18  I THINK ANY NUMBER OF WHICH WOULD VIOLATE **STRICKLAND**.

19         MS. CUMMINGS:  WELL, YOUR HONOR, WE DISAGREE WITH

20  THE MAGISTRATE'S RULING, AND WE DISAGREE WITH SOME OF HER

21  FACTUAL FINDINGS BASED ON THE TRANSCRIPTS THAT WE HAVE IN THE

22  CASE.  WE HAVE CITED THOSE IN OUR OBJECTIONS TO HER RULING,

23  AND WE CERTAINLY INTEND TO CITE THOSE IN THE APPEAL AND WE

24  FEEL THAT WE HAVE VERY STRONG GROUNDS ON THAT.

25         ON MR. SINQUEFIELD'S TESTIMONY, THEY OBJECTED THREE

1  TIMES.  THEY OBJECTED AND MADE -- THE COURT GOT SO FRUSTRATED

2  -- AND THE COURT HAS DONE THIS WITH ME BEFORE, SO I UNDERSTAND

3  -- THE COURT GOT SO FRUSTRATED WITH THEM OBJECTING, HE SAID

4  IT'S GOING TO BE A CONTINUING OBJECTION BECAUSE HE DIDN'T WANT

5  TO HEAR THE OBJECTION ANY MORE, AND THEN FOR THE MAGISTRATE TO

6  FIND THAT THERE WAS NO OBJECTION MADE.

7          **THE COURT:**  ON WHAT GROUNDS DID THEY OBJECT?

8          **MS. CUMMINGS:**  THEIR OBJECTION ONCE WAS RELEVANCY;

9  AND THE OTHER TIMES THE OBJECTION WAS SIMPLY AN OBJECTION.

10         **THE COURT:**  YES.  YOU DO NOT KNOW WHAT HE OBJECTED

11 TO.

12         **MS. CUMMINGS:**  WELL, YOU KNOW, ANY COURT THAT I HAVE

13 EVER BEEN IN, IF YOU OBJECT, THEY LISTEN TO YOUR OBJECTION.

14 IF THEY HAVE A QUESTION UPON WHICH YOUR OBJECTION IS BASED,

15 THEY QUESTION YOU MORE.

16     VERY CLEARLY AT ONE POINT --

17         **THE COURT:**  DID HE EVER OBJECT TO HIM TESTIFYING TO

18 THE FACT THAT, YOU KNOW, A LAWYER CANNOT -- OR A PROSECUTOR

19 CANNOT TESTIFY AS TO THE CREDIBILITY OR CHARACTER OF A

20 WITNESS?

21         **MS. CUMMINGS:**  YES, YOUR HONOR.  I HAVE IT RIGHT

22 HERE.  AT ONE POINT MR. GARRAWAY SAID, AS DURING THIS WHOLE

23 LINE OF QUESTIONING, "MAY IT PLEASE THE COURT, THE JURY HAS

24 JUST HEARD THE TESTIMONY -- THE PRIOR TESTIMONY OF HEZEKIAH

25 BROWN AND WE DON'T NEED MS. CULLEN TO BOLSTER THAT TESTIMONY

1    THROUGH HEARSAY OR OPINIONS OR SPECULATIONS OR WHATEVER ON THE

2    PART OF MR. SINQUEFIELD."  BAM! THAT'S IT.

3            **THE COURT:**  NO, THAT IS NOT THE SAME OBJECTION.

4            **MS. CUMMINGS:**  I THINK IT IS THE SAME OBJECTION,

5    YOUR HONOR.  I'M SORRY.

6            **THE COURT:**  WELL, GO AHEAD.

7            **MS. CUMMINGS:**  OBVIOUSLY, I AM NOT GOING TO ARGUE

8    WITH THE COURT.

9            **THE COURT:**  GIVE ME YOUR FOUR BASIS, THE STANDARDS

10    OF --

11            **MS. CUMMINGS:**  OKAY.  THE FIRST IS THAT WE PREVAIL

12    ON THE MERITS, AND I WILL BE GLAD TO GO THROUGH EACH

13    ASSIGNMENT, IF YOU WANT ME TO.

14        THE SECOND IS WHETHER THE STAY APPLICANT WILL BE

15    IRREPARABLY INJURED ABSENT A STAY.  WE, OBVIOUSLY, ARE THE

16    APPLICANT, AND I SUBMIT THAT WE WILL BE IRREPARABLY --

17            **THE COURT:**  HOW?

18            **MS. CUMMINGS:**  BECAUSE IF YOU DENY OUR STAY, WE ARE

19    FORCED TO TAKE THIS TO TRIAL.

20            **THE COURT:**  NO.  I CAN STAY YOUR -- LET'S ADDRESS

21    THE BAIL ISSUE.

22            **MS. CUMMINGS:**  THE RELIEF?

23            **THE COURT:**  I AM COMFORTABLE WITH GRANTING YOU A

24    STAY.

25            **MS. CUMMINGS:**  OKAY.  BUT YOU STILL -- YOU WANT TO

1   RELEASE THIS DEFENDANT?

2   **THE COURT:**   NO.   I WANT TO HEAR THE BASIS OF YOUR

3   POSITION THAT I SHOULD NOT.

4   **MS. CUMMINGS:**   I DON'T THINK --

5   **THE COURT:**   THEY HAVE MOVED TO DO THAT.

6   **MS. CUMMINGS:**   THEY MOVE TO DO THAT AND THE SAME

7   FOUR FACTORS APPLY, WILL IT IRREPARABLY INJURY US IF YOU

8   RELEASE HIM.

9   **THE COURT:**   HOW WILL IT IRREPARABLY INJURE YOU?

10   **MS. CUMMINGS:**   IF HE GOES OUT AND KILLS ONE OF OUR

11   WITNESSES, WE ARE IRREPARABLY INJURED.

12   **THE COURT:**   ALL RIGHT.   NOW THAT IS SPECULATIVE, AT

13   MOST.

14   **MS. CUMMINGS:**   WELL, YOUR HONOR, IT'S -- HE IS A

15   DANGEROUS INDIVIDUAL.   HE HAS BEEN PREVIOUSLY CONVICTED MANY

16   TIMES.

17   **THE COURT:**   I KNOW.   BUT HE WAS CONVICTED FORTY

18   YEARS AGO.   HE HAS NOT DONE ANYTHING, YOU KNOW, IN FORTY

19   YEARS.   BOTH OF THOSE TRIALS NOW ARE SUSPECT.

20   **MS. CUMMINGS:**   WELL, YOUR HONOR, YOU SAY HE HASN'T

21   DONE ANYTHING IN FORTY YEARS, HE'S BEEN ON LOCKDOWN FOR THE

22   GREAT MAJORITY OF THAT TIME AND HE HAS BEEN DISCIPLINED THREE

23   TIMES.

24   **THE COURT:**   YES.

25   **MS. CUMMINGS:**   LOCKDOWN FOR 23 HOURS A DAY, LOCKED

1   IN HIS CELL, AND HE STILL MANGES TO GET IN TROUBLE THREE

2   DIFFERENT TIMES.

3           **THE COURT:**   WELL, GO AHEAD.

4           **MS. CUMMINGS:**   THE NEXT IS WHETHER THE STAY WILL

5   SUBSTANTIALLY INJURE OTHER PARTIES.   YOUR HONOR, HE HAS BEEN

6   IN JAIL FOR ALL THIS TIME, A 120 DAYS.

7           **THE COURT:**   NO.   IT IS GOING TO TAKE LONGER THAN 120

8   DAYS.

9           **MS. CUMMINGS:**   IF YOU GRANT OUR STAY.

10           **THE COURT:**   YES.   I SAID I HAVE NO PROBLEM DOING

11   THAT.

12           **MS. CUMMINGS:**   WELL, THE STATE WOULD SUBMIT THAT THE

13   TIME THAT HE WOULD BE IN JAIL BEFORE THIS APPEAL WAS HEARD IS

14   JUST SO MINOR COMPARED TO WHAT A LIFE SENTENCE IS AND THE TIME

15   THAT HE HAS ALREADY SPENT.

16       AND, FINALLY, THE PUBLIC INTEREST.   THIS IS WHERE I FEEL

17   THAT OUR STRONGEST ARGUMENT IS:   HE IS VIOLENT; HE HAS BEEN

18   VIOLENT.   IT'S IN THE PUBLIC INTEREST TO KEEP HIM WHERE HE IS.

19   HE HAS EVERY REASON TO FLEE.   HE HAS EVERY SINGLE REASON TO

20   FLEE BECAUSE WE ARE GOING TO TRY HIM AGAIN, I ASSURE YOU.   I

21   PROMISE YOU, IF WE ARE NOT UPHELD -- IF YOUR COURT IS NOT

22   OVERTURNED ON APPEAL, WE ARE GOING TO TRY HIM AGAIN.

23           **THE COURT:**   THAT IS YOUR RIGHT.

24           **MS. CUMMINGS:**   AND HE HAS EVERY INTEREST TO FLEE

25   BECAUSE IT'S A LIFE SENTENCE THAT HE'S LOOKING AT.   HE ALSO IS

1    A DANGEROUS INDIVIDUAL.

2        YOUR HONOR, DO YOU HAVE ANY SPECIFIC QUESTIONS OF ME?

3            **THE COURT:**  NO.  DO YOU HAVE ANYTHING ELSE?

4            **MS. CUMMINGS:**  I MEAN, I WOULD BE GLAD TO GO THROUGH

5    EACH ASSIGNMENT OF ERROR.

6            **THE COURT:**  NO, I DO NOT NEED THAT.

7            **MS. CUMMINGS:**  WE WILL JUST SAVE THAT FOR APPEAL,

8    YOUR HONOR.  THANK YOU.

9            **THE COURT:**  ALL RIGHT.  THANK YOU, MA'AM.

10       DO YOU HAVE ANY REBUTTAL ARGUMENT?

11           **MR. TRENTICOSTA:**  NO.

12           **THE COURT:**  NOW, I AM GOING TO LEAVE THIS CASE OPEN,

13   AS I INDICATED, FOR THE DEPOSITION OF THE DOCTOR AND OF WARDEN

14   CAIN.  I WOULD LIKE THAT TO BE ACCOMPLISHED WITHIN TEN DAYS.

15       I KNOW WARDEN CAIN IS AVAILABLE.  HE WOULD BE AVAILABLE.

16       I DO NOT KNOW ABOUT THE DOCTOR.  WHERE IS THE -- I DO NOT

17   REMEMBER WHERE THE DOCTOR IS.

18           **MR. TRENTICOSTA:**  SAN FRANCISCO, YOUR HONOR.

19       YOUR HONOR, LET ME POINT OUT THAT --

20           **THE COURT:**  WE CAN DO THAT BY VIDEO CONFERENCING, WE

21   HAVE THAT CAPABILITY HERE.  IF YOU CANNOT DO IT, WE CAN DO IT

22   HERE.

23           **MR. TRENTICOSTA:**  JUST SO THE COURT IS AWARE, IT MAY

24   NOT BE NECESSARY FOR THE DEPOSITION OF THE DOCTOR.  IN

25   **WILKERSON V. STALDER**, JUDGE TYSON ISSUED A PUBLISHED RULING

1   INVOLVING THE DISMISSAL OF ALL CLAIMS SEPTEMBER 2007.

2       THE DEPOSITION OF DR. WILLIAMS WAS BEFORE JUDGE TYSON,

3   THE DEPOSITION OF BURL CAIN WAS BEFORE JUDGE TYSON, AND I

4   THINK THIS COURT CAN CERTAINLY TAKE NOTICE THAT WHAT I HAVE

5   STOOD HERE AND EXPLAINED ABOUT THOSE TWO WITNESSES HAVE BEEN

6   ADOPTED BY JUDGE TYSON IN HIS FINDINGS OF FACT.

7       NOW, BECAUSE OF THAT, I DON'T KNOW THAT THERE'S A NEED

8   FOR US TO CALL THE DEPOSITIONS.  I THINK, YOU KNOW, WHILE

9   OPPOSING COUNSEL TODAY WERE NOT OPPOSING COUNSEL IN THE -- AND

10  ARE NOT OPPOSING COUNSEL IN THE CIVIL SUIT, I STAND BEFORE THE

11  COURT TO SAY, THEY WERE ABLE COUNSEL FROM MCGLINCHEY,

12  STAFFORD, SMITH, AND I THINK THEY DID A VERY GOOD JOB ACTUALLY

13  OF DEFENDING THIS CASE.   HOWEVER, THEY STILL LOSE THIS

14  CASE -- OR LOSING THIS CASE ON AT LEAST THESE MOTIONS.

15      I REQUEST THAT THE COURT TAKE NOTICE OF JUDGE TYSON'S

16  RULING, PUBLISHED RULING, AND POSSIBLY WE DON'T HAVE TO TAKE A

17  DEPOSITION OF THOSE TWO WITNESSES.

18          THE COURT:   WELL, I WILL DO THIS:  I WILL TAKE A

19  LOOK AT THOSE RULINGS, BUT I AM INCLINED TO -- IF THE ATTORNEY

20  FOR THE STATE DOES NOT AGREE, OR I FIND SOMETHING THAT -- SHE

21  WANTS TO HAVE THE ABILITY IN THIS CASE TO CROSS-EXAMINE WARDEN

22  CAIN AND THE DOCTOR, AND UNLESS YOU CAN AGREE ON PORTIONS OF

23  HIS TESTIMONY FROM OTHER CASES, OR YOU CAN AGREE TO AN UPDATED

24  REPORT FROM THE DOCTOR TO SUFFICE IN LIEU OF A DEPOSITION,

25  THEN MY RULING WILL STAND THAT YOU ATTEMPT TO CONDUCT THESE

1   DEPOSITION OF THESE PARTIES WITHIN TEN DAYS.

2          **MR. TRENTICOSTA:**  OKAY.  WE WILL DISCUSS IT.

3       IN REBUTTAL, YOUR HONOR --

4          **THE COURT:**  REBUTTAL WITNESSES OR -- WELL, THERE IS

5   NO REBUTTAL WITNESSES.

6          **MR. TRENTICOSTA:**  REBUTTAL DISCUSSION.

7          **THE COURT:**  REBUTTAL ARGUMENT.

8          **MR. TRENTICOSTA:**  REBUTTAL ARGUMENT, YOUR HONOR.  I

9   MUST SAY THAT I'M A LITTLE SHOCKED TO HEAR THE ARGUMENT BY

10  OPPOSING COUNSEL SUGGESTING THAT HEZEKIAH BROWN WAS FULLY

11  CROSS-EXAMINED.  WHEN IN 1973 WHEN HE WAS CROSS-EXAMINED, NO

12  ONE KNEW HE SOLD HIS TESTIMONY, AND HE DIDN'T SELL IT FOR SOME

13  DOLLARS, HE DIDN'T SELL IT FOR A CARTOON OF CIGARETTES A WEEK,

14  ALTHOUGH THAT'S WHAT HE RECEIVED, HE SOLD IT FOR FREEDOM.  HE

15  WAS A LIFER.  HE HAD BEEN ON DEATH ROW.  HE WAS A SERIAL

16  RAPIST.

17      WARDEN HENDERSON COULD NOT BE CLEARER IN HIS TESTIMONY,

18  ALBEIT BRIEF, HE PROMISED HEZEKIAH BROWN THAT IF YOU HELP US

19  CRACK THE CASE, WE WILL GET YOUR FREEDOM.  IT'S JUST NOT TRUE

20  THAT HE WAS CROSS-EXAMINED FULLY BECAUSE THE GOVERNMENT

21  WITHHELD THIS INFORMATION IN 1973.

22      YES, WARDEN HENDERSON DID TESTIFY IN THIS CASE AFTER MR.

23  BROWN'S TRANSCRIPT WAS READ, AFTER JOHN SINQUEFIELD VOUCHED

24  FOR HIS CREDIBILITY AND SAID HE WAS PROUD OF HIM AND ALL OF

25  THAT STUFF.  WE THINK THAT WARDEN HENDERSON -- I MEAN, WARDEN

1    HENDERSON'S TESTIMONY FELL BY THE WAYSIDE.

2        THE SUGGESTION THAT WE HAVE A DANGEROUS INDIVIDUAL

3    BECAUSE HE HAS A FEW FELONY CONVICTIONS OVER FORTY YEARS AGO

4    IS ABSURD WHEN SQUARED WITH HIS RECORD TODAY, BUT LET'S NOT GO

5    THERE.

6        I WANT TO ADDRESS VERY CLEARLY THIS COURT SHOULD NOT

7    GRANT THE STAY.   THERE IS NOT A HOPE.

8        **THE COURT:**   IF I GRANT THE STAY OF ANY OTHER

9    PROCEEDINGS, I MEAN, THAT DOES NOT AFFECT MY GIVING HIM BAIL.

10       **MR. TRENTICOSTA:**   UNDER **HILTON** I THINK THE STATE HAS

11   A FABULOUS ARGUMENT, THAT IF THIS COURT STAYS ITS ORDER, BAIL

12   SHOULD BE STAYED AS WELL.

13       **THE COURT:**   WELL, THE ONLY THING THAT I WANTED TO DO

14   IN THE STAY IS THAT I DO NOT WANT TO FORCE THEM TO GO TO TRIAL

15   BEFORE THE FIFTH CIRCUIT HAS A CHANCE TO RULE ON MY JUDGMENT.

16       **MR. TRENTICOSTA:**   YOUR HONOR, THE FIFTH CIRCUIT HAS

17   FACED THIS SITUATION BEFORE, MANY TIMES.   HABEAS COURT HAS NOT

18   STAYED THE ORDER IT HAS ISSUED, AND THE FIFTH CIRCUIT HAS BEEN

19   ABLE TO COMPETENTLY AND EFFECTIVELY DO ITS JOB.

20       EITHER THE FIFTH CIRCUIT IS GOING TO STAY, SHOULD THEY

21   REQUEST, OR THE FIFTH CIRCUIT WILL SAY THAT YOU HAVE AN

22   EXPEDITED APPEAL.   BASED ON THIS RECORD, FILE YOUR PAPERS AND

23   LET'S GO, LET'S SEE WHERE YOU ARE.

24       NOW, THEY COULD ENLARGE -- THEY COULD ENLARGE A TIME.

25   THEY COULD SAY NOW THE STATE HAS SIX MONTHS TO RE-TRY.

1    FRANKLY, YOUR HONOR, EVEN THOUGH OPPOSING COUNSEL ASSURES

2    THIS COURT HE WILL BE RETRIED, THEY HAVE NO EVIDENCE.   THEY

3    HAVE NO EVIDENCE.   THIS CASE SHOULDN'T HAVE GONE TO TRIAL IN

4    '98, NOT BECAUSE OF THE VOLITION OF THE STATE, AS THE COURT

5    HAS RULED, IT SHOULD NOT HAVE GONE TO TRIAL.   INDICTMENT

6    SHOULD HAVE BEEN QUASHED, ET CETERA.   WE DON'T NEED TO GO OVER

7    THE SAME GROUND.

8    BUT AGAIN, I THINK THE COURT HAS BEFORE IT THE MOST

9    IMPORTANT QUESTION OF THOSE FACTORS IS THE LIKELIHOOD OF

10   WINNING ABOVE.   I'M A LITTLE APPALLED BY THE STATE SAYING THAT

11   THAT THE PUBLIC HAS AN INTEREST IN SEEING MR. WOODFOX

12   INCARCERATED BECAUSE THE LAST I CHECKED, THE COURT SAID THE

13   PUBLIC HAS AN INTEREST IN FAIR TRIALS, CONSTITUTIONAL TRIALS.

14   THE PUBLIC HAS AN INTEREST IN FAIRNESS AND FREEDOM AS WELL.

15   BUT AGAIN, THE MOST IMPORTANT FACTORS ARE THE LIKELIHOOD

16   OF THE MERITS.   IF THE STATE IS CORRECT, THAT ONE COULD

17   CONSTRUE THIS OBJECTION AS BEING THE PROPER OBJECTION, WHICH

18   NO ONE CAN, BUT IF BY CHANCE THEY COULD MAKE THAT ARGUMENT AND

19   PREVAIL, THERE'S SO MANY OTHER GROUNDS THAT WE WIN ON.   THAT

20   IS WHAT IS IMPORTANT.   THIS IS NOT WINNING ON ONE ISSUE,

21   WINNING ON ONE FACT.   WE'VE PREVAILED ON SIX ISSUES OF

22   INEFFECTIVE ASSISTANCE OF COUNSEL; TWO ISSUES OF PROSECUTORIAL

23   MISCONDUCT; AND WE WILL WIN THE DISCRIMINATION AGAINST

24   AFRICAN-AMERICANS, SHOULD WE HAVE THAT HEARING.

25   SO I URGE THE COURT -- AND JUST FOR THE MOMENT, SEE IF

1    CO-COUNSEL HAS ANYTHING THAT HE WOULD LIKE TO ADDRESS WITH THE

2    COURT, BUT I FIRMLY URGE, PLEASE DENY THE STAY MOTION.   THERE

3    ARE NO GROUNDS FOR IT.

4         **MR. ABERLE:**   IF I COULD JUST TIDY A COUPLE OF THINGS

5    UP.   CHRIS ABERLE FOR ALBERT.

6         **MS. CUMMINGS:**   YOUR HONOR, AM I GOING TO GET A

7    CHANCE TO REBUT SECOND COUNSEL?

8         **THE COURT:**   YES.

9         **MS. CUMMINGS:**   THANK YOU.

10         **MR. ABERLE:**   JUST REGARDING THE LIKELIHOOD OF

11    SUCCESS ON THE MERITS, NOTHING THE STATE HAS PRESENTED TO THIS

12    COURT IT HADN'T HEARD ALREADY, AND I DON'T THINK THIS COURT

13    THINKS THAT IT'S LIKELY IT'S GOING TO BE REVERSED OR IT WOULD

14    NOT HAVE RULED THE WAY THAT IT DID.

15         BUT THIS STUFF REGARDING OBJECTIONS, THERE WAS AN

16    OBJECTION TO HEZEKIAH BROWN'S TESTIMONY BASED ON THE BRIBERY

17    STATUTE, THAT IS WHAT THEY'RE REFERRING TO, THAT HAS NOTHING

18    TO WITH THE CONFRONTATION CLAUSE.

19         THE SINQUEFIELD OBJECTION, WHILE THEY MIGHT HAVE AN

20    ARGUABLE CLAIM THAT THERE WAS A SUFFICIENT OBJECTION, THEY

21    ARGUED IN THE STATE COURT, YOUR HONOR, THAT THAT OBJECTION WAS

22    INSUFFICIENT.   GUESS WHAT?   THE COURT OF APPEALS HAS ALREADY

23    HELD THAT IT WAS INSUFFICIENT; THEREFORE, THEY ARE STUCK WITH

24    THAT.

25         AND THE ONLY OTHER THING I WOULD NOTE, THE STATE

1  CERTAINLY HAS AN INTEREST IN RE-TRYING THIS DEFENDANT IN THE

2  -- WITH RESPECT TO WHETHER HE IS RELEASED OR NOT.

3      HEZEKIAH BROWN'S TESTIMONY, IT'S CLASSIC, CLASSIC ERROR.

4  IT'S CULMINATED IN THE CASE OF **CRAWFORD**, IF PRIOR TESTIMONY

5  FOR WHICH THERE HAS NOT BEEN AN ADEQUATE OPPORTUNITY FOR

6  CROSS-EXAMINATION EXISTS, YOU CANNOT ADMIT THAT AT TRIAL.

7      HERE WE HAVE PRIOR TESTIMONY WITH NO CROSS-EXAMINATION

8  ON THE MOST IMPORTANT ISSUE OF CREDIBILITY, THAT EVIDENCE WILL

9  NEVER, AS LONG AS THIS COURT'S RULING IS UPHELD IN THE FIFTH

10  CIRCUIT, THE STATE WILL NEVER BE PRESENTING HEZEKIAH BROWN'S

11  TESTIMONY IN ANY COURT OF LAW.  WITHOUT HEZEKIAH BROWN'S

12  TESTIMONY, YOUR HONOR, THERE IS NO CASE.  THERE WILL BE NO

13  RE-TRIAL.

14      THANK YOU.

15          **THE COURT:**  ALL RIGHT.  MS. CUMMINGS?

16          **MS. CUMMINGS:**  JUST BRIEFLY, YOUR HONOR.  I AM NOT

17  GOING TO BELABOR THE POINT.  WE HAVE SUBMITTED OUR

18  MEMORANDUMS, BUT I WOULD LIKE TO STRESS THAT BOTH COUNSEL GET

19  UP HERE AND THEY WANT TO ONLY ARGUE THE LIKELIHOOD OF SUCCESS

20  ON THE MERITS.  THERE ARE FOUR FACTORS.  WE THINK OUR CHANCES

21  -- OR LIKELIHOOD OF SUCCESS ON THE MERITS IS GOOD, BUT WE ALSO

22  THINK THE OTHER THREE FACTORS ARE CRITICAL, AND I WOULD ASK

23  THAT THE COURT CONSIDER EACH AND EVERY ONE OF THE THOSE.

24      THE MOST IMPORTANT ONE IS THE PUBLIC INTEREST AND, YES,

25  THE PUBLIC HAS AN INTEREST IN JUSTICE.  THEY ALSO HAVE VERY

1   MUCH AN INTEREST IN SAFETY AND JUSTICE REQUIRES, TOO, THAT

2   WITNESSES BE AVAILABLE TO TESTIFY.

3        THANK YOU.

4            **THE COURT:**  ALL RIGHT.  COUNSEL, THANK YOU.

5        I WILL TAKE IT UNDER ADVISEMENT AND HOLD IT OPEN FOR THE

6   DEPOSITIONS, OR SOME ACCOMMODATION, ON THE DOCTOR AND WARDEN

7   CAIN.  IF YOU CANNOT DO THAT WITHIN TEN DAYS, THEN GET WITH ME

8   AND WE WILL WORK OUT A SCHEDULE.  I WOULD LIKE TO GO AHEAD AND

9   WRAP THIS MATTER UP ONE WAY OR THE OTHER WITHIN TEN DAYS.

10           **MR. TRENTICOSTA:**  THANK YOU, YOUR HONOR.

11           **MS. CUMMINGS:**  THANK YOU, YOUR HONOR.

12             **(WHEREUPON, THIS MATTER WAS CONCLUDED.)**

13                C E R T I F I C A T E

14           I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT

15   FROM THE RECORD OF THE PROCEEDINGS IN THE ABOVE-ENTITLED

16   NUMBERED MATTER.

17   _____

18   SHANNON L. THOMPSON, CCR

19   OFFICIAL COURT REPORTER

20

21

22

23

24

25

'

'02 [1]   14/19
'06, [1]   14/12
'06, MR [1]   14/12
'73 [1]   47/8
'98 [2]   47/3 56/4

0

00-304 [1]   39/19
06-789-D [1]   1/5
08 [1]   3/1
08-111-D [1]   3/1

1

10-14-08 [1]   3/1
120 [2]   51/6 51/7
14 [2]   1/7 32/22
17 [1]   2/4
1970 [1]   34/20
1971 [1]   14/12
1972 [2]   7/8 12/8
1973 [6]   5/6 5/11 7/9
 46/20 54/11 54/21
1995 [1]   15/1
1998 [2]   3/11 7/13

2

2007 [1]   53/1
2008 [1]   1/7
225 [1]   1/25
23 [1]   50/25
24 [3]   2/5 36/1 36/3
24/7 [1]   42/19
25-YEARS-OLD [1]   12/3

3

30 [1]   2/7
304 [1]   39/19
34 [1]   2/8
3567 [1]   1/25
36 [3]   12/9 14/2 40/2
36 YEARS [1]   14/11
38 [1]   2/7
389-3567 [1]   1/25

6

61-YEARS-OLD [1]   12/4
6:00 AT [1]   29/10
6:00, AT [1]   26/3
6:00, YES [1]   26/2

7

70801 [1]   1/25
777 [1]   1/24

9

9:00 [1]   29/10

A

ABERLE [4]   1/16 3/3 4/4
 57/5
ABILITY [3]   5/15 33/13
 53/21
ABLE [11]   8/3 8/11 8/25
 9/21 10/24 22/25 23/12
 23/15 32/24 53/11 55/19
ABOUT [18]   6/23 8/17 8/24
 9/9 13/6 13/10 24/8 26/3
 32/11 36/23 36/24 38/7

42/24 43/2 43/3 43/8 52/16
 53/5
ABOVE [2]   56/10 59/15
ABOVE-ENTITLED [1]   59/15
ABSENT [1]   49/15
ABSOLUTELY [1]   11/25
ABSURD [1]   55/4
ABUSED [2]   10/25 11/20
ACCEPT [4]   16/16 16/17
 16/21 42/23
ACCOMMODATE [2]   22/25 23/7
ACCOMMODATING [1]   23/20
ACCOMMODATION [1]   59/6
ACCOMPLISH [1]   43/24
ACCOMPLISHED [1]   52/14
ACCUSATIONS [1]   10/3
ACQUITTAL [1]   14/1
ACT [1]   14/13
ACTION [1]   1/4
ACTIONS [1]   43/4
ACTS [1]   15/9
ACTUALLY [3]   19/14 36/5
 53/12
ADDITIONAL [1]   41/14
ADDRESS [5]   4/12 29/22
 49/20 55/6 57/1
ADDRESSED [1]   44/14
ADEQUATE [1]   58/5
ADMINISTRATION [1]   16/6
ADMIT [1]   58/6
ADMITTED [3]   6/11 22/7
 41/21
ADOPTED [1]   53/6
ADVANCED [1]   11/8
ADVISEMENT [1]   59/5
ADVISOR [2]   19/1 19/3
AFFECT [2]   31/22 55/9
AFFECTED [1]   46/12
AFFIRMATIVE [1]   10/14
AFRICAN [2]   9/16 56/24
AFRICAN-AMERICANS [2]   9/16
 56/24
AFTER [3]   26/5 54/22 54/23
AGAIN [13]   6/4 8/19 11/8
 11/22 14/6 14/17 34/7
 39/25 41/21 51/20 51/22
 56/8 56/15
AGAINST [5]   5/6 6/9 6/12
 9/16 56/23
AGES [1]   18/23
AGGRAVATED [3]   14/19 37/23
 38/1
AGO [9]   12/23 15/12 15/21
 16/3 32/22 40/6 41/19
 50/18 55/3
AGREE [3]   53/20 53/22
 53/23
AHEAD [4]   47/12 49/6 51/3
 59/8
ALBEIT [1]   54/18
ALBERT [24]   1/4 1/10 1/15
 3/2 3/9 4/4 6/12 7/10
 10/15 15/2 17/13 31/3 32/1
 32/5 32/20 32/25 33/21
 34/1 34/5 38/23 39/2 39/9
 44/7 57/5
ALIVE [1]   5/11
ALL [31]   3/14 3/17 6/22
 10/14 13/16 15/2 16/25
 19/20 22/6 23/6 24/2 26/3

26/21 27/10 29/16 39/6
 39/13 41/3 43/25 44/5
 44/20 44/24 45/7 46/24
 50/12 51/6 52/9 53/1 54/24
 58/15 59/4
ALLEGATION [1]   4/16
ALLEGE [1]   5/1
ALLEGED [2]   4/22 8/5
ALLEGEDLY [1]   5/2
ALLOW [6]   16/22 42/4 43/6
 43/23 45/3 47/11
ALLOWED [2]   6/13 16/19
ALLOWING [1]   44/25
ALMAR [2]   31/10 35/10
ALMOST [2]   15/4 19/20
ALONG [1]   4/3
ALREADY [4]   8/9 51/15
 57/12 57/22
ALSO [10]   3/18 7/17 10/18
 18/3 21/3 23/20 36/21
 51/25 58/21 58/25
ALTERCATION [1]   14/14
ALTHOUGH [1]   54/14
AM [20]   4/7 8/14 9/25 14/4
 17/15 20/9 24/20 26/18
 29/24 33/3 33/8 35/8 39/16
 47/14 49/7 49/23 52/12
 53/19 57/6 58/16
AMENDMENT [3]   9/13 10/7
 46/16
AMERICANS [2]   9/16 56/24
AMITE [1]   12/13
AND/OR [1]   3/10
ANGOLA [7]   12/8 12/15 13/2
 14/25 36/22 40/3 42/25
ANOTHER [6]   12/7 13/3
 14/14 24/8 41/25 46/25
ANSWER [3]   29/6 34/23
 47/14
ANSWERED [2]   30/1 39/7
ANSWERS [1]   29/24
ANY [27]   5/19 11/6 13/11
 15/9 16/16 18/21 21/20
 22/4 23/18 24/1 30/12
 31/20 32/15 38/14 41/10
 41/11 42/23 42/25 44/2
 46/18 47/18 48/5 48/12
 52/2 52/10 55/8 58/11
ANYONE [1]   12/10
ANYTHING [9]   5/14 8/13
 16/17 42/10 43/17 50/18
 50/21 52/3 57/1
APOLOGIZE [1]   14/6
APPALLED [1]   56/10
APPEAL [12]   1/9 3/10 4/10
 11/23 44/21 44/22 44/24
 47/23 51/13 51/22 52/7
 55/22
APPEALS [2]   10/25 57/22
APPELLANT [2]   6/5 45/15
APPLICANT [3]   45/12 49/14
 49/16
APPLIED [1]   12/25
APPLY [1]   50/7
APPOINTED [1]   43/18
APPOINTMENT [1]   23/17
APPRECIATE [2]   14/17 43/22
APPROACH [1]   20/7
ARE [72]
AREA [8]   16/4 21/6 21/11

# A

AREA... **[5]**    25/1 25/2 25/4 32/9 37/5
ARGUABLE **[1]**    57/20
ARGUE **[2]**    49/7 58/19
ARGUED **[3]**    12/24 13/1 57/21
ARGUING **[1]**    5/25
ARGUMENT **[8]**    47/12 51/17 52/10 54/7 54/8 54/9 55/11 56/18
ARGUMENTATIVE **[2]**    29/20 29/23
ARGUMENTS **[2]**    11/4 11/6
ARMED **[1]**    37/20
AROUND **[2]**    18/7 40/11
AS **[45]**    5/3 5/6 5/9 6/18 8/9 8/10 8/14 9/9 12/6 12/25 13/16 13/20 14/17 15/2 15/4 15/22 16/5 17/2 19/10 21/7 28/10 29/3 30/20 36/10 39/17 40/8 40/13 41/7 41/7 41/13 41/16 42/22 43/5 43/9 45/5 45/8 48/19 48/22 52/13 55/12 56/4 56/14 56/17 58/9 58/9
ASIDE **[1]**    13/9
ASK **[2]**    24/21 58/22
ASKED **[1]**    5/19
ASPECT **[1]**    4/14
ASSIGNMENT **[3]**    46/14 49/13 52/5
ASSIST **[1]**    33/11
ASSISTANCE **[3]**    4/14 10/6 56/22
ASSISTANT **[1]**    3/4
ASSISTED **[1]**    33/14
ASSOCIATION **[2]**    25/10 25/12
ASSUMES **[1]**    45/23
ASSURE **[1]**    51/20
ASSURES **[1]**    56/1
AT **[49]**    5/5 5/11 7/8 7/25 8/16 8/20 8/24 9/11 9/16 10/11 11/24 12/8 12/11 12/12 13/2 13/18 15/21 15/22 19/11 19/23 20/24 23/6 24/2 26/1 26/3 26/12 26/18 26/19 27/10 29/10 31/13 33/4 35/25 36/22 38/5 40/2 40/13 40/18 41/13 42/25 44/3 46/24 48/16 48/22 50/12 51/25 53/14 53/19 58/6
ATTEMPT **[2]**    9/24 53/25
ATTEND **[1]**    23/15
ATTORNEY **[6]**    3/5 24/20 35/5 45/21 46/7 53/19
ATTORNEY'S **[1]**    45/19
ATTORNEYS **[1]**    45/17
AUTHENTICATED **[1]**    41/10
AVAILABLE **[5]**    7/24 47/3 52/15 52/15 59/2
AWARE **[16]**    4/6 5/7 5/10 7/2 9/22 12/6 13/13 13/16 13/20 14/25 21/21 23/21 33/21 33/24 41/17 52/23
AWAY **[1]**    8/4

# B

BACHELOR'S **[1]**    18/13
BACK **[9]**    11/20 11/21 15/12 15/17 19/17 20/15 34/8 34/20 42/10
BACKGROUND **[1]**    18/12
BACKYARD **[2]**    21/3 21/8
BAD **[1]**    30/8
BAIL **[17]**    4/9 10/17 13/7 13/12 16/12 16/17 22/22 23/16 24/10 33/10 41/18 44/25 45/3 45/6 49/21 55/9 55/11
BAM **[1]**    49/2
BARRISTERS **[1]**    43/11
BASE **[1]**    35/13
BASED **[7]**    7/4 14/18 15/4 47/21 48/14 55/22 57/16
BASICALLY **[2]**    11/4 44/15
BASIS **[5]**    35/21 41/9 47/9 49/9 50/2
BATHROOM **[2]**    23/13 23/14
BATHROOMS **[1]**    23/10
BATON **[1]**    1/25
BATTERY **[1]**    37/24
BE **[75]**
BEARS **[1]**    19/9
BECAUSE **[32]**    4/9 4/11 4/24 5/2 5/24 8/18 9/15 11/10 12/11 13/2 13/12 14/15 14/22 15/16 16/2 26/5 29/23 30/8 36/19 41/21 44/12 45/12 46/17 48/4 49/18 51/20 51/25 53/7 54/20 55/3 56/4 56/12
BECOMING **[1]**    29/20
BEDROOM **[2]**    23/13 23/14
BEDROOMS **[1]**    23/8
BEEN **[42]**    3/9 4/19 4/19 5/24 8/20 8/25 9/4 9/15 9/21 10/7 10/13 10/14 14/8 15/1 15/22 15/23 15/23 17/1 19/3 22/12 27/12 27/14 28/10 30/19 31/15 34/19 40/7 41/10 42/13 44/10 47/5 48/13 50/15 50/21 50/22 51/5 51/17 53/5 54/15 55/18 56/6 58/5
BEFORE **[15]**    6/13 16/12 16/15 22/15 27/7 31/14 46/4 48/2 51/13 53/2 53/3 53/10 55/15 55/17 56/8
BEGIN **[1]**    46/1
BEGS **[1]**    44/9
BEHALF **[1]**    3/5
BEHAVIOR **[4]**    28/2 28/9 28/10 28/12
BEING **[5]**    10/4 40/25 42/25 46/6 56/17
BEINGS **[1]**    5/18
BELABOR **[3]**    4/7 7/2 58/17
BELIEVE **[6]**    25/20 27/18 28/7 28/11 38/5 43/18
BELLS **[3]**    13/18 13/19 13/21
BELOW **[1]**    45/19
BERNARD **[3]**    18/20 18/21 18/25
BEST **[1]**    33/13

BETTER **[2]**    16/4 34/13
BEYOND **[1]**    46/9
BLIND **[1]**    8/1
BLOOD **[1]**    12/19
BLOODY **[2]**    7/8 7/8
BOLSTER **[1]**    48/25
BOTH **[6]**    8/8 23/5 26/12 44/10 50/19 58/18
BOTTOM **[1]**    41/13
BOUGHT **[1]**    36/19
BRADY **[3]**    1/6 8/5 8/17
BRIBERY **[1]**    57/16
BRIE **[2]**    39/20 41/4
BRIEF **[1]**    54/18
BRIEFLY **[3]**    18/11 43/9 58/16
BRING **[3]**    15/25 35/18 46/25
BROTHER **[10]**    16/14 31/5 32/16 32/17 32/18 32/19 32/23 34/13 36/22 37/11
BROTHER-IN-LAW **[4]**    32/17 32/18 32/19 32/23
BROTHERS **[2]**    32/11 32/12
BROWN **[16]**    5/1 5/9 5/10 5/13 5/16 5/17 5/19 5/21 5/23 9/1 46/6 46/17 47/10 48/25 54/10 54/18
BROWN'S **[7]**    6/8 46/16 54/23 57/16 58/3 58/10 58/11
BRUNSKILL **[2]**    44/18 45/5
BURDEN **[3]**    4/17 24/1 42/13
BURL **[5]**    14/25 39/18 41/1 42/8 53/3
BUSIER **[1]**    26/5
BUSINESS **[1]**    31/15
BUSY **[1]**    26/3
BUT **[48]**    4/9 6/20 7/3 9/7 10/22 12/16 13/10 13/23 14/6 15/23 23/5 24/25 26/7 26/15 26/23 28/7 28/13 29/5 34/21 35/13 36/7 37/2 37/4 37/8 37/20 38/7 40/17 40/18 42/3 42/23 43/1 43/9 43/17 46/19 46/23 47/8 47/9 49/25 50/17 53/19 55/4 56/8 56/15 56/18 57/2 57/15 58/18 58/21

# C

CAIN **[12]**    14/25 14/25 15/5 39/18 41/1 42/2 42/8 52/14 52/15 53/3 53/22 59/7
CALL **[5]**    16/22 22/1 30/17 44/5 53/8
CALLED **[3]**    5/7 24/24 24/25
CALLS **[1]**    15/8
CAME **[1]**    14/25
CAMP **[1]**    16/7
CAN **[24]**    9/24 10/22 13/17 16/22 17/8 18/11 19/18 20/10 20/24 20/24 34/10 37/5 37/6 41/13 41/22 47/5 47/6 49/20 52/20 52/21 53/4 53/22 53/23 56/18
CAN'T **[2]**    9/3 15/17
CANNOT **[8]**    11/1 13/17 47/11 48/18 48/19 52/21 58/6 59/7

**C**

CANTEEN [1]   14/22
CAPABILITY [1]   52/21
CARDIOVASCULAR [1]   12/19
CARE [6]   18/3 18/4 33/11
39/9 39/22 40/2
CARED [1]   42/18
CARPOOL [1]   23/6
CARTOON [1]   54/13
CASE [40]   3/11 4/7 6/11
6/15 8/23 9/15 9/18 9/18
9/20 9/22 11/7 11/20 11/24
13/4 13/6 13/16 14/18
39/18 41/22 41/22 41/25
42/14 44/13 44/13 45/17
45/18 45/18 46/2 46/13
47/22 52/12 53/13 53/14
53/14 53/21 54/19 54/22
56/3 58/4 58/12
CASES [2]   11/12 53/23
CATER [2]   31/12 35/12
CAUGHT [1]   7/15
CCR [2]   1/22 59/18
CELL [2]   14/20 51/1
CENTER [1]   31/14
CERTAINLY [4]   13/20 47/23
53/4 58/1
CERTIFY [1]   59/14
CETERA [1]   56/6
CHALLENGE [1]   5/3
CHANCE [3]   55/15 56/18
57/7
CHANCES [1]   58/20
CHANGE [1]   41/20
CHANGED [2]   34/1 37/14
CHANGES [1]   34/18
CHARACTER [2]   34/12 48/19
CHARGE [3]   16/7 38/6 38/8
CHARGED [3]   12/3 14/3
14/19
CHARGES [1]   14/1
CHARLES [4]   1/6 1/11 1/18
3/5
CHECKED [1]   56/12
CHEF [4]   20/2 31/10 31/15
35/7
CHEFS [1]   31/13
CHESTER [3]   6/10 6/10 7/12
CHICAGO [1]   19/9
CHILD [1]   29/14
CHILDREN [10]   17/25 18/21
19/21 19/23 19/24 20/1
23/2 25/16 25/25 26/6
CHRIS [2]   4/4 57/5
CHRISTOPHER [2]   1/16 3/3
CHRONIC [1]   12/18
CIGARETTES [1]   54/13
CIRCUIT [13]   1/10 10/24
11/7 11/10 11/14 11/17
11/19 55/15 55/16 55/18
55/20 55/21 58/10
CITE [1]   47/23
CITED [1]   47/22
CITY [2]   23/3 23/4
CIVIL [6]   1/4 12/22 14/18
39/21 41/22 53/10
CLAIM [7]   4/15 8/5 8/6 8/7
8/17 9/12 57/20
CLAIMED [1]   6/18

CLAIMS [3]   4/13 11/8 53/1
CLASSIC [2]   58/3 58/3
CLAUSE [5]   6/3 9/13 10/8
13/1 57/18
CLEAR [6]   15/3 16/16 24/5
42/7 45/16 47/4
CLEARER [1]   54/17
CLEARLY [2]   48/16 55/6
CLIENTS [2]   43/10 43/10
CLOSE [2]   22/17 27/5
CLOSED [1]   21/22
CO [6]   6/11 7/11 7/12 12/6
12/23 57/1
CO-COUNSEL [1]   57/1
CO-DEFENDANT [4]   6/11 7/11
7/12 12/6
CO-PLAINTIFFS [1]   12/23
COLLEGE [2]   19/10 19/11
COME [7]   6/13 13/19 20/3
24/9 36/13 36/21 46/8
COMES [3]   11/20 11/21 46/5
COMFORTABLE [1]   49/23
COMING [2]   6/25 7/4 38/21
COMMITTED [2]   5/7 38/5
COMMUNITY [11]   10/20 14/10
21/18 21/20 22/9 25/8 30/4
30/6 30/7 42/17 45/20
COMPANY [1]   31/11
COMPARED [1]   51/14
COMPARISON [1]   7/19
COMPASSIONATE [3]   34/6
34/16 34/17
COMPETENTLY [2]   9/21 55/19
CONCERN [2]   10/22 10/23
CONCLUDED [1]   59/12
CONDITION [3]   12/17 16/16
40/3
CONDITIONS [3]   12/24 16/4
42/23
CONDUCT [10]   6/14 7/7
12/14 14/10 14/16 14/23
15/4 15/22 43/17 53/25
CONFERENCING [1]   52/20
CONFIDENT [4]   5/22 11/22
11/23 28/9
CONFINEMENT [2]   12/25 16/1
CONFRONT [1]   4/25
CONFRONTATION [3]   6/3
14/14 57/18
CONSIDER [4]   10/18 10/19
22/17 58/23
CONSIDERED [2]   10/17 44/16
CONSTITUTIONAL [2]   10/2
56/13
CONSTRUE [1]   56/17
CONSULTING [1]   24/7
CONTACT [2]   27/12 27/14
CONTINUE [3]   28/12 33/17
43/20
CONTINUES [1]   40/10
CONTINUING [1]   48/4
CONTRACT [1]   35/18
CONTROLLING [1]   44/13
CONVENTION [1]   31/14
CONVICTED [10]   10/4 15/7
37/20 37/23 38/1 38/4 38/9
44/7 50/15 50/17
CONVICTION [5]   3/11 9/19
10/10 43/4 43/11
CONVICTIONS [3]   33/22

44/10 55/3
CONVINCE [2]   10/24 15/13
COOK [6]   20/1 20/2 24/2
35/11 35/11 35/14
COPIES [1]   41/18
COPY [1]   44/13
CORPORATION [2]   31/10
35/10
CORPUS [1]   8/1
CORRECT [7]   22/14 22/16
38/11 41/18 44/11 56/16
59/14
COULD [18]   7/20 7/25 10/13
10/14 11/9 11/14 15/3
29/22 41/20 43/13 44/23
54/17 55/24 55/24 55/25
56/16 56/18 57/4
COULDN'T [2]   6/20 46/17
COUNSEL [28]   4/15 4/19
4/23 5/14 5/25 6/9 6/14
6/16 6/19 6/24 7/15 7/15
7/16 7/25 10/7 40/13 47/6
53/9 53/9 53/10 53/11
54/10 56/1 56/22 57/1 57/7
58/18 59/4
COUNSEL'S [1]   41/2
COUNTRY [1]   12/10
COUPLE [6]   16/10 19/19
22/13 27/2 35/6 57/4
COURSE [12]   6/18 8/9 10/8
12/16 16/5 22/24 23/24
40/6 42/13 42/18 42/22
42/25
COURT [71]
COURT'S [1]   58/9
COURTHOUSE [4]   1/24 11/16
12/23 39/19
COURTS [1]   13/14
CRACK [1]   54/19
CRAWFORD [1]   58/4
CREDIBILITY [5]   5/9 6/8
48/19 54/24 58/8
CRIME [6]   5/1 7/8 9/2 9/6
12/4 21/20
CRIMES [1]   38/9
CRIMINAL [3]   11/16 15/10
15/18
CRITICAL [1]   58/22
CROSS [16]   41/6 42/6 46/19
46/20 46/21 46/24 46/24
47/2 47/6 47/10 53/21
54/11 54/11 54/20 58/6
58/7
CROSS-EXAMINATION [4]   47/2
47/10 58/6 58/7
CROSS-EXAMINE [4]   41/6
42/6 46/24 53/21
CROSS-EXAMINED [8]   46/19
46/20 46/21 46/21 47/6
54/11 54/11 54/20
CRUEL [1]   12/25
CULLEN [1]   48/25
CULMINATED [1]   58/4
CUMMINGS [10]   1/19 2/5 2/8
3/4 24/13 24/19 34/25 35/5
44/9 58/15
CURFEW [2]   13/19 16/18
CURRENTLY [1]   19/4
CUT [1]   21/9

**D**

DAILY [2]   12/21 35/21
DALLAS [1]   32/13
DANA [4]   1/19 3/4 24/19
35/5
DANGER [2]   10/19 14/10
DANGEROUS [6]   15/8 15/15
15/20 50/15 52/1 55/2
DANIEL [1]   8/15
DARE [1]   11/21
DAUGHTER [3]   32/10 33/20
36/13
DAUGHTERS [1]   32/10
DAY [14]   7/23 9/6 13/11
23/3 25/24 26/3 26/11
26/21 28/15 28/18 29/16
29/17 43/21 50/25
DAYS [6]   51/6 51/8 52/14
54/1 59/7 59/9
DEALING [1]   8/19
DEATH [2]   43/10 54/15
DECADES [2]   15/12 15/18
DECEMBER [1]   14/18
DECISION [2]   24/9 46/12
DECISIONS [1]   24/7
DECLARATION [1]   41/21
DEEMS [1]   16/20
DEFEND [1]   6/9
DEFENDANT [7]   6/11 7/11
7/12 12/6 44/22 50/1 58/1
DEFENDING [2]   41/15 53/13
DEFENSE [2]   7/24 8/7
DEFINING [1]   29/11
DEGREE [2]   18/13 19/13
DEGREES [1]   19/14
DELIVERY [1]   5/22
DEMEANOR [2]   5/22 6/8
DENY [4]   45/6 45/11 49/18
57/2
DEPENDING [1]   26/18
DEPICT [3]   20/19 20/21
21/2
DEPOSITION [15]   14/24
39/17 41/1 41/1 42/2 42/8
42/9 43/23 52/13 52/24
53/2 53/3 53/17 53/24 54/1
DEPOSITIONS [4]   42/4 42/5
53/8 59/6
DESCRIBE [2]   19/18 34/5
DESCRIBED [1]   15/4
DESCRIBES [1]   15/2
DESERVE [2]   15/5 42/14
DESERVES [1]   40/1
DESIGNED [1]   10/2
DESIRE [1]   43/20
DESTROY [1]   31/24
DETAIL [1]   8/17
DETAIN [1]   44/21
DETERMINE [2]   13/2 44/17
DETROIT [1]   32/13
DEVICE [1]   13/21
DIABETES [1]   12/19
DID [41]   4/15 5/25 6/4
6/11 6/16 7/3 7/10 7/11
7/11 7/18 8/10 8/12 8/17
8/17 16/2 19/10 19/13
19/14 25/12 25/14 27/7
27/16 31/22 31/23 31/24
32/19 36/5 37/16 38/21

38/22 38/25 39/4 45/24
45/25 46/5 46/6 48/7 48/17
53/12 54/22 57/14
DIDN'T [7]   3/21 28/21 39/1
45/24 48/4 54/12 54/13
DIE [1]   14/11
DIFFERENCE [1]   18/4
DIFFERENT [4]   4/19 8/20
23/4 51/2
DIRECTOR [2]   17/19 25/19
DISAGREE [5]   11/19 15/15
15/16 47/19 47/20
DISCIPLINARY [4]   14/13
14/17 16/1 16/7
DISCIPLINED [1]   50/22
DISCREDITED [1]   10/13
DISCRETION [3]   10/25 11/20
45/3
DISCRIMINATION [6]   9/12
9/16 9/22 11/11 11/13
56/23
DISCUSS [2]   10/22 54/2
DISCUSSED [1]   39/24
DISCUSSION [1]   54/6
DISEASE [1]   12/19
DISEASES [2]   12/5 12/20
DISENGAGE [1]   13/21
DISMISSAL [2]   13/25 53/1
DISOBEDIENCE [1]   14/19
DISPUTED [1]   9/8
DISTRICT [2]   1/1 1/2
DIVISION [3]   31/12 35/10
35/12
DO [74]
DOCTOR [8]   40/13 52/13
52/16 52/17 52/24 53/22
53/24 59/6
DOCTOR'S [1]   23/16
DOCUMENTS [3]   39/16 40/23
41/14
DOES [11]   13/15 15/10
17/23 18/25 20/18 20/21
21/2 26/9 31/11 53/20 55/9
DOESN'T [5]   13/19 15/5
28/13 29/23 37/6
DOING [3]   26/18 29/12
51/10
DOLLARS [1]   54/13
DON'T [28]   4/7 7/2 7/14
9/5 11/17 11/18 20/12
21/25 24/7 28/7 31/19
35/17 35/22 36/4 36/11
37/5 38/5 38/7 41/10 41/19
46/3 46/12 48/25 50/4 53/7
53/16 56/6 57/12
DONE [4]   7/6 48/2 50/18
50/21
DOOR [2]   34/8 34/12
DORMITORY [2]   7/24 8/10
DOSES [1]   9/4
DOWN [6]   21/13 30/14 36/13
36/21 36/21 39/13
DR [8]   39/20 39/21 39/25
40/5 41/4 41/19 42/2 53/2
DRAMATICALLY [1]   41/20
DRAWS [1]   30/7
DRILLERS [2]   35/12 35/17
DRIVE [1]   36/21
DRUG [3]   16/20 23/3 23/17
DUCK [3]   21/12 21/13 21/14

DUE [4]   6/3 10/8 13/1 39/4
DULY [2]   17/1 30/19
DURING [5]   19/21 26/11
28/15 28/17 48/22

**E**

EACH [7]   4/15 4/15 10/12
40/25 49/12 52/5 58/23
EARLIER [1]   12/9
EARLY [2]   10/8 15/11
EDUCATION [1]   18/5
EDUCATIONAL [1]   18/11
EFFECTIVE [2]   10/6 13/14
EFFECTIVELY [4]   4/25 9/21
10/13 55/19
EGREGIOUS [1]   5/8
EITHER [3]   11/13 13/25
55/20
ELDERLY [1]   40/1
ELECTRONIC [2]   13/12 13/13
ELICIT [2]   34/8 34/12
ELSE [2]   13/18 52/3
ELSE'S [1]   29/14
EMPLOY [2]   43/11 43/12
END [1]   14/12
ENDURED [1]   14/1
ENGAGE [1]   18/6
ENGAGED [2]   15/9 16/3
ENGLAND [1]   43/12
ENLARGE [6]   10/16 16/12
42/15 43/6 55/24 55/24
ENLARGED [2]   10/20 13/12
ENLIGHTEN [1]   45/7
ENOUGH [1]   6/17
ENSHRINED [1]   10/7
ENTITLED [2]   39/18 59/15
ENTRANCE [1]   21/18
ENVIRONMENT [3]   30/9 42/15
42/17
EQUAL [1]   9/13
ERNEST [1]   31/13
ERROR [3]   46/14 52/5 58/3
ERRORS [2]   4/19 47/16
ESCAPE [1]   38/1
ESQ [3]   1/16 1/16 1/19
ESTABLISHED [1]   9/20
ET [1]   56/6
ETHNIC [1]   17/22
EVEN [5]   8/13 9/7 26/5
38/7 56/1
EVENTS [2]   23/4 36/21
EVER [3]   5/18 48/13 48/17
EVERY [12]   23/3 25/24
26/20 29/16 32/2 32/21
36/22 40/25 51/19 51/19
51/24 58/23
EVIDENCE [27]   5/2 5/2 5/3
6/10 6/12 6/15 6/17 6/20
6/22 6/24 6/25 7/4 7/6 8/1
8/6 8/23 10/11 10/12 10/14
11/25 13/5 14/18 44/2 46/5
56/2 56/3 58/8
EVIDENTIARY [2]   11/21
41/17
EXACERBATED [2]   12/17 40/3
EXACTLY [1]   8/14
EXAMINATION [13]   2/4 2/5
2/7 2/8 17/4 24/15 30/23
35/1 38/15 47/2 47/10 58/6
58/7

# E

EXAMINE [5]   41/6 42/6
46/17 46/24 53/21
EXAMINED [9]   39/22 46/19
46/20 46/21 46/21 47/6
54/11 54/11 54/20
EXCELLENT [1]   43/15
EXCEPT [1]   28/14
EXCLUSIVE [1]   44/25
EXCUSED [2]   30/16 39/14
EXECUTIVE [5]   17/19 25/19
31/10 31/13 35/7
EXEMPLARY [3]   28/9 28/10
28/12
EXISTS [2]   4/18 58/6
EXPECT [1]   45/21
EXPECTED [1]   45/20
EXPEDITED [1]   55/22
EXPERT [7]   7/9 7/13 7/16
7/18 39/21 40/13 40/15
EXPERTS [1]   7/1
EXPLAIN [1]   42/23
EXPLAINED [1]   53/5
EXPLAINING [1]   8/2
EXTENDED [2]   19/21 20/3
EXTENSIVE [1]   39/23
EXTENT [1]   27/21
EYEWITNESS [2]   5/1 9/2

# F

FABRE [7]   7/22 7/25 8/2
8/8 8/9 9/2 9/3
FABRICATE [1]   35/18
FABULOUS [1]   55/11
FACED [1]   55/17
FACIA [1]   9/20
FACIE [2]   9/14 9/24
FACT [9]   4/14 6/5 6/17
7/14 9/10 43/3 48/18 53/6
56/21
FACTORS [11]   10/17 10/21
44/16 45/5 45/12 45/16
50/7 56/9 56/15 58/20
58/22
FACTUAL [1]   47/21
FAILED [3]   6/9 6/14 6/24
FAILING [1]   4/23
FAILURE [3]   5/3 7/7 8/6
FAIR [1]   56/13
FAIRNESS [1]   56/14
FALL [2]   19/17 45/19
FAMILIES [1]   22/9
FAMILY [18]   16/10 16/12
16/19 19/18 19/19 19/21
20/1 20/3 20/3 21/6 22/23
23/24 32/15 32/15 36/21
38/23 42/16 42/16
FAR [2]   15/17 41/7
FATHER [3]   38/24 38/25
39/5
FAULTY [3]   7/4 7/5 7/5
FEAR [1]   43/17
FEBRUARY [1]   32/23
FEED [3]   35/16 35/19 35/19
FEEL [5]   30/7 30/9 42/20
47/24 51/16
FEET [1]   8/4
FELL [1]   55/1
FELONIES [1]   15/14

FELONY [1]   55/3
FEW [7]   12/11 15/13 15/14
16/8 24/21 33/21 55/3
FIFTEEN [1]   37/12
FIFTH [14]   1/10 7/7 10/24
11/7 11/10 11/14 11/17
11/19 55/15 55/16 55/18
55/20 55/21 58/9
FIGHT [4]   6/17 45/24 45/24
46/4
FIGURE [1]   39/5
FILE [3]   45/25 46/3 55/22
FILED [8]   1/10 1/11 3/10
3/18 12/23 12/24 43/3
45/22
FINAL [3]   44/21 44/22
44/24
FINALLY [1]   51/16
FINANCIAL [2]   19/1 19/3
FIND [9]   6/17 6/20 8/11
8/18 11/19 34/16 37/16
48/6 53/20
FINDING [1]   10/6
FINDINGS [2]   47/21 53/6
FINE [1]   17/12
FINGERPRINT [4]   7/8 7/9
7/10 7/14
FINISHED [1]   30/13
FIRMLY [1]   57/2
FIRST [12]   3/22 3/23 4/12
5/4 6/23 13/16 20/18 40/25
41/5 46/11 46/14 49/11
FIVE [3]   25/23 25/24 32/8
FLAT [1]   8/15
FLAT-OUT [1]   8/15
FLAWED [1]   13/3
FLEE [5]   13/15 13/24 51/19
51/20 51/24
FLEXIBLE [4]   23/19 26/13
26/14 26/15
FLIGHT [3]   10/20 13/10
14/8
FLOOD [1]   31/21
FLORIDA [1]   1/24
FLOW [1]   12/19
FOCUS [3]   17/24 18/3 18/5
FOLKS [1]   42/3
FOLLOWING [2]   4/22 5/16
FOLLOWS [2]   17/2 30/20
FOOTBALL [3]   19/7 19/10
19/11
FORCE [1]   55/14
FORCED [1]   49/19
FOREGOING [1]   59/14
FOREPERSON [1]   9/17
FORTHWITH [1]   43/24
FORTY [5]   8/4 50/17 50/18
50/21 55/3
FOTI [5]   1/6 1/11 1/18 3/1
3/6
FOUND [9]   4/23 6/6 6/16
7/9 16/6 37/18 45/18 46/15
47/16
FOUR [13]   10/21 15/12
15/17 18/24 19/3 20/9 23/9
23/11 45/5 45/12 49/9 50/7
58/20
FOURTEENTH [1]   9/13
FOURTH [1]   6/14
FRANCISCO [1]   52/18

FRANKLY [1]   56/1
FREE [1]   43/21
FREEDOM [3]   54/14 54/19
56/14
FRIDAY [1]   29/9
FRIENDS [3]   16/19 23/22
24/1
FRONT [3]   21/11 21/18
34/11
FRUSTRATED [2]   48/1 48/3
FULLY [5]   46/19 46/20
46/21 54/10 54/20
FURTHER [3]   24/12 34/23
39/11
FUTURE [2]   15/15 15/20

# G

GAIN [1]   43/19
GARRAWAY [1]   48/22
GATE [2]   21/17 22/1
GATED [3]   21/17 25/8 30/4
GATES [3]   21/22 21/22 30/8
GATHERINGS [1]   20/1
GENERAL [1]   3/5
GENERAL'S [2]   24/20 35/6
GENERALLY [2]   21/22 26/10
GENERATED [2]   39/20 40/6
GENTLEMAN [1]   12/7
GENTLEMEN [2]   8/12 12/16
GERIATRIC [1]   39/22
GET [13]   3/24 9/25 10/9
23/17 26/1 33/6 42/4 44/13
51/1 54/19 57/6 58/18 59/7
GETTING [1]   29/24
GIFTS [1]   33/14
GIVE [5]   18/11 42/3 43/8
45/7 49/9
GIVING [1]   55/9
GLAD [3]   43/8 49/12 52/4
GLOBO [2]   20/16 22/7
GO [23]   4/15 8/17 10/5
11/12 12/2 13/18 13/20
13/22 16/19 23/2 34/8
35/17 45/4 47/12 49/6
49/12 51/3 52/4 55/4 55/14
55/23 56/6 59/8
GOES [1]   50/10
GOING [21]   9/25 10/24
13/25 23/4 28/14 28/17
29/2 33/3 33/8 34/11 36/25
48/4 49/7 51/7 51/20 51/22
52/12 55/20 57/6 57/13
58/17
GONE [2]   56/3 56/5
GOOD [18]   3/7 4/1 4/2 4/5
14/16 14/23 17/3 17/6 17/7
19/16 30/21 30/22 30/25
35/3 35/4 43/16 53/12
58/21
GOT [3]   14/13 48/1 48/3
GOVERNMENT [2]   10/24 54/20
GRAND [4]   9/12 9/16 11/13
36/20
GRANDKIDS [2]   32/10 36/13
GRANT [5]   22/22 23/16 51/9
55/7 55/8
GRANTED [2]   24/10 33/10
GRANTING [2]   4/8 49/23
GRASS [1]   21/9
GREAT [5]   5/21 5/22 11/25

## G

GREAT... [2]   40/20 50/22
GROUND [3]   5/4 6/2 56/7
GROUNDS [7]   4/21 6/4 45/19
47/24 48/7 56/19 57/3
GUARANTEES [1]   10/2
GUARDS [1]   14/20
GUESS [5]   20/2 30/6 36/14
46/14 57/22
GUEST [1]   21/24
GUILTY [2]   14/4 16/6
GULF [1]   35/13
GUYS [2]   35/12 35/19
GYM [1]   21/3

## H

HABEAS [7]   4/8 8/1 8/21
9/19 10/12 44/10 55/17
HAD [13]   4/19 5/14 5/19
6/19 7/15 8/3 9/4 9/25
12/13 14/13 15/8 39/8
54/15
HADN'T [2]   5/20 57/12
HALF [1]   27/5
HALLUCINATIONS [1]   9/6
HANDLED [1]   45/17
HAPPEN [1]   28/7
HARBOUR [4]   25/1 25/2 25/3
25/4
HARD [1]   6/17
HAS [79]
HASN'T [2]   42/25 50/20
HAVE [116]
HAVEN'T [4]   22/15 25/13
25/15 41/10
HAVING [3]   17/1 30/19
42/19
HE [163]
HE'S [8]   15/8 15/23 19/1
34/20 38/17 38/19 50/21
51/25
HEALTH [9]   17/24 17/25
18/5 18/6 18/7 18/7 18/8
18/8 18/14
HEAR [4]   47/12 48/5 50/2
54/9
HEARD [3]   48/24 51/13
57/12
HEARING [9]   3/8 9/23 9/25
11/9 11/21 41/18 43/23
46/15 56/24
HEARSAY [4]   6/9 6/12 41/9
49/1
HEART [2]   10/5 12/20
HEAVY [1]   9/4
HELD [3]   18/9 19/2 57/23
HELLO [1]   24/18
HELP [2]   43/13 54/18
HELPED [1]   43/4
HELPFUL [1]   8/6
HENDERSON [3]   54/17 54/22
54/25
HENDERSON'S [1]   55/1
HER [5]   16/11 16/12 40/5
47/20 47/22
HERE [11]   3/8 15/1 24/5
40/8 47/14 48/22 52/21
52/22 53/5 58/7 58/19
HERMAN [2]   7/11 12/7

HEZEKIAH [16]   5/1 5/9 5/13
5/16 5/17 5/23 6/7 9/1
46/6 48/24 54/10 54/18
57/16 58/3 58/10 58/11
HI [1]   24/17
HIGH [2]   4/16 40/10
HIGHEST [1]   8/21
HILTON [4]   10/18 44/17
45/5 55/10
HIM [41]   8/3 16/12 20/2
22/15 22/18 22/20 22/22
22/25 27/14 27/16 27/18
28/14 28/17 28/22 28/25
29/2 29/5 29/7 29/9 29/16
31/6 33/14 34/13 34/16
34/21 37/16 37/18 38/10
41/6 42/20 42/21 43/6 43/6
43/16 48/17 50/8 51/18
51/20 51/22 54/24 55/9
HIMSELF [1]   34/18
HIS [50]   3/11 3/11 5/11
5/14 6/7 7/20 8/16 8/16
9/6 10/25 11/20 12/6 12/17
12/20 12/22 13/24 14/15
14/17 14/20 14/21 14/23
15/2 15/4 15/11 15/14
15/15 15/22 16/8 17/15
19/6 23/12 23/14 28/2 28/9
28/10 28/11 33/11 33/22
34/13 39/23 40/3 43/16
43/19 51/1 53/6 53/23
54/12 54/17 54/24 55/4
HISTORY [2]   15/10 15/18
HOLD [3]   42/4 43/22 59/5
HOLDING [1]   42/10
HOME [18]   13/17 13/19
16/11 16/12 16/18 19/23
20/20 20/21 21/18 23/8
26/11 26/16 26/17 26/19
28/15 31/22 36/19 37/2
HOMEOWNER'S [2]   25/10
25/12
HON [1]   1/6
HONEST [1]   5/18
HONOR [103]
HONORS [1]   42/16
HOPE [1]   55/7
HOURS [6]   25/22 26/9 26/10
36/1 36/3 50/25
HOUSED [1]   12/12
HOUSEHOLD [1]   38/25
HOUSTON [5]   31/18 36/7
36/10 36/18 36/19
HOW [18]   6/22 17/16 18/9
19/2 23/8 23/10 26/17 27/4
27/16 28/17 29/11 32/3
32/7 34/5 35/23 37/11
49/17 50/9
HOWEVER [3]   8/11 45/4
53/13
HUH [2]   24/22 26/7
HUMAN [1]   5/18
HUNGER [2]   16/3 16/5
HURRICANE [2]   31/14 31/22
HURTING [1]   29/14
HURTS [1]   28/4
HUSBAND [4]   23/1 24/5 26/7
26/13
HUSBAND'S [1]   18/19
HYPERTENSION [2]   12/18

40/10
HYPOTHETICALLY [1]   28/4

## I

I'M [22]   4/3 5/17 9/22
11/22 11/22 14/6 14/12
15/3 16/13 17/12 17/19
21/21 28/9 31/10 31/21
34/11 34/12 35/5 38/18
49/5 54/9 56/10
I'VE [2]   32/16 34/18
IBERIA [4]   36/6 36/17 37/4
37/8
IDENTIFIED [1]   39/17
IDENTIFY [1]   20/11
IF [51]   4/12 5/19 6/17
10/20 11/9 11/17 11/19
13/7 13/20 16/22 17/10
20/10 22/22 23/3 23/16
24/10 28/4 28/13 29/12
29/22 33/10 36/16 37/2
38/7 39/8 43/7 45/3 45/4
46/10 47/5 47/13 48/13
48/14 49/13 49/18 50/7
50/10 51/9 51/21 51/21
52/21 53/19 54/18 55/8
55/11 56/16 56/18 56/25
57/4 58/4 59/7
ILLITERATE [1]   39/5
IMPEACH [2]   4/25 5/15
IMPEACHED [1]   10/13
IMPORTANT [13]   4/21 5/24
6/2 6/16 6/25 7/17 14/5
14/7 56/9 56/15 56/20 58/8
58/24
IMPORTANTLY [5]   7/3 7/5
12/16 13/23 39/25
IMPOSSIBLE [1]   8/3
IMPRESSION [1]   7/20
IN [213]
IN THE [1]   53/9
INABILITY [1]   4/24
INCARCERATED [4]   28/11
31/7 37/11 56/12
INCARCERATION [1]   16/18
INCIDENT [1]   15/25
INCLINED [1]   53/19
INDICATE [1]   37/5
INDICATED [1]   52/13
INDICATIONS [1]   15/15
INDICTMENT [6]   4/24 9/14
45/22 46/1 46/4 56/5
INDIVIDUAL [6]   37/16 37/18
38/11 50/15 52/1 55/2
INEFFECTIVE [4]   4/14 4/23
45/18 56/22
INEFFECTIVENESS [2]   4/21
46/10
INFLUENCE [1]   15/24
INFORMATION [5]   9/9 41/9
42/9 43/8 54/21
INHERITED [1]   20/2
INJURE [2]   50/9 51/5
INJURED [3]   13/7 49/15
50/11
INJURY [2]   11/24 50/7
INMATE [1]   14/15
INNOCENCE [3]   10/15 13/24
13/25
INNOCENT [1]   10/4

**I**

INSTITUTE [1]   17/22
INSUFFICIENCY [1]   12/18
INSUFFICIENT [2]   57/22
57/23
INTEND [1]   47/23
INTERACTION [2]   27/21
27/23
INTEREST [11]   13/9 51/16
51/18 51/24 56/11 56/13
56/14 58/1 58/24 58/25
59/1
INTO [8]   5/12 8/17 13/3
14/14 16/11 23/2 41/21
46/25
INTRODUCED [1]   46/6
INTRODUCTION [3]   22/3
40/22 46/16
INVESTIGATION [2]   6/14 7/7
INVESTIGATIVE [1]   8/11
INVESTIGATORS [1]   8/13
INVOLVED [1]   15/1
INVOLVES [1]   8/7
INVOLVING [5]   3/8 6/10
8/12 11/12 53/1
IRREPARABLE [1]   11/24
IRREPARABLY [6]   13/7 49/15
49/16 50/7 50/9 50/11
IRREVERSIBLE [1]   12/19
IS [184]
ISN'T [3]   7/21 7/21 21/8
ISSUE [5]   9/24 44/12 49/21
56/20 58/8
ISSUED [5]   44/15 44/16
44/17 52/25 55/18
ISSUES [3]   18/7 56/21
56/22
IT [78]
IT'S [27]   7/14 7/15 13/11
13/12 15/21 16/18 16/18
16/20 17/22 17/24 19/16
20/20 21/3 21/18 24/25
29/23 41/5 42/13 48/4
50/14 51/18 51/25 54/19
57/13 57/13 58/3 58/4
ITS [4]   11/3 11/3 55/11
55/19
ITSELF [2]   6/25 11/16

**J**

JACKSON [3]   6/10 6/10 7/12
JAIL [4]   12/13 12/13 51/6
51/13
JAMES [1]   1/6
JOB [5]   37/5 42/25 43/19
53/12 55/19
JOHN [4]   5/5 5/16 6/6
54/23
JOINT [1]   24/9
JOSEPH [4]   8/7 8/10 9/2
9/3
JR [4]   1/6 1/11 1/18 3/6
JUDGE [9]   22/22 23/16
28/13 47/16 52/25 53/2
53/3 53/6 53/15
JUDGMENT [2]   47/17 55/15
JURIES [2]   11/13 44/8
JURY [8]   6/13 7/19 9/12
9/16 11/13 11/14 14/1
48/23
JURY'S [1]   46/12
JUST [29]   8/24 10/9 12/2
20/4 24/5 24/21 28/10
29/22 33/3 35/6 36/23 39/4
39/7 42/7 42/12 43/9 43/24
46/12 47/11 47/15 48/24
51/14 52/7 52/23 54/19
56/25 57/4 57/10 58/16
JUSTICE [5]   10/9 13/24
14/4 58/25 59/1

**K**

KATRINA [3]   31/14 31/22
32/13
KEEP [2]   30/8 51/18
KID [1]   32/21
KIDS [5]   21/4 21/13 26/4
36/15 36/20
KILLING [2]   14/4 15/7
KILLS [1]   50/10
KINDLY [1]   16/6
KINDS [2]   6/23 23/18
KING [2]   12/7 39/18
KNEW [1]   54/12
KNOW [32]   3/21 9/5 9/18
14/15 15/5 15/22 16/22
21/25 37/20 37/23 38/1
38/4 38/8 41/7 41/24 43/9
44/10 44/15 44/23 44/23
46/3 46/23 46/24 48/10
48/12 48/18 50/17 50/18
52/15 52/16 53/7 53/8
KNOWLEDGE [1]   43/19
KNOWLEDGEABLE [1]   43/2
KNOWN [1]   38/10
KNOWS [2]   16/5 34/13

**L**

LACKING [1]   8/23
LAID [1]   45/5
LAND [2]   35/13 35/14
LAST [13]   14/17 19/4 21/16
21/17 27/2 27/5 27/13
27/14 27/16 27/19 33/15
41/12 56/12
LATER [1]   47/7
LAW [11]   15/17 32/17 32/18
32/19 32/23 43/2 43/3 43/7
43/12 47/4 58/11
LAWSUIT [2]   12/22 41/16
LAWSUITS [1]   43/3
LAWYER [5]   6/21 28/10 29/3
29/6 48/18
LAWYERING [1]   43/14
LAWYERS [1]   41/15
LAYING [1]   44/16
LEARNED [1]   42/25
LEARNING [1]   43/13
LEAST [4]   26/4 26/19 26/19
53/14
LEAVE [6]   7/24 8/10 13/9
13/17 42/3 52/12
LEFT [3]   7/17 7/20 32/8
LET [4]   13/10 15/3 44/12
52/19
LET'S [5]   3/23 49/20 55/4
55/23 55/23
LEVEL [2]   9/17 40/10
LIE [1]   8/15
LIEU [1]   53/24
LIFE [4]   15/2 19/18 51/14
51/25
LIFER [1]   54/15
LIGHT [1]   14/20
LIKE [14]   16/9 20/10 20/22
21/13 22/20 26/12 29/23
37/12 38/24 43/8 52/14
57/1 58/18 59/8
LIKELIHOOD [8]   4/11 4/12
11/18 56/9 56/15 57/10
58/19 58/21
LIKELY [5]   11/7 13/7 45/13
45/14 57/13
LIMITED [2]   27/12 27/14
LINE [1]   48/23
LISTEN [1]   48/13
LITIGATION [1]   39/21
LITTLE [3]   32/21 54/9
56/10
LIVE [9]   19/25 20/5 20/6
21/12 21/17 22/23 32/9
36/7 36/18
LIVED [1]   31/6
LIVING [2]   32/14 42/16
LOCATED [1]   18/1
LOCKDOWN [11]   12/8 12/9
12/15 14/3 15/6 15/6 16/2
40/2 43/1 50/21 50/25
LOCKED [1]   50/25
LOGGED [1]   6/22
LONG [7]   15/11 15/21 18/9
19/2 31/15 32/3 58/9
LONGER [3]   5/10 12/10 51/7
LOOK [6]   15/17 15/21 20/24
40/18 42/20 53/19
LOOKING [1]   51/25
LOOKS [3]   20/21 21/7 21/8
LOSE [2]   11/23 53/13
LOSING [1]   53/14
LOSS [1]   14/22
LOST [6]   5/2 6/18 6/22
32/15 32/16 32/22
LOT [8]   14/21 19/23 19/25
21/6 21/14 34/18 39/2
43/12
LOUISIANA [14]   1/2 1/25
3/9 6/5 7/10 9/18 11/12
18/14 20/5 20/6 24/20
32/12 36/6 37/6
LOVE [1]   34/21
LYNCH [2]   19/1 19/4

**M**

MA'AM [1]   52/9
MABEL [9]   2/6 16/14 30/18
30/19 31/2 31/3 31/20 35/3
39/7
MADDOX [1]   47/5
MADE [13]   8/3 11/4 11/5
12/17 14/21 15/19 24/9
40/3 41/16 41/21 45/13
48/1 48/6
MAGISTRATE [4]   11/5 46/15
47/16 48/5
MAGISTRATE'S [1]   47/20
MAIN [1]   4/25
MAINTAIN [1]   43/16
MAJORITY [2]   26/23 50/22
MAKE [6]   7/18 13/15 16/15

**M**

MAKE... **[3]**   24/7 43/15 56/18
MAN **[1]**   7/22 15/7 15/21 34/20 39/3 40/1 43/2
MAN'S **[1]**   16/17
MANGES **[1]**   51/1
MANY **[9]**   9/4 23/8 23/10 27/4 32/7 43/3 50/15 55/17 56/19
MARK **[1]**   20/12
MARRIED **[1]**   18/17
MASTERS **[3]**   18/14 24/25 25/6
MATCH **[3]**   7/10 7/11 7/12
MATCHES **[1]**   8/16
MATTER **[5]**   37/7 42/4 59/9 59/12 59/16
MAY **[8]**   4/13 14/25 20/7 30/14 39/13 43/9 48/23 52/23
MAYBE **[1]**   26/19
MCGLINCHEY **[1]**   53/11
ME **[19]**   9/7 15/3 16/22 26/8 29/6 32/21 36/19 37/19 40/17 44/13 44/19 45/7 45/7 48/2 49/9 49/13 52/2 52/19 59/7
MEAN **[5]**   34/17 47/17 52/4 54/25 55/9
MEANING **[1]**   35/17
MEANS **[2]**   11/6 11/17
MEDICAL **[11]**   12/17 18/3 39/23 40/1 40/3 40/4 40/7 40/8 40/18 41/8 41/13
MEDICATION **[1]**   23/17
MEDICATIONS **[3]**   9/5 9/11 12/21
MEDICINE **[2]**   19/15 40/13
MEET **[1]**   46/10
MEMBERS **[5]**   16/2 16/10 20/3 23/24 32/15
MEMO **[1]**   45/10
MEMORANDUMS **[1]**   58/18
MENTAL **[2]**   18/5 18/7
MENTIONED **[3]**   8/9 32/14 43/24
MERITS **[7]**   45/14 45/15 49/12 56/16 57/11 58/20 58/21
MERRILL **[2]**   19/1 19/4
MET **[1]**   5/18
MICHAEL **[5]**   2/6 16/13 30/17 30/19 31/2
MIDDLE **[1]**   1/2
MIGHT **[2]**   19/17 57/19
MILLER **[2]**   14/5 15/7
MINOR **[3]**   15/13 15/14 51/14
MINUTE **[3]**   10/1 12/1 13/10
MISCONDUCT **[2]**   5/8 56/23
MISERABLY **[1]**   6/24
MODEL **[3]**   15/3 15/4 15/9
MODERN **[1]**   13/11
MOMENT **[5]**   5/4 11/25 13/9 14/2 56/25
MONDAY **[1]**   29/9
MONEY **[1]**   33/14
MONITORING **[3]**   13/13 13/14

13/21
MONTEGUT **[1]**   46/22
MONTH **[3]**   32/2 32/21 36/22
MONTHS **[3]**   5/25 16/8 55/25
MORE **[11]**   7/5 13/23 24/2 31/20 34/6 34/16 34/17 43/8 46/11 48/5 48/15
MORIAL **[1]**   31/13
MORNING **[15]**   3/7 3/8 4/1 4/2 4/5 17/3 17/6 17/7 23/6 29/10 30/21 30/22 30/25 35/3 35/4
MOST **[22]**   5/18 6/1 6/24 7/3 10/22 10/23 12/16 14/5 14/7 14/11 19/22 25/25 26/12 28/16 43/9 43/10 44/12 50/13 56/8 56/15 58/8 58/24
MOSTLY **[1]**   22/9
MOTHER **[4]**   32/16 32/19 32/22 39/4
MOTION **[14]**   1/9 1/10 3/10 3/19 3/23 11/3 13/5 42/22 42/24 43/5 45/22 45/25 46/4 57/2
MOTIONS **[1]**   53/14
MOVE **[6]**   4/23 22/2 30/1 39/8 40/22 50/6
MOVED **[1]**   50/5
MOVERS **[1]**   3/12
MR **[67]**
MS **[23]**   1/19 2/5 2/8 3/4 16/22 17/10 17/13 18/17 21/10 21/20 22/12 24/11 24/13 24/17 27/24 28/4 28/21 33/19 34/25 42/19 44/9 48/25 58/15
MUCH **[6]**   24/11 30/11 34/6 36/1 36/21 59/1
MURDER **[3]**   38/4 38/6 38/8
MURDERER **[1]**   6/11
MUST **[5]**   8/21 10/17 10/18 10/19 54/9
MUTUALLY **[1]**   44/25
MY **[46]**   11/10 11/10 20/1 20/20 23/1 23/7 24/9 24/19 26/7 26/13 27/14 29/4 29/6 29/15 31/5 32/10 32/10 32/10 32/12 32/16 32/16 32/16 32/18 32/22 32/22 33/13 33/20 35/5 36/13 36/13 36/15 36/16 36/19 36/22 37/5 38/24 39/4 43/7 43/9 43/10 43/16 47/16 47/17 53/25 55/9 55/15

**N**

NAME **[6]**   17/8 17/21 18/19 24/19 30/25 35/5
NAMED **[2]**   7/22 12/7
NECESSARY **[1]**   52/24
NECESSITATES **[1]**   4/9
NEED **[8]**   15/21 19/17 21/25 29/5 48/25 52/6 53/7 56/6
NEEDS **[3]**   23/15 23/17 23/18
NEIGHBORHOOD **[5]**   19/25 24/23 24/23 25/17 29/14
NEIGHBORS **[1]**   25/14
NEIGHBORS' **[1]**   19/24

NEVER **[4]**   37/18 38/10 58/9 58/10
NEW **[17]**   18/2 23/1 23/2 31/14 31/19 32/9 36/6 36/17 36/17 36/20 36/23 36/25 37/2 37/4 37/8 39/8 43/14
NEXT **[2]**   20/24 51/4
NICHOLAS **[2]**   1/16 3/4
NICK **[1]**   4/3
NIECE **[1]**   17/15
NIGHT **[1]**   29/10
NINE **[2]**   25/23 25/24
NO **[62]**
NOBODY **[1]**   26/11
NOISE **[1]**   14/21
NONPROFIT **[2]**   17/19 25/20
NOR **[1]**   9/10
NOT **[90]**
NOTE **[1]**   57/25
NOTES **[1]**   8/11
NOTHING **[5]**   7/17 8/15 15/23 57/11 57/17
NOTICE **[3]**   41/25 53/4 53/15
NOW **[21]**   6/18 8/19 9/3 9/23 10/16 10/22 13/8 15/25 21/9 22/12 30/17 33/21 34/20 34/20 40/5 50/12 50/19 52/12 53/7 55/24 55/25
NUMBER **[8]**   6/16 7/3 7/22 15/16 23/21 40/4 46/18 47/18
NUMBER 4 **[1]**   40/4
NUMBERED **[1]**   59/16

**O**

O-A-K **[1]**   25/3
OAK **[3]**   25/1 25/3 25/4
OBJECT **[12]**   5/25 33/3 34/2 34/7 40/12 40/24 41/3 41/4 41/8 48/7 48/13 48/17
OBJECTED **[7]**   6/2 6/3 46/5 46/7 47/25 48/1 48/10
OBJECTING **[1]**   48/3
OBJECTION **[22]**   6/6 22/6 28/19 28/20 33/8 42/1 48/4 48/5 48/6 48/8 48/9 48/9 48/13 48/14 49/3 49/4 56/17 56/17 57/16 57/19 57/20 57/21
OBJECTIONS **[3]**   22/4 47/22 57/15
OBVIOUSLY **[3]**   5/15 49/7 49/15
OCCUPATION **[3]**   17/18 19/6 31/9
OCCURRED **[1]**   8/24
OCTOBER **[1]**   1/7
ODD **[3]**   33/15 34/14 43/1
OFF **[11]**   12/11 13/18 13/20 13/22 31/12 35/10 35/12 35/24 36/9 36/12 36/17
OFF-SHORE **[3]**   31/12 35/10 35/12
OFFENSE **[1]**   14/3
OFFGUARD **[1]**   7/15
OFFICE **[4]**   24/21 26/24 35/6 43/7

**O**

OFFICER [3]   14/5 15/7 46/15
OFFICIAL [1]   59/19
OFTEN [6]   20/1 20/3 23/5 26/17 27/16 35/23
OKAY [35]   17/10 18/11 19/10 20/5 20/14 21/5 21/10 22/12 26/3 26/9 26/15 27/7 27/16 28/8 28/13 29/5 29/16 31/9 31/22 32/1 32/14 33/6 33/21 35/11 35/14 35/21 35/25 36/23 37/8 37/20 38/7 40/21 49/11 49/25 54/2
OLD [7]   12/3 12/4 17/16 25/2 34/20 37/11 41/5
OLDEST [1]   38/23
OMISSIONS [1]   4/20
ON [78]
ONCE [2]   26/19 48/8
ONE [42]   3/21 4/14 4/15 5/18 6/17 7/3 7/22 9/1 10/21 10/23 11/9 14/13 15/16 16/3 16/10 17/17 24/3 24/8 30/7 31/13 32/12 32/12 32/13 34/22 39/15 39/17 40/25 40/25 41/12 43/21 46/25 48/16 48/22 50/10 54/12 56/16 56/18 56/20 56/21 58/23 58/24 59/9
ONES [1]   10/22
ONLY [9]   4/14 4/25 10/21 15/6 16/3 46/20 55/13 57/25 58/19
OPEN [5]   22/1 42/4 43/23 52/12 59/5
OPINION [5]   6/7 11/10 39/25 44/16 47/17
OPINIONS [1]   49/1
OPPORTUNITY [5]   4/10 24/6 42/5 43/22 58/5
OPPOSING [5]   53/9 53/9 53/10 54/10 56/1
OPPOSITION [1]   11/3
OR [36]   3/10 7/4 9/19 10/18 10/23 11/13 13/17 14/1 16/19 18/3 18/4 21/24 23/17 23/17 26/19 36/3 44/15 44/15 45/18 46/11 46/14 48/18 48/19 49/1 49/1 49/1 53/14 53/20 53/23 54/4 55/21 57/13 58/2 58/21 59/6 59/9
ORDER [6]   10/16 13/15 45/16 45/17 55/11 55/18
ORDERED [1]   9/23
ORGANIZATION [4]   17/20 17/21 17/24 25/20
ORIENTED [1]   19/19
ORLEANS [12]   18/2 23/1 23/2 31/14 31/20 32/9 36/18 36/20 36/24 37/1 37/2 39/8
OTHER [18]   4/15 10/22 16/2 25/16 30/10 32/5 35/16 36/15 40/7 44/2 48/9 51/5

53/23 55/8 56/19 57/25 58/22 59/9
OTHERS [1]   34/17
OUR [23]   4/9 4/15 13/5 15/19 19/20 19/20 19/21 19/22 19/22 21/18 21/18 23/2 23/5 39/24 42/22 43/5 47/22 49/18 50/10 51/9 51/17 58/17 58/20
OUT [15]   6/5 6/17 6/20 8/15 15/25 26/1 30/8 35/13 35/14 40/9 44/16 45/5 50/10 52/19 59/8
OUTCOME [2]   4/18 8/20
OUTLINE [1]   12/2
OUTSIDE [2]   19/24 33/12
OVER [10]   8/6 20/3 27/1 27/16 27/19 34/18 34/18 42/20 55/3 56/6
OVERCOME [1]   8/21
OVERTURNED [2]   47/8 51/22
OWN [4]   23/5 23/12 23/14 41/2

**P**

P-1 [1]   22/6
P-2 [1]   39/17
P-3 [1]   39/19
P-4 [2]   40/4 40/8
PALM [3]   7/15 7/19 7/21
PANOPLY [1]   47/16
PAPERS [1]   55/22
PARALEGAL [2]   43/15 43/20
PARAPHRASING [2]   5/18 15/3
PARISH [1]   12/13
PART [5]   6/23 20/5 28/16 41/2 49/2
PARTIAL [4]   39/17 40/25 41/1 42/8
PARTICULAR [1]   9/23
PARTICULARLY [3]   4/21 5/24 6/15
PARTIES [2]   51/5 54/1
PASSING [1]   32/22
PASSIONATE [1]   43/2
PAST [2]   15/14 33/22
PATIENT [2]   9/4 9/10
PATIO [1]   21/6
PAUL [1]   9/2
PENDING [3]   1/9 3/10 12/24
PENITENTIARY [2]   15/22 39/23
PEOPLE [7]   10/4 24/2 24/19 25/16 30/6 30/8 35/16
PERFECT [1]   12/14
PERFORM [1]   43/19
PERFORMANCE [1]   45/19
PERSON [5]   13/12 13/15 13/17 13/19 15/18
PERSONS [3]   43/4 43/13 43/23
PERTINENT [1]   42/9
PETIT [1]   11/13
PETITIONER [7]   1/15 3/2 8/21 9/19 9/20 20/13 20/16
PETITIONER'S [1]   2/2
PHOTOGRAPH [7]   20/18 20/21 20/24 21/7 21/10 21/16 21/17
PHOTOGRAPHS [2]   20/10 22/3

PHYSICAL [6]   5/2 5/3 6/15 6/24 7/6 14/14
PHYSICALLY [1]   36/5
PICK [2]   26/1 26/4
PICTURE [1]   20/20
PLACE [4]   41/5 41/6 43/6 43/7
PLACED [4]   12/8 12/15 14/2 16/7
PLACEMENT [1]   42/20
PLAINTIFF [1]   41/14
PLAINTIFFS [1]   12/23
PLAY [2]   19/10 21/3
PLAYED [2]   19/7 19/11
PLAYING [2]   19/23 19/24
PLEADINGS [2]   6/19 39/24
PLEASE [10]   3/7 17/8 20/25 24/3 30/25 34/22 34/23 39/15 48/23 57/2
POINT [13]   7/18 10/12 12/12 24/25 25/6 33/4 34/20 40/9 40/14 48/16 48/22 52/19 58/17
POINTED [1]   6/5
POINTING [1]   10/14
POINTS [1]   4/8
POND [2]   21/12 21/13
PONDS [1]   21/14
PORTIONS [1]   53/22
POSITION [6]   11/15 18/9 19/2 27/24 45/8 50/3
POSITIVE [2]   15/23 15/23
POSSIBLE [1]   11/2
POSSIBLY [1]   53/16
POST [5]   8/11 8/25 9/19 43/4 43/11
POST-CONVICTION [3]   9/19 43/4 43/11
POST-TRIAL [2]   8/11 8/25
PREJUDICE [1]   11/15
PRESCHOOL [1]   23/2
PRESENT [7]   3/3 3/5 7/16 8/25 11/25 16/9 41/7
PRESENTED [7]   7/13 8/1 10/12 10/14 14/24 15/16 57/11
PRESENTING [2]   39/16 58/10
PRESSURE [1]   39/2
PRETTY [2]   36/1 36/20
PREVAIL [3]   4/10 49/11 56/19
PREVAILED [1]   56/21
PREVENT [1]   7/4
PREVIOUS [1]   19/6
PREVIOUSLY [1]   50/15
PRIMA [3]   9/14 9/20 9/24
PRIMARILY [2]   18/3 18/5
PRINT [3]   7/15 7/19 7/21
PRIOR [9]   15/10 15/18 31/12 32/13 32/21 33/21 48/24 58/4 58/7
PRISON [2]   15/2 16/4
PRISONER [3]   15/3 15/4 15/9
PRISONERS [1]   14/11
PRO [1]   12/24
PROBABILITY [2]   4/18 8/20
PROBABLY [3]   7/5 39/4 46/11
PROBLEM [3]   23/6 44/24

## P

PROBLEM... [1]   51/10
PROBLEMS [1]   8/2
PROCEDURE [1]   41/17
PROCEDURES [1]   7/5
PROCEED [3]   3/12 3/15
34/15
PROCEEDINGS [6]   8/2 44/20
44/24 45/1 55/9 59/15
PROCESS [5]   6/4 10/6 10/8
13/1 13/2
PRODUCED [2]   41/14 41/15
PROFESSIONAL [1]   19/7
PROGRAMS [2]   18/6 18/7
PROMISE [1]   51/21
PROMISED [2]   5/14 54/18
PROMISES [1]   5/19
PROOF [2]   6/21 13/25
PROPER [4]   16/20 40/1
42/20 56/17
PROSECUTOR [4]   5/6 5/21
39/16 48/18
PROSECUTOR'S [2]   34/24
39/7
PROSECUTORIAL [2]   5/8
56/22
PROTECT [1]   10/4
PROTECTION [1]   9/13
PROUD [2]   5/22 54/24
PROVE [2]   13/24 15/19
PROVED [1]   9/14
PROVEN [2]   7/21 10/12
PROVIDE [1]   17/23
PROVING [1]   4/9
PSYCHIATRIC [2]   9/3 9/9
PSYCHOLOGICAL [1]   18/4
PSYCHOTROPIC [2]   9/5 9/11
PUBLIC [10]   13/9 17/24
18/14 51/16 51/18 56/11
56/13 56/14 58/24 58/25
PUBLIC-HEALTH [1]   17/24
PUBLISHED [2]   52/25 53/16
PUNISHMENT [1]   12/25
PURPOSES [1]   10/3
PUT [3]   6/21 16/1 16/16

## Q

QUASH [4]   4/24 45/22 46/1
46/4
QUASHED [2]   9/15 56/6
QUESTION [8]   28/23 30/1
36/16 39/8 44/9 48/14
48/15 56/9
QUESTIONING [1]   48/23
QUESTIONS [10]   24/12 24/21
29/6 30/10 34/23 34/24
35/6 39/12 47/14 52/2
QUICKLY [1]   42/11
QUITE [4]   11/14 11/14
11/22 11/22

## R

RACIAL [2]   11/11 11/15
RADICATE [1]   11/15
RAISE [1]   44/12
RAISED [3]   4/13 37/19 39/6
RAPIST [1]   54/16
RE [6]   3/11 12/12 35/18
55/25 58/1 58/13

RE-FABRICATE [1]   35/18
RE-TRIAL [3]   3/11 12/12
58/13
RE-TRY [1]   55/25
RE-TRYING [1]   58/1
REACH [1]   4/16
READ [3]   5/12 45/10 54/23
READY [3]   3/12 3/14 13/4
REAL [1]   31/21
REALLY [2]   10/21 15/5
REASON [8]   4/11 14/5 14/7
15/6 16/3 31/19 51/19
51/19
REASONABLE [3]   4/18 8/19
46/7
REASONABLY [1]   45/20
REBUT [4]   7/16 9/21 9/24
57/7
REBUTTAL [7]   52/10 54/3
54/4 54/5 54/6 54/7 54/8
RECEIVE [1]   19/13
RECEIVED [3]   5/19 19/14
54/14
RECENT [1]   44/12
RECITE [1]   4/13
RECITES [1]   11/4
RECOGNIZE [1]   8/3
RECORD [15]   5/12 11/1
12/14 14/11 14/16 14/23
15/5 15/10 15/10 16/8 17/8
31/1 55/4 55/22 59/15
RECORDS [8]   39/23 40/4
40/7 40/8 40/18 40/19 41/9
41/14
REDIRECT [2]   30/12 38/14
REFERRING [1]   57/17
REFUSED [2]   14/20 14/21
REGARDING [4]   6/7 7/7
57/10 57/15
REGARDS [1]   42/9
REGULARLY [1]   32/1
RELATIONSHIP [4]   17/13
22/18 31/3 33/19
RELAXED [1]   41/17
RELAYING [1]   40/17
RELEASE [4]   1/9 3/10 50/1
50/8
RELEASED [3]   13/3 13/7
58/2
RELEVANCY [3]   33/4 33/7
48/8
RELIED [1]   40/4
RELIEF [3]   4/8 8/22 49/22
REMAIN [1]   12/9
REMEMBER [1]   52/17
RENAL [1]   12/18
REPHRASE [1]   28/23
REPORT [12]   14/13 14/17
39/20 39/20 40/5 40/5 40/7
41/4 41/19 41/20 42/2
53/24
REPORTED [1]   1/22
REPORTER [1]   59/19
REPRESENT [2]   4/4 24/19
REPRESENTED [1]   3/3
REPRODUCTIVE [1]   18/8
REQUEST [2]   53/15 55/21
REQUIRED [2]   8/18 37/4
REQUIRES [2]   10/8 59/1
RESEARCH [2]   11/11 43/14

RESIDE [4]   22/9 31/17
31/18 31/19
RESIDENCE [1]   36/25
RESIDENT [1]   21/24
RESIGN [1]   35/17
RESPECT [1]   58/2
RESPOND [1]   41/12
RESPONDENT [1]   1/18
RESPONDENT'S [1]   1/9
RESPONSIBILITIES [1]   26/8
RESPONSIBLE [5]   27/25 28/2
28/6 28/25 29/3
RETRIED [1]   56/2
REVERSAL [3]   4/12 5/4 8/18
REVERSE [1]   11/7
REVERSED [3]   44/10 45/18
57/13
REVIEW [3]   13/2 41/23
47/17
REVIEWED [1]   39/23
RHENEISHA [6]   2/3 16/11
16/23 17/1 17/9 20/18
RICHARD [1]   39/19
RICHEY [5]   8/8 8/10 8/14
9/2 9/3
RICHEY'S [1]   9/9
RIFFRAFF [1]   42/17
RIG [1]   35/18
RIGHT [23]   3/14 3/17 16/25
21/25 22/6 22/13 28/15
34/11 37/21 37/24 38/2
39/13 41/6 41/10 43/25
44/5 45/7 48/21 50/12
51/23 52/9 58/15 59/4
RIGHTS [1]   46/17
RIGS [1]   35/19
RISK [4]   10/20 13/10 13/11
14/8
ROBBERY [1]   37/21
ROBERT [2]   12/7 39/18
ROBERTSON [19]   2/3 16/11
16/23 17/1 17/9 17/10
17/13 18/17 18/20 21/10
21/20 22/12 24/12 24/17
27/24 28/4 28/21 33/19
42/19
ROOKIE [1]   15/1
ROUGE [1]   1/25
ROW [2]   43/10 54/15
RULE [1]   55/15
RULED [4]   4/8 4/16 56/5
57/14
RULES [1]   41/17
RULING [8]   46/14 47/20
47/22 52/25 53/16 53/16
53/25 58/9
RULINGS [1]   53/19
RUN [2]   25/12 25/14
RUNNING [1]   26/5

## S

SAFE [3]   30/8 30/9 42/16
SAFETY [1]   59/1
SAID [19]   7/14 9/1 14/3
15/5 25/8 25/19 26/12 27/1
28/25 29/3 29/6 41/2 41/3
46/7 48/3 48/22 51/10
54/24 56/12
SALABLE [1]   11/6
SAME [11]   11/4 21/7 26/10

**S**

SAME... **[8]**   28/12 34/8 41/9 46/23 49/3 49/4 50/6 56/7
SAN **[1]**   52/18
SAVE **[1]**   52/7
SAW **[2]**   7/23 8/9
SAY **[12]**   11/10 11/14 11/21 15/14 15/18 26/4 28/21 50/20 53/11 54/9 55/21 55/25
SAYING **[2]**   39/8 56/10
SAYS **[3]**   6/19 15/17 41/14
SCARED **[1]**   31/21
SCENE **[1]**   7/8
SCHEDULE **[5]**   23/19 26/13 26/14 42/3 59/8
SCHIZOPHRENIC **[1]**   9/10
SCHOOL **[1]**   26/1
SE **[1]**   12/24
SEATED **[1]**   3/7
SECOND **[12]**   5/5 8/5 16/13 24/3 34/22 39/15 41/6 42/24 45/22 46/9 49/14 57/7
SEE **[10]**   7/25 9/3 20/10 20/24 29/12 36/13 36/22 41/13 55/23 56/25
SEEING **[2]**   9/5 56/11
SEEK **[1]**   10/9
SEEN **[1]**   34/18
SELF **[1]**   43/1
SELL **[2]**   54/12 54/13
SEND **[1]**   35/14
SENSITIVE **[1]**   11/11
SENTENCE **[4]**   14/15 14/21 51/14 51/25
SEPARATE **[1]**   44/7
SEPTEMBER **[1]**   53/1
SEPTEMBER 2007 **[1]**   53/1
SERIAL **[1]**   54/15
SERIOUS **[2]**   12/20 12/20
SERVICES **[1]**   17/23
SET **[1]**   13/17
SETTING **[1]**   13/3
SEVERAL **[5]**   18/6 24/8 26/19 30/1 35/19
SEXUAL **[1]**   18/8
SHAM **[1]**   13/4
SHANNON **[2]**   1/22 59/18
SHARES **[1]**   26/8
SHE **[8]**   20/10 28/21 29/25 39/22 39/22 41/20 46/15 53/20
SHERIFF **[1]**   8/15
SHOCKED **[1]**   54/9
SHORE **[3]**   31/12 35/10 35/12
SHOULD **[24]**   6/2 6/3 9/15 13/3 16/12 23/16 41/20 42/14 43/5 43/20 44/15 44/17 45/6 45/8 45/9 45/11 46/8 50/3 55/6 55/12 55/20 56/5 56/6 56/24
SHOULDN'T **[3]**   15/14 15/20 56/3
SHOW **[5]**   4/17 14/4 14/7 42/13 43/18
SHOWING **[9]**   4/9 9/14 9/22

9/25 11/7 11/18 15/19 20/9 45/13
SHOWN **[2]**   46/10 46/11
SHOWS **[1]**   11/15
SHREVEPORT **[1]**   32/12
SIBLINGS **[4]**   32/5 32/9 32/14 39/6
SICK **[1]**   40/1
SIMPLY **[1]**   48/9
SINCE **[4]**   10/7 32/21 34/20 40/7
SINGLE **[2]**   14/13 51/19
SINQUEFIELD **[7]**   5/5 5/7 5/17 5/21 49/2 54/23 57/19
SINQUEFIELD'S **[3]**   6/1 6/7 47/25
SIR **[3]**   30/12 39/13 45/11
SISTER **[3]**   32/11 32/16 32/19
SITTING **[1]**   38/8
SITUATION **[1]**   55/17
SIX **[3]**   7/22 55/25 56/21
SIXTEEN **[1]**   37/12
SIXTH **[2]**   10/7 46/16
SKILLS **[2]**   42/25 43/14
SLIDELL **[1]**   20/6
SLIM **[1]**   13/11
SMALL **[6]**   13/11 19/25 21/12 25/16 25/25 26/5
SMITH **[1]**   53/12
SO **[31]**   6/4 7/19 9/24 14/21 16/13 16/15 20/1 21/14 26/3 26/11 27/12 27/19 28/8 28/17 29/9 30/6 34/21 35/14 35/25 36/14 36/20 36/23 42/7 43/21 48/1 48/2 48/3 51/14 52/23 56/19 56/25
SOCIOLOGY **[1]**   19/14
SOLD **[2]**   54/12 54/14
SOLICITORS **[1]**   43/11
SOME **[16]**   4/7 4/13 11/17 11/25 12/2 13/5 17/10 33/15 34/14 34/14 40/7 43/1 43/14 47/20 54/12 59/6
SOMEBODY **[1]**   29/14
SOMEONE **[5]**   8/3 13/21 28/5 46/25 47/12
SOMETHING **[6]**   19/17 31/16 32/4 34/19 37/12 53/20
SOMETHING THAT **[1]**   53/20
SOMETIMES **[3]**   21/12 23/3 26/16
SORRY **[4]**   14/12 16/13 38/18 49/5
SOUGHT **[1]**   6/20
SPEAK **[1]**   5/4
SPECIFIC **[2]**   47/14 52/2
SPECIFICALLY **[1]**   40/9
SPECULATIONS **[1]**   49/1
SPECULATIVE **[1]**   50/12
SPEND **[8]**   19/20 19/23 20/4 21/6 21/14 36/9 36/12 36/17
SPENT **[4]**   19/22 26/23 40/2 51/15
SPORTS **[1]**   19/15
SQUARED **[1]**   55/4
STABLE **[1]**   42/15

STACK **[1]**   35/17
STAFFORD **[1]**   53/12
STAGE **[1]**   12/18
STAGES **[1]**   43/11
STALDER **[2]**   39/19 52/25
STAND **[4]**   5/8 30/18 53/10 53/25
STANDARD **[2]**   8/19 8/21
STANDARDS **[1]**   49/9
STAR **[1]**   4/25
STATE **[40]**   3/9 3/14 3/18 4/20 5/24 6/18 6/18 7/3 7/9 7/13 8/6 8/8 9/8 9/19 9/20 9/24 10/9 11/3 11/12 11/16 11/23 15/8 15/13 17/8 24/20 30/25 42/5 44/5 45/4 51/12 53/20 55/10 55/25 56/4 56/10 56/16 57/11 57/21 57/25 58/10
STATE'S **[4]**   4/10 7/1 10/3 42/13
STATED **[6]**   5/13 6/19 28/10 42/22 42/24 43/5
STATEMENT **[1]**   8/16
STATES **[3]**   1/1 1/24 44/14
STATION **[1]**   13/18
STATUS **[1]**   9/9
STATUTE **[1]**   57/17
STAY **[24]**   1/11 3/19 10/17 11/4 24/10 37/6 42/14 44/17 44/19 44/20 44/23 45/12 49/14 49/15 49/18 49/20 49/24 51/4 51/9 55/7 55/8 55/14 55/20 57/2
STAYED **[2]**   55/12 55/18
STAYING **[1]**   45/1
STAYS **[2]**   44/15 55/11
STEP **[2]**   30/14 39/13
STEPPED **[1]**   39/5
STILL **[6]**   35/7 36/7 36/18 49/25 51/1 53/13
STOOD **[1]**   53/5
STORE **[1]**   23/17
STRAIGHT **[1]**   10/5
STREET **[1]**   1/24
STRESS **[1]**   58/18
STRICKLAND **[3]**   45/16 46/9 47/18
STRIKE **[2]**   16/3 16/5
STRONG **[5]**   4/11 11/6 11/18 45/13 47/24
STRONGEST **[1]**   51/17
STRONGLY **[1]**   28/11
STRUGGLE **[1]**   38/21
STUCK **[1]**   57/23
STUDENTS **[1]**   43/12
STUDIES **[1]**   17/22
STUFF **[2]**   54/25 57/15
SUBDIVISION **[3]**   21/11 21/19 24/25
SUBMIT **[5]**   44/3 45/4 45/14 49/16 51/12
SUBMITTED **[2]**   13/5 58/17
SUBSTANTIALLY **[1]**   51/5
SUCCEED **[2]**   45/13 45/14
SUCCESS **[3]**   57/11 58/19 58/21
SUFFERED **[1]**   14/2
SUFFERS **[1]**   12/4
SUFFICE **[1]**   53/24

**S**

SUFFICIENT [2]   4/16 57/20
SUGGESTING [1]   54/10
SUGGESTION [1]   55/2
SUIT [1]   53/10
SUMMARIZE [1]   42/12
SUPERVISE [10]   28/14 28/17
28/22 29/2 29/5 29/7 29/9
29/11 29/15 29/16
SUPERVISED [1]   42/19
SUPERVISION [2]   33/11
43/16
SUPPORT [1]   47/17
SUPPORTIVE [1]   26/7
SUPPOSED [1]   29/13
SUPREME [1]   44/14
SURE [4]   4/7 13/15 21/1
29/13
SUSPECT [1]   50/19
SUSPENDED [1]   14/22
SUSPENSION [1]   14/15
SUSTAIN [2]   33/8 42/1
SUSTAINED [1]   34/3
SWORN [2]   17/2 30/19
SYSTEM [1]   15/2

**T**

TAKE [15]   3/22 3/23 12/11
16/11 21/12 25/10 41/22
41/24 49/19 51/7 53/4
53/15 53/16 53/18 59/5
TAKING [1]   36/25
TALK [4]   8/24 13/6 13/10
38/7
TALKED [1]   24/8
TALKING [2]   36/23 36/24
TANGIPAHOA [1]   12/13
TAUGHT [1]   43/1
TEACHES [1]   10/18
TEAM [1]   19/8
TECHNICALITIES [1]   10/5
TEENAGER [2]   15/11 39/3
TELL [2]   8/12 29/6
TELLING [4]   28/5 28/13
36/24 38/9
TEN [4]   52/14 54/1 59/7
59/9
TERMS [1]   8/24
TESTIFIED [12]   5/5 5/17
5/21 7/10 7/23 8/8 8/9
8/13 8/14 9/11 17/2 30/20
TESTIFY [4]   6/12 48/19
54/22 59/2
TESTIFYING [4]   8/14 14/6
40/13 48/17
TESTIMONY [26]   5/13 5/14
6/1 6/7 6/25 7/16 8/16
34/9 46/6 46/8 46/16 47/6
47/25 48/24 48/24 48/25
53/23 54/12 54/17 55/1
57/16 58/3 58/4 58/7 58/11
58/12
TESTING [2]   7/5 16/20
TESTS [1]   7/6
TEXAS [2]   31/18 37/6
THAN [5]   12/10 34/13 34/18
46/11 51/7
THANK [20]   3/25 16/24
17/12 18/16 21/15 24/11

30/10 30/15 38/13 39/11
44/1 44/6 52/8 52/9 57/9
58/14 59/3 59/4 59/10
59/11
THAT [254]
THAT'S [18]   6/23 12/9 14/5
14/7 15/7 16/8 25/6 27/21
35/19 35/19 40/20 41/1
41/2 41/2 44/11 46/13 49/2
54/14
THEIR [9]   4/24 6/19 13/17
18/23 35/18 42/3 42/5
44/16 48/8
THEM [12]   11/8 13/1 19/23
20/11 20/12 26/1 31/21
40/25 42/6 47/14 48/3
55/14
THEN [13]   3/24 6/21 9/24
22/6 22/15 26/4 36/17
37/16 44/5 46/25 48/5
53/25 59/7
THERE [35]   3/9 4/11 4/19
6/6 9/22 11/19 15/25 17/10
18/4 21/12 21/14 21/20
22/10 29/12 29/13 31/19
32/24 36/3 38/8 39/2 40/6
42/17 42/17 47/15 48/6
54/4 55/5 55/7 57/2 57/15
57/20 58/5 58/12 58/12
58/20
THERE'S [5]   8/15 21/12
32/8 53/7 56/19
THEREFORE [1]   57/23
THESE [15]   8/12 10/2 10/5
12/15 12/20 14/1 22/3
40/22 41/13 41/16 41/18
42/3 53/14 53/25 54/1
THEY [63]
THEY'RE [1]   57/17
THING [4]   19/16 46/24
55/13 57/25
THINGS [4]   6/23 22/1 46/18
57/4
THINK [42]   7/14 7/14 7/17
10/21 11/17 11/18 14/5
14/7 24/6 27/5 29/25 34/1
34/17 37/13 38/17 38/19
39/2 39/4 41/6 41/19 41/22
44/12 44/13 45/2 45/2 45/9
45/11 46/4 46/12 47/15
47/18 49/4 50/4 53/4 53/8
53/12 54/25 55/10 56/8
57/12 58/20 58/22
THINKS [1]   57/13
THIRD [4]   6/9 9/12 21/10
41/8
THIRSTY [1]   17/11
THIRTY [8]   8/4 17/17 31/16
32/4 33/15 34/14 34/19
43/1
THIRTY-ONE [1]   17/17
THIRTY-SOME-ODD [3]   33/15
34/14 43/1
THIRTY-SOMETHING [3]   31/16
32/4 34/19
THIS [98]
THOMPSON [2]   1/22 59/18
THOSE [16]   6/23 19/16 22/1
23/18 26/8 34/1 44/10
45/18 47/22 47/23 50/19

53/5 53/17 53/19 56/9
58/23
THOUGH [2]   8/14 56/1
THREE [12]   8/25 11/8 12/15
18/24 27/18 27/19 38/9
39/16 47/25 50/22 51/1
58/22
THROUGH [10]   6/25 9/6
11/10 12/2 29/9 34/8 34/11
49/1 49/12 52/4
THROUGHOUT [1]   28/11
TIDY [1]   57/4
TIER [2]   46/9 46/11
TIERS [1]   16/2
TILL [1]   29/10
TIME [28]   5/11 7/25 12/12
15/12 19/20 19/22 19/23
20/4 21/6 21/14 25/25
26/12 26/23 28/11 31/6
31/15 32/24 35/25 36/9
36/12 40/2 43/18 44/3
50/22 51/6 51/13 51/14
55/24
TIMES [10]   24/8 27/18
27/19 30/1 48/1 48/9 50/16
50/23 51/2 55/17
TIRED [1]   11/4
TODAY [10]   12/4 20/22 21/8
24/6 38/8 38/17 38/19
41/20 53/9 55/4
TOGETHER [1]   20/4
TOLD [2]   8/14 37/13
TOO [2]   15/21 59/1
TOOK [1]   5/8
TOOL [1]   13/14
TOTAL [1]   27/19
TRADES [1]   19/16
TRADITIONAL [2]   10/17
10/21
TRAIN [1]   43/20
TRANSCRIPT [5]   1/9 5/11
5/15 54/23 59/14
TRANSCRIPTS [1]   47/21
TRANSITIONING [1]   19/4
TRANSPORTATION [1]   23/5
TRENTICOSTA [6]   1/16 2/4
2/7 3/4 4/3 40/18
TRIAL [36]   3/11 4/18 4/23
5/6 5/11 5/11 5/14 5/25
6/9 6/14 6/16 6/19 7/13
8/11 8/16 8/21 8/24 8/25
9/11 10/11 12/12 13/4
46/20 46/21 46/25 46/25
47/3 47/6 47/7 47/8 49/19
55/14 56/3 56/5 58/6 58/13
TRIALS [4]   46/22 50/19
56/13 56/13
TRIES [1]   13/21
TROUBLE [2]   42/18 51/1
TROUBLING [1]   9/7
TRUE [4]   6/1 6/6 41/18
54/19
TRUTH [2]   10/3 10/6
TRY [5]   7/3 11/15 51/20
51/22 55/25
TRYING [3]   34/8 34/12 58/1
TULANE [3]   18/14 19/11
19/13
TURN [1]   8/6
TURNED [1]   14/20

**T**

TURTLES [1]    21/14
TWENTIES [2]    10/8 15/11
TWICE [2]    26/19 38/4
TWO [31]    8/7 8/12 10/2
10/4 11/8 12/22 14/22
18/10 18/22 19/14 25/25
26/5 27/5 27/13 27/14
27/17 27/19 32/10 35/24
35/24 35/25 36/9 36/16
40/6 41/4 41/5 41/19 44/7
53/5 53/17 56/22
TYPE [4]    12/18 18/25 25/22
26/9
TYSON [4]    52/25 53/2 53/3
53/6
TYSON'S [1]    53/15

**U**

U.S [1]    47/5
UH [2]    24/22 26/7
UH-HUH [2]    24/22 26/7
UNCLE [12]    22/13 23/7
23/12 24/9 27/1 27/8 27/12
27/22 27/25 28/4 29/4
29/15
UNCLE'S [1]    23/15
UNCOVER [1]    10/3
UNDER [4]    9/13 43/15 55/10
59/5
UNDERSTAND [1]    48/2
UNITED [3]    1/1 1/24 44/14
UNIVERSITY [3]    18/13 18/15
19/12
UNLESS [2]    21/24 53/22
UNTIL [8]    12/9 14/12 26/3
31/6 34/20 44/21 44/22
44/24
UNUSUAL [1]    12/25
UP [13]    3/22 13/17 26/1
26/4 30/8 31/6 36/25 38/21
41/16 43/18 57/5 58/19
59/9
UPDATED [1]    53/23
UPHELD [2]    51/21 58/9
UPON [5]    12/15 15/4 40/5
44/5 48/14
URGE [2]    56/25 57/2
US [12]    4/9 5/10 10/18
13/10 18/11 19/18 24/10
32/8 41/16 50/7 53/8 54/18
USE [1]    47/5
USED [1]    47/6

**V**

VALUABLE [1]    43/19
VALUES [1]    42/16
VARIES [1]    26/18
VARIOUS [3]    12/5 18/7 40/4
VERSUS [6]    1/5 3/9 39/18
44/17 45/5 47/5
VERY [23]    4/16 8/23 11/11
13/11 13/11 13/14 15/8
15/8 16/15 23/19 24/11
26/7 26/13 26/13 30/11
40/10 43/9 45/16 47/24
48/16 53/12 55/6 58/25
VIDEO [1]    52/20
VIEWED [1]    16/6

VINDICATED [1]    14/9
VIOLATE [1]    47/18
VIOLATED [2]    13/1 46/16
VIOLENCE [2]    14/13 15/9
VIOLENT [8]    37/16 37/18
38/9 38/10 38/17 38/19
51/17 51/18
VIRTUALLY [1]    8/1
VISION [1]    8/2
VISIT [7]    16/19 27/7 27/16
32/1 32/20 32/24 36/20
VISITED [4]    22/15 27/1
27/18 34/14
VISITING [4]    22/12 24/1
34/19 36/23
VOLITION [1]    56/4
VOLUNTEERS [1]    43/13
VOUCHED [2]    5/9 54/23

**W**

WALK [2]    7/23 9/7
WALLACE [3]    7/11 12/7
46/22
WALLS [1]    31/21
WANT [25]    4/7 4/12 7/2
8/23 12/2 14/3 14/4 15/25
16/15 22/22 24/9 24/21
38/7 40/9 42/23 44/19
44/20 45/3 48/4 49/13
49/25 50/2 55/6 55/14
58/19
WANTED [4]    3/21 14/19 16/4
55/13
WANTING [1]    10/11
WANTS [5]    13/24 13/24 14/8
15/13 53/21
WARDEN [14]    14/24 15/5
39/17 41/1 42/2 42/8 52/13
52/15 53/21 54/17 54/22
54/25 54/25 59/6
WARDEN HENDERSON [1]    54/25
WAS [101]
WASN'T [1]    5/10
WATCH [1]    43/16
WATCHING [1]    21/13
WATER [1]    17/10
WAY [4]    4/15 41/11 57/14
59/9
WAYS [1]    34/1
WAYSIDE [1]    55/1
WE [115]
WE'RE [1]    23/4
WE'VE [3]    24/8 24/9 56/21
WEAK [1]    10/11
WEEK [4]    19/21 23/3 26/20
54/13
WEEKENDS [2]    19/22 23/3
WEEKS [6]    14/22 35/24
35/24 35/25 36/9 36/16
WELCOMES [1]    24/6
WELL [33]    4/6 7/14 7/20
13/13 14/10 15/14 19/10
19/16 28/7 34/6 36/10
41/17 41/24 43/19 44/23
45/2 45/21 45/23 45/25
46/3 47/1 47/19 48/12 49/6
50/14 50/20 51/3 51/12
53/18 54/4 55/12 55/13
56/14
WERE [15]    4/13 4/23 7/6

8/11 11/19 12/8 12/25
22/22 32/24 33/10 37/11
38/21 41/15 53/9 53/11
WHAT [56]    5/7 7/24 8/24
8/25 9/5 9/7 14/15 15/22
16/9 17/13 17/18 17/21
17/23 18/19 18/23 18/25
19/6 19/8 20/5 20/18 20/21
21/2 21/7 21/25 24/23
24/23 25/22 26/9 26/18
28/20 29/6 29/12 31/3 31/9
31/11 32/11 33/19 34/12
34/17 37/5 40/17 41/2 41/3
42/1 42/24 44/19 45/19
46/6 48/7 48/10 51/14 53/4
54/14 56/20 57/17 57/22
WHAT'S [2]    6/20 7/17
WHATEVER [2]    16/20 49/1
WHEN [17]    6/22 9/11 11/15
12/3 15/10 15/18 26/4
29/16 35/16 36/17 37/11
38/21 39/3 43/21 54/11
54/11 55/4
WHERE [24]    6/21 9/18 9/19
12/13 13/17 16/1 16/18
18/1 21/6 21/11 22/9 31/17
35/9 36/5 36/12 42/5 42/15
46/1 47/2 51/16 51/18
52/16 52/17 55/23
WHEREIN [1]    8/12
WHEREUPON [5]    17/1 30/16
30/19 39/14 59/12
WHETHER [14]    9/6 10/19
10/20 10/23 13/2 16/17
16/18 16/19 44/14 44/17
45/12 49/14 51/4 58/2
WHICH [13]    3/21 7/20 12/20
12/23 13/6 39/17 42/16
43/3 44/14 47/18 48/14
56/17 58/5
WHILE [7]    8/16 15/12 24/5
42/18 44/25 53/8 57/19
WHISTLES [3]    13/18 13/20
13/22
WHO [10]    5/5 5/17 7/13 9/1
16/11 26/1 34/13 34/13
35/11 40/1
WHOLE [2]    47/15 48/22
WHY [5]    14/22 20/12 33/2
36/18 45/8
WIFE [1]    36/20
WILKERSON [3]    12/8 39/18
52/25
WILL [63]
WILLIAMS [6]    39/20 39/21
40/5 41/5 42/2 53/2
WILLIAMS' [2]    39/25 41/19
WILLING [1]    42/23
WIN [6]    8/22 10/9 11/9
11/22 56/19 56/23
WINNING [3]    56/10 56/20
56/21
WISH [1]    44/3
WITHHELD [2]    9/8 54/21
WITHIN [4]    52/14 54/1 59/7
59/9
WITHOUT [3]    22/6 24/7
58/11
WITNESS [7]    5/16 16/13
20/9 30/16 39/14 47/5

## W

WITNESS... [1]   48/20
WITNESSES [11]   2/2 7/22
 8/7 9/1 16/10 50/11 53/5
 53/17 54/4 54/5 59/2
WOMEN [3]   17/22 17/25 18/6
WON [2]   11/9 43/4
WOODFOX [51]   1/4 1/10 1/15
 3/1 3/2 3/9 3/10 4/4 4/17
 5/6 6/12 7/11 7/19 7/24
 8/10 10/15 10/16 10/19
 11/24 12/3 12/6 12/11
 12/16 12/22 13/6 13/23
 14/10 14/12 15/2 16/1
 16/10 16/11 16/17 17/14
 23/21 28/22 31/4 33/10
 34/13 39/22 40/1 40/10
 42/10 42/15 42/24 43/13
 44/7 44/25 45/3 45/6 56/11
WOODFOX'S [2]   3/23 16/14
WORDS [2]   35/16 41/2
WORK [29]   5/22 16/19 18/25
 19/21 23/1 25/22 26/9
 26/12 26/16 26/17 26/19
 35/9 35/10 35/13 35/21
 35/23 36/2 36/5 36/6 36/16
 37/5 37/6 37/9 43/6 43/6
 43/7 43/18 43/20 59/8
WORKING [3]   35/13 35/25
 42/24
WORLD [1]   14/4
WORSE [2]   12/17 40/3
WOULD [63]
WOULDN'T [1]   45/21
WRAP [1]   59/9
WRITE [2]   20/15 41/20
WRONGED [1]   14/8

## X

XAVIER [1]   18/13

## Y

Y'ALL [2]   38/21 38/21
YARD [1]   35/20
YEAR [3]   12/9 19/5 27/5
YEAR-AND-A-HALF [1]   27/5
YEARS [35]   9/4 12/3 12/4
 12/9 12/11 12/23 14/2
 14/11 16/3 18/10 19/3
 22/13 27/2 27/4 27/6 27/13
 27/15 27/17 27/19 31/16
 32/4 32/22 33/15 34/14
 34/18 34/19 40/2 40/6 41/5
 41/19 43/1 50/18 50/19
 50/21 55/3
YES [77]
YET [1]   6/12
YOU [212]
YOU'RE [1]   33/21
YOU'VE [1]   37/18
YOUNG [3]   15/21 39/3 39/6
YOUR [162]
YOURSELF [1]   22/17
YOUTH [1]   18/6