Case 3:06-cv-00121-JJB-RLB   Document 72-2   11/12/08   Page 1 of 157

PARISH OF ORLE[ANS]

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA
versus

FRANK RECASNER
Eaddes Frank Lumpkin (1)
Albert Woodfox (c)

| SECTION | INFORMATION FOR |
|---|---|
| ( 1 ) M-7933 | |
| ( 2 ) M-7956 | |
| ( 3 ) M-7960 | |

208-140

Recasner      Bond 50,000.00
Lumpkin       Bond 100,000.00
Woodfox       Bond 50,000.00

Filed   Feb. 2 1st.         19 69

Arraigned March 11, 1969

Deputy Clerk

No. 208-140 | FRANK RECASNER, ETALS | REV. STAT. 14-64 (2 Counts).

Minute Memo    Page 5.

June 6, 1975

Continued from Minute Memo Page 4.
term of Thirty (30) Years at hard labor in the custody of the
Department of Corrections, State of Louisiana, with credit for the
time already served from February 13th., 1969 to the present date.
Age of Defendant was judicially determined to be 28 Years, 4 Months
and 15 Days. Born January 21st., 1947 in New Orleans, Louisiana.
Counsel for Defendant filed a Motion for Appeal, which the Court
ordered filed and recorded and made a part of the record.

George W. Scott
M I N U T E    C L E R K,   "B".

Clerk's Office    9-17-    1978
A True Copy

Deputy Clerk
Criminal District Cour

**PARISH OF ORLE**

The State of Louisiana } SS.

**CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS**

JOSEPH R. MC MAHON, JR.,

208-140

Assistant District Attorney for the Parish of Orleans, who in the name and by the authority of the said State, prosecutes, in this behalf, in proper person comes into the Criminal District Court for the Parish of Orleans, in the Parish of Orleans, and gives the said Court here to understand and be informed that one

FRANK RECASNER, one *Jenkins*
JAMES PAUL LIBBERT, and one *SOW*
ALBERT WOODFOX, each, *6-10-69*

late of the Parish of Orleans, on the **thirteenth** day of **February** in the year of our Lord, one thousand nine hundred and **sixty-nine** with force and arms in the Parish of Orleans aforesaid, and within the jurisdiction of the Criminal District Court for the Parish of Orleans, while armed with a dangerous weapon, to-wit: a pistol, robbed one

ROSE M. GREEN of One Hundred and Forty-Six ($146.00) dollars in the lawful money of the United States of America,

contrary to the form of the Statute of the State of Louisiana in such case made and provided and against the peace and dignity of the same.

SECOND COUNT: And now the said JOSEPH R. MC MAHON, JR., Assistant District Attorney for the Parish of Orleans aforesaid, does further give the said Court here to understand and be informed that one

FRANK RECASNER, one *Jenkins*
JAMES PAUL LIBBERT, and one *SOW*
ALBERT WOODFOX, each, *6-10-69*

late of the Parish of Orleans, on the **thirteenth** day of **February** in the year of our Lord, one thousand nine hundred and **sixty-nine** with force and arms in the Parish of Orleans aforesaid, and within the jurisdiction of the Criminal District Court for the Parish of Orleans, while armed with a dangerous weapon,

to-wit: a pistol, robbed one VERA NEVILLE of Three Hundred and Fifty-Three Dollars and Five Cents ($353.05) in the lawful money of the United States of America,

Clerk's Office 9-17
A True Copy

Deputy Clerk
Criminal District Court
Parish of Orleans

contrary to the form of the Statute of the State of Louisiana in such case made and provided and against the peace and dignity of the same.

Assistant District Attorney for the Parish of Orleans

10/30/2008  10:12    5046587665                 NOPD RECORDS                                    PAGE  05/30

WOODFOX, ALBERT NMIL                    ↑ T16109

558 BERTRAND ST.              Race: N  Sex: M  Age: 21

**NEW ORLEANS, LA.
ARREST REGISTER**                       116109

N.O.LA.

715 S. BROAD ST.

Date of Arrest: 2-19-47
Date of Arrest: 2-19-47
Time: 11AM

**FINGERPRINTS COPY**

SGT. HUNTER AND SGT E. FIELDS          B-19806-69 8 N          Unit: 3139          Arrest Cmd: 25

R.S. 14 ART 64 ARMED ROBBERY OF STAR LIQUOR STORE
IN AMOUNT OF 303.00

Time of Booking: 2-15PM          Date of Booking: 2-13-69

Court of Trial: OPEN

CDC          OPEN

OPEN          OPEN

3908 ST. BERNARD AVE.

Accompanied to C by By: ARR. OFF          Unit: 3139

XXX 1-29-69          12-34AM          WEDNESDAY          Weapon (Specify): 3- .38 CAL. REVOLVERS

Height: 5-7          Weight: 137          Hair: BLK          Eyes: BRN          Complexion: LGT          Build: MED

NONE

TATTOO ON RIGHT ARM

☐  X ☐

U.S.          Social Security No.: 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          Driver's License No.: 2317274 LA.

TRUCK DRIVER          NONE

NONE

NONE

Enroute Arrest: ☐ Yes  ☒ No          Assaulted Officer: ☐ Yes  ☒ No
Sobriety: ☒ Sober  ☐ HBD  ☐ Intoxicated

BRUISED UP          118-222

STARKS, ROGGO          2535 PENNISTON          PDR

SUBJ. ARRESTED FOR ARMED ROBBERY OF LOUIES GREEN ROOM, ADMITTED PARTICIPATING
IN THIS ROBBERY ALSO. RIGHTS FORM 38893

SIGNATURE: W. SEWELL

219-259

JN

The State of Louisiana } SS.

**PARISH OF ORLEANS**

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

RICHARD C. SEITHER,

Assistant District Attorney for the Parish of Orleans, who in

the name and by the authority of the said State, prosecutes, in this behalf, in proper person comes into

the Criminal District Court for the Parish of Orleans, in the Parish of Orleans, and gives the said

Court here to understand and be informed that one

ALBERT WOODFOX

late of the Parish of Orleans, on the ninth                 day of October        in the year

of our Lord, one thousand nine hundred and sixty-nine        with force and arms in the Parish

of Orleans aforesaid, and within the jurisdiction of the Criminal District Court for the Parish of

Orleans, **did wilfully and intentionally** depart from the lawful custody of

**the Criminal Sheriff** under circumstances which

**and from a place where he was lawfully** detained by the officer

contrary to the form of the Statute of the State of Louisiana in such case made and provided and

against the peace and dignity of the same.

_Richard C. Seither_

Assistant District Attorney for the Parish of Orleans

Case No. 219-254

**Criminal District Court**

The State of Louisiana

vs.

Albert Woodfox

Vol P.S. 14:109

EXTRACT FROM THE MINUTES

AW 0052

72148

# STATE OF LOUISIANA

## PARISH OF ORLEANS

---:---

### Criminal District Court for the Parish of Orleans

---:---

Monday_____ the ____18____ day of __Dec_____ 19 7 2

PRESENT, the Honorable _Rudolph F. Becker_ Judge of said Court, Section__E__

State of Louisiana                    No. 219-259

VERSUS                          _Information_ for

_Albert Woodfox_                _VIO R.S. 14:109_

---

### Appeal from the Criminal District Court for the Parish of Orleans

---:---

Mr. Justice _all Judges_ _____

delivered the opinion and Decree of the Court in the words and figures following, to-wit:

It is therefore Ordered, Adjudged and Decreed, That the judgment appealed from be affirmed.

The Court ordered said decree to be recorded, and the sentence pronounced against the said defendant,

on the_____17_____ day of _January_____ 19 72 to be carried

EXTRACT FROM THE MINUTES OF THE COURT.

CLERK'S OFFICE, _Dec 18_____ 19 72

_Dan B Haggerty_ Deputy Clerk

AW 0051



# STATE OF LOUISIANA
## Criminal District Court for the Parish of Orleans

SECTION

219-259

## THE STATE OF LOUISIANA

To the Criminal Sheriff for the Parish of Orleans—Greeting:

WHEREAS *Albert Woodfox*

was by due form of law lately convicted before our Criminal District Court for the Parish of Orleans of

*R.S 14:109*

and was thereupon sentenced, on the *17* day of *January*
nineteen hundred and *73* to imprisonment in the STATE PENITENTIARY,
at hard labor, for *Fourteen (14)* ~~years~~ *months to run
consecutive with any other sentences. With
credit for time served.*

NOW THEREFORE, You, the said Sheriff, are hereby commanded to carry out in full and entire execution every part of the aforesaid sentence. And for so doing this shall be your sufficient warrant and authority.

WITNESS, *Rudolph F. Becker Jr.* Judge

presiding in the Criminal District Court, Section

for the Parish of Orleans

of the same, In the City of New Orleans, this

day of *January* in the year of our Lord,

one thousand nine hundred and

AW 0054

No.: 219-359

# CRIMINAL DISTRICT COURT

Parish of Orleans

SECTION E

## The State of Louisiana

versus

Albert Woodfox

R.S. 14:109

Sec. 210.063 B

SENTENCE OF THE COURT

AW 0055

*2 1 9 - 7 5 9*

JW.

PARISH OF ORLEANS

The State of Louisiana } SS.

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

RICHARD C. SEITHER,    Assistant District Attorney for the Parish of Orleans, who in the name and by the authority of the said State, prosecutes, in this behalf, in proper person comes into the Criminal District Court for the Parish of Orleans, in the Parish of Orleans, and gives the said Court here to understand and be informed that one _____

ALBERT WOODFOX,

late of the Parish of Orleans, on the ___nin th___ day of ___October___ in the year of our Lord, one thousand nine hundred and ___sixty- nine___ with force and arms in the Parish of Orleans aforesaid, and within the jurisdiction of the Criminal District Court for the Parish of Orleans, did wilfully and intentionally dpart from the lawful custody of the Criminal Sheriff under circumstances wherein h uman life endangered and from a place where he was lawfully detained by said sheriff,



contrary to the form of the Statute of the State of Louisiana in such case made and provided and against the peace and dignity of the same.

_____
Assistant District Attorney for the Parish of Orleans

AW 0056

Jan 13, 1972    We the Jury
find the defendant
GUILTY AS CharGED

Jesse N. Smith
Foreman

Clerk's Office Jan 15 '72
A TRUE COPY.
_____ Deputy Clerk
Criminal District Court,
Parish of Orleans

AW 0057

Clerk's Office
A TRUE COPY.
_____ Deputy Clerk
Criminal District Court,
Parish of Orleans

SECTION _____

STATE OF LOUISIANA
versus

WARREN WOODFOX          C/a
531 S. Broad Str.

INFORMATION FOR

Bond $ 50,000.00          1971

Filed Feb. 15, _____

Arraigned _____ and pleaded _____

_____ Deputy Clerk

_____ Minute Clerk

AW 053



RECEIVED

Mar 2 1972

LA. STATE PENITENTIARY

| | |
|---|---|
| STATE OF LOUISIANA | CRIMINAL DISTRICT COURT |
| VS. | PARISH OF ORLEANS |
| ALBERT WOODFOX | NO. 219-259, SECTION "E" |

## INFORMATION FOR VIOLATION R.S. 14:109

Albert Woodfox was charged in a bill of information with a violation of R.S. 14:109, relative to the aggravated escape from the Orleans Parish Criminal Courts building. Albert Woodfox was arraigned on July 20, 1971 and pled not guilty.

## STATEMENT OF FACTS

On October 9, 1969, Albert Woodfox was in lawful custody of the Orleans Parish Criminal Sheriff by reason of having been previously convicted of armed robbery and sentenced to serve fifty (50) years in the Louisiana State Penitentiary. On October 9, 1969 he was brought back to Section "B" of the Criminal Court in connection with another criminal charge. At some time while the defendant was in the criminal court building someone slipped him a German Lugar pistol. On being returned to the Parish Prison, he produced this pistol and used it to secure his release and to handcuff two criminal sheriff deputies in the elevator of the Criminal Courts Building. He then released one of the prisoners and made good his escape through the basement of the criminal courts building. He was subsequently apprehended in New York, New York and extradited to Louisiana for trial of this charge.

## S E N T E N C E

After trial by jury, and after considering the facts and the evidence, the jury returned a verdict of guilty as charged, guilty of aggravated escape. Subsequently, on January 17, 1972, Albert Woodfox was sentenced to serve a term of fourteen (14) months at hard labor at the Louisiana State Penitentiary not to run concurrent with any other sentence, with credit for time served while in custody ............................................. by Anthony Messina of the New Orleans Indigent Defender Board.

NEW ORLEANS, LOUISIANA, THIS 4th DAY OF _____February_____, 1972.

/S/ Rudolph F. Becker, Jr.
RUDOLPH F. BECKER, JR.
Judge, Section "E"

JOHN W. SINQUEFIELD
Special Counsel to the
District Attorney

Clerk's Office 2/13 19 72
A TRUE COPY.

B. Chizer Deputy Clerk
Criminal District Court,
Parish of Orleans

AW 0053

STATE OF LOUISIANA

versus

ALBERT WOODROX

219-259 SECTION

INFORMATION FOR

3-20-72 The Court granted motion of the court reporter to extend return date until April 20, 1972

Wanted-Flash-Cancellation Notice
I-12  (Rev. 3-30-56)

Mr. J. E. Hoover, Director
Federal Bureau of Investigation
United States Department of Justice
Washington, D. C.

Date    10-10-69

Attention: Identification Division

Dear Sir:

Instructions on the reverse side of this form have been read.  Please place the type of service checked below against the Fingerprint Record of subject named.

☒ Wanted for **Escape. Subject sentenced to 50 yrs. for**  Date of Escape  **10-9-69**
A/Robbery

☐ Flash: Parole _____ 19 ___ Expires _____ 19 __; Probation _____ 19 ___ Expires _____ 19 __

☐ Cancel because _____

| Name | Occupation |
|---|---|
| Albert Woodfox | Truck Driver |

| Aliases | Residence |
|---|---|
| | 538 Bertrand St., N.O., La. |

Marital Status                    Nationality

| FBI # | Other # NOPD | Place of Birth |
|---|---|---|
| 212 957 F | 118-222 | New Orleans, La. |

Fingerprint Class

Date of Birth
2-19-47

| Race | Sex | Height | Weight | Scars, marks and peculiarities |
|---|---|---|---|---|
| N | M | 67" | 137 | |

| Eyes | Hair | Complexion |
|---|---|---|
| Mar. | Black | Med. Brown |

Name and Address of Parties to be Notified of Apprehension
Orleans Pr. Sheriffs' Office
2700 Tulane Ave.
New Orleans, La.  70119

☒ Will extradite
☐ Will not extradite

See over for Instructions

Name and Address of Contributor

☐ Please furnish identification record



Clerk's Office _9-17-_ 19 __
*A True Copy*
_____ Deputy Clerk
Criminal District Court
Parish of Orleans

# Exhibit D

```
72148    WOODFOX              ALBERT
DOC#     LAST NAME                FIRST NAME      MID INIT


HAMLIN         , JETHRO         STEP-FATHER
   01/27/96
REG

MABLE          , MICHAEL        BROTHER
   01/27/96
REG

MABLE          , MICHAEL        BROTHER
03/16/96
REG

NDOW           , PAMELA         FRIEND
03/16/96
REG

AUGUSTINE      , MICHAEL        FRIEND
03/21/96
REG

THOMPSON       , VIOLETTA       SISTER
03/21/96
REG

AUGUSTINE      , VIOLETTA       SISTER

04/20/96
REG

MABLE          , MICHAEL        BROTHER
04/20/96
REG

MABLE          , PAMELA         SIS-IN-LAW
04/24/99
reg

MABLE          , MICHAEL        BROTHER
04/24/99
reg

YESHO          , ANITA          FRIEND
04/24/99
reg

AUGUSTINE      , VIOLETTA       SISTER
05/08/99
reg
```

```
72148    WOODFOX              ALBERT
DOC#     LAST NAME                  FIRST NAME      MID INIT


AUGUSTINE     , MICHAEL       BRO-IN-LAW
05/08/99
reg


MABLE         , MICHAEL       BROTHER
05/08/99
reg


YESHO         , ANITA         FRIEND
05/15/99
reg


WHITE         , WILLIAM       FRIEND
05/20/99
reg


GEORGE        , LESLIE        FRIEND
05/26/99  05/27/99
reg       reg


AUGUSTINE     , VIOLETTA      SISTER
07/01/99
reg


AUGUSTINE     , MICHAEL       BRO-IN-LAW
07/01/99
reg


GEORGE        , LESLIE        FRIEND
07/14/99  07/15/99
reg       reg


AUGUSTINE     , VIOLETTA      SISTER
09/09/99
reg


AUGUSTINE     , MICHAEL       BRO-IN-LAW
09/09/99
reg


GEORGE        , LESLIE        FRIEND
09/11/99  09/12/99
reg       reg


GEORGE        , LESLIE        FRIEND
11/13/99  11/14/99
reg       reg
```

```
72148    WOODFOX              ALBERT
DOC#     LAST NAME                 FIRST NAME      MID INIT


GEORGE       , LESLIE          FRIEND
12/11/99  12/12/99
reg       reg


AUGUSTINE    , VIOLETTA        SISTER
12/26/99
reg


AUGUSTINE    , MICHAEL         BRO-IN-LAW
12/26/99
reg


WHITE        , WILLIAM         FRIEND
02/11/2000
reg


YESHO        , ANITA           FRIEND
02/11/2000
reg


GEORGE       , LESLIE          FRIEND
02/19/2000 02/20/200
reg        reg


AUGUSTINE    , VIOLETTA        SISTER
02/20/2000
reg


AUGUSTINE    , MICHAEL         BRO-IN-LAW
02/20/2000
reg


RAHIM        , MALIK           FRIEND
03/08/2000 03/11/200
reg        reg


WHITE        , WILLIAM         FRIEND
03/11/2000
reg


GEORGE       , LESLIE          FRIEND
04/08/2000
reg
```

```
GEORGE          , LESLIE            FRIEND
05/07/2000  05/14/200
reg          reg




72148    WOODFOX              ALBERT
DOC#     LAST NAME                    FIRST NAME      MID INIT


GEORGE          , LESLIE            FRIEND
07/08/2000  07/09/200
reg          reg

AUGUSTINE       , VIOLETTA          SISTER
07/09/2000
reg

AUGUSTINE       , MICHAEL           BRO-IN-LAW
07/09/2000
reg

THOMPSON        , MIYOSHI           NIECE
07/09/2000
reg

BROWN           , MARION            FRIEND
07/23/2000
reg

AUGUSTINE       , VIOLETTA          SISTER
08/05/2000
reg

BROWN           , MARION            FRIEND
08/05/2000  08/19/200
reg          reg

BROWN           , MARION            FRIEND
09/09/2000  09/17/200
reg          reg

GEORGE          , LESLIE            FRIEND
09/16/2000  09/17/200
reg          reg

AUGUSTINE       , VIOLETTA          SISTER
09/17/2000
reg

WHITE           , WILLIAM           FRIEND
```

```
09/17/2000
reg

BROWN          , MARION          FRIEND
10/01/2000
reg




72148     WOODFOX               ALBERT
DOC#      LAST NAME                    FIRST NAME     MID INIT


YESHO          , ANITA          FRIEND
10/14/2000
reg

GEORGE         , LESLIE         FRIEND
10/21/2000 10/22/200
reg        reg

BROWN          , MARION         FRIEND
11/04/2000 11/26/200
reg        reg

AUGUSTINE      , VIOLETTA       SISTER
11/26/2000
reg

AUGUSTINE      , VIOLETTA       SISTER
12/16/2000
reg

GEORGE         , LESLIE         FRIEND
12/16/2000 12/17/200
reg        reg

BROWN          , MARION         FRIEND
12/23/2000
reg

BROWN          , MARION         FRIEND
01/27/2001
reg

WHITE          , WILLIAM        FRIEND
01/27/2001
reg

AUGUSTINE      , VIOLETTA       SISTER
02/10/2001
```

```
reg

GEORGE        , LESLIE          FRIEND
02/10/2001  02/11/200
reg         reg

YESHO         , ANITA           FRIEND
02/10/2001
reg




72148    WOODFOX               ALBERT
DOC#     LAST NAME                  FIRST NAME      MID INIT


BROWN         , MARION          FRIEND
03/17/2001
reg

GEORGE        , LESLIE          FRIEND
03/24/2001  03/25/200
reg         reg

AUGUSTINE     , VIOLETTA        SISTER
04/22/2001
reg

BROWN         , MARION          FRIEND
04/22/2001
reg

AUGUSTINE     , VIOLETTA        SISTER
05/19/2001
reg

GEORGE        , LESLIE          FRIEND
05/19/2001  05/20/200
reg         reg

WHITE         , WILLIAM         FRIEND
05/19/2001
reg

YESHO         , ANITA           FRIEND
05/19/2001
reg

BROWN         , MARION          FRIEND
06/09/2001
reg
```

```
AUGUSTINE      , VIOLETTA        SISTER
06/23/2001
reg

WHITE          , WILLIAM         FRIEND
06/23/2001
reg

YESHO          , ANITA           FRIEND
06/23/2001
reg




72148    WOODFOX              ALBERT
DOC#     LAST NAME                 FIRST NAME        MID INIT

AUGUSTINE      , VIOLETTA        SISTER
07/01/2001
reg

GEORGE         , LESLIE          FRIEND
07/07/2001   07/08/200
reg          reg

BROWN          , MARION          FRIEND
07/14/2001
reg

JASIRI         , TAJIRI          FRIEND
08/18/2001
reg

YESHO          , ANITA           FRIEND
08/18/2001
reg

BROWN          , MARION          FRIEND
08/25/2001
reg

AUGUSTINE      , VIOLETTA        SISTER
09/22/2001
reg

YESHO          , ANITA           FRIEND
09/22/2001
reg
```

```
AUGUSTINE      , VIOLETTA        SISTER
10/13/2001
reg


GEORGE         , LESLIE          FRIEND
10/13/2001 10/14/200
reg        reg


GRIFFIN        , SHANA           FRIEND
10/13/2001
reg


JASIRI         , TAJIRI          FRIEND
10/13/2001
reg
```




```
72148    WOODFOX              ALBERT
DOC#     LAST NAME                 FIRST NAME        MID INIT


AUGUSTINE      , VIOLETTA        SISTER
11/17/2001
reg


GRIFFIN        , SHANA           FRIEND
11/17/2001
reg


YESHO          , ANITA           FRIEND
11/17/2001
reg


GEORGE         , LESLIE          FRIEND
12/08/2001 12/09/200
reg        reg


BROWN          , MARION          FRIEND
01/13/2002
reg


AUGUSTINE      , VIOLETTA        SISTER
01/19/2002
reg


GEORGE         , LESLIE          FRIEND
01/19/2002 01/20/200
reg        reg


JASIRI         , TAJIRI          FRIEND
```

```
01/19/2002
reg

KATZ          , JUDITH          FRIEND
01/19/2002 01/20/200
reg          reg

SHAW          , GAIL            FRIEND
01/19/2002 01/20/200
reg          reg

AUGUSTINE     , VIOLETTA        SISTER
02/23/2002
reg

GRIFFIN       , SHANA           FRIEND
02/23/2002
reg




72148   WOODFOX              ALBERT
DOC#    LAST NAME               FIRST NAME      MID INIT


KENDRICK      , THERESSA        FRIEND
02/23/2002
reg

YESHO         , ANITA           FRIEND
02/23/2002
reg

GEORGE        , LESLIE          FRIEND
03/02/2002 03/03/200
reg          reg

BROWN         , MARION          FRIEND
03/09/2002

reg

AUGUSTINE     , VIOLETTA        SISTER
03/16/2002
reg

GRIFFIN       , SHANA           FRIEND
03/16/2002
reg
```

```
JASIRI         , TAJIRI           FRIEND
03/16/2002
reg

KENDRICK       , THERESSA         FRIEND
03/24/2002
reg

BROWN          , MARION           FRIEND
04/27/2002
reg

GEORGE         , LESLIE           FRIEND
05/18/2002 05/19/200
reg        reg

AUGUSTINE      , VIOLETTA         SISTER
06/09/2002
reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
06/09/2002
reg




72148    WOODFOX           ALBERT
DOC#     LAST NAME              FIRST NAME     MID INIT


GRIFFIN        , SHANA            FRIEND
06/16/2002
reg

AUGUSTINE      , VIOLETTA         SISTER
07/14/2002
reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
07/14/2002
reg

BROWN          , MARION           FRIEND
07/14/2002
reg

GEORGE         , LESLIE           FRIEND
07/14/2002 07/28/200
reg        reg
```

```
GRIFFIN        , SHANA           FRIEND
08/11/2002
reg

GEORGE         , LESLIE          FRIEND
08/17/2002 08/18/200
reg        reg

AUGUSTINE      , MICHAEL         BRO-IN-LAW
08/18/2002
reg

BROWN          , MARION          FRIEND
09/14/2002
reg

GEORGE         , LESLIE          FRIEND
10/12/2002 10/13/200
reg        reg

AUGUSTINE      , MICHAEL         BRO-IN-LAW
10/13/2002
reg

GRIFFIN        , SHANA           FRIEND
10/27/2002
reg




72148   WOODFOX             ALBERT
DOC#    LAST NAME               FIRST NAME     MID INIT


JASIRI         , TAJIRI          FRIEND
10/27/2002
reg

AUGUSTINE      , MICHAEL         BRO-IN-LAW
11/10/2002 11/17/200
reg        reg

MABLE          , MICHEAL         BROTHER
11/17/2002
reg

GEORGE         , LESLIE          FRIEND
12/07/2002 12/08/200
reg        reg

GRIFFIN        , SHANA           FRIEND
```

```
12/08/2002
reg

MABLE          , MICHEAL          BROTHER
12/08/2002
reg

MABLE          , MICHEAL          BROTHER
01/11/2003
reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
02/09/2003
reg

MABLE          , MICHAEL          BROTHER
02/09/2003
reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
03/15/2003
reg

MABLE          , MICHAEL          BROTHER
03/15/2003
reg

GEORGE         , LESLIE           FRIEND
03/20/2003 03/21/200
reg        reg
```

```
72148    WOODFOX              ALBERT
DOC#     LAST NAME                FIRST NAME      MID INIT

AUGUSTINE      , MICHAEL          BRO-IN-LAW
04/12/2003 04/19/200
reg        reg

MABLE          , MICHEAL          BROTHER
04/12/2003 04/19/200
reg        reg

BROWN          , MARION           FRIEND
04/19/2003
reg

GRIFFIN        , SHANA            FRIEND
05/17/2003 05/23/200
```

```
reg          reg

GEORGE        , LESLIE         FRIEND
05/22/2003 05/23/200
reg          reg


MABLE         , MICHEAL        BROTHER
05/23/2003
reg


RODDICK       , ANITA          FRIEND
05/23/2003
reg


GEORGE        , LESLIE         FRIEND
06/20/2003 06/21/200
reg          reg


BROWN         , MARION         FRIEND
06/21/2003
reg


MABLE         , MICHEAL        BROTHER
06/21/2003
reg


AUGUSTINE     , MICHAEL        BRO-IN-LAW
07/19/2003
reg


MABLE         , MICHEAL        BROTHER
07/19/2003
reg




72148    WOODFOX              ALBERT
DOC#     LAST NAME                FIRST NAME      MID INIT


AUGUSTINE     , MICHAEL        BRO-IN-LAW
08/16/2003
reg


MABLE         , MICHAEL        BROTHER
08/16/2003
reg


GEORGE        , LESLIE         FRIEND
09/05/2003 09/06/200
reg          reg
```

```
GRIFFIN        , SHANA          FRIEND
09/20/2003
reg

AUGUSTINE      , MICHAEL        BRO-IN-LAW
09/27/2003
reg

MABLE          , MICHEAL        BROTHER
09/27/2003
reg

AUGUSTINE      , MICHAEL        BRO-IN-LAW
10/18/2003
reg

BROWN          , MARION         FRIEND
10/18/2003
reg

MABLE          , MICHEAL        BROTHER
10/18/2003
reg

GEORGE         , LESLIE         FRIEND
11/21/2003  11/22/200
reg            reg

MABLE          , MICHEAL        BROTHER
11/23/2003
reg

AUGUSTINE      , MICHAEL        BRO-IN-LAW
12/06/2003
reg
```

```
72148    WOODFOX              ALBERT
DOC#     LAST NAME                FIRST NAME      MID INIT


BROWN          , MARION         FRIEND
12/06/2003
reg

JASIRI         , TAJIRI         FRIEND
12/06/2003
reg
```

```
KATZ          , JUDITH          FRIEND
12/13/2003
reg


MABLE         , MICHEAL         BROTHER
12/13/2003
reg


BROWN         , MARION          FRIEND
01/17/2004
reg


MABLE         , MICHEAL         BROTHER
01/17/2004
reg


AUGUSTINE     , MICHAEL         BRO-IN-LAW
02/26/2004
reg


MABLE         , MICHEAL         BROTHER
02/26/2004

reg


AUGUSTINE     , MICHAEL         BRO-IN-LAW
03/06/2004
reg


BROWN         , MARION          FRIEND
03/06/2004
reg


GEORGE        , LESLIE          FRIEND
03/06/2004 03/07/200
reg          reg


AUGUSTINE     , MICHAEL         BRO-IN-LAW
04/03/2004
reg
```

```
72148    WOODFOX             ALBERT
DOC#     LAST NAME               FIRST NAME      MID INIT


BROWN         , MARION          FRIEND
04/03/2004
reg
```

```
MABLE          , MICHEAL          BROTHER
04/03/2004
reg

YESHO          , ANITA            FRIEND
04/11/2004
reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
05/16/2004
reg

MABLE          , MICHEAL          BROTHER
05/16/2004  05/19/200
reg         reg

RODDICK        , ANITA            FRIEND
05/19/2004
reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
06/19/2004
reg

MABLE          , MICHEAL          BROTHER
06/19/2004
reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
07/24/2004
reg

BROWN          , MARION           FRIEND
07/24/2004
reg

MABLE          , MICHEAL          BROTHER
07/24/2004
reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
09/26/2004
reg
```

```
72148    WOODFOX              ALBERT
DOC#     LAST NAME                FIRST NAME      MID INIT


MABLE          , MICHEAL          BROTHER
```

```
09/26/2004
reg

AUGUSTINE       , MICHAEL          BRO-IN-LAW
10/23/2004
reg

MABLE           , MICHEAL          BROTHER
11/13/2004  11/14/200
reg         reg

AUGUSTINE       , MICHAEL          BRO-IN-LAW
11/26/2004
reg

AUGUSTINE       , MICHAEL          BRO-IN-LAW
12/09/2004
reg

GEORGE          , LESLIE           FRIEND
12/17/2004  12/18/200
reg         reg

MABLE           , MICHEAL          BROTHER
12/23/2004
reg

GRIFFIN         , SHANA            FRIEND
12/29/2004
reg

AUGUSTINE       , MICHAEL          BRO-IN-LAW
02/13/2005
reg

MABLE           , MICHEAL          BROTHER
02/26/2005
reg

AUGUSTINE       , MICHAEL          BRO-IN-LAW
03/13/2005
reg

BROWN           , MARION           FRIEND
03/26/2005
reg




72148    WOODFOX              ALBERT
DOC#     LAST NAME                  FIRST NAME      MID INIT
```

```
MABLE          , MICHEAL          BROTHER
03/26/2005
reg

CAMP           , BRACKIN          FRIEND
04/27/2005
reg

MABLE          , MICHEAL          BROTHER
05/05/2005
reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
05/07/2005
reg

MABLE          , MICHEAL          BROTHER
06/10/2005
reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
08/13/2005
reg

MABLE          , MICHEAL          BROTHER
08/13/2005
reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
11/09/2005
reg

MABLE          , MICHEAL          BROTHER
11/09/2005
reg

CAMP           , BRACKIN          FRIEND
11/27/2005 11/30/200
reg        reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
12/08/2005
reg

MABLE          , MICHEAL          BROTHER
12/08/2005
reg
```

```
72148    WOODFOX              ALBERT
DOC#     LAST NAME                FIRST NAME      MID INIT


CAMP         , BRACKIN        FRIEND
01/13/2006
reg


YESHO        , ANITA          FRIEND
02/04/2006
reg


RODDICK      , ANITA          FRIEND
02/09/2006
reg


AUGUSTINE    , MICHAEL        BRO-IN-LAW
02/16/2006
reg


GEORGE       , LESLIE         FRIEND
02/16/2006  02/17/200
reg         reg


MABLE        , MICHEAL        BROTHER
02/16/2006
reg


AUGUSTINE    , MICHAEL        BRO-IN-LAW
03/25/2006
reg


MABLE        , MICHEAL        BROTHER
03/25/2006
reg


CAMP         , BRACKIN        FRIEND
05/04/2006
reg


AUGUSTINE    , MICHAEL        BRO-IN-LAW
05/20/2006
reg


MABLE        , MICHEAL        BROTHER
05/20/2006
reg


AUGUSTINE    , MICHAEL        BRO-IN-LAW
06/09/2006  06/17/200
reg         reg
```

```
72148    WOODFOX              ALBERT
DOC#     LAST NAME                    FIRST NAME      MID INIT


MABLE          , MICHEAL      BROTHER
06/17/2006
reg


AUGUSTINE      , MICHAEL      BRO-IN-LAW
07/23/2006
reg


AUGUSTINE      , MICHAEL      BRO-IN-LAW
08/16/2006 08/27/200
reg        reg


MABLE          , MICHEAL      BROTHER
08/16/2006
reg


CAMP           , BRACKIN      FRIEND
08/23/2006
reg


AUGUSTINE      , MICHAEL      BRO-IN-LAW
09/17/2006
reg


YESHO          , ANITA        FRIEND
09/17/2006
reg


CAMP           , BRACKIN      FRIEND
09/20/2006
reg


AUGUSTINE      , MICHAEL      BRO-IN-LAW
10/14/2006 10/27/200
reg        reg


MABLE          , MICHEAL      BROTHER
10/27/2006
reg


AUGUSTINE      , MICHAEL      BRO-IN-LAW
11/12/2006
reg


MABLE          , MICHEAL      BROTHER
11/24/2006
reg
```

```
72148    WOODFOX                  ALBERT
DOC#      LAST NAME                      FIRST NAME        MID INIT


AUGUSTINE    , MICHAEL          BRO-IN-LAW
12/27/2006
reg

JACKSON      , ADRIAN           SISTER-IN-LA
01/11/2007
reg

MABLE        , MICHEAL          BROTHER
01/11/2007
reg

RODDICK      , ANITA            FRIEND
01/11/2007
reg

MABLE        , MICHEAL          BROTHER
02/18/2007
reg

CAMP         , BRACKIN          FRIEND
02/22/2007
reg

AUGUSTINE    , MICHAEL          BRO-IN-LAW
03/24/2007
reg

KATZ         , JUDITH           FRIEND
03/24/2007 03/25/200
reg         reg

MABLE        , MICHEAL          BROTHER
04/07/2007
reg

AUGUSTINE    , MICHAEL          BRO-IN-LAW
04/27/2007
reg

CAMP         , BRACKIN          FRIEND
04/27/2007
reg

JACKSON      , ADRIAN           SISTER-IN-LA
05/04/2007
```

```
reg




72148     WOODFOX                    ALBERT
DOC#      LAST NAME                       FIRST NAME        MID INIT


MABLE          , MICHEAL          BROTHER
05/04/2007
reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
06/09/2007
reg

MABLE          , MICHEAL          BROTHER
06/09/2007
reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
07/27/2007
reg

MABLE          , MICHEAL          BROTHER
07/27/2007
reg

RODDICK        , ANITA            FRIEND
08/10/2007
reg

MABLE          , MICHEAL          BROTHER
08/25/2007
reg

SHAW           , GAIL             FRIEND
09/05/2007 09/06/200
reg        reg

CAMP           , BRACKIN          FRIEND
09/06/2007 09/07/200
reg        reg

AUGUSTINE      , MICHAEL          BRO-IN-LAW
09/21/2007
reg

JACKSON        , ADRIAN           SISTER-IN-LA
09/21/2007
reg
```

```
MABLE         , MICHEAL        BROTHER
09/21/2007
reg




72148    WOODFOX              ALBERT
DOC#     LAST NAME                 FIRST NAME      MID INIT


SHAW          , GAIL           FRIEND
10/04/2007 10/05/200
reg          reg

MABLE         , MICHEAL        BROTHER
10/21/2007
reg

MABLE         , MICHEAL        BROTHER
11/23/2007
reg

AUGUSTINE     , MICHAEL        BRO-IN-LAW
12/07/2007
reg

SHAW          , GAIL           FRIEND
12/07/2007 12/09/200
reg          reg

MABLE         , MICHEAL        BROTHER
12/20/2007
reg

CAMP          , BRACKIN        FRIEND
12/28/2007
reg

AUGUSTINE     , MICHAEL        BRO-IN-LAW
01/11/2008
reg

ROBERTSON     , RHENEISHA      NIECE
01/11/2008
reg

MABLE         , MICHEAL        BROTHER
02/06/2008
reg
```

```
RODDICK        , SAMANTHA        FRIEND
02/07/2008
SPV

CAMP           , BRACKIN         FRIEND
02/08/2008
reg
```

```
72148   WOODFOX                 ALBERT
DOC#    LAST NAME                   FIRST NAME       MID INIT

GEORGE         , LESLIE          FRIEND
03/09/2008
reg

SHAW           , GAIL            FRIEND
03/13/2008
reg

MABLE          , MICHEAL         BROTHER
03/16/2008
reg

MABLE          , MICHEAL         BROTHER
04/06/2008 04/30/200
reg        reg

ROBERTSON      , RHENEISHA       NIECE
04/06/2008
reg

YESHO          , ANITA           FRIEND
05/15/2008
reg

SHAW           , GAIL            FRIEND
06/05/2008
reg

MABLE          , MICHEAL         BROTHER
06/27/2008
reg

CAMP           , BRACKIN         FRIEND
07/12/2008
reg

MABLE          , MICHEAL         BROTHER
```

```
07/30/2008
reg

SHAW         , GAIL           FRIEND
08/01/2008
reg

CAMP         , BRACKIN        FRIEND
08/09/2008
reg
```

```
72148    WOODFOX             ALBERT
DOC#     LAST NAME               FIRST NAME      MID INIT

JACKSON      , ADRIAN         SISTER-IN-LA
08/23/2008
reg

MABLE        , MICHEAL        BROTHER
08/23/2008
reg

MABLE        , MICHEAL        BROTHER
09/27/2008
reg

GEORGE       , LESLIE         FRIEND
10/09/2008
reg

PEGRAM       , TORY                     FR
10/11/2008
reg
```

# Exhibit E

CCHC

10/29/2008 01:40:39 PM

Print

```
LMSWB541.MSG 2F2F00106A LMSWB541 0020A1 CCHC          A75E47 20081029 13:40:39
LA033035G.
CTL/
ATN/

C5.LA033035G..2F2F00106A..10/29/2008 13:40:39
REQUESTED BY:
```

SID:

S T A T E   O F   L O U I S I A N A
*FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY*
(FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID)

INVESTIGATIVE REPORT

------------------------------------------------------------
CRIMINAL RECORD OF: MABLE, MICHAEL                    CONFIDENTIAL RECORDS
STATE ID: 000874121                                   ----------------------
RACE: B        HEIGHT:  5' 08"   BIRTH DATE: 03/08/1957   PLACE: LA    FBI: 680959N6
SEX: M         WEIGHT: 148              HAIR: BLK                       DOC: 97882
SSN: 438944053 OLS/OLN: LA4342676       EYES: BRN                       DNA ON FILE: NO
                                                                        STATUS: PARO
                                                                        III: SSC
------------------------------------------------------------

A L I A S E S
MABLE, MICHAEL M                    SSN              OLS/OLN
MABLE, MICHALE M                    438944053        LA4342676
--------------------------          438944053        LA4342676
ARREST DATE: 12/07/1974             ------------------------------
AGENCY: PD NEW ORLEANS LA
NAME: MABLE, MICHAEL                            LID: 179509
                                               AFIS ATN:
CHARGE 1
  R.S.   THEFT OF PROP VAL $200
CHARGE 2                                        COUNTS 1
  R.S.   POSS OF PROP VAL $200
                                                COUNTS 1
------------------------------------------------------------
ARREST DATE: 04/18/1980
AGENCY: PD NEW ORLEANS LA                       -------------------------------
NAME: MABLE, MICHAEL M                          LID: 179509
                                                AFIS ATN:
CHARGE 1
  R.S.   POSS WITH INTENT DIST MARIJ            COUNTS 1
------------------------------------------------------------
ARREST DATE: 07/11/1980
AGENCY: DOC NEW ORLEANS LA                      -------------------------------
NAME: MABLE, MICHAEL                            LID: 276354F
                                                AFIS ATN:
CHARGE 1
  R.S.   POSS WITH INTENT DIST MARIJ            COUNTS 1
  DISPOSITION: (ON PROB) PROB BEG 7-11-80 ENDS 7-11-83 PROB.REVOKED 7-29-82
------------------------------------------------------------
ARREST DATE: 12/22/1981
AGENCY: PD NEW ORLEANS LA                       -------------------------------
NAME: MABLE, MICHAEL M                          LID: 179509
                                                AFIS ATN:
```

CHARGE 1
   R.S.  POSS COCAINE

COUNTS 1

SID: 000874121  PAGE 2 OF 3

------------------------------------------------------------------------
ARREST DATE: 05/28/1982
AGENCY: HUNT CORRECTIONAL LA
   NAME: MABLE, MICHAEL.

LID: 97882
AFIS ATN:

CHARGE 1
   R.S.  HABITUAL FELONY CONVICTION (POSS OF PHENCYCLIDINE)
   DISPOSITION: 3 YEARS (3 YEARS + 20 MONTHS -CC) PAROLED 7-29-83
CHARGE 2
   R.S.  PROBATION VIOLATION (POSS. MARIJ. WITD)
   DISPOSITION: .

COUNTS 1

COUNTS 1

------------------------------------------------------------------------
ARREST DATE: 08/01/1983
AGENCY: DOC NEW ORLEANS LA
   NAME: MABLE, MICHAEL

LID:
AFIS ATN:

CHARGE 1
   R.S.  PROBATION VIOLATION
   DISPOSITION: PAROLE BEGS 7-29-83
CHARGE 2
   R.S.  POSS PHENCYCLIDINE
   DISPOSITION: PAROLE ENDS 7-29-85

COUNTS 1

COUNTS 1

------------------------------------------------------------------------
ARREST DATE: 05/25/1985
AGENCY: SO NEW ORLEANS LA
   NAME: MABLE, MICHAEL M

LID: 179509
AFIS ATN:

CHARGE 1
   R.S. 14:63 CRIMINAL TRESPASS
CHARGE 2
   R.S. 14:108 RESISTING AN OFFICER
CHARGE 3
   R.S. 14:103 DISTURBING THE PEACE

COUNTS 1

COUNTS 1

COUNTS 1

------------------------------------------------------------------------
ARREST DATE: 09/01/1985
AGENCY: SO GRETNA LA
   NAME: MABLE, MICHAEL M

LID: 117875
AFIS ATN:

CHARGE 1
   R.S.  POSS PCP
   DISPOSITION: 85-2641 ON 11-18-85 PG. SENT 2 YRS PP S/S 2 YRS ACT PROB. SPEC
   COND ENTER & COMPLETE ODESSY HOUSE ARRANGED BY PROB WITHIN 2 YRS PERIOD.
CHARGE 2
   R.S. 14:99 "RECKLESS OPERATION OF A VEHICLE CHARGE/PENALTY:LTEQL$200,90D"
   DISPOSITION: 646082 5-22-86 DISM
CHARGE 3
   R.S. 14:98 OPERATING A VEHICLE WHILE INTOXICATED CHARGE
   DISPOSITION: 646081 ON 5-22-86 DEF PG $300 & REGULAR COSTS & SPECIAL COSTS
   OF $50 + 6 MOS IN JAIL JL SENT SUSP + DEF PLACED ON ACT PROB FOR 6 MOS.

COUNTS 1

COUNTS 1

COUNTS 1

```
-----------------------------------------------------------------------
ARREST DATE: 12/03/1985
AGENCY: SO GRETNA LA                                        LID: 117875
   NAME: MABLE. MICHALE M                                   AFIS ATN:

CHARGE 1
   R.S.  POSS OF PCP                                        COUNTS 1
   DISPOSITION: ON PROB FOR ARREST OF 9-1-85. BEGINS 11-18-85 ENDS 11-18-87.
-----------------------------------------------------------------------
ARREST DATE: 12/03/1985
AGENCY: DOC GRETNA LA                                       LID: 852641
   NAME: MABLE, MICHAEL M                                   AFIS ATN:

CHARGE 1
   R.S.  POSS OF PCP                                        COUNTS 1
   DISPOSITION: LA PROBATIONER: ON PROB FOR ARR OF 9-1-85; 11-18-85 SENT 2 YRS
   JPP SUSP & PLCD ON 2 YRS ACT PROB BEGS: 11-18-85 PROB ENDS: 11-18-87
-----------------------------------------------------------------------
THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD CHECK IS
BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY RECORDS
DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A RECORD IN A
LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.

** END OF RAPSHEET **
```

# Exhibit F

Brie Williams, M.D., M.S.
Wednesday, October 29, 2008
Albert Woodfox, #72148 v. Burl Cain, et al

— SHEET 1  PAGE 1 —

UNITED STATES DISTRICT COURT
STATE OF LOUISIANA
* * * * * * * * * * * * * * * * * * * * * *
CIVIL ACTION NO. 06-789-JJB-CN
*  *  *  *  *  *  *  *  *
ALBERT WOODFOX, #72148
VERSUS
BURL CAIN, ET AL
* * * * * * * * * * * * * * * * * * * * * *
        The deposition via video teleconference
of BRIE WILLIAMS, M.D., M.S., taken in connection
with the above-captioned cause, pursuant to the
following stipulations, at the Louisiana Attorney
General's Office, 1885 North Street, Baton Rouge,
Louisiana, on Wednesday, the 29th day of October,
2008, beginning at 1:50 p.m.
REPORTED BY:  Angie Henning, CCR, CVR

PAGE 2

        A P P E A R A N C E S
REPRESENTING THE PLAINTIFF,
ALBERT WOODFOX, #72148:
  Nicholas Trenticosta, Esquire
  Center for Equal Justice
  7100 St. Charles Street
  New Orleans, Louisiana 70118
  (504) 864-0702
  Samuel Spital, Esquire  (via video teleconference)
  Wendy Francois, Paralegal  (via video teleconference)
  Holland & Knight
  195 Broadway, 26th Floor
  New York, New York  10007
  (212) 513-3454
  Scott Fleming, Esquire  (via video teleconference)
  Attorney at Law
  505 Alcatraz Avenue
  Oakland, California  94609
  (510) 595-8264

PAGE 3

REPRESENTING THE DEFENDANT(S),
BURL CAIN, ET AL:
  Dana Cummings, Esquire
  Terri Lacy, Esquire
  Sha Carter, Esquire
  Tammy Arender, Esquire
  Attorney General's Office
  1885 North Third Street
  Baton Rouge, Louisiana  70802
  (225) 326-6200
  Richard Curry, Esquire
  McGlinchey, Stafford, PLLC
  One American Place
  301 Main Street
  Baton Rouge, Louisiana  70825
  (225) 383-9000

PAGE 4

              I N D E X
EXAMINATION:                    PAGE(S)
  By Ms. Cummings        6
  By Mr. Spital 55
EXHIBITS:
State's Exhibit No. 1  32; 39
      (Medical Records)
State's Exhibit No. 2  39
      (Blood Pressure Check/Monitoring Sheet)
STIPULATIONS PAGE        5
REPORTER'S NOTE 63
CERTIFICATE PAGE         64

Brie Williams, M.D., M.S.
Wednesday, October 29, 2008
Albert Woodfox, #72148 v. Burl Cain, et al

SHEET 2   PAGE 5

S T I P U L A T I O N

It is hereby stipulated by and between/among counsel for the parties in the case above-numbered and entitled that the testimony of BRIE WILLIAMS, M.D., M.S.,

be taken before Angie Henning, Certified Court Reporter, by counsel for all purposes, pursuant to notice and to the provisions as authorized under the Louisiana Code of Civil Procedure;

That parties hereto waive all formalities in connection with the taking of said deposition, including the reading and signing thereof, except the swearing of the witness and reduction of the questions and answers to typewriting;

That counsel for all parties reserve all objections, except as to the form of the question and the responsiveness of the answer, at the time of taking said deposition, but they also reserve the right to make objections at the time of said deposition or any part thereof may be offered in evidence, with the same rights as if the testimony had been taken and given in Open Court.

*   *   *   *   *

PAGE 6

BRIE WILLIAMS, M.D., M.S.
UNIVERSITY OF CALIFORNIA, SAN FRANCISCO
DIVISION OF GERIATRICS
SAN FRANCISCO VA MEDICAL CENTER
4150 Clement Street, Box 181G
San Francisco, California  94121
after having been duly sworn by the court reporter, testified under oath as follows:

MR. CUMMINGS:

First of all, Mr. Trenticosta, I guess we need to enter the same stipulation that this deposition is taken for all purposes. It is taken pursuant to the rules of Federal Procedure, and we will reserve all objections except those to the form of the objection.

MR. TRENTICOSTA:

Okay.

EXAMINATION BY MR. CUMMINGS:

Q.    Dr. Williams, I think we're ready. Dr. Williams, I am not going to go through all your credentials again.  I know you did that the first time around in the deposition that you gave. I am going to ask, could you bring us up to date from that deposition concerning your employment?

PAGE 7

A.    Sure.  I am happy to provide a more recent CV.  I can't tell you -- off the top of my head, I can't tell you exactly everything that has happened since then.  I am currently -- like, off the top of my head, I'm currently assistant professor of medicine in the Division of Geriatrics in the Department of Medicine at the University of California in San Francisco.

Q.    Okay.

A.    Do you want more than a title change?

Q.    Is there a title change?

A.    A lot of things have happened in the last two years, so.

Q.    Yes.  Could you tell me what the changes are?

A.    I'm sorry.  And so what type of things in the last two years would be relevant?

Q.    Well, do you have a title change?

A.    So that's my title change, I'm assistant professor.

Q.    Okay.  Assistant professor, all right. What other professional changes have you had, any others?  Are you still working with Lamaitre?

A.    I am no longer with Lamaitre, no.

Q.    Okay.  And when did you stop working for

PAGE 8

them?

A.    I would have to consult my CV to be exactly positive of the month, but it was probably, approximately, a year ago.

Q.    Have you continued any studies concerning the medical condition of prisoners in California?

A.    Yes.

Q.    Okay.  And what studies have you continued since that time?

A.    Lets see, since that time, I am not sure if I had published a textbook factor yet.  At the time -- since that time, I have worked with the department -- with the University of Texas on a study about the care of prisoners, age 55 and older, in terms of pharmaceutical care.  Those are -- I have a number of studies that are sort of in process.

Q.    Okay.  Are all of these studies concerning the medical treatment of geriatric prisoners?

A.    Lets see, I did another study about the use of mammography screenings, but this is not of prisoners.

Q.    Okay.

A.    But that is a recent addition to my CV as well.

Brie Williams, M.D., M.S.
Wednesday, October 29, 2008
Albert Woodfox, #72148 v. Burl Cain, et al

SHEET 3   PAGE 9

Q.    Okay.  Clinically?
A.    Clinically, I am now the founder and director of the San Quentin Geriatric Consultation and Teaching Service at San Quentin Prison here in California.
Q.    Okay.  Dr. Williams, were you recently contacted in connection with this matter again?
A.    Yes.
Q.    And who contacted you?
A.    Holland & Knight.  I believe Samuel Spital was the first person to contact me.
Q.    Okay.  And what were you asked to do?
A.    I was asked to review medical records for Albert Woodfox, about a year and a half worth of medical records.
Q.    Okay.  Just so we're clear, what dates are we talking about medical record-wise?
A.    What dates?
Q.    Yes.
A.    What did you say?  I couldn't hear you.
Q.    Yes.  What dates?
A.    Dates, okay.  Well, I have them here, so I can tell you.  It looks like November of 2007 -- 2007 to August of 2008.
Q.    Okay.  Were you provided any other

PAGE 10

information?
A.    No, I can't think of any other information.
Q.    So you were simply provided with the medical records and there was a request that you review them?
A.    I am trying to think back to the first conversation that I had, and I believe it came through e-mail, and it was could you please review these medical records.  And I don't think I was given any other information.  I know that there is documentation of all of our e-mail exchanges, so you could certainly look to make certain that I'm remembering correctly.  But I believe that I was just asked to review the medical records.
Q.    Okay.  So you were just asked to review the records, were you asked to give any particular opinion?
A.    Basically, to look through the medical records and just to say whether or not, basically, what his medical issues were at this time.
Q.    Were you asked to render an opinion whether or not that it was critical to his medical health that he be released from DOC at this time?
A.    Not at that time, I wasn't, no.

PAGE 11

Q.    Okay.  Were you at a later time?
A.    Since then, I was asked to write my opinion as to what his -- over those -- what is that, 11 months or 10 months, what his medical conditions were and, let's see, whether or not his medical conditions that I had noted in 2006, whether or not any of them had changed.  And then whether I believed that his -- whether I believed that he was receiving optimal care for his medical conditions in his current status.
Q.    Okay.
A.    Again, this is all documented, so I apologize if I'm getting some of the wording incorrect.  But I didn't realize that I should review all of the e-mail exchanges between us before I came.  So I'm trying to the best of my ability for the exact wording, but we can all look back at the e-mail exchange to get the exact wording.
Q.    And you can provide those to us?
MR. SPITAL:
        We'll be happy to provide them.  This is Sam in New York.
MR. CUMMINGS:
        Thank you, Sam.

PAGE 12

BY MR. CUMMINGS:
Q.    Dr. Williams, you gave your deposition on March 7, 2007, previously; is that correct?
A.    I do not know off the top of my head, but that sounds correct.  Seven -- did you say 2006 --
Q.    2000 --
A.    -- or 2008?
Q.    Well, actually, I have March 7, 2007.
A.    2007?
Q.    Yes.
A.    Okay.  I have to take your word for it.  I don't know the exact date of it.
Q.    Okay.  So you were not -- assuming that I'm correct and you did give your deposition in March of 2007, you were not provided with any medical records concerning Albert Woodfox from March of 2007 through November; is that correct?
A.    You know, I believe that I was sent medical records, and I was actually on leave at the time.  And when I returned from leave, there were some medical records, but it was decided that I didn't need to review them because nothing was going on at the time.  So I had -- as far as I know there were actually medical records sent to me, but I never reviewed them.

Brie Williams, M.D., M.S.
Wednesday, October 29, 2008
Albert Woodfox, #72148 v. Burl Cain, et al

SHEET 4    PAGE 13

Q.    Okay.  In connection with your deposition back in March of 2007, do you recall that pretty well?

A.    Uh-huh.

Q.    All right.  And at that point in time, what was requested of you by defense counsel?

A.    I didn't -- I just answered the last question about whether I recalled it, but I guess I recall it pretty well.  And what was asked of me at the time, the question was whether or not the current conditions of confinement posed a serious medical risk to Albert Woodfox and the other people that I was asked to comment on.

Q.    Okay.  And for that deposition, is it true that you actually examined Albert Woodfox and the other individuals?

A.    Yes, that is correct.

Q.    And in addition to that, did you also review medical records then?

A.    Yes, I did.

Q.    And did you tour Angola?

A.    Yes, I did.

Q.    Okay.  In connection with this deposition and the -- you have been provided, as I understand, only with medical reports from

PAGE 14

November 7th to the present time; is that correct?

A.    I believe so.  I have the exhibits right here, so I can -- oh, no, I don't them here.  That's what I have here.  What do I have here?  Oh, I have my declarations.

THE WITNESS:
        Is that the deposition from last time?

MR. FLEMING:
        No.  You have your current - the exhibits to your most recent declaration.

THE WITNESS:
        Oh, I see.  This was my last one.

A.    Well, I don't have the medical records in front of me, but I believe that I was given November of 2007 through August of 2008, because that is what I wrote down.

BY MR. CUMMINGS:

Q.    Okay.  And as I appreciate --

A.    I didn't review anything else.

Q.    You didn't review anything else?

A.    I didn't review anything else.

Q.    You did not examine -- re-examine Albert Woodfox; is that correct?

A.    No.  No, I haven't.

Q.    You did not request any specific tests on

PAGE 15

Albert Woodfox.

A.    No.

Q.    Dr. Williams, as I appreciate it after reviewing your report that you gave back in -- the first time around on September 18, 2006, and after reviewing your deposition, am I correct to state that what you found was that Albert Woodfox and the other individuals that were confined to CCR -- let's stick with Albert Woodfox -- that his relocation --

A.    Yes.

Q.    -- to a less stressful environment at Angola, specifically, removing him from CCR and putting him into more of a dormitory type setting where he can get more exercise, would be a positive step and would help him control his blood pressure; is that correct?

A.    I missed the last thing you said.  A positive --

Q.    It would be a positive step for his medical treatment?

A.    Yes.

Q.    And it would help him significantly control his blood pressure, was that your finding?

A.    Yes, yes.

PAGE 16

Q.    And your recommendation the first time around was very simply that he be moved to another environment; is that correct?

A.    Yes.

Q.    And why did you feel that that was necessary?

A.    I felt that he, from my physical exam and from my tour of his -- at that time, place of confinement, that he would -- would not -- if I recall correctly from my opinion at that time, he did not have adequate access to exercise, and his conditions of confinement were very stressful for him and were contributing to his -- to his blood pressure -- his poor control of his blood pressure.

Q.    Okay.

A.    He had a number of other medical conditions at the same time, but I also was concerned about his -- if I remember correctly, his diabetes was also -- he also had diabetes, and so his hypertension and diabetes and evidence of chronic renal insufficiency.  So I was sort of concerned about all of his serious medical conditions taken together.

Q.    Okay.  In your most recent -- your

Brie Williams, M.D., M.S.
Wednesday, October 29, 2008
Albert Woodfox, #72148 v. Burl Cain, et al

SHEET 5  PAGE 17

declaration that -- and I've been provided with a
copy of it.  In reading the declaration, you seem
to be focused on his blood pressure, his
hypertension as the biggest problem at this point;
is that correct?

     A.    Yes.  You know, again, that's what I wrote
a lot about.  Again, it is very difficult to say
which of his medical conditions is the biggest
problem.  They are all -- he's got a lot of
medical conditions that are sort of equally
problematic.  His -- I did -- I was concerned
about his blood pressure control, and so that is
something that I talked about in his declaration.

     Q.    Okay.  Well, what other issues concerned
you?

     A.    He also has chronic renal insufficiency.

     Q.    Is that --

     A.    I don't know -- I don't know the state of
his other medical conditions that he had, any
medical conditions that weren't discussed
basically in the most recent -- in this most
recent set of medical records.  It says he has
severe insomnia.  He continues to have diabetes,
hepatitis C, I believe.  I can't recall his other
medical conditions.  He had some chest pains, some

PAGE 18

concerning chest pains at the time a couple of
years ago as well.

     Q.    Okay.  But in reviewing the most recent
medical reports, you don't remember any reference
to the severe insomnia or problems with the
diabetes or hepatitis or chest pain; is that
right?

     A.    No, that is not right.  I do recall -- I
don't recall anything about insomnia.  I do recall
mention of the diabetes and of the hepatitis C.  I
don't recall any mention of the chest pain.

     Q.    What do you recall?

     A.    I do not have the medical records in front
of me, so I can't say for certain.

     Q.    Okay.  What do you recall in relation to
the diabetes?  What concerned you as you were
reviewing the medical reports?

     A.    What concerns me is that he has diabetes.
If I recall correctly, both -- with this set of
medical records as well as the medical records
that I reviewed in the past, one of bigger markers
of diabetes that we look at is called hemoglobin
A1C.  And if I recall correctly -- and again I
don't have the medical records in front of me, but
if I recall correctly, his hemoglobin A1C was

PAGE 19

quite adequately controlled.

     Q.    Okay.

     A.    It concerns me that he has diabetes, but
his control of his diabetes is not concerning.

     Q.    Okay.  And you don't have any complaints
about the way he has been -- his medical treatment
has gone in DOC regarding the diabetes?

     A.    I don't really know how his entire -- I
don't have the medical records.  I didn't review
the medical records between this time and last
time.  So I can't say overall what my -- whether
or not I have any complaints at all.  I was not --
I did not -- no concerns were flagged in the
medical records that I reviewed from November 7,
2007, to August of 2008.

     Q.    Okay.

     A.    If that's what you're asking.

     Q.    Yes.  And the same question for the
hepatitis?

     A.    I have no -- no concerns were flagged in
these medical records that I just reviewed.

     Q.    Okay.  How about chest pains?  Were there
any concerns about -- did he have any complaints
of chest pains during that period of time?

     A.    I don't remember.

PAGE 20

     Q.    But again, you didn't flag anything,
nothing causes you -- as you sit here, you don't
recall any concern over him having chest pains?

     A.    I don't remember flagging anything.  What
I remember being concerned about was the
hypertension.

     Q.    Okay.  Could you explain to me briefly the
relationship between renal insufficiency and
hypertension?

     A.    It is hard to give a brief description of
the relationship.  They are intricately entwined.
Hypertension is a very significant risk factor for
worsening chronic renal insufficiency.

     Q.    Okay.  What are the factors attributable
to hypertension?

     A.    I don't understand the question.

     Q.    In other words, you have very much stress
that hypertension can be intensified or worsened
based on stress; correct?

     A.    Uh-huh.

     Q.    Okay.  In addition to stress, what other
things would contribute to one having
hypertension?

     A.    There is a lot of causes of hypertension.
I think some of the causes of the stress certainly

SHEET 6  PAGE 21

worsen hypertension, genetic predisposition,
worsening chronic renal insufficiency.  There is a
feedback loop that can cause worsening
hypertension.  And then I am afraid there is a
huge list of primary and secondary causes of
hypertension that I'm not actually prepared to
talk about at length right now.  But if there is
something that you are specifically trying to ask
me about, I would be happy to talk about it.
    Q.     Well, I was interested in the genetic
predisposition.  And I am sure that you aware
after reviewing Albert Woodfox's history, that he
is genetically predisposed to having hypertension.
His mother had it, and if I'm not mistaken, his
father did, but I know his mother did.  So that
would be an important factor; correct?
    A.     Certainly, yes.
    Q.     Okay.  Also you said renal insufficiency
played into it.  If his mother also had renal
problems, would that also be a factor that you
would want to know about?
    A.     Yes.  I believe that there is a family --
that he has a family history of renal problems.  I
believe his mother was on dialysis.  That would be
a risk factor for him to chronic renal

PAGE 22

insufficiency that would develop into renal
failure as well.
    Q.     Okay.  In addition to that, isn't it true
that as we age, we are all more likely to have
hypertension?
    A.     Actually, that is not exactly true, no.
    Q.     Okay.  So -- well, explain that.  So it's
not common -- if I don't have high blood pressure
or hypertension when I am young, I am not more
likely to get it when I am older?
    A.     I misunderstood your question.  No.  The
incidents of hypertension definitely increases as
the population increases.  And so there are, you
know, 20- and 30-year olds who have hypertension,
but they is certainly a significantly higher
percentage of the population at the age of 80, for
example, who have hypertension than at 20.
    Q.     Okay.  So it is not uncommon for a
61-year-old man to have hypertension?
    A.     No, certainly not.
    Q.     Do you -- and this is kind of -- I don't
know if you're going to be able to answer this
question, it's statistical.  Do you know what
percentage of the population has hypertension?
    A.     Very high, but I don't know the exact

PAGE 23

number, but I bet you do.
    Q.     Actually, I don't.  I was counting on you.
    A.     Oh.
    Q.     But it is significantly high?
    A.     Yeah.
    Q.     Hypertension is not an uncommon condition
especially in a 61-year-old man?
    A.     No, it is not.
    Q.     Okay.  In your previous deposition of
March 27, 2007, and your report, you came to the
conclusion or it was your opinion that if he was
relocated -- if Albert Woodfox was relocated to a
less stressful housing environment, it would help
control his blood pressure.  I asked you that a
few minutes ago.  That is correct; right?
    A.     Yeah, with more access to exercise, yes.
    Q.     Okay.  Do you know --
    A.     But it is also --
    Q.     I'm sorry.  It is kind of weird because of
the delay.
    A.     I was just going to finish what you were
saying, which was that, yes, I felt that it would
help to control his blood pressure.
    Q.     Okay.  Do you know where he is housed now?
    A.     No, I don't.

PAGE 24

    Q.     Nobody has provided you information
concerning whether he lives still in CCR or
whether he has been moved to a dormitory?
    A.     Oh, no.  I know that he is not in CCR.  I
know that he is not in CCR anymore.  I don't know
the name of where he lives now.
    Q.     Have you been advised --
    A.     Oh, sorry.
    Q.     Have you been advised of the conditions
where he lives now?
    A.     I can tell you what I recall about the
conditions which is that he is no longer in
23-hour lockdown, although I don't how many hours
he is out but would love to hear.  I know that he
is not -- I believe he is not in a cell on his
own, but I am not positive.  I believe that he is
able to work now, but I am not positive.  So I do
know that he is not in CCR anymore.  But I don't
-- I wasn't told to review anything about his
current conditions of confinement, so I don't know
right now, but I would love to hear.
    Q.     So that did not play any role in your most
recent opinion concerning his conditions?
    A.     No.
         Would it be important for you to know that

Brie Williams, M.D., M.S.
Wednesday, October 29, 2008
Albert Woodfox, #72148 v. Burl Cain, et al

SHEET 7   PAGE 25

he can exercise for up to four hours a day now and
has a basketball goal?

        MR. TRENTICOSTA:

              Objection to the form of the question.
It assumes the fact.

BY MR. CUMMINGS:

    Q.    Assume this for me for a minute, assume
that you have been provided with some information
and that that information was that he had access
to an exercise yard including a basketball court
for four hours a day.  Would that play a role in
your decision-making?

    A.    It might -- in which aspect of my
decision?

    Q.    Well, in basically evaluating his
treatment, evaluating his physical condition and
his medical prognosis.

    A.    Okay.  I think that it wouldn't -- it
would not affect my concern about his blood
pressure which remains high, and which I don't
think is being -- I don't think he is getting
optimal treatment for it.  Let's see, the other
part -- what is -- I'm sorry.  I lost the other
two parts.  So the first part was whether or not I
would change my mind about what I thought of his

PAGE 26

blood pressure management?

    Q.    Yes.

    A.    What was the second part in?

    Q.    How about his prognosis?

    A.    So again, his blood pressure is high, and
so his high blood pressure is what I am concerned
about still.  But I think exercise is great, so I
think it is great that he has access -- if he has
access to exercise four hours a day, that that's
great.  I'm still worried about the high blood
pressure.

    Q.    Okay.  Back when you gave your deposition
on March 7, 2007, Mr. Curry asked you several
questions about the treatment that Albert Woodfox
was getting.  And you basically declined to
comment on the treatment other than to say that
you noticed a couple of things and you e-mailed, I
think, one of your attorneys or a paralegal in
connection with that; is that correct?

    A.    If you read it and it says it, then that
is probably correct.

    Q.    In the preparation for that deposition,
you had reviewed all of Albert Woodfox's medicals;
right, up to that time?

    A.    Yes, I believe so.

PAGE 27

    Q.    And you were given the opportunity to
voice objections to his treatment, but you did not
do so.  Why?

        MR. SPITAL:

               Objection.  That is not what the
witness testified to.

        THE COURT REPORTER:

               I'm sorry, who is making the
objection.

        MR. TRENTICOSTA:

               Sam.

        MR. SPITAL:

               This is Sam in New York.

        MR. CUMMINGS:

               She can answer the question.

    A.    I believe I was asked to comment on his --
the conditions of his current confinement and
their potential effect on his health care or his
health.  That is my understanding of what I was
asked to do.

BY MR. CUMMINGS:

    Q.    If in reading those medical records you
saw some egregious healthcare, wouldn't you feel
it your responsibility as a physician to bring
that to the attention of not only the doctors but

PAGE 28

the medical community?

    A.    Yes, and I actually remember doing that.

    Q.    What doctor did you contact?

    A.    I remember an e-mail exchange.  I'm sorry.

    Q.    What doctor did you contact?

    A.    I contacted -- I was not told to contact a
doctor directly.  I either e-mailed or spoke about
my concerns with Herman A. Loeb and George Kindle
(names phonetically spelled).

    Q.    And is it your testimony today that you
felt his medical care at that time was egregious?

    A.    If I recall, I was concerned about his
concerned history of atypical chest pain.  I was
very concerned that it had not been -- that it was
not clear whether or not it had been adequately
worked out.  I was also very concerned about his
very high blood pressure and was concerned that it
was not being adequately controlled.

    I did not review my declaration from the
deposition.  I did not review my deposition for
today.  So I don't remember exactly the
conversation that we had, but that is my
recollection right now.

    Q.    Do you recall whether your concerns were
addressed by the doctors at DOC?

SHEET 8    PAGE 29

A.    I don't recall.

Q.    What is your specific complaint with the medical treatment that Albert Woodfox is receiving for his hypertension?

A.    I am concerned about his blood pressure which I feel would be more adequately controlled if it were 130/80.

Q.    Isn't 140/90 considered normal range?

A.    Not for somebody with chronic renal insufficiency and diabetes and a family history of renal failure.

Q.    Okay.  So what is he missing in his treatment?  Where are they following short?

A.    Well, the -- I don't have his medical records in front of me, so it's very difficult for me to say exactly which medications he is on right now.  I think that we discussed that -- if I recall, we discussed this actually in my last deposition as well.

My major concern is that in the medical records from April and from May, there was recognition that his blood pressure was not at an optimal level.  That was the assessment, and the plan was to follow up in the future.  I think it was follow up in three months.  And my concern is

PAGE 30

that the following in inadequate blood pressure is not actually a treatment plan, and I would prefer that they make a treatment plan.

Q.    Can you tell me today as you sit there, what type of medication he is right now for high blood pressure?

A.    I can't.  I don't have it in front of me.

Q.    Then how can you comment on the sufficiency or insufficiency of his treatment?

A.    Well, because I didn't write down medicines when I was reviewing the medical records, but I did review the medications that he was on at the time.

Q.    But you cannot give us any --

A.    I believe --

Q.    Go ahead.

A.    Go ahead.

Q.    You cannot give us any information about what is being done wrong and what you would do differently?

A.    I just gave you information about what is being done wrong.

Q.    Specifically, what would you medicate him with?  What type of treatment plan would you put him on?

PAGE 31

A.    You know, I wish that I had been told ahead of time that that's what I would be asked so that I could formulate that for you when I arrived here, but that is not what I was asked to do, and so I don't have the medical records in front of me.

If somebody wants to give them to me -- but I don't have them in front of me right now.  I didn't write that into my opinion.  What I was asked to do was say whether or not I felt that his -- you know, to comment on his medical condition right now.  But I didn't -- I wasn't asked to comment on his -- you know, on what medications I would add.  I'm sorry.  I don't have that information in front of me right now.

Q.    But you are aware that he is being treated at Angola for high blood pressure?

A.    Yes.

Q.    And if you had reviewed the most recent medicals, are you aware that they are seeing him once a week, and that they're changing his medications in order to try to control his blood pressure better?

A.    I have August of 2008.  Those are the medical records I reviewed.  He wasn't -- I didn't

PAGE 32

see records that he was being seen once a week, but that is great news if he is now.

Q.    So you were not provided with anything after August --

A.    -- of 2008.

Q.    Okay.  I wish you were here, so I could hand you the medical reports from that time on.  I am going to request to attach them to the deposition.

A.    Okay.

Q.    We will mark those as State's Exhibit No. 1.

(The exhibit is marked as State's Exhibit No. 1 for identification and is attached hereto.)

A.    The last blood pressure reading that I read -- I believe I wrote it in my -- it's in here, its on May 29th, 146/92.

Q.    Okay.

A.    And the healthcare provider at that time noted that Mr. Woodfox's blood pressure is much improved, and there was no plan except to follow-up.  And I believe it said in three months, although I can't remember.  That is the last -- if I recall correctly, that is the last mention of

Brie Williams, M.D., M.S.
Wednesday, October 29, 2008
Albert Woodfox, #72148 v. Burl Cain, et al

SHEET 9   PAGE 33

blood pressure in his records.
        Q.    Okay.  That is the last thing that was
provided to you in any case?
                MR. TRENTICOSTA:
                        We have never seen this, so how could
                that be provided.  We have not been
                provided with this.
        A.    Am I allowed to ask --
                MR. CUMMINGS:
                        We just got them.  I guess you could
                have requested them as well.
                MR. TRENTICOSTA:
                        Yeah.  I am just saying.
        A.    I am not sure what to do.
                MR. FLEMING:
                        Excuse me, this is Scott.  Can we go
                off the record for a minute?
                MR. CUMMINGS:
                        Yes.
(Off the record.)
BY MR. CUMMINGS:
        Q.    Dr. Williams, in your deposition in March
of 2007 -- well, let's go to your report.  I'm
sorry.  In your report of September 18, 2006, as I
look through it over and over again, you indicate

PAGE 34

that in order for Albert Woodfox to remain
physically healthy or to be more physically
healthy, I should say, that he needed to be moved
out of CCR, that individual cell, in order to get
more exercise; is that correct?
        A.    Yes.
        Q.    Do you still stand by that opinion?
        A.    Do I think that he -- him getting out of
CCR would mean that he could reach a more healthy
state?
        Q.    Yes.
        A.    Is that what you're asking?
        Q.    Yes.
        A.    Yes.
        Q.    Would it surprise you -- and again, I am
asking you -- I know you haven't seen the most
recent medical reports, but I know you've seen all
the others.  Would it surprise you to know that
actually since he was moved his blood pressure has
gone up rather than down?
        A.    Well, that's not what the medical records
show that I reviewed.
        Q.    And which medical records are you
referring to?
        A.    So, for example, the April and May blood

PAGE 35

pressures, they were in the 140/90s.  Those were
better than the blood pressures that he had when
he was in CCR.
        Q.    Well, I would ask -- and I will attach the
medical reports that I have to the deposition, but
I will ask you to review back from 11/20/07
through 1/17/07 all the way through 11/20/07, and
I don't think that when you review that you will
see any that are as high as 146/92.
        A.    Okay.  So they were lower is what you are
saying after he got out of CCR.
        Q.    No, I am saying --
        A.    And then -- and now they are -- wait, I'm
sorry.  I think I am misunderstanding what you're
saying.  But whatever, I am happy to review them.
I am not sure what you are saying, but I am happy
to review to them.
        Q.    I am saying, and I am going to attach the
blood pressure results on all of his reports to
the deposition, that from 1/17/07 through 11/20/07
the highest blood pressure reading that I have in
his reports is 138/85.  No, I'm sorry, 140/92.
        A.    1/17/07 to -- one more time?
        Q.    To 11/20/07.
        A.    The highest that you found was what?

PAGE 36

        Q.    140/92.
        A.    Okay.  I don't actually even know when he
was moved out of CCR.
        Q.    Well, assume --
        A.    So I don't even know how to --
        Q.    Will you assume for a minute that he was
moved out of CCR in March of 2008?
        A.    Okay.
        Q.    And since that time, will you assume that
the following are accurate blood pressure
readings: on 3/18/08, 180/112; on 4/2/08, 146/92;
on 5/29/08, 146/92; on 9/23/08, 154/93; on
10/21/08, 177/94.  Does that surprise you?
        A.    No.
        Q.    Why not?
        A.    Because blood pressure management is -- it
is sort of a consorted efforts between staying on
top of somebody's multiple chronic medical
conditions, their living environment, their diet,
and that sort of -- it's kind of -- what you're
sort of -- these numbers are exactly sort of
mirroring what I was saying before, which was that
my concern about the April and May assessment and
plan was that the assessment was uncontrolled
hypertension and the plan was to follow up in

Brie Williams, M.D., M.S.
Wednesday, October 29, 2008
Albert Woodfox, #72148 v. Burl Cain, et al

SHEET 10   PAGE 37

three months.
          And so my concerns are exactly this, blood
pressure especially in a high-risk individual like
Mr. Woodfox, who has the sort of multiple
competing medical -- serious medical conditions,
plus a stressful environment, plus multiple
medications that there needs to be a very sort of
concerted and systematic and close medical
observation of his -- basically of his medical
condition.  So this is not particularly surprising
to me in the sense that blood pressure needs to be
managed very frequently, especially in a high-risk
individual, and that was exactly my concern about
the April and May readings.
     Q.     Okay.  Well, I am glad you brought that
up.
     A.     I didn't --
     Q.     I'm sorry.  I didn't mean to interrupt
you.  Did you want to say something else?
     A.     No.  Go ahead.  I don't.
     Q.     I'm glad you said that because as we
discussed before, I would ask you to assume -- and
again, I'm going to attach it to the deposition --
that Mr. Woodfox was checked on 9/30/08 and had a
blood pressure reading of 168/102, and thereafter

PAGE 38

his blood pressure was checked every week and
adjustments were made.
                    MR. TRENTICOSTA:
                         Objection.
          A.     Is there a question?
                    MR. TRENTICOSTA:
                         (Inaudible.)  My objection has been
                    made.
BY MR. CUMMINGS:
     Q.     The question is, I mean, aren't they doing
exactly what you just said they should be doing?
They are monitoring him --
     A.     I have absolutely no idea.
     Q.     -- once a week.
     A.     I have absolutely no idea, because I am
not -- I haven't seen the medical records.  And I
don't know exactly what they're doing.  I don't
know if they are making -- if they are sitting
across from the patient making a comprehensive
medical plan to address his complex medical needs
each time.  I don't know, because I have not
reviewed those medical records, although I'm happy
to do so.  But honestly, I don't know.
     Q.     Okay.
                    MR. CUMMINGS:

PAGE 39

                    This is going to be attached as
State's No. 1 inglobo and those are the
medical records.
          MR. TRENTICOSTA:
                    Let's attach the document that you
were looking at and referring to as a
separate document so that she understands.
          MR. CUMMINGS:
                    That's fine.
          MR. TRENTICOSTA:
                    Because there is not a doctor looking
at it.
          MR. CUMMINGS:
                    Okay.  So we're going to -- I'm going
to mark State's No. 1 inglobo all of the
medical records from August 11, 2008, to
the present, and then I'll separately mark
pursuant to defense request, State's
Exhibit No. 2 which is the document to
which I just referred.
                    (The exhibit is marked as State's
          Exhibit No. 2 for identification and is
          attached hereto.)
BY MR. CUMMINGS:
     Q.     Dr. Williams, I mean, this is just not --

PAGE 40

blood pressure and hypertension doesn't just seem
to be an exact -- the treatment doesn't seem to be
just an exact science.  It seems like you've got
all these factors that you have work with; is that
correct?
     A.     Yes.
     Q.     And one of the biggest ones, as I
understand you, is stress?
     A.     Yes.  There are many factors that you have
to work with.  I guess that is what I am trying to
say, yes, there are many factors.
     Q.     Okay.  And again, just briefly go over
those factors.
     A.     No.  I would prefer if you just finish
your -- what were you just saying.  I missed the
second part of what you were saying.  What you are
trying to stress to me is --
     Q.     Oh, I just wanted you to go over the
factors with us.
     A.     So the factors that we talked about were
-- factors including physical environment,
somebody's stress level, their current medical
management, their -- the access and availability
of their location, the timing of the medication,
and I think that those are some of the things that

SHEET 11   PAGE 41

we just talked about.

Q.    Okay.  In your recent declaration, I think
it is dated October 24th, you indicated that
Albert Woodfox has not been given consistent
access to medication; where did you get that?

A.    And so what I was saying is that --

MR. SPITAL:
        I am going to object.  This is Sam in
        New York.  That is not what the
        declaration says.  It's taken out of
        context and does not include the full
        sentence.

MR. CUMMINGS:
        I will read the whole sentence.  It
        is your declaration.

BY MR. CUMMINGS:

Q.    "Mr. Woodfox is not being given consistent
access to medication that is necessary to prevent
the further deterioration of his health."

A.    In both April and May he was noted to have
high blood pressure.  No treatment plan was made
in response to the high blood pressure.

Q.    So in all these medical records that you
have reviewed, you been able to isolate two times
that you feel that they have not responded,

PAGE 42

"they," being Angola has not responded adequately
to his medical needs?

                UNIDENTIFIED COUNSEL VIA
                VIDEO TELECONFERENCE:
                    Objection.  That mischaracterizes
                what Dr. Williams said, but you can
                answer.

A.    Those were the two most recent of the
pressures that I had to review, and so those are
the two -- those were the blood pressures that I
was referring to, because they were the two most
recent blood pressures that I had to review.

BY MR. CUMMINGS:

Q.    Do you have anything else that you can
site for us today to indicate that he was not
being given consistent access to medication?

A.    No.

Q.    And in April and May, was he not being
given medication?

A.    I think you're misunderstanding my
sentence, and maybe I wasn't clear in the
sentence.  So I am saying to the medications that
are necessary to prevent the further deterioration
of his health.  So meaning that there was no
discussion in the medical records and the

PAGE 43

treatment plan about the medications and the
treatment plan for his hypertension, so that when
there was a high blood pressure reading he was not
given access to new or different medications that
could potentially -- there were no adjustments
made to his medication regimen.  Sort of what you
just talked about has happened in September and
October, so a dedicated change in medication
regimen based on an abnormal blood pressure
reading, and that is what I was talking about in
that sentence.

Q.    What would your treatment plan have been
back in April and May of 2008?

A.    We already discussed that.

Q.    Okay.  That being that you can't tell me
what the treatment plan would have been?

A.    No.

Q.    All right.  In the grand scheme of things,
as I recall your deposition, when you took Albert
Woodfox's blood pressure, it was -- let me find
it.  Do I have that?  (Viewing documents.)

A.    If I recall, it was very high.

Q.    It was extremely high.  Let me find it so
we can talk about it.  (Viewing documents.)  Okay.
Does 2000 -- wow, that would be high.  Does

PAGE 44

205/100 sound right?

A.    Yes.

Q.    205/100?

A.    Sounds right, yes.

Q.    Okay.

A.    That's the one that I am recalling as
well.

Q.    Okay.  So in comparison to 146/92, 205/100
is very high?

A.    It is very high, yes, worse.

Q.    So if it was reduced from 205/100 to
146/92, that would actually be an improvement,
wouldn't it?

A.    Yes.

Q.    Dr. Williams, let's talk about the stress
for a minute.  Because in all, today, and
previously, you have indicated just how important
that is.  Do you think it would be stressful for
Mr. Woodfox to be released from jail after being
in 36 years?

A.    I have no idea.  But it certainly could be
stressful.  I would have to talk about it.  My
recollection from my conversation with him when
I examined him was that he felt that it would --
that he would be much less stressed outside than

SHEET 12    PAGE 45

inside. But I frankly -- I don't know right now
sitting here in front of you.

Q.    Haven't you, in fact, participated in
studies that in part focused on the stress that
was involved in a geriatric prisoner being
released after being in for a substantial period
of time? And I don't want to --

A.    I haven't --

Q.    I'm sorry. I'm referring to "Growing
Older: Challenges of Prison and Reentry for the
Aging Population."

A.    On a population basis, that is not a --
well, yeah, I guess, you could characterize it as
a study. It's -- that was a literature review,
sort of an opinion about sort of synthesizing some
of the medical literature about the issue of
growing older of a prisoner and release. And on a
population basis, it can be -- there are many
studies that show that some individuals are
stressed out from the act of being released into
the population.

Q.    Okay. So that is something that you have
actually -- that has caused you enough concern
that you have actually done research on it;
correct?

PAGE 46

A.    Actually, I haven't done research on it
yet, but I hope to.

Q.    So you didn't do research in connection
with this paper, this publication?

A.    No, I just synthesized with literature,
some literature that is out there.

Q.    Okay. And that literature out there that
you reviewed, indicated that it was stressful.
And it just makes sense that someone that has been
incarcerated 36 years to be released into the
population --

A.    You know, again, it just depends on the
person. So it definitely can be extremely
stressful to be released, and it can definitely be
extremely less stressful to be released. I think
that probably it depends on the person. I -- you
know, so I think it is very person dependent, but
I don't disagree with you that it can be very
stressful to be inside. It can be very stressful
to be released. It all depends on the person.

Q.    Okay. Have you done any studies on the
stress that someone incurs when they are tried for
a criminal offense?

A.    No.

Q.    Would you have a concern that a retrial

PAGE 47

for murder might be a stressful condition for
Albert Woodfox?

A.    My understanding -- and I don't know that
I could even begin to have an opinion about this,
because I haven't asked him about this or heard
anything about this. But my understanding is that
Mr. Woodfox is at least describing feeling less
stress by given the opportunity to have a retrial.
But, you know, again, I have no idea, because I
haven't asked him that question.

Q.    And really you haven't talked to him --

A.    (Inaudible.)

Q.    And you really -- you haven't talked to
him in a long time; right?

A.    It's been a very long time, yes.
Definitely meaning that I haven't.

Q.    Okay. So it's been longer than two years?

A.    That sounds right. It feels like a long
time.

Q.    All right. So all of your opinions today
are based upon an examination of Mr. Woodfox which
was greater than two years ago and review of his
health records as well as a tour of the jail; is
that right?

A.    Yes. Well, the medical records that I had

PAGE 48

access to which is apparently weren't the ones
that I was supposed to review, but the ones I was
given, yes.

Q.    And you have not had the benefit of his
most current medicals or the details of his most
current housing situation?

A.    That is correct.

Q.    I am going to ask you about another
statement in your declaration. In No. 14, you say
-- and I'm going to read the whole thing, because
I don't want to take anything out of context.
"Given that Mr. Woodfox's blood pressure has not
been recently under control at LSP, Mr. Woodfox's
release from prison would allow him to receive
monitoring and treatment from a civilian
healthcare clinic which could be a beneficial
alternative to the insufficient care that he is
currently receiving."

Do you know whether Mr. Woodfox will have
access to healthcare?

A.    No. That's why I said which it could be a
beneficial alternative, because I don't know.

Q.    Okay. So you don't know if he is going to
have access to health care or not?

A.    No, I don't.

Brie Williams, M.D., M.S.
Wednesday, October 29, 2008
Albert Woodfox, #72148 v. Burl Cain, et al

SHEET 13  PAGE 49

Q.      Do you know whether he would pursue healthcare?

A.      No, I don't.

Q.      Do you know, in fact, from reviewing his medical records that on several occasions in 2008, he refused treatment when he was at Angola?

A.      You know, part of the problem with that is I don't know why he refused treatment.  That's again, something that really should be part of the treatment plan.  So it would be -- it is not clear to me -- I don't know.  But I don't -- I'm not sure whether or not the same reasons that he would refuse treatment would be the same reasons that he would refuse treatment on the outside if he would, so I'm not sure.

Q.      Do you know whether he was --

A.      Were there reasons given?

Q.      He had visitors.

A.      Visitors, okay.

Q.      Does that make a difference?

A.      That's a good reason.  Yes, it sounds like a good reason.

Q.      Okay.  So you can't tell us whether or not he would seek treatment on the outside, you can't tell us whether or not he would be able to pay for

PAGE 50

treatment on the outside?

A.      No, I can't.

Q.      How about his medication?

A.      That's why I said which it could be a beneficial alternative.  No, I don't know.

Q.      Okay.  And he is on -- I know that you don't have the medical records in front of you, so it's hard for you to tell us exactly what medication he is on.  But to the best of your recollection, is he on a substantial amount of medication?

A.      You said he was --

Q.      Do you have any idea what --

A.      Approximately --

Q.      Do you have any idea what that would cost?

A.      I don't know what the cost would be to him.  I would assume the cost would be substantial.  I don't know what the cost would be to him, because I don't know what the system is in Louisiana in terms of covering somebody who is recently released.  But you know what the Medicaid -- you know, whether he has any of his own individual funds.  So I don't really know what his costs would be to himself, but I do know that the sort of on the record cost of the medications

PAGE 51

would be very high.

Q.      Okay.  I'm going to take you to No. 13 on your declaration, and I'm going to read the whole thing.  "Mr. Woodfox's immediate release from the stressful prison environment at LSP, would mitigate some of the serious health risks he is facing."  Is that still your opinion?

A.      Yes.

Q.      What is that based on?

A.      You know, I think that he has at least, you know, three years ago, is what I'm basing my information on -- my only conversation with him that I am basing my information on -- is that the prison environment was extremely stressful.  He was very upset about not being able to be out.  He was very upset about not being able to see his family on a more regular basis.  And he felt at that time that being outside would be less stressful than being inside.  And so I was essentially basing it on that.

Q.      Okay.  So it is not based on any medical reports or medical treatment, it is based simply on your interview with Albert Woodfox longer than two years ago indicating that he is stressed out by prison, and at that time he was in CCR?

PAGE 52

A.      Yes, correct.

THE WITNESS:

I'm sorry, would it be possible since you-all are talking right now for me to take a very quick restroom break, or is it not --

MR. CUMMINGS:

Absolutely.

THE WITNESS:

Okay.  Great.  Thanks.

(Off the record.)

BY MR. CUMMINGS:

Q.      Okay.  Dr. Williams, I just have like one or two more questions, I promise, and I'm finished.

A.      Okay.

Q.      What I would like to do is just have you to assume for a minute, I'm going to ask you to assume that the blood pressure results for the dates that I read are correct and are accurately reflected in the reports, and then I'm going to ask you a question afterwards.  Okay?

A.      Yes.

Q.      1/17/07, 138/85; 3/27/07, 140/92.

A.      I'm sorry.  I wasn't ready.  Wait, wait,

SHEET 14   PAGE 53

wait.  I'm sorry.  Just start again.

Q.      Okay.  All right.

A.      I wasn't ready.

Q.      Okay.  I'll go slower.  1/17 --

A.      117 over --

Q.      No, I will give you the date first.

A.      The date first.  That's why I got
confused.  I thought you said 117/07, and I though
you were probably reading wrong.

Q.      Okay.  I will say January 17, 2007, and
that's 138/85.

A.      Uh-huh.

Q.      March 27, 2007, 140/92; May 2, 2007,
121/83; May 10, 2007, 108/76; June 21, 2007,
100/60; August 16, 2007, 130/78; September 12,
2007, 107/72; and November 20, 2007, 130/78.

        Taken as a whole, is it your opinion that his
blood pressure was within normal ranges at that
time?

A.      Sometimes.

Q.      Okay.  Which times do you --

A.      If you can just sort of get to the next
part of your question, I can certainly understand
where you are going.

Q.      That is my question.  That is my question.

PAGE 54

If you look at those blood pressure test results,
are they within normal range?

A.      So I think the terminology isn't
necessarily normal range, but the terminology is
whether or not they are adequately controlled for
his condition.  And so 130/78 -- the two times he
was 130/78, though 121/83 is pretty good, given
those two blood pressures that are very low might
be -- some would argue that that might be too low
for somebody with chronic renal insufficiency.
There is a very narrow range that you want to keep
people in, because there might not be enough blood
pressure to profuse his kidneys.  So those are
definitely sort of lower than the range we want,
but they might be too low.  Does that answer your
question?

Q.      Yes.  What is the range you are looking
for, the optimal range for someone that has Albert
Woodfox's conditions?

A.      Other than 110/70, 130/80, you're -- the
140/90 is too high.  Some would argue 100/60 is
probably too low, but within -- but more closely
around the, you know, 120 -- 110 to 130 range is
more appropriate.

Q.      Okay.  Thank you very much, Dr. Williams.

PAGE 55

        MR. SPITAL:

                By the way, are you done,
        Ms. Cummings?

        MR. CUMMINGS:

                I'm done.

        MR. SPITAL:

                Okay.  We have some questions.  This
        is Sam in New York.

        THE WITNESS:

                Hi.

EXAMINATION BY MR. SPITAL:

Q.      Hi, Dr. Williams, how are you?

A.      I am well, thank you.  How are you?

Q.      Good.  Do you have the declaration in
front of you that you signed on October 24, 2008?

A.      Yes.

Q.      I would like to take you through the
declaration and ask you a few questions about it.

A.      Sure.

Q.      Starting with paragraph 3, could you
please read that paragraph?

A.      "I have recently reviewed and analyzed
Mr. Woodfox's medical records dating from November
of 2007 to August of 2008."

Q.      Is that true?

PAGE 56

A.      Yes.

Q.      All right.  Next paragraph, please.  Could
you read that?

A.      "Incarcerated adults are considered older
or geriatric by age 60 because they develop
chronic illness and disability at a much younger
age than the general U.S. population."

Q.      Is that true to the best or your
knowledge?

A.      Yes.

Q.      And you don't need to read this, but you
site a bunch of sources for that proposition in a
footnote; is that correct?

A.      Yes.

Q.      Could you read paragraph 5, please?

A.      "Mr. Woodfox is now 61 years old and
continues to suffer serious medical conditions
including hypertension and Type II diabetes
mellitus, cardiovascular disease, universal
ischemia, and chronic renal insufficiency."

Q.      And to the best of your knowledge is that
true?

A.      To the best of my knowledge, yes.

Q.      Could you read paragraph 6, please?

A.      "It is well established in the medical

Brie Williams, M.D., M.S.
Wednesday, October 29, 2008
Albert Woodfox, #72148 v. Burl Cain, et al

SHEET 15    PAGE 57

community (inaudible) --
        Q.    Is that true?
        A.    Yes.
        Q.    Can you, please, read paragraph 7?
        A.    "Mr. Woodfox's blood pressure in his
medical record from May 29, 2008, was 146/92.  The
May 29, 2008, medical record included the
healthcare provider notation that Mr. Woodfox's
blood pressure is much improved.  The statement is
inaccurate."  I'm sorry.  "Mr. Woodfox's blood
pressure reading from April 2, 2000 was 146/96,"
which is essentially the same reading as the May
29th reading.
        Q.    And based on your memory of his medical
records, is that accurate?
        A.    Based on my memory, yes.
        Q.    Can you, please, read paragraph 8?
        A.    "Mr. Woodfox's blood pressure remains high
and is cause for serious concern.  Mr. Woodfox is
at significant risk for worsening renal
insufficiency, renal failure, and he is of
significant risk for eventually requiring dialysis
treatment.  It is imperative that Mr. Woodfox
receive aggressive blood pressure management to
reach his target blood pressure less than 130/80

PAGE 58

in order to slow his renal deterioration.  This
assertion is supported by a number of clinical
trials.  The JNC 7 and the K/DOQI guidelines
suggest a low blood pressure of less than 130/80
in two clinical settings, in patients with
diabetes mellitus and in patients with chronic
kidney disease.  Mr. Woodfox has both conditions."
        Q.    Okay.  I am going to take you away from
the deposition for a minute, and I'm going to ask
you to assume that certain blood pressure reading
for Mr. Woodfox are accurate, and I'm going to ask
you, if given Mr. Woodfox's condition, these blood
pressure readings indicate adequately controlled
blood pressure.
        The first is 154/93, is that adequately
controlled for Mr. Woodfox?
        A.    No.
        Q.    Okay.  The next 168/102, is that
adequately controlled for Mr. Woodfox?
        A.    No.
        Q.    176/98, is that adequately controlled for
Mr. Woodfox?
        A.    No.
        Q.    150/100, is that adequately controlled for
Mr. Woodfox?

PAGE 59

        A.    No.
        Q.    160/102, is that adequately controlled for
Mr. Woodfox?
        A.    No.
        Q.    177/94, is that adequately controlled for
Mr. Woodfox?
        A.    No.
        Q.    Okay.  Thank you.  Return to the
declaration on paragraph 9.  Can you, please, read
that paragraph?
        A.    "The medical conditions that affect
Mr. Woodfox seriously jeopardize his health and
put him at an increased risk for organ damage,
stroke, heart failure, kidney disease, retinopathy
and blindness, amputations due to neuropathy,
functional impairment, memory impairment,
hospitalization and death."
        Q.    To the best of your knowledge is that
true?
        A.    Yes.
        Q.    Can you, please, read paragraph 10?
        A.    "The medical treatment that Mr. Woodfox is
currently receiving at LSP is inadequate to treat
his serious medical conditions.  LSP has failed to
establish a medical treatment plan that adequately

PAGE 60

addresses Mr. Woodfox's complex health conditions,
and properly monitors and treats his blood
pressure."
        Q.    Can you, please, read the next paragraph?
Oh, I'm sorry.  Is that true?
        A.    Yes.
        Q.    Can you, please, read the following
paragraph?
        A.    Well, again, can I just interject
something here?
        Q.    Please.
        A.    The numbers being true based on the
medical -- all the information that I had when I
wrote this declaration.
        Q.    Thank you.  Can you, please, read
paragraph 11?
        A.    "Upon review of Mr. Woodfox's medical
records, it is evident that he has been regularly
taking the medication prescribed to him by the LSP
treatment center staff."
        Q.    To the best of your knowledge; is that
true?
        A.    Yes.
        Q.    And can I ask, Dr. Williams, what you base
that opinion on, if you remember based on the

Brie Williams, M.D., M.S.
Wednesday, October 29, 2008
Albert Woodfox, #72148 v. Burl Cain, et al

---

SHEET 16   PAGE 61

records?

          A.      I was basing that on -- well, first of
all, his heart rate which was well controlled on
his beta-blocker indicating that there is no
reason to believe that he wasn't taking that
medication.

          Q.      All right.  Can I ask you to read
paragraph 12, please?

          A.      "Mr. Woodfox is not being given consistent
access to medication that is necessary to prevent
the further deterioration of his health.  In both
April and May, he was noted to have high blood
pressure.  No treatment plan was made in response
to the high blood pressure."

          Q.      Based on your memory of those records; is
that true?

          A.      Yes.

          Q.      I will ask you to read paragraph 13,
please.

          A.      "Mr. Woodfox's immediate release from the
stressful prison environment at LSP would mitigate
some of the serious health risks he is facing."

          Q.      To the best of your knowledge; is that
true?

          A.      Yes.

---

PAGE 62

          Q.      And I would ask you to read paragraph 14,
please?

          A.      "Given that Mr. Woodfox's blood pressure
has not been recently under control at LSP, Mr.
Woodfox's release from prison would allow him to
receive monitoring and treatment from a civilian
healthcare clinic which could be a beneficial
alternative to the insufficient care he is
currently receiving."

          Q.      And based on your knowledge, do you
continue to hold that opinion?

          A.      Yes.

          Q.      Thank you very much.

                  MR. SPITAL:

                          I have no further questions for
                  Dr. Williams.

                  MR. CUMMINGS:

                          Thank you.

                  MR. TRENTICOSTA:

                          That's it.

                  (Off the record at 3:32 p.m.,
                  whereupon, the taking of the witness's
                  testimony is concluded.)

---

PAGE 63

          R E P O R T E R ' S   P A G E

          I, Angie Henning, Certified Court Reporter, in
and for the State of Louisiana, the officer, as
defined in Rule 28 of the Federal Rules of Civil
Procedure and/or Article 1434(b) of the Louisiana
Code of Civil Procedure, before whom this sworn
testimony was taken, do hereby state on the
record:

          That due to the interaction in the spontaneous
discourse of this proceeding, dashes (--) have
been used to indicate pauses, changes in thought,
and/or talkovers; that same is the proper method
for a court reporter's transcription of
proceeding; that the dashes (--) do not indicate
that words or phrases have been left out of this
transcript; and that any words and/or names which
could not be verified through reference material
have been denoted with the phrase "(phonetic)."

---

PAGE 64

STATE OF LOUISIANA:

PARISH OF EAST BATON ROUGE:

          I, Angie Henning, Certified Court Reporter in
and for the State of Louisiana, as the officer
before whom this testimony was taken, do hereby
certify that the foregoing pages, constitute a
true and correct transcription of the evidence
adduced on the taking of the testimony via video
teleconference of
BRIE WILLIAMS, M.D., M.S.,

          on Wednesday, the 29th day of October, 2008,
at the Attorney General's Office, 1885 North Third
Street, Baton Rouge, Louisiana, after the witness
had been first duly sworn by me; that the
testimony was reported by me in the voicewriting
reporting method and thereafter reduced to
typewriting by me; that I am not related to
counsel or to the parties herein, nor am I
otherwise interested in the outcome of this
matter.

ANGIE HENNING, CVR, CCR #23023

---

Judy P. Foust, Inc.
Certified Court Reporters
(225) 344-2270



**BOBBY JINDAL**
Governor

**JAMES M. Le BLANC**
Secretary

# State of Louisiana
## Department of Public Safety and Corrections
### Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712



West Feliciana

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| **Inmate Name:** | Albert Woodfox | **DOC#** | 72148 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☒ **Medical only** | 08/11/2008 - present |
| ☐ **Mental Health only** | |
| ☐ **Medical and Mental Health** | |
| ☐ **Other** | |

| Signature: | *Sandra Connell* <br> **Sandra Connell#24938** <br> **Ex-Officio Notary,** <br> **Department of Public Safety and** <br> **Corrections/LSP** | October 27, 2008 |
|---|---|---|

# MEDICATION CHARTING SHEET

| A. PUT "INIT" | B. CIRCLE INITIALS WHEN MED. REFUSED | C. STATE REASON IN REMARKS | D. PRN MEDS, REAS |
| --- | --- | --- | --- |

A. APPROPRIATE BOX WHEN MED. GIVEN

**EN LISTED IN NURSES NOTES**

D/C = DISCONTINUED
O = OMIT OR REF

MEDICATIONS

WUUDFOX, ALBERT  72148
ENALAPRIL (VASOTEC) 20MG TAB
TAKE ONE TABLET AT 2ND AND LAST
PILLCALL
**Rx 842060    D/C 11/19/2008    FL(09/24/2008)**

WUUDFOX, ALBERT  72148
METOPROLOL (LOPRESSOR) 50MG TAB
TAKE 2 TABLETS AT 2ND AND LAST PILL
CALL.
842061:   D/C 11/19/2008    FL(09/11/2008)

WOODFOX, ALBERT  72148
METFORMIN ER (GLUCOPHAGE) 500 MG. TAB.
TAKE ONE TABLET AT 2ND AND LAST
PILLCALL
**Rx 842062    D/C 11/19/2008    FL(09/11/2008)**

WOODFOX, ALBERT  72148
LORATADINE (CLARITIN) 10MG TAB
TAKE ONE TABLET AT 2ND PILL CALL.
**Rx 842063    D/C 11/19/2008    FL(09/11/2008)**

WOODFOX, ALBERT  72148
HYDROCHLOROTHIAZIDE 25MG TAB
TAKE ONE TABLET AT 2ND PILL CALL.
**Rx 842065    D/C 11/19/2008    FL(09/11/2008)**

WOODFOX, ALBERT  72148
AMLODIPINE BESYLATE (NORVASC) 10 MG TA
TAKE ONE TABLET AT 2ND PILL CALL.
**Rx 862584    D/C 03/18/2009    FL(09/11/2008)**

WOODFOX, ALBERT  72148
ASPIRIN ENTERIC COATED 81MG TAB
TAKE ONE TABLET AT 2ND PILL CALL
**Rx 862585    D/C 03/18/2009    FL(09/11/2008)**

| DATE | 08/28/2008 |
| --- | --- |

WOODFOX, ALBERT
D  EAG 1

SEPTEMBER MAR's
DOC # 72148

PULSE RATE

BLOOD PRESSURE

ALLERGIES    PENICILLINS

DRUG ALLERGIES

INJECTION SITE NUMBERS

# MEDICATION CHARTING SHEET

| | A. PUT INI. | N APPROPRIATE BOX WHEN MED. GIVEN | | B. CIRCLE INITIALS WHEN MED. REFUSE | | C. STATE REASON REFUSED IN NURSES NOTES | | D. PRN MEDS. REAS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | SIGNATURE | INIT | NAME | SIGNATURE | INIT | NAME | SIGNATURE | INIT | /EN LISTED IN NURSES NOTES |
| 1 | | | | | | | | | D/C = DISCONTINUED |
| 2 | | | | | | | | | O = OMIT OR REF |

MEDICATIONS

1 WOODFOX, ALBERT   72148     D EAG 1
LATANOPROST (XALATAN) 2.5ML OPTH   KOP
PLACE 1 DROP IN BOTH EYES AT BEDTIME

Rx 871411    D/C 05/12/2009    FL(09/11/2008)

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a.m. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| p.m. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| h.s. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DATE  08/28/2008

| | PULSE RATE | | BLOOD PRESSURE |
|---|---|---|---|

WOODFOX, ALBERT
D  EAG  1

SEPTEMBER MAR's
DOC # 72148

ALLERGIES
PENICILLINS

DRUG ALLERGIES

INJECTION SITE NUMBERS
1. LEFT UPPER OUTER ARM
2. RIGHT UPPER OUTER ARM
3. BUTTOCKS (GLUTES) RIGHT
4. MAX (DELTOID) LEFT
5. MAX (DELTOID) RIGHT
6. THIGH QUADRICEPTS RIGHT
7. THIGH QUADRICEPTS LEFT

| Collector's Init. | Date / Time Specimen Collected | | Date / Time Specimen Received | | A.M.<br>P.M. | Date / Time Results Reported | |
|---|---|---|---|---|---|---|---|
| CR 9/23/08 | 1000 | A.M.<br>P.M. | | | | 9/25/08 | 225 P.M. |

☐ In Patient  ☐ Clinic  ☐ Emergency Room  ☐ Isolation    Date / Time Requested    A.M.<br>P.M.    Nurse Initial

Physician: Williams

Service    Location Rm. / Bed    Date Reported 7/25/08    Lab Initial

Albert Woodford
721485
61.
N Eg8 -1

Diagnosis

**ROUTINE URINALYSIS - II**

☐ Catherized  ☐ Random
☐ Clear  ☐ Hazy
☐ Cloudy  ☐ Other
☐ Straw  ☐ Yellow  ☐ Amber  ☐ Other

**URINALYSIS**  241000
**APPEARANCE:**
**COLOR:**  I.D. 721485

Specific Gravity Yellow
Clarity: Clear
GLU Negative
BIL Negative
KET Negative
SG 1.020
PH 7.0
PRO Negative
URO 1.0 EU/dL
NIT Negative
BLO Negative
LEU Negative

Epith / LPF
WBC / HPF
RBC / HPF
Yeast
Trich
Bact
Casts / LPF:   Hyaline
Graular, Fine
Graular, Coarse
Cell
Waxy
Mucus
Crystals:

**NORMAL RANGE:**
Color: Yellow
Appearance: Clear
Specific
Gravity: 1.005-1.030
pH: 4.5 8.0
Protein: Negative
Glucose: Negative
Ketones: Negative
Bilirubin: Negative
Blood: Negative
Urobilinogen: 0.1 - 1.0 EU/dl
Nitrite: Negative

Microscopic:
WBC: 0 - 5/hpf
RBC: 0 - 2/hpf
Casts: Hyaline (Few)

LSUHSC-HCSD 2-050A (R 8/00)



**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 269-252-0733-0 | S | MB | COMPLETE | Page #: | 1 |

| ADDITIONAL INFORMATION | | | | | | |
|---|---|---|---|---|---|---|

WILLIAMS M          FASTING: N
DOB: 2/19/1947

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WOODFOX,ALBERT | M | 61 / 7 |

PT. ADD.:

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 9/25/2008     10:00 | 9/25/2008 | 9/26/2008 | 8:29 | 1215 |

| CLINICAL INFORMATION | | |
|---|---|---|
| CD- 41103815027 | | |
| PHYSICIAN ID. WILLIAMS | NPI | PATIENT ID. 72148 |

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA  70712-0000
ACCOUNT NUMBER:     17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Microalb/Creat Ratio, Randm Ur
   Creatinine, Urine      150.4    mg/dL      22.0 - 328.0   01
                    **Please note reference interval change**
   Microalbum.,U,Random    12.0    ug/mL      0.0 - 17.0   01
   Microalb/Creat Ratio     8.0    ug/mg creat   0.0 - 30.0

LAB: 01 MB     LabCorp Birmingham          DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-1935



LOUISIANA STATE PENITENTIARY
R.E . BARROW, JR. TREATMENT CENTER
ANGOLA, LA  70712

MEMORANDUM

TO: SECURITY          MEMO TYPED DATE:09/23/2008          ISSUED DATE:09/23/2008

FROM: HEALTH INFORMATION MANAGEMENT DEPARTMENT          RE: BLOOD PRESSURE CHECK
=======================================================================
LOCATION:D EAG 1
DOC#:72148          NAME:WOODFOX          ,ALBERT          RACE:B

THE ABOVE NAME AND NUMBERED INMATE IS TO HAVE BLOOD PRESSURE CHECKS WEEKLY, ON
TUESDAYS X FOUR (4) WEEKS.

EXPIRES:          10/21/2008
PER ORDERS OF:    DR. WILLIAMS, MD

R.E. Barrow, Jr. Treatment Center
Physician's Clinic

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| **WOODFOX** | **, ALBERT** | **72148** | **D EAG 1** | **9/23/2008** |

BP: <u>154</u> / <u>93</u>   Temp <u>97</u>   Pulse <u>64</u>   Resp:<u>20</u>   Height <u>68</u>   Wt.: <u>180</u>

DOB <u>2/19/47</u>                        61  year old B   Male                Time: 2:23:34 PM

Allergies:     PCN

Reason for Visit:   <u>GENERAL MEDICINE</u>

Chief Complaint:

O2 Saturation [          ]

---

No more chest tightness

"Borderline" DM disease

PE WD WN
lungs - clear
car RRR
no edema

Lab 7/21
CBC —
$\frac{140 | 107}{3.7 | 31}$ 152   PSA 1.1
TSH

24 BUN
1.5 Cr   (was 1.2)

HbA1C 6.8   5/31/08
— always fine!

On Metf Doc
Hctz Vesefac
Lopresor, Norvac

Assessment:
HTN - needs better control
CAD - stable
HCV
DM - Controlled
CRI - ?

Plan: - Consider Clonidine
1. UA c̄ Microalbumin Large
2. BP Weekly × 4 wk
3.
4. NTC labs
5.

9/23/08

Date                    MD Signature

R     arrow, Jr. Treatment Center
Physician's Clinic

| Name | | DOC | Location | Date: |
|------|---|-----|----------|-------|
| **WOODFOX** | , **ALBERT** | **72148** | **D EAG 1** | **10/21/2008** |

BP: 1**77** / **94**   Temp **97.1**   Pulse **67**   Resp: **18**   Height **68**   Wt.: **184**     Time:
**2:06:37 PM**
DOB **2/19/47**                       **61** year old **B**      **Male**

Allergies:        **PCN**

Reason for Visit:    **GEN.MED**

Chief Complaint:

O2 Saturation [            ]

C/o Impotence Fatigue s̄ BP ↑
s̄ d Clonidine to Minoxidil 2° Fatigue
Sleeps all the time

Discussed at length
Hold off on Lasix

Assessment:

1. HTN -
2. CAD
3. HCV
4. DM
5.

Plan:

1. ↑ Minoxide to 5 bid
2. DC Hct z̄
3. Zanaxlin 5 ☆ 2d pc
4.
5. RTC 2 wk
10/21/08
11-21-08 230P Neil Soms Lemoine
Date                    MD Signature

## LOUISIANA STATE PENITENTIARY
### R. E. BARROW, JR. TREATMENT CENTER

## CONTRACT SPECIALTY CLINIC NOTES

Name: Albert Woodfox     DOC#: 72148     Camp: _____

B/P: _____    Weight: _____    Temp: _____    Pulse: _____    Resp: _____

Allergies: _____    Date of Birth: _____    Age: _____

Date: 10-14-08    Time: _____    a.m.
                                    p.m.

**Specialty Clinic:**

☐ Clinic W          ☐ EKL Surgery      ☑ General Medicine    ☐ GI Clinic
☐ HP Clinic         ☐ Minor Surgery    ☐ Orthopedic          ☐ Podiatry
☐ Neurology         ☐ Urology          ☐ Other: _____

No show, reschedule Gen Med appt

rsc /wk

J W____
10-14-08  B Japlulpro  @ 11:0?am

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Allad Woolfor    DOC#: 72148    CAMP: _____    JOB ASSIGN: _____

TEMP: _____    PUSLE: _____    RESP: _____    B/P: _____    WEIGHT: _____

DATE: 9/30/08

TIME: _____

ALLERGIES: PCN

BP ✓ 168/102

On Max dose Hcd2, Vesdec, Lopresn & Norvasc.

~~DC dc~~

Add Clonidine 0.1 TID → Rx sent

Cont BP checks

9/30/08 D Rimler

10/7/08 — stopped clonidine 2° Fatigue RX sent
BP 176/98    Add Minoxidil 5 mg BD
~~Stone~~ Gen Med Clinic / wk

☐ DUTY STATUS: _____    ☐ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____    PHYSICIAN SIGNATURE _____

LSP-TC 19   06/2006    PHYSICIANS CLINIC    N Brown 10-7-08 @ 1525

R.E. ⸝rrow, Jr. Treatment Center
Physician's Clinic

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| **WOODFOX** | , **ALBERT** | **72148** | **D EAG 1** | **9/23/2008** |

BP: 154 / 93  Temp 97  Pulse 64  Resp: 20  Height 68  Wt.: 180  Time: 2:23:34 PM

DOB 2/19/47   61 year old B   Male

Allergies:   PCN

Reason for Visit:   GENERAL MEDICINE

Chief Complaint:

Copy to Camp D Nurse ⸝⸝

O2 Saturation [          ]

No more chest Tightness

"Borderli" DM dailey.

PE WD WN
lu-clear
car- RRR
No edema.

Lab 7/21
CBC —
$\frac{140 | 108}{3.7 | 31}$  152  PSA 1.1
TSH ✓

24 BUN
1.5 Cr  (was 1.2)

HgA1C 6.8  5/31/08
— always fine!
Micro alb — n.

On Max Dose
Hct₂, Vasotec
Lopresor, Norvasc

Assessment:

1. HTN - Needs better control

2. CAD - Stable

3. HCV

4. DM - Controlled

5. CRI - ?

Plan:

— Consider clonidine
UA c̄ Micro albumin Ldrogt
* BP Weekly x 4 wk (on Tues)

4. * rtc 1 mth

5.

9/23/08   [signature]
Date   MD Signature
9-23-08  230PN [illegible]

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
HEALTH CARE REQUEST FORM

INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please **PRINT** the following

Name: ALBERT WOODFOX    DOC#: 72148    Age: 61    Race: Black

Living Quarters: CAMP-D-EAGLE-1    Job Assignment: YARD ORDERLY    What is your health care

complaint and/or request? I NEED TO SEE THE DENTIST. MY- DENTAL

PLATE HAS STARTED TO DETERIORATE, & CRACK.

Inmate Signature: ALBERT WOODFOX

---

☑Sickcall  ☐ Triage  ☐ A&T Unit  ☐ Nursing Unit I/II  ☐ MD Clinic  ☐ Dental  ☐ Mental Health  ☐ Other
HEALTH CARE PROVIDER ASSESSMENT                                                                          ☑a.m.

Date: 8-11-08    Location Seen: Eagle 1    Time Seen: 642    ☐ p.m.

B/P: ___/___  Pulse: ____  Resp: ____  Temp: ____  Tetanus: ☐<5 years ☐>5 years  Glucose: ____  SaO2: ____

Allergies: _____  Medications: _____
PROVIDER CHIEF COMPLAINT: pt. seen due to above C/C
PHYSICAL EXAMINATION: pt. states his denture plate is starting to
deteriorate and crack. pt. denies trauma or injuries. pt. in NAD
@ this time.

PMHX:
TREATMENT: pt. referred to Dental
Clinic for further eval & TX

Dental

NEW MEDICATIONS ORDERED:    TOTAL: ____

0          0

21    William Meals a
HCP#    HEALTH CARE PROVIDER SIGNATURE
        Billy Cannon DDS, MS
        PHYSICIAN SIGNATURE

DISPOSITION:
☐ Sickcall PRN
☐ Refer to A&T Unit - Time and name of supervisor
   notified: _____  ☐ a.m. ☐ p.m.
☐ Refer to MD
MD NOTES:
_____
_____
_____

IMPRESSION:
_____

☐ Refer for Clinic Appointment:  Date of Appt: ____
☑ Refer for Dental Appointment:  Date of Appt: ____
☐ Refer for Eye Examination:  Date of Appt: ____
☐ Mental Health Referral:
☐ Referral #: _____

---

☐ No Medical Co-Payment  ☑ Medical Access Fee @ $3.00  ☐ Prescription @ $2.00 each  Total $ 3-W

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services
and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if
I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary
report for malingering or aggravated malingering.

ALBERT WOODFOX          72148        8-11-08       William Meals a
INMATE SIGNATURE         DOC#          DATE          WITNESS SIGNATURE
White Copy (Original) - Medical Record    Blue Copy - Business Office    Yellow Copy - Inmate's Copy

LSP-TC-01    Rev. 04/08

## DENTAL EVALUATION

(LDOC-MF 2-05)

INITIAL _____

ANNUAL ___✓_____

DATE __9-22-08_____

INSTITUTION: _____LSP_____

NAME: __Albert Woodfox_____     DOC # _72148_____

RACE: ___B_____     SEX: __M_____     DATE OF BIRTH: _____

INDICATE MISSING TEETH WITH "X", RESTORABLE TEETH WITH "O", NON-RESTORABLE TEETH WITH "I"



DENTAL DIAGNOSIS: ___ c̄c c̄ Poor fitting ↑ R.P.D.

TREATMENT RECOMMENDED: ___ Tissue Conditioning / Healing and
New ↑↓ RPD

DENTAL OFFICER

## LOUISIANA STATE PENITENTIARY
### R. E. BARROW, JR. TREATMENT CENTER

### DENTAL PROGRESS NOTES

NAME: _Albert Woodfox_    LOCATION: _____

DOC#: _72148_    WORK ASSIGNMENT: _____

| DATE | TOOTH NUMBER | CAVITY LOCATION | OPERATION OR TREATMENT* |
|------|--------------|-----------------|-------------------------|
| 10/9/8 | | | Attorney Visit - Reschedule / RTC to eval to Perio/etc |
| 10/13/8 | 15/17/32 | O Amal | Licdo x2 - 15/17/32 - O Amal - Scaled all teeth - Improved Soft Tissue but still Puffy gen on ↑ especially ↑ Rt ← to Cut Back Acrylic Between 3 + 5 - RTC in 4 weeks to eval Tissue + ? Hydrocort PRN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Notes should be signed by dentist and/or technician.

LSP-TCDEN 02   Rev. 10/97

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**

**DENTAL PROGRESS NOTES**

NAME: Albert Woodfox.                LOCATION: _____

DOC#: 72148                WORK ASSIGNMENT: _____

| DATE | TOOTH NUMBER | CAVITY LOCATION | OPERATION OR TREATMENT* |
|------|------|------|------|
| 12/15/03 | | | Imp PARTIAL Repair / (On Thurs) /30<br>RTC Del. |
| 12/22/03 | | | DeL partial Repair<br>relined 1X Side in Clinic<br>(Re: typ. (illegible signature) /30 |
| 7/11/05 | | | T.G. & 2 P.A.<br>RTC Reline MAX, to Tissue.<br>recreation. |
| 10/11/6 | | | Eval. U RPD - No need to replace #3 - Not<br>in function - does not wear lower - RTC<br>RF          Dr. (illegible signature) |
| 8/13/08 | | | S.C. → C.R. → RTC - Dr Barry - Comp<br>§ EVAL          2 wk<br>Dr C.H.D |
| 8/28/8 | | | Reschedule - Atty Visit - RTC SC /Eval<br>in 1 week |
| 9/22/8 | | | Exam / ↑ x-Rays /OCS / OHI - Re: Remove<br>RPD for Now - Do Not wear<br>RTC in 2 weeks to Eval<br>for Begin (illegible) 9/15 |

*Notes should be signed by dentist and/or technician.

LSP-TCDEN 02   Rev. 10/97

# LO  SIANA STATE PENITENTIA
## R. E. BARROW, JR. TREATMENT CENTER

### BLOOD PRESSURE CHECK/MONITORING SHEET

| Name: Albert Woodfox | DOC#: 72148 | Location: D Eag 1 |
|---|---|---|

Name of Ordering Physician: Dr. Williams

Start Date: 9-30-08      End Date: 10-21-08

Specific Orders/Instructions: B/P weekly X 4 Weeks

| Date | Time | Blood Pressure | Signature of Health Care Provider |
|---|---|---|---|
| 9-30-08 | 0910 | 168/102 CN | Dr. Williams notified. New R (Clonidine) ordered. Inmate informed of |
| 10-7-08 | 1220 | 176/98 CN | change. Expressed understanding cont BP as ordered — CNurse d |
| 11-15-08 | 1230 | 150/100 | CNutley, x |
| 10-21-08 | 1230 | 160/102 | CNelles, h |
| 10-21-08 | * copy sent Dr. Williams @ REBTC |  | |
| | Has f/u appt c Dr. William 10/21/08 — CNurse |  | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

EXHIBIT
2

Original:    Health Information Management
cc:       Ordering Physician

LSP-TC 40   02/98

# Exhibit G

2008



**BOBBY JINDAL**
Governor

**JAMES M. Le BLANC**
Secretary

# State of Louisiana
## Department of Public Safety and Corrections
### Louisiana State Penitentiary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

West Feliciana

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate name: | Albert Woodfox | DOC# | 72148 |
|---|---|---|---|

| ...ted below is the information which is attached: | Time period of requested information: |
|---|---|
| ☐ **Medical only** | November 2007 to present |
| ☐ **Mental Health only** | |
| ☒ **Medical and Mental Health** | |
| ☐ **Other** | |

| Signature: *Sandra Connell*<br>Sandra Connell#24938<br>**Ex-Officio Notary, Department of Public Safety and Corrections/LSP** | August 13, 2008 |
|---|---|

Add'l documents produce
to plaintiffs—0703

002119

## LOUISIANA STATE PENITENTIARY
### R.E. BARROW, JR. TREATMENT CENTER
### HEALTH CARE REQUEST FORM

**INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)**

Please PRINT the following

Name: _ALBERT WOODFOX_   DOC#: _72148_   Age: _61_   Race: _BLACK_

Living Quarters: _CAMP-D-EAGLE-1_   Job Assignment: _YARD ORDERLY_   What is your health care

complaint and/or request? _I NEED TO SEE THE DENTIST. MY DENTAL_

_PLATE HAS STARTED TO DETERIORATE + CRACK_

Inmate Signature: _ALBERT WOODFOX_

---

☐ Sickcall   ☐ Triage   ☐ A&T Unit   ☐ Nursing Unit I/II   ☐ MD Clinic   ☐ Dental   ☐ Mental Health   ☐ Other

### HEALTH CARE PROVIDER ASSESSMENT

Date: _8.11.08_   Location Seen: _Eagle 1_   Time Seen: _642_   ☐ a.m. ☐ p.m.

B/P: _/_   Pulse: ___   Resp: ___   Temp: ___   Tetanus: ☐ <5 years ☐ >5 years   Glucose: ___   SaO2: ___

Allergies: ___   Medications: ___

PROVIDER CHIEF COMPLAINT: _____

PHYSICAL EXAMINATION: _pt states his denture plate is starting to_
_deteriorate and crack. pt denies trauma or injuries. pt in NAD_
_c this time._

PMHX:

TREATMENT: _pt referred to Dental_
_Clinic for further eval & Tx_

DISPOSITION:
☐ Sickcall PRN
☐ Refer to A&T Unit – Time and name of supervisor
  notified _____ ☐ a.m. ☐ p.m.
☐ Refer to MD

MD NOTES:

_Dental_

NEW MEDICATIONS ORDERED   TOTAL: ___

IMPRESSION:

☐ Refer for Dental Appointment   Date of Appt:
☐ Refer for Eye Examination      Date of Appt:
☐ Mental Health Referral
☐ Referral #:

**Add'l documents produced to plaintiffs—0704**

_21_   _William Meals_
HCF#   **HEALTH CARE PROVIDER SIGNATURE**

_Billy Cannon DDS, M5_
**PHYSICIAN SIGNATURE**

---

☐ No Medical Co-Payment   ☐ Medical Access Fee @ $3.00   ☐ Prescription @ $2.00 each   Total $ _3.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering or aggravated malingering.

_ALBERT WOODFOX_   _72148_   _8-11-08_   _William Meals_
**INMATE SIGNATURE**   **DOC#**   **DATE**   **WITNESS SIGNATURE**
White Copy (Original) - Medical Record   Blue Copy - Business Office   Yellow Copy - Inmate's Copy

LSP-TC 01   Rev. 04/98

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: *Albert Woodfox*    DOC#: 72148    CAMP: Eagle 1    JOB ASSIGN: _____

TEMP: _____    PUSLE: _____    RESP: _____    B/P: _____    WEIGHT: _____

DATE: 8/1/08

TIME: _____

F/u HTN

ALLERGIES: _____

Resch on Attorney
Visit

DJordan
8 1 08
145/p

Y STATUS: _____    □ APPOINTMENT: _____

_____

ORDERS: _____    PHYSICIAN SIGNATURE: _____

19   06/2006

PHYSICIANS CLINIC

Add'l documents produced
to plaintiffs—0705

Louisiana State Penitentiary
R.E. Barrow, Jr. Treatment Center
Physician's Clinic

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| VOODFOX , ALBERT | | 72148 | D EAG 1 | 5/29/2008 |

BP: 146 / 92   Temp 98.6   Pulse 67   Resp:18   Height 68   Wt.: 180

Time: 2:46:40 PM

DOB 2/19/47    61 year old B   Male

Allergies: PCN

Reason for Visit: GEN. MED

Chief Complaint:

O2 Saturation [redacted]

much improved

S: f/o HTN CAD DM CRI
HCV Vitiligo

O: BP 146/92  Ø CP Ø SOB Ø DOE
Ø HA Ø dizziness

had sally
meat
diet teaching done

inter
cmp
φ CBC 6/6
reads

lrst A1c 6.6   lrst cr 1.7 Bun nml
HCV labs pending for tomm (A1c Clem?)
for Clinic A HCV f/u @ Camp D
nevmets c̄ pt med teaching Done

A: HCV c̄ nml Alt
HTN mod ctrl
CRI ? dymin elev cr ??
CAD Stable
Vitiligio
glaucoma suspect
RTC 3 mnths

Plan:
Labs CBC
Clem 14
LFT A1c
FLP
PSA
TSH
Requested ...

MNWossham LPN
5-29-08

5/29/08
Date

Add'l documents produc
to plaintiffs—0706

MD Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

CONTRACT SPECIALTY CLINIC NOTES

Name: Albert Woodfox    DOC#: 72148    Camp: _____

B/P: _____    Weight: _____    Temp: _____    Pulse: _____    Resp: _____

Allergies: _____    Date of Birth: _____    Age: _____

Date: 5|28|08    Time: _____    a.m.
                                    p.m.

Specialty Clinic:
    □ Clinic W     □ EKL Surgery     ☑ General Medicine     □ GI Clinic
    □ HP Clinic     □ Minor Surgery     □ Orthopedic     □ Podiatry
    □ Neurology     □ Urology     □ Other: _____

Reschedule Gen Med

5|28|08 B Taplin ϕv @ 1530

Add'l documents produced
to plaintiffs—0707

LSP-TC 05    Rev. 01/2007

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIP RETURN

NAME: WOODFOX,ALBERT                    DOC#: 72148

DATE RETURNED TO TREATMENT CENTER 05/01/2008        LOCATION: D EAG 1

♦   CLINIC   CMC/ HVF 12 EYE CL     Time returned to TC: _____ AM/PM

♦   OTHER #: F/U _____

Returned: __ With Paperwork          __ Discharge to Camp

          __ Without Paperwork          Security Notified:_____ AM / PM

          __ Obtain Results          Admit to: __ Nursing Unit I

Nurses Signature: _____     __ Nursing Unit II

*Glaucoma DR 1+6-0893/An*
*already taking Xalatan*

*5-2-08*
*Noted*

*LDFE  8/07  ⊂˙ʳ̇*

Dilation: Time: _____
M1 / N2.5 / N10 / OD / OS / OU
C0.5 / C1 / C2 / CM

DO:        OD / OS / OU
IO:        OD / OS / OU
60/78/90: OD / OS / OU

PVD: Y / N C/D_____

PVD: Y / N C/D_____

BAT OD OS _____/_____

LOTMAR  OD ___/____ OS ____/____

Reviewed test: lab / rads / medical:
Discussed results with:
Reviewed image:
Reviewed old records from:
Obtained additional history from:

**Diagnoses** (established or new, stable, improved or worsening, planned workup)

**IMPRESSION / PLAN:**

① Glaucoma Suspect (+) FHx ⊄ Dessyn
HVF - full OU
IOP good on Xalatan
Will cont Xalatan - pt
    prefers to cont drops

DFE next visit

② DSC OU

Target IOP <

**In Office Counseling:**

**To:**    Pt    Spouse   (G) Child  S / D
         (G) Parent ( M / F )   Sib    Friend
**Review:**  Photo    Dx    Rx    Prog
1. Diagnostic results impressions / recommended diagnostic studies
2. Risk/benefits of Rx options
3. Instructions for Rx and/or follow-up
4. Importance of Rx compliance
5. Reduction of risk factor
6. Patient and family education
7. Patient to call if problems
8. Understood by patient and family

| | | | | |
|---|---|---|---|---|
| Exam | PO | Laser | Pre-op | Gonio |
| VA | PUP | Refr | TAP | Dilate |
| VF | 30-2 | 24-2 | 10-2 | Threshold |
| Sup 64 | Taped / Untaped | | SITA S / F B/Y Red | |
| LOTMAR | Color: D15/ plates | | | |
| Photos | Stereo | Disc | Fundus | |
| | IVFA | Transit | OD | OS |
| Excuse | Work / School | | | |

Obtain old records from:
Obtain CT/MRI from:

General   Peds   Retina   Glaucoma   Plastics   Cornea

DATE: ____10____ days / wks / (mos) / yrs / sooner prn

Resident:
_____

Staff signature:
_____

Medof Sanders Nussdorf Selser Eustis Hesse Fry Tipton
Fellow   Retina   Glaucoma

Add'l documents produc...
to plaintiffs—0709

**CMC** — Leonard J. Chabert Medical Center — LSUHSC/HCSD

| PAIN SCALE | TYPE | LOCATI |
|---|---|---|
| ☒ | | |

☐ Pain Scale Teaching Completed

PT#  3237870  MR 302911
WOODFOX ,ALBERT
02/19/1947

05/01/08
2 / M  61
J  OPA

# Department of Ophthalmology

## Patient Examination Form

HVF today
cc: Glaucoma suspect

PHONE: Inmate    DATE: 5-1-08

PCP: _____
Last eye exam: Date: 9-27-08 Dr.
Last Rx change: Date: ___ Dr.
Systemic Meds △ : Y / N    See Flow Shee
Hospital/Surg: _____
9 #3

Eye ROS:

Medical ROS: HTN ; DM

Hx Reviewed: LaPreal _____ MD

Allergies: NKMA
Other: PCN
Xalatan oll g
(Ran out Timolo
prison MD patron Xo
D.Hebert R

### Ocular Examination (Foc/ Exp Foc / Det/ Comp)

O

BP:
Neuro/Psych: A&O x _____

Mood and Affect _____

| | | |
|---|---|---|
| 20 sc /30 | sc | 20 sc /100-1 |
| cc /50-1 | Ph cc | cc /70 |
| V< | V< | N< |

MRx<

HVF < full
         full

Ext WNL

Motility: (Full)   Other:

Confront VF<
Perimetry Performed
(Separate Sheet)

P< ∅APD

Ta< 13/14   200 PM   CLT < 502/504

**SLE:**
LLA: (WNL) / Blepharitis/MGD
Conj: (NL)  inj  pap  foll
Cornea: (Clear)  Guttata / KP / MDF
AC: (D / Q) ___ cells ___ flare
Iris: (NL)  Rub: Y / N  PI: Y / N

Lens: Clear / WNL
Cat: 2+ NS / ___ CS / ___ PSC
IOL: PC / AC / Aphakia
PC: Clear / Intact / Opac / Open

X  X

**SLE:**
LLA: (WNL) / Blepharitis/MGD
Conj: (NL)  inj  pap  foll
Cornea: (Clear)  Guttata / KP / MDF
AC: (D / Q) ___ cells ___ flare
Iris: (NL)  Rub: Y / N  PI: Y / N

Lens: Clear / WNL
Cat: 2+ NS / ___ CS / ___ PSC
IOL: PC / AC / Aphakia
PC: Clear / Intact / Opac / Open

CMC-233
10/03

Add'l documents produce
to plaintiffs--0710

Doc#:72148      Inmate Name: WOODFOX         , ALBERT          Race: B Age: 61.
  LSP AU Date: 03/22/99     Location: D EAG 1        Job: DORM ORD

Current Medications

| | Medication | Strength | Start Date | Stop Date | Page 1 Dr. Ordered |
|---|---|---|---|---|---|
| 1. | ENALAPRIL (VASOTEC) | 20MG | 11/21/2007 | 11/19/2008 | SYLVESTER, J. |

Directions:   TAKE ONE TABLET AT 2ND AND LAST PILLCALL

| 2. | METOPROLOL (LOPRESSOR) | 50MG | 11/21/2007 | 11/19/2008 | SYLVESTER, J. |

Directions:   TAKE 2 TABLETS AT 2ND AND LAST PILL CALL.

| 3. | METFORMIN ER (GLUCOPHAGE) | 500 MG. | 11/21/2007 | 11/19/2008 | SYLVESTER, J. |

Directions:   TAKE ONE TABLET AT 2ND AND LAST PILLCALL

| 4. | LORATADINE (CLARITIN) | 10MG | 11/21/2007 | 11/19/2008 | SYLVESTER, J. |

Directions:   TAKE ONE TABLET AT 2ND PILL CALL.

| 5. | HYDROCHLOROTHIAZID E | 25MG | 11/21/2007 | 11/19/2008 | SYLVESTER, J. |

Directions:   TAKE ONE TABLET AT 2ND PILL CALL.

| 6. | AMLODIPINE BESYLATE | 10 MG | 03/19/2008 | 03/18/2009 | ROUNDTREE, JONATHAN |

Directions:   TAKE ONE TABLET AT 2ND PILL CALL.

| 7. | ASPIRIN ENTERIC COATED | 81MG | 03/19/2008 | 03/18/2009 | ROUNDTREE, JONATHAN |

Directions:   TAKE ONE TABLET AT 2ND PILL CALL.

| 8. | LATANOPROST (XALATAN) | 2.5ML | 04/19/2008 | 04/18/2009 | ANTOON, R. |

Directions:   PUT ONE DROP IN BOTH EYES AT BEDTIME.

Signature:   _ALBERT WOODFOX_

1.   ve circled meds at designated pill call times
2.)Have inmate initial each dose given and the officer sign the page
3.)Circle pill call time if he refuses and fill out a refusal form
4.)If inmate carries his own meds, document this beside the Med.
PRINTED DATE:   Tuesday, April 29, 2008

Add'l documents produced to plaintiffs--0711

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center

## REFUSAL TO ACCEPT MEDICAL CARE
(For Security Use)

Date: 4-30-08

I ALBERT WOODFOX            DOC# 72148

hereby refuse the following described medical attention:

PLEASE RESCHDULE, I HAVE A VISIT TO-
DAY.

_____
Sgt. W. Earnest
Security Officer

_____
Physician Signature

This refusal of medical attention is made voluntarily. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

ALBERT WOODFOX #72148
Signature of Inmate

Witness:_____

Witness:_____

LSP-SEC 01   12/98        REFUSAL TO ACCEPT MEDICAL CARE
(For Security Use)

Add'l documents produced to plaintiffs--0712

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

CONTRACT SPECIALTY CLINIC NOTES

Name: Albert Woodfox  DOC#: 72148    Camp: _____

B/P: _____  Weight: _____  Temp: _____  Pulse: _____  Resp: _____

Allergies: _____  Date of Birth: _____  Age: _____

Date: 4-23-08  Time: _____ a.m. / p.m.

**Specialty Clinic:**

☐ Clinic W        ☐ EKL Surgery      ☑ General Medicine   ☐ GI Clinic
☐ HP Clinic       ☐ Minor Surgery    ☐ Orthopedic         ☐ Podiatry
☐ Neurology       ☐ Urology          ☐ Other: _____

Reschedule Gen Med Clinic, cancel
by Dr Roundtree

4/23/08  B Taplin

Add'l documents produced
to plaintiffs--0713

LSP-TC 05        Rev. 01/2007

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER

## PATIENT DATA

DATE: 4/2/08

NAME: _Albert Woodfox_    DOC#: _72148_    ALLERGIES: _ncn_

TEMP: _97²_   PULSE: _68_   RESP: _16_   B/P: _146/96_ HEIGHT: _68_   WEIGHT: _171½_ AGE: _61_

MEDICAL HISTORY: _↑/U HTN_

_1/8   HA1L   6.6          ↑40/103  179_
_     PGa   0.8           7.8/37  17/1.7_
_     TSH   7.226              (1.4  11/06)_
_     CBC WNL_

(ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)

| | | |
|---|---|---|
| GENERAL | ☑NOT IN DISTRESS | ☐ABNORMALITIES |
| SKIN | ☑NORMAL TEXTURE | ☑ABNORMALITIES _(Vatilligo)_ |
| EYES | ☑PERRLA, EOMI | ☐ABNORMALITIES |
| EARS | ☑NL EAC AND NLTM | ☐ABNORMALITIES |
| NOSE | ☑NORMAL EXAM | ☐ABNORMALITIES |
| THROAT | ☑NORMAL EXAM | ☐ABNORMALITIES |
| NECK | ☑NORMAL EXAM | ☐ABNORMALITIES |
| CHEST | ☑NORMAL AUSCULTATION | ☐ABNORMALITIES |
| HEART | ☑NORMAL AUSCULTATION | ☐ABNORMALITIES |
| ABDOMEN | ☑NORMAL EXAM | ☐ABNORMALITIES |
| RECTAL/PROSTATE | ☐NORMAL EXAM | ☐ABNORMALITIES |
| EXTREMITIES | ☑NORMAL EXAM | ☐ABNORMALITIES |
| NEUROLOGICAL | ☑NORMAL EXAM | ☐ABNORMALITIES |

LAST FLEX SIG/COLONOSCOPY   DATE: _2000_   RESULT: _nl_

LAST PSA   DATE: _1/08_   RESULT: _0.4_

LAST EKG   DATE: _____   RESULT: _____

NOTES:

LAST ORDERED: _H BA1L  Chem 7  2 mo_

RETURN APPOINTMENT: _3 mo  (↑/U HTN)_

TC25 07/2006

PATIENT DATA

Add'l documents produced
to plaintiffs—0714

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center

## REFUSAL TO ACCEPT MEDICAL CARE
(For Security Use)

Date: _3/20/05_

I _ALBERT WOODFOX_ DOC# _72148_

hereby refuse the following described medical attention: _PLEASE RESHDULE_

_I HAVE VISITORS THIS DAY_

_Refused Trip to CMC/EyeCl._

_Sgt. C. B. Johnson_
**Security Officer**

_[signature]_
**Physician Signature**

This refusal of medical attention is made voluntarily. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

_ALBERT WOODFOX_
**Signature of Inmate**

Witness: _Sgt. G. Quire_

Witness: _[signature]_

LSP-SEC 01    12/98        **REFUSAL TO ACCEPT MEDICAL CARE**
(For Security Use)

Add'l documents produced
to plaintiffs–0715

LOUISIANA STATE PENITENTIARY
MEDICAL RECORD TRANSFER SUMMARY

| :tient Name:  WOODFOX, ALBERT | DOC#: 72148 |
|---|---|
| Date of Birth: 2/19/47      Age:  61 | Race: B/M |
| Location: RC/CCR LOWER B | |

DATE: 3-20-08        *2 appt*

| Transferred from:<br>      LOUISIANA STATE PENITENTIARY | Transferred To:<br>*CMC/HVF 9A & Eye Cl. 10AM* |
|---|---|

Duty Status Upon Transfer:
Temp:

Perm:**REGULAR DUTY**

Diet:

Restraint:

'lergies:**PCN**

Medication presently taking:    SEE MEDICATION SHEET ATTACHED

Diagnosis:

Follow-up Clinics or Doctor's Appointments:

| The following reports are a part of the medical record if checked off: | |
|---|---|
| \|_\| CBC Reports | \|_\| Chest X-Ray |
| \|_\| Physical Exam | \|_\| RPR |
| \|_\| Urinalysis | \|_\| Dental Record |
| \|_\| Anti HBC Screen | \|x\| PPD: **NEG  11/30/2007** |
| \|_\| Other: | |

_____
Physician/Nurse Signature
:* This form must be completed and signed by the physician or nurse before
an inmate can be transferred to another institution or facility***

Add'l documents produced
to plaintiffs--0716

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center

# RECEIVED

## REFUSAL TO ACCEPT MEDICAL CARE
(For Security Use)

MAR 2 5 2008

LSP
ASSISTANT WARDEN/MEDICAL

Date: _3/20/08_

I _ALBERT WOODFOX_ _____ DOC# _72148_

hereby refuse the following described medical attention: _PLEASE RESHULE_

_I HAVE VISITORS THIS DAY_

_____
Security Officer

_____
Physician Signature

This refusal of medical attention is made voluntarily. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

_ALBERT WOODFOX_
Signature of Inmate

Witness: _____

Witness: _____

LSP-SEC 01    12/98         REFUSAL TO ACCEPT MEDICAL CARE
(For Security Use)

Add'l documents produced
to plaintiffs--0717

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: WOODFOX    ,ALBERT     DOC#: 72148    CAMP:RC/CCR LOWER B JOB:L/D

DATE: 03/28/2008

Reason For Visit: PODIATRY 1YR. F/U  AMA 01/11/2008,RESCH.

_S/ Pt. DM for routine foot exam. Pt. states no problem._

_O/ Vasc: DP&PT pulp ②. Skin T° warm → warm. (+) hair growth._

_Derm: Nails elongated. Ø pathology noted._

_Neuro: Ø COPS by SF._

_Musc: Strength ⁵⁄₅. ROMs WNL. Ø foot deformity._

_A/ DM - II c̄ elongated nails._

_P/ Debrided nails. Discussed DM foot care._

_RTC: 1 yr. Pt. low risk for DM foot problems at this time._

_MWWorsham LPN_
_3-2808_

Assess:
1. _____
2. _____
3. _____
4. _____
-. _____

Plan:
1. _____
2. _____
3. _____
4. _____
5. _____

3 28 08   K. _____
Date              MD Signature

Add'l documents produced
to plaintiffs—0718

Louisiana State Penitentiary
R.E. Barrow, Jr. Treatment Center
Physician's Clinic

| Name | | DOC | Location | Date: |
|------|---|-----|----------|-------|
| 'OODFOX , ALBERT | | 72148 | RC/CCR LOWER B | 3/18/2008 |

BP: 180 / 112  Temp 97.8  Pulse 63  Resp: 18   Height 68  Wt.: 184

Time: 9:00:17 AM

DOB 2/19/47        61 year old B   Male

Allergies:  PCN

Reason for Visit:  GEN MED

Chief Complaint:

O2 Saturation

S F/U HTN/DM

O: BP 180/112  PR 63 ; Denies CP/SOB/DOE
    States hasn't taken meds today
    Does also not taken  Adalat in several days due to f/u
        fatigue from meds
A: HTN uncontrolled /DM controlled
P: D/C Adalat
   Norvasc 10 + 80  28R x 1year   ) Resent
   Change ASA to 28R x 1year
   HCTZ + one f BP/

Assessment:
3-18-08  9:40A  [signature]

1. _____   1. _____
2. _____   2. _____
3. _____   3. _____   Add'l documents produced to plaintiffs--0719
4. _____   4. _____
5. _____   5. _____

3/18/08      [signature]
Date          MD Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

## CONTRACT SPECIALTY CLINIC NOTES

Name: _Albert Wood fox_ DOC#: _72148_  Camp: _RC/CCR_

B/P: _____  Weight: _____  Temp: _____  Pulse: _____  Resp: _____

Allergies: _____ Date of Birth: _____ Age: _____

Date: _3/12/08_  Time: _____ a.m. / p.m.

Specialty Clinic:

☐ Clinic W          ☐ EKL Surgery      ☑ General Medicine     ☐ GI Clinic
☐ HP Clinic         ☐ Minor Surgery    ☐ Orthopedic           ☐ Podiatry
☐ Neurology         ☐ Urology          ☐ Other: _____

Reschedule General Medicine Clinic

_[signature]_ RN Received 3-12-08
1:54 pm

Add'l documents produced
to plaintiffs--0720

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center

REFUSAL TO ACCEPT MEDICAL CARE
(For Security Use)

Date: _1/11/08_

I _ALBERT WOODFOX_ DOC# _72148_

hereby refuse the following described medical attention:
_PLEASE RESHDUE_
_I HAVE VISITORS TODAY. THANK YOU_

_____
Security Officer

Resch. not available

_____
R. Saltin
Physician Signature

This refusal of medical attention is made voluntarily. I have read this statement
and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for
any harm which may result from this refusal of treatment.

_ALBERT WOODFOX_
Signature of Inmate

Witness: _____

Witness: _____

LSP-SEC 01    12/98    REFUSAL TO ACCEPT MEDICAL CARE
(For Security Use)

Add'l documents produced
to plaintiffs—0721

Louisiana State Penitentiary
R Barrow, Jr. Treatment Center
Physician's Clinic

| Name | DOC | Location | Date: |
|------|-----|----------|-------|
| OODFOX , ALBERT | 72148 | RC/CCR LOWER B | 01/11/2008 |

**BP:** /  **Temp**  **Pulse**  **Resp:**  **Height**  **Wt.:**

Time:

DOB 2/19/47          60  year old B  Male

Allergies:     PCN

Reason for Visit:     POD CLINIC

Chief Complaint:

O2 Saturation

*Visit Resch. NR*

Assessment:

1. _____
2. _____
3. _____
4. _____
5. _____

Plan:

1. _____
2. _____
3. _____
4. _____
5. _____

Add'l documents produced
to plaintiffs—0722

Date                MD Signature

LSIANA STATE PENITENTIAL
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

AME: _Albert Woodfox_ DOC#: _72148_ CAMP: _RC/CCR_ JOB ASSIGN: _____

MP: _97.6_ PULSE: _72_ RESP: _18_ B/P: _126/82_ WEIGHT: _179_

ATE: _11/20/01_                    _f/u HTN, DM, CAD_

ME: _____

LERGIES: _____PCN_____

$\frac{8/16/07}{130/78}$                    $\frac{8/20/07}{126/82}$

no c/o at this time
Heart R R P $\overline{s}$ M
Lungs CTA
A) HTN - Controlled
   DM - Controlled
P) APE 2/08
   Renew Vasotec, Lopressor,
   Glucophage,
   HCTZ, + exercise
   HBA₁C, CBC chem 14, lipids
   PSA, TSH 2 mo

                                              slp
                                              /Sut

TY...TUS: _____        APPOINTMENT: _3 mo____
ET: _____                        _APE____
BC. ORDERS: _____      PHYSICIAN SIGNATURE: _____

TC 19   06/2006              PHYSICIANS CLINIC

Add'l documents produced
to plaintiffs—0723

```
LA STATE PENITENTIARY
REBJ TREATMENT CENTER
LABORATORY
ANGOLA LA 70712   (225)655-2306
```

| | | |
|---|---|---|
| **NAME:** | ALBERT WOODFOX |
| **DOC#:** | 72148 |
| **AGE:** | 61 |
| **LOC:** | D EAG-1 |
| **DOCTOR:** | SYLVESTER |
| **DATE:** | 07/21/08 |
| **TIME:** | 1025 |
| **INITIAL:** | JS |

```
ID: 72148                      07-21-08
CVWB                             14:15
                             Patient
                             Limits 1
WBC    6.8    x10^3/uL     4.5   10.5
LY    36.2    %           20.5   51.1
MO     5.8    %            1.7    9.3
GR    58.0    %           42.2   75.2
LY#    2.5    x10^3/uL     1.2    3.4
MO#    0.4    x10^3/uL     0.1    0.6
GR#    3.9    x10^3/uL     1.4    6.5
RBC    4.83   x10^6/uL     4.00   6.00
Hgb   13.3    g/dL        11.0   18.0
Hct   39.8    %           35.0   60.0
MCV   82.4    fL          80.0   99.9
MCH   27.5    pg          27.0   31.0
MCHC  33.3    g/dL        33.0   37.0
RDW   13.0    %           11.6   13.7
Plt   263.    x10^3/uL    150.   450.
MPV    9.6    fL           7.8   11.0
```







WBC HISTOGRAM      CELL      RBC HISTOGRAM            PLT HISTOGRAM
DIFFERENTIAL   MORPHOLOGY

| DIFFERENTIAL | | CELL MORPHOLOGY | |
|---|---|---|---|
| BAND | | POLYCH | |
| POLY | | HYPOCH | |
| LYMPH | | ANISO | |
| MONO | | MICRO | |
| EOSIN | | MACRO | |
| BASO | | POIKILO | |
| META | | SPHERO | |
| MYELO | | TARGET | |
| PROS | | BASO SLIP | |
| BLAST | | TOXIC GR. | |
| | | SICKLED CELLS | |

COMMENTS: _____

_____

REPORTED DATE/TIME/INITIAL
7/21/08  14:15



**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-1935                Phone: 205-581-3500

| SPECIMEN 203-252-0360-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

ROUNDTREEJ          FASTING: Y
DOB: 2/19/1947

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WOODFOX,ALBERT | M | 61 / 5 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/21/2008 | 10:25 | 7/21/2008 | 7/22/2008 | 8:30 | 9775 |

CLINICAL INFORMATION
CD- 41103814066

| PHYSICIAN ID. ROUNDTREE | NPI | PATIENT ID. 72148 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola          LA  70712-0000
ACCOUNT NUMBER:  17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Prostate-Specific Ag, Serum
  Prostate Specific Ag, Serum      1.1    ng/mL        0.0 - 4.0      01
  Roche ECLIA methodology.

  According to the American Urological Association, PSA should be
  undetectable after radical prostatectomy. A PSA of less than
  0.5 ng/mL (or undetectable) is not likely to be associated with
  disease recurrence within five years of treatment.
  Values obtained with different assay methods or kits cannot be used
  interchangeably. Results cannot be interpreted as absolute evidence
  of the presence or absence of malignant disease.
AST (SGOT)                        24    IU/L          0 - 40        01
TSH                             2.305   uIU/mL     0.350 - 5.500    01
          Adult TSH concentrations below 5.5 uIU/mL do not
          rule out the presence of subclinical hypothyroidism.

LAB: 01 MB    LabCorp Birmingham              DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-1935

Add'l documents produc
to plaintiffs—0725

| Pat Name: WOODFOX,ALBERT | Pat ID: 72148 | Spec #: 203-252-0360-0 | Seq #: 9775 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report          LCM Version: 03.21.00

22 Jul 08
9:06:56
PAGE 1

LOUISIANA STATE PENITENTIARY
R.E. BARROW JR. TREATMENT CENTER
ANGOLA, LOUISIANA 70712
(225) 655-2306

=================================================================

        NAME: WOODFOX, ALBERT              SAMPLE ID: WOOD148
  PATIENT ID: 72148                      SAMPLE TYPE: Serum
         AGE: 61 years                        DOCTOR: LADD
DATE OF BIRTH:                        DRAW DATE/TIME: Jul 21 08  10:25
         SEX: M                        RUN DATE/TIME: Jul 21 08  15:41
    LOCATION: D                         SEC/CUP/REP: 8/1
PAT. COMMENT: Serum icteri
SAMPLE COMMENT: FASTING
   INST CODES:

=================================================================

CHEMISTRY        RESULTS      UNITS       REFERENCE RANGE       REMARKS
-----------------------------------------------------------------
NA               140          mmol/L       135 - 145
K                3.7          mmol/L       3.6 - 5.0
CL               103          mmol/L       101 - 111
CO2              31           mmol/L       21 - 31
GLU-             152          mg/dL        70 - 110              HIGH
BUN-             24           mg/dL        6 - 20                HIGH
C  -             1.5          mg/dL        0.5 - 1.2             HIGH
AL.              28           IU/L         10 - 60
TBIL             1.4          mg/dL        0.2 - 1.0             HIGH
DBIL             0.2          mg/dL        0.0 - 0.2
CA-              9.5          mg/dL        8.9 - 10.6
ALB              4.0          g/dL         3.2 - 5.5
TG               78           mg/dL        35 - 160
TP               8.2          g/dL         6.7 - 8.2
CHOL             149          mg/dL        140 - 239
HDLD             30.9         mg/dL        29.0 - 71.0

CALCULATED VALUES  RESULTS    UNITS       REFERENCE RANGE       REMARKS
-----------------------------------------------------------------
OSMOLALITY (1)     286.4      mOsm/L       280.0 - 300.0
ANION GAP (2)      9.7                     10.0 - 20.0          LOW
A/G RATIO          1.0                     1.0 - 2.5            LOW
INDIRECT BILI      1.2                     0.2 - 0.8            HIGH
BUN/CREA RATIO     16.0                    6.0 - 20.0
LDL                103        MG/DL        74 - 159
CHOL/HDLD          4.8        RATIO        3.0 - 5.0
LDL/HDLD           3.3        RATIO        1.0 - 3.6

=================================================================



Add'l documents produced
to plaintiffs—0726



**LabCorp** Birmingham
Laboratory Corporation of America
1801 First Avenue South, Birmingham, AL 35233-1935



Phone: 205-581-3500

| SPECIMEN 151-252-3147-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

SYLVESTERJ          FASTING: Y
                   DOB: 2/19/1947

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WOODFOX,ALBERT | M | 61 / 3 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/30/2008 | 8:15 | 5/30/2008 | 5/31/2008 | 8:18 | 8566 |

| CLINICAL INFORMATION |
|---|
| CD- 41103813260 |

| PHYSICIAN ID. SYLVESTER | NPI | PATIENT ID. 72148 |
|---|---|---|

ACCOUNT:  Louisiana State Penitentiary

911 Warehouse
Angola          LA  70712-0000
ACCOUNT NUMBER:   17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Hgb Alc with MPG Estimation
    Hemoglobin Alc              6.8     %          <7.0           01
                 **Please note reference interval change**

                    Diabetic Adult           <7.0
                    Healthy Adult           4.8 - 5.9
                                          (DCCT/NGSP)
         American Diabetes Association's Summary of Glycemic
         Recommendations for Adults with Diabetes:
         Hemoglobin Alc <7.0%. More stringent glycemic goals
         (Alc <6.0%) may further reduce complications at the
         cost of increased risk of hypoglycemia.
    Mean Pla Glu Estim.              165    mg/dL
             ***Please note new calculation is based on MPG,***
             not MBG. Refer to eDOS for more information.

| LAB: 01 MB    LabCorp Birmingham              DIRECTOR: John Elgin N MD |
| 1801 First Avenue South, Birmingham,  AL 35233-1935 |

Add'l documents produc
to plaintiffs--0727

| Pat Name:  WOODFOX,ALBERT | Pat ID:  72148 | Spec #:  151-252-3147-0 | Seq #:  8566 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report                    LCM Version:  03.21.00

```
                                                     30 May 08
                                                     14:18:49
                                                     PAGE 1

               LOUISIANA STATE PENITENTIARY
             R.E.BARROW JR.TREATMENT CENTER
                ANGOLA,LOUISIANA 70712
                    (225) 655-2306
:=============================================================
       NAME: WOODFOX, ALBERT          SAMPLE ID: 72148WOODFO
   PATIENT ID: 72148                 SAMPLE TYPE: Serum
          AGE: 60 years                   DOCTOR: SYLVESTER
 )ATE OF BIRTH:                   DRAW DATE/TIME: May 30 08   8:15
          SEX: M                   RUN DATE/TIME: May 30 08  14:15
     LOCATION: D-F                  SEC/CUP/REP: 8/4
 PAT. COMMENT:
 AMPLE COMMENT:
   INST CODES:
:=============================================================
HEMISTRY        RESULTS    UNITS     REFERENCE RANGE    REMARKS
-------------------------------------------------------------
A                  141     mmol/L      135 - 145
-                  3.3     mmol/L      3.6 - 5.0         LOW
-                  105     mmol/L      101 - 111
)2                  24     mmol/L       21 - 31
_U-                157     mg/dL        70 - 110         HIGH
JN-                 23     mg/dL         6 - 20          HIGH
RE-                1.7     mg/dL       0.5 - 1.2         HIGH

ALCULATED VALUES  RESULTS   UNITS     REFERENCE RANGE    REMARKS

SMOLALITY (1)     288.2    mOsm/L     280.0 - 300.0
TION GAP (2)       15.3               10.0 - 20.0
JN/CREA RATIO      13.5                6.0 - 20.0
:=============================================================
```



Add'l documents produce
to plaintiffs--0728

Add'l documents produc
to plaintiffs—0729

 LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000


Phone: 205-581-3500

| SPECIMEN 018-252-0146-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | | CLINICAL INFORMATION CD- 41103810559 | | |
|---|---|---|---|---|

SYLVESTERJ            FASTING: Y
                    DOB: 2/19/1947

| PHYSICIAN ID. SYLVESTER | NPI | PATIENT ID. 72148 |
|---|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WOODFOX,ALBERT | M | 60 / 10 |

ACCOUNT: Louisiana State Penitentiary

PT. ADD.:

911 Warehouse
Angola          LA  70712-0000
ACCOUNT NUMBER:   17803060

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 1/18/2008    9:00 | 1/18/2008 | 1/19/2008 | 8:20 | 4632 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

> Hgb A1c with MBG Estimation
   Hemoglobin A1c          6.6H     %              4.8 - 5.9      01
   Current guidelines recommend a treatment goal of <7.0% for diabetic
   patients.
   Mean Bld Glu Estim.       134      mg/dL
  Prostate-Specific Ag, Serum
   Prostate-Specific Ag, Serum    0.8    ng/mL           0.0 - 4.0      01
   Beckman (formerly Hybritech) ICMA methodology
  TSH                         2.226    uIU/mL          0.350 - 5.500   01

| LAB: 01 MB    LabCorp Birmingham                DIRECTOR: John Elgin N MD |
|---|
| 1801 First Avenue South, Birmingham, AL 35233-0000 |

Add'l documents produced
to plaintiffs--0730

| Pat Name: WOODFOX,ALBERT | Pat ID: 72148 | Spec #: 018-252-0146-0 | Seq #: 4632 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report                                    LCM Version:  03.20.00

Add'l documents produced
to plaintiffs--0731

LA STATE PENITENTIARY
REBJ TREATMENT CENTER
LABORATORY
ANGOLA LA 70712  (225)655-2306

| NAME: | ALBRERT WOODBOX |
|---|---|
| DOC#: | 72148 |
| AGE: | 60 |
| LOC: | RC |
| DOCTOR: | SLYVESTER |
| DATE: | 011808 |
| TIME: | 0900 |
| INITIAL: | OC/DK |

ID: 72148                    01-18-08
CVWB                              13:54
                              Patient
                              Limits 1

| | | | | |
|---|---|---|---|---|
| WBC | 6.1 | x10^3/uL | 4.5 | 10.5 |
| LY | 29.8 | % | 20.5 | 51.1 |
| MO | 7.2 | % | 1.7 | 9.3 |
| GR | 63.0 | % | 42.2 | 75.2 |
| LY# | 1.8 | x10^3/uL | 1.2 | 3.4 |
| MO# | 0.4 | x10^3/uL | 0.1 | 0.6 |
| GR# | 3.8 | x10^3/uL | 1.4 | 6.5 |
| RBC | 4.71 | x10^6/uL | 4.00 | 6.00 |
| Hgb | 13.6 | g/dL | 11.0 | 18.0 |
| Hct | 40.0 | % | 35.0 | 60.0 |
| MCV | 85.0 | fL | 80.0 | 99.9 |
| MCH | 29.0 | pg | 27.0 | 31.0 |
| MCHC | 34.1 | g/dL | 33.0 | 37.0 |
| RDW | 12.8 | % | 11.6 | 13.7 |
| Plt | 279. | x10^3/uL | 150. | 450. |
| MPV | 9.8 | fL | 7.8 | 11.0 |



WBC HISTOGRAM



RBC HISTOGRAM



PLT HISTOGRAM

| MANUAL DIFFERENTIAL | | CELL MORPHOLOGY | |
|---|---|---|---|
| BAND | | POLYCH | |
| POLY | | HYPOCH | |
| LYMPH | | ANISO | |
| MONO | | MICRO | |
| EOSIN | | MACRO | |
| BASO | | POIKILO | |
| META | | SPHERO | |
| MYELO | | TARGET | |
| PROS | | BASO SLIP | |
| BLAST | | TOXIC GR. | |
| | | SICKLED CELLS | |

COMMENTS: _____
_____

REPORTED DATE/TIME/INITIAL
1/18/08      1350      W

Add'l documents produce
to plaintiffs--0732

Louisiana State Penitentiary Mental Health Contact Note

Page  1

| Name | DOC | Location | Age | Race | AU Date | Contact Date | Time |
|------|-----|----------|-----|------|---------|--------------|------|
| Woodfox,Albert | 72148 | RC/CCR LOWER B | 61 | B | 3/22/99 | 3/13/2008 | 01:38pm |

Contact Type:  Admin/ext.seg (90-day) Tracking
Record Type:   Contact Note

Section I  Client Subjective Complaint(s):

   No Show-visitation

Section II  Mental Status Exam:

Section III  Clinician Notes:

 On 03/13/2008 ta approximately 1:38 pm, the above im was not seen by sw for 90 day tracking
 due to im being on  a visitation.Im was not in cell during routine rounds. SW will see im
 during routine tier rounds. F/u mh loc per lsp policy.

Section V  Disposition:

   Plan:    1. F/U for MH LOC, per LSP policy
            2. q 1 week

Section VI Level of Care Codes:

        PRESENT  LOC 5 IQ  H  ABS X   VHF N  SA W   SUI R   LAST WATCH DATE

Add'l documents produced
to plaintiffs--0733

_____    _____            3/1/08          M\l\          Monique Hall, MSW
  Date       Supervisor Approval          Date                       Social Worker 1
                                                                     Clinician Signature

Documentation Date: 3/13/2008    Time: 02:58p          Contact Date: 3/13/2008   Time: 01:38pm

2007

# Louisiana State Penitentiary

Kathleen Babineaux Blanco
Governor

Burl Cain C.C.E.
Warden

Richard L. Stalder
Secretary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

West Feliciana

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES** of the originals maintained in our medical records for:

| Inmate Name: | Albert Woodfox | DOC# | 72148 |
|---|---|---|---|

| Listed below is the information which is attached: | Time period of requested information: |
|---|---|
| ☐ **Medical only** <br><br> ☐ **Mental Health only** <br><br> ☒ **Medical and Mental Health** <br><br> ☐ **Other** | 02/01/2007 - present |
| | |

| Signature: | *Sandra Connell* <br> **Sandra Connell#24938** <br> **Ex-Officio Notary,** <br> **Department of Public Safety and** <br> **Corrections/LSP** | November 19, 2007 |
|---|---|---|

Add'l documents produc
to plaintiffs--0366

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center

REFUSAL TO ACCEPT MEDICAL CARE
(For Security Use)

Date: 10/4/07

I ALBERT WOODFOX DOC# 72148

hereby refuse the following described medical attention:

Flu Vaccine

_____
Security Officer

NoT

_____
Physician Signature

This refusal of medical attention is made voluntarily. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

ALBERT WOODFOX
_____
Signature of Inmate

Witness: Joan Ulz, W

Witness: C. Leonard, LPN

LSP-SEC 01   12/98        REFUSAL TO ACCEPT MEDICAL CARE
(For Security Use)

Add'l documents produc
to plaintiffs--0367

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIP RETURN

NAME: WOODFOX,ALBERT                          DOC#: 72148

DATE RETURNED TO TREATMENT CENTER 09/27/2007        LOCATION: RC/CCR LOWER B

♦  CLINIC    CMC/ EYE 9AM            Time returned to TC: _____16:15_____ AM/PM

♦  OTHER #: __F/U_____

Returned: __ With Paperwork           __ Discharge to Camp

          __ Without Paperwork        Security Notified: 16:15 AM/PM

          __ Obtain Results           Admit to: __ Nursing Unit I

Nurses Signature: _____        __ Nursing Unit II

F/U CMC 3-20-08 @ 10:00 am
c Glaucoma MD
F/U eye Tech 3-20-08 @ 0900
Continue eye gtt VOD add NP /B Taylor

S Seagaton 9/28/07 @ 9:40 am

Add'l documents produced
to plaintiffs—0368

Dilation: Time: _____
M1 / N2.5 / N10 / OD / OS / OU
C0.5 / C1 / C2 / CM

LDFE  8/13/07    < 8
.65

DO:    OD / OS / OU
IO:    OD / OS / OU
60/78/90:  OD / OS / OU

PVD: Y / N C/D_____

PVD: Y / N C/D_____

BAT  OD  OS  ____/____

LOTMAR  OD ___/____ OS ____/____

Reviewed test: lab / rads / medical:
Discussed results with:
Reviewed image:
Reviewed old records from:
Obtained additional history from:

**Diagnoses** (established or new, stable, improved or worsening, planned workup)

**IMPRESSION / PLAN:**

① preperimetric glc Vs NTG suspect
- IOP slightly improved on Timolol
  < 17 → 15 today
  < 19 → 16 today

- Thin CCT (502 504)

- CD asymmetry OD > OS

- cont c̄ Timolol bid ou.

RTC 6 mo

repeat HVF.
if HVF nl
consider DC gtts    CCT < 502 504

Target IOP <

**In Office Counseling:**

To:    Pt    Spouse  (G) Child  S / D
       (G) Parent ( M / F )   Sib   Friend

**Review:**   Photo   Dx   Rx   Prog
1. Diagnostic results impressions / recommended diagnostic studies
2. Risk/benefits of Rx options
3. Instructions for Rx and/or follow-up
4. Importance of Rx compliance
5. Reduction of risk factor
6. Patient and family education
7. Patient to call if problems
8. Understood by patient and family

| Exam | PO | Laser | Pre-op | Gonio |
|---|---|---|---|---|
| VA | PUP | Refr | TAP | Dilate |
| VF | 30-2 | 24-2 | 10-2 | Threshold |
| Sup 64 | Taped / Untaped | | SITA 3)/ F B/Y Red | |
| LOTMAR | Color: D15/ plates | | | |
| Photos | Stereo | Disc | Fundus | |
| | IVFA | Transit | OD | OS |
| Excuse | Work / School | | | |

Obtain old records from:
Obtain CT/MRI from:

6 mo c̄ office visit

General  Peds  Retina  Glaucoma  Plastics  Cornea

DATE: _____ 6 _____ days / wks / mos / yrs / sooner prn

Resident:

Staff signature:

Medof Sanders Nussdorf Selser Eustis Hesse Fry Tipton
Fellow   Retina   Glaucoma



| PAIN SCALE | TYPE | LOCATION |
|---|---|---|

☐ Pain Scale Teaching Completed

# Department of Ophthalmology

## Patient Examination Form

cc: *Hx Preperimetric glaucoma started on Timolol bid on. last visit 8/13/07*

Eye ROS:

Medical ROS:

Hx Reviewed: *Salayu* MD

VISIT DATE 09/21/07  CLI
PT ACCT 305562  0
WOODFOX ,ALBERT
02/19/47  60  2/M  J
LJCMC 302911

PHONE:                    DATE:

PCP:_____

Last eye exam: Date:           Dr.
Last Rx change: Date:          Dr.
Systemic Meds △ : Y / N     See Flow Sheet
Hospital/Surg:

Allergies: NKMA
Other:

### Ocular Examination  (Foc/ Exp Foc / Det/ Comp)

0

BP:
Neuro/Psych: A&O x _3_
Mood and Affect _Rl_

sc
cc R 30/1 L 20/7
Ph sc cc R 100-3 L 20/70
sc cc
N<
MRx<

First HVF < *7 early sup arc/inf arc ↑ FL Vis. Field grossly nl.*  Confront VF<
Perimetry Performed
(Separate Sheet)

Ext

Motility:  Full    Other:

P<

Ta< 15/16  11:30 am.

X  X

**SLE:**
LLA: WNL / Blepharitis/MGD
Conj: NL  inj  pap  foll
Cornea: Clear / Guttata / KP / MDF
AC: D / Q ___ cells ___ flare
Iris: NL Rub: Y / N  Pl: Y / N

Lens: Clear / WNL
Cat: 2+ NS / ___ CS / ___ PSC
IOL: PC / AC / Aphakia
PC: Clear / Intact / Opac / Open

**SLE:**
LLA: WNL / Blepharitis/MGD
Conj: NL  inj  pap  foll
Cornea: Clear / Guttata / KP / MDF
AC: D / Q ___ cells ___ flare
Iris: NL Rub: Y / N  Pl: Y / N

Lens: Clear / WNL
Cat: 2+ NS / ___ CS / ___ PSC
IOL: PC / AC / Aphakia
PC: Clear / Intact / Opac / Open

CMC-253
01/06

Add'l documents produc
to plaintiffs—0370

AUG-15-2007  12:49       UTILIZATION MANAGEMENT                         P.02

LEONARD J. CHABERT MEDICAL CENTER
1978 INDUSTRIAL BLVD.
HOUMA, LA. 70363

08/13/07


                        APPOINTMENT NOTICE

                                              72148

        WOODFOX ,ALBERT
        ANGOLA TREATMENT CENTER

        ANGOLA          LA      70712


                              PHONE:  ( 225 ) 655-4411

**************************************************************************

        YOU HAVE AN APPOINTMENT WITH    GLAUCOMA DOCTOR
        IN THE EYE CLINIC               ON 09/27/07 AT  9:00  AM .

        PLEASE CALL 873-1842 IF YOU ARE UNABLE TO KEEP THIS APPOINTMENT.

        PLEASE BRING THIS NOTICE AND YOUR PLASTIC HOSPITAL CARD TO THE
        CLINIC WITH YOU ON YOUR APPOINTMENT DATE.

   DDITIONAL INFORMATION:

     LAB:                            MED REC #:  302911
                                     RESOURCE CODE:  GLCL
                                     ACTIVITY TYPE:  RV
                                     REFERRED BY:

   X-RAY:

   DESCRIPTION:  ROUTINE VISIT

                                              USER: NNSAT

        ********* IMPORTANT REMINDER NOTICE *********

ALL PATIENTS MUST BRING IN PROOF OF INCOME (CURRENT CHECK STUBS FOR THE
HOUSEHOLD, LAST INCOME TAX RETURN, ETC) AS WELL AS ANY INSURANCE, MEDICARE, AND
MEDICAID CARDS.  BASED ON INFORMATION PROVIDED, PATIENTS WHO ARE DETERMINED TO
BE SELF-PAY WILL BE REQUIRED TO PAY A $15 (FIFTEEN DOLLAR) DEPOSIT WHEN CLINIC
SERVICES ARE RENDERED.


PLEASE PLAN TO ARRIVE 30 MINUTES BEFORE YOUR SCHEDULED APPOINTMENT TIME.  BRING
THIS NOTICE AND YOUR PLASTIC HOSPITAL CARD WITH YOU ON YOUR APPOINTMENT DAY.

Add'l documents produced
to plaintiffs—0371

R. E. BARROW, JR. TREATMENT CENTER

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

AME: **ALBERT        WOODFOX**        DOC# **72148**  DOB **2/19/47**  DATE **//**

EQUEST FOR CONSULATION-SURG. CLINIC      ORTHO. CLINIC      E.R. SERVICE

F REQUEST IS DESIRED FROM SPECIFIC PHYSICIAN,
LINIC, OR OTHER HOSPITAL, PLEASE SPECIFY EACH. **302911**

RIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:
**O CMC EYE CL PER ANTOON FAXED FOR APPT ON 4/30/2007. TO EYE ON 8/13/07 AT 10A
VF AT 9AM. GLAUCOMA DR 9/27/07 AT 9AMHVF AT 11/30/07 AT 12PM. RESCH HVF TO
1/27/07 AT 1230PM.**

==============================================================================

ROVISIONAL DIAGNOSIS:                    REQUESTED BY:
                                         **ANTOON**

==============================================================================

REPORT OF CONSULTATION (DIAGNOSIS, RECOMMENDATIONS)

Add'l documents produc
to plaintiffs—0372

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIPS

DATE: 09/27/2007

NAME: WOODFOX, ALBERT                        DOC#: 72148

♦   EKL ID#: 302911

♦   OTHER #: _____

SCHEDULED FOR CLINIC/DEPARTMENT:

CMC/ EYE 9AM

WAS THE PATIENT SEEN IN CLINIC/DEPARTMENT: _____ YES _____ NO
IF NO, GIVE REASON WHY:

INMATE REFUSAL: _____ YES _____ NO
REASON FOR RESCHEDULE:

WAS PATIENT ADMITTED: _____ YES _____ NO
REASON FOR ADMIT:

SIGNATURE: _____

***********PLEASE FAX A COPY OF ALL REPORTS TO TRIPS AT L.S.P.*********
        FAX # (225) 655-2275         PHONE # (225) 655 2261
        ****RETURN THIS FROM TO L.S.P. WITH SECURITY****

Add'l documents produce
to plaintiffs—0373

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

## CONTRACT SPECIALTY CLINIC NOTES

Name: _Albert Woodfox_ DOC#: _72148_ Camp: _RC/CCR_ Job Assign: _68"_
B/P: _107/72_ Weight: _183_ Temp: _96.6_ Pulse: _63_ Resp: _16_

Date: _9/12/07_ Time: _____ a.m.
                              p.m.

Speciality Clinic:
- ☐ ENT
- ☐ EKL Surgery
- (☐ General Medicine)
- ☐ Orthopedic
- ☐ Neurology
- ☐ Telemedicine
- ☐ Urology
- ☐ Other _____

PCN - Allergies

HTN, CAD
  DM
  CRI
  Hep C
  Vitiligo
  LE swelling
  H/o angioedema

∅ Complaint
∅ CP 180₃
Continues to exercise.
Jogs > 30 min. every other day,
does power-walks, push-ups etc.
does not want to be on diabetic
diet. want to know his blood type
                    Not available
                    in chart

O/E VSS
  S₁ S₂ ⊕ ∅ m/r/g
  chest - clear

# CAD - Stable. Good exercise tolerance
  Pt commended about his efforts.

# DM, ↑chol, HTN - Excellent control

℗ continue same therapy
  *RTCX 6M

𝄞

9-12-07  1030A Noted Debra Nugent RN

Add'l documents produced
to plaintiffs—0374

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIP RETURN

NAME: WOODFOX, ALBERT                    DOC#: 72148

DATE RETURNED TO TREATMENT CENTER 08/13/2007         LOCATION: TC W1 L/R TRIP

◆  CLINIC  CMC/ EYE 10AM HVF 9      Time returned to TC: 5̲ 1̲0̲ ̲     AM/PM

◆  OTHER #:_____

Returned:  __ With Paperwork           ⟋ Discharge to Camp

           ⟋ Without Paperwork         Security Notified: 5̲ 2̲0̲ ̲ AM/PM

           __ Obtain Results           Admit to:  __ Nursing Unit I

Nurses Signature: S George LPN                       __ Nursing Unit II

1) Timolol .05% 1gtt in both eyes bid 7̲6̲6̲̲

                    (signature)

        8/14/2007 S George LPN @ 8̲4̲5̲ am

Add'l documents produce
to plaintiffs—0375

LOUISIANA STATE PENITENTIARY

R. E. BARROW JR., TREATMENT CENTER

TRIPS

DATE: 08/13/2007

NAME: WOODFOX,ALBERT                              DOC#: 72148

♦   EKL ID#:

♦   OTHER #: _____

SCHEDULED FOR CLINIC/DEPARTMENT:

CMC/ EYE 10AM HVF 9AM

WAS THE PATIENT SEEN IN CLINIC/DEPARTMENT: _____✓_____ YES _____ NO
IF NO, GIVE REASON WHY:


INMATE REFUSAL: _____ YES _____✓_____ NO
REASON FOR RESCHEDULE:


WAS PATIENT ADMITTED: _____ YES _____✓_____ NO
REASON FOR ADMIT:


SIGNATURE: _____

**********PLEASE FAX A COPY OF ALL REPORTS TO TRIPS AT L.S.P.*********
         FAX # (225) 655-2275          PHONE # (225) 655 2261
         ****RETURN THIS FROM TO L.S.P. WITH SECURITY****

Add'l documents produc
to plaintiffs—0376

2-19-2005  11:29    UTILIZATION MANAGEMENT



L. J. Chabert Medical Center
Inmate Consultation Form

ATTACHMENT A

Referring Facility __*LSP*_____

Date: _____ Telephone # _____ Fax # _____

Check one:    ☐ New appointment (or)    ☐ Return appointment

Prisoner Information:                    Medical Record # _____

__*Woodfox*_____    __*Albert*_____    # *72148*_____
Last Name                First Name                              Initial

                                            *436-66-640)*

Sex __*m*___   Date of Birth *2/19/47*___   Social Security # _____

Release from custody date_____   Clinic Referred to _____

Reason For Referral: _____

C/o 0.85 ( 0.85 ____ Refer to OMC-Use
Ta 15/8 ____ for HVF-
                                PADx
Allergies: _____   Not Avail

Current Medications: _____

How long has inmate had problem or illness_____

Did the problem or illness develop before or after incarceration _____

                                            *4/27/02*

Referring Physician's Signature                    Date: _____

NOTE:  This patient is in custody. Do not give him/her any prescriptions, medications or
appointment dates.  Return appointments are not automatic.  Appointments should only be
ordered when prison physician cannot provide adequate care.  The prison physician must request
appointments by faxing this completed form to the Utilization Management Department @
(985) 873-2173.

Add'l documents produced
to plaintiffs—0377

R. E. BARROW, JR. TREATMENT CENTER

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

\̇AME: ALBERT          WOODFOX          DOC# 72148   DOB 2/19/47   DATE //

EQUEST FOR CONSULATION-SURG. CLINIC     ORTHO. CLINIC      E.R. SERVICE

F REQUEST IS DESIRED FROM SPECIFIC PHYSICIAN,
LINIC, OR OTHER HOSPITAL, PLEASE SPECIFY EACH.

RIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:
כ CMC EYE CL PER ANTOON FAXED FOR APPT ON 4/30/2007. TO EYE ON 8/13/07 AT 10A
VF AT 9AM.

===================================================================================
ROVISIONAL DIAGNOSIS:                          REQUESTED BY:
                                               ANTOON

===================================================================================
              REPORT OF CONSULTATION (DIAGNOSIS, RECOMMENDATIONS)

Add'l documents produc
to plaintiffs—0378

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Albert Woodfox      DOC#: 72148    CAMP: RC/CCR Low    JOB ASSIGN: _____

EMP: _____    PUSLE: 78    RESP: _____    B/P: 130/78    WEIGHT: 183

DATE: 8-16-07      Request Diet / fu HTN, D. M.

TIME: _____                         60 BM

ALLERGIES: PNC     60 yo BM

S - no chest pr more than a year

O - Lab: 7/12/07
    A1C : 6.4 %
    TG : 92
    Chol : 147
    HDL : 33     LDL : 96.
    lungs: Clear
    Heart: RRR s̄ ⊖

A - HTN
    DM
    CAD

P - RTC in 3 months
    cancel other clinic A apt

called pharmacy by sts to be sent 1130A 8/16/07
                                            1120A

STATUS: _____    □ APPOINTMENT: _____

DIET: _____      noted O Haines RN    8/16/07 1134P

MISC. ORDERS: _____   PHYSICIAN SIGNATURE: _____

P-TC 19   06/2006              PHYSICIANS CLINIC

Add'l documents produc
to plaintiffs-0379

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center

## REFUSAL TO ACCEPT MEDICAL CARE
(For Security Use)

Date: 7/19/07  11:30A

I ALBERT WOODFOX _____ DOC# 22148

hereby refuse the following described medical attention:

I AM DO NOT WANT TO CONTINUE ON MY
DIABETIC DIET FOR PERSONAL REASON

_____
Security Officer

_____
Physician Signature

This refusal of medical attention is made voluntarily. I have read this statement
and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for
any harm which may result from this refusal of treatment.

ALBERT WOODFOX
_____
Signature of Inmate

Witness: Mike Ralson RNP.

Witness: _____

LSP-SEC 01    12/98     REFUSAL TO ACCEPT MEDICAL CARE
(For Security Use)

Add'l documents produced
to plaintiffs—0380

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Albert Woodfox     DOC#: 72148     CAMP: RC/CCR     JOB ASSIGN:

TEMP:_____ PUSLE:_____ RESP:_____ B/P:_____ WEIGHT:_____

DATE: 7/9/07

TIME: 1130A

ALLERGIES:_____

Spoke c̄ inmate @ this time.
Offered teach diabetic teaching
and reading material on diabetes,
inmate refused and stated
"I have all that and some
information off the internet."
Inmate signed refusal for
diabetic diet @ this time

R Rhines (?)

X _____ Renew diet + PCN

_____ 7/23/07 @ 830A

DUTY STATUS: _____     ☐ APPOINTMENT:_____

☐ DIET:

☐ MED ORDER:

PHYSICIAN SIGNATURE

Add'l documents produced
to plaintiffs—4381

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
HEALTH CARE REQUEST FORM

014596

INMATE COMPLETE THIS SECTION ONLY (IF APPLICABLE)
Please PRINT the following

Name: *ALBERT WOODFOX*   DOC #: *72148*   Age: *60*   Race: *BLACK*

Living Quarters: *CCR. LB#3*   Job Assignment: *NONE*   What is your health care

complaint and/or request? *I AM ON A DIABETIC DIET, PURSUANT TO LA. R.S. 15:860, I WISH TO BE REMOVED NOW.*

Inmate Signature: *ALBERT WOODFOX*

☐ Sickcall   ☐ Triage   ☐ A&T Unit   ☐ Nursing Unit I/II   ☐ MD Clinic   ☐ Dental   ☐ Mental Health   ☐ Other
                                                                                                      ☐ a.m.

**HEALTH CARE PROVIDER ASSESSMENT**

Date: *7/13/07*   Location Seen: *RCETCCR*   Time Seen: *08.40*   ☐ p.m.

B/P: ___   Pulse: ___   Resp: ___   Temp: ___   Tetanus: ☐ < 5 years  ☐ > 5 years   Glucose: ___   SaO2: ___

Allergies: *PCN*   Medications: ___

PROVIDER CHIEF COMPLAINT:

PHYSICAL EXAMINATION: _____

*Pt a diabetic but request to*

PMHX: *be removed from*

TREATMENT: *Diabetic Diet.*

DISPOSITION:
☐ Sickcall PRN

MD NOTES:

*Refer to AM Clinic # 8/9/07*

*advised to discuss matter ō M.D.*

NEW MEDICATIONS ORDERED:   TOTAL: ___

IMPRESSION:

HCP#
HEALTH CARE PROVIDER SIGNATURE

PHYSICIAN SIGNATURE

AW documents produced
to plaintiffs—0382

☐ No Medical Co-Payment   ☐ Medical Access Fee @ $3.00   ☐ Prescription @ $2.00 each   Total $ ___

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for self-initiated request for health care services
$2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referred regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that an emergency does not exist, I may be given a disciplinary report for malingering or aggravated malingering.

*ALBERT WOODFOX*

INMATE SIGNATURE        DOC#        DATE        WITNESS SIGNATURE

White Copy (Original) - Medical Record        Blue Copy - Business Office        Yellow Copy - Inmate's Copy

LSP-TC-01   Rev. 04/06



# LOUISIANA STATE PENITENTIARY
# R.E. BARROW, JR. TREATMENT CENTER
## DIET APPROVAL FORM

NMATE  NAME:    WOODFOX, ALBERT

OC#:           72148

OUSING AREA:   RC/CCR LOWER B

RIGINAL DIET DATE: 10/26/2006

☐ KEEP CURRENT DIET AS PRESCRIBED:

EMPORARY DIET:

RDERED BY:
ERMANENT DIET:
200 K CAL ADA, LOW SALT, CARDIAC DIET  X PERMANENT

Ex ORDERS OF: SYLVESTER, MD

☐ CHANGE DIET TO THE FOLLOWING:

_____

_____

_____

_____

_____

_____

Diet Category: Please Circle:

CARDIAC   HYPERTENSIVE   DIABETIC   RENAL   OTHER

ORDERED BY: _____      DATE: 7/3/07

**** ***************90 Day Special Diet Review*********************** ** *****

Primary Care MD:  S. Huffman, MD

uesday, July 3, 2007              04:46am

Add'l documents produ
to plaintiffs--0383

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: _Albert Woodfox_  DOC#: _72148_  CAMP: _RC_  JOB ASSIGN: _____

TEMP: _97⁶_  PULSE: _76_  RESP: _20_   B/P: _100/60_  WEIGHT: _184_

DATE: _6/21/07_                              F/u HTN, DM

TIME: _12:00P_      HT: 68"

ALLERGIES: _PCN_ _____

S: F/u HTN, DM

O: 100/60

A/p: DM - Labs in 1mo
       HTN - excellent control

#RTC as
sched

STATUS: _____    ☐ APPOINTMENT: _____

DIET: _6/21/07 12:15P _____    PHYSICIAN SIGNATURE: _____

MISC. ORDERS: _____

P-TC 19   06/2/06              PHYSICIANS CLINIC

Add'l documents produced
to plaintiffs—0384

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: _Albert Woodfox_   DOC#: _72148_   CAMP: _RC/CCR_   JOB ASSIGN: _____

TEMP: _98.4_   PULSE: _68_   RESP: _16_   B/P: _108/76_   WEIGHT: _182_

DATE: _5/10/07_                          f/u DM, HTN

TIME: _0955_

ALLERGIES: _____ PCN _____

60 BM

HBA,C  6.1  (4/07)

no c/o

Heart RRR s̄ M

Lungs CTA

A) HTN Good Control
   DM Good Control

P) Renew medicine 7 R8mt
   HBA,C 2 mo 7 slip sent
   Lipids

                          [5/10/07 00955 notes]

□ DUTY STATUS: _____        X APPOINTMENT: _3 mo_

□ DIET: _____

□ MISC. ORDERS: _____        PHYSICIAN SIGNATURE: _____

LSP-TC15   06/2006                PHYSICIANS CLINIC

Add'l documents produced
to plaintiffs—0385

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

Name: WoodFox,Albert        DOC#: 72148  Location: RC/CCR LOWER B     Visit Date:5/02/2007
BP: 121/83   Temp: 96.6  Pulse: 67  Resp: 20  Height: 68 in.   Wt:183   Time: 09:54am
             DOB: 2/19/47          60 year old B Male  Job: L/D

Reason For Visit: GENERAL MED

Allergies: PCN
Chief Complaint:

HTN, CAD          Denies CP/SOB
DM               ( "I don't like smaller cells @ RC"
CAT              ( "I didn't stick to my diet last
HepC               night & ate sausages"
Vitiligo              continues to do exercise - jogging
LE swelling       during yard-time / push-ups in his
H/o angioedema     cell.

04/07                 O/E VSS
A1c = 6.1         VS - S1S2 ⊕ LVS3 ⊕ ∅ murmur
                                ∅ JVD
                              ∅ pedal edema

                 chest - clear

   # CAD - stable.
         (A) Continue same Rx
       good BP control

   # DM - excellent control.
   pt commended for his efforts
     ! RTCx 4 months

Assess:                    Plan:
1.                         1.
2.                         2.
3.                         3.
4.                         4.
                           5.

_____        _____
    Date                  MD Signature

Add'l documents produced
to plaintiffs—0386

# LOUISIANA STATE PENITENTIARY
## R.E. BARROW, JR. TREATMENT CENTER
### DIET APPROVAL FORM

NMATE NAME:    WOODFOX, ALBERT

OC#:           72148

OUSING AREA:   RC/CCR LOWER B

RIGINAL DIET DATE: 10/26/2006

☒ KEEP CURRENT DIET AS PRESCRIBED:

URRENT DIET:

200 K CAL ADA, LOW SALT, CARDIAC DIET X PERMANENT

RDERED BY: HUFFMAN, MD

☐ CHANGE DIET TO THE FOLLOWING:

_____

_____

_____

_____

_____

Diet Category: Please Circle:

CARDIAC    HYPERTENSIVE    DIABETIC    RENAL    OTHER

ORDERED BY: _____    DATE: 4/10/07

*********************90 Day Special Diet Review*********************

Primary Care MD:  M. Tran, MD

Tuesday, April 10, 2007              04:55am

Add'l documents produ
to plaintiffs-0387

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Woodfox, Albert     DOC#: 72148     CAMP: CCR U/B     JOB ASSIGN:

TEMP:          PUSLE:          RESP:          B/P:          WEIGHT:

DATE: 3/29/07

TIME:

ALLERGIES:

Δ Nifedipine to 180 mg PO daily ↑ Rx Sent

X 6mo

SCopeye DM   8/29/07

☐ DUTY STATUS:                          ☐ APPOINTMENT:

☐ MISC ORDERS:                          PHYSICIAN SIGNATURE:

LSP-TC 19                          PHYSICIANS CLINIC                          Add'l documents produce
to plaintiffs—0388

F/U HTN
Annual Phys

LOUISIANA STATE PENITENTIARY
R.E. Barrow Jr. Treatment Center

PATIENT DATA

NAME: Albert Woodfox   DOC#: 72148   DATE 3-27-07
TEMP: 97.4  PULSE: 64  RESP: 140   BP: 72   HEIGHT: 68"   WEIGHT: 181  AGE: 60
ALLERGIES: PCN
MEDICAL HISTORY: HTN, DM-Type II, HCV, CAD-Angina
CRI, vitiglio

| | (ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED) |
|---|---|
| GENERAL | AE· BM cooperative alert in b/l al |
| SKIN | Vitiglio noted heads arm post trunk |
| EYES | EOMI, PERRL |
| EARS | TM intact ∅ infect process noted |
| NOSE | patent nares |
| THROAT | clear, WNL |
| MOUTH | dentition poor, other WNL |
| NECK | supple full ROM, ∅ JVD ∅ thyro megaly |
| CHEST | Lungs CTA |
| HEART | RRR ∅ murmur ∅ gallop ∅ rub |
| ABDOMEN | soft non tender· |
| GENITALIA | ♂ deferred |
| RECTAL (INCLUDE PROSTATE) | |
| EXTREMITIES | no deformity noted ∅ edema |
| BLOOD VESSELS | WNL |
| LOCOMOTOR | ambulates c difficulty |
| NEUROLOGICAL | intact CN II - XII |
| COMMENTS | Continue current meds |
| | b/o 3 months |
| REFERRALS | |
| DUTY STATUS | |

LSP-TC25   REV. 9/97          PHYSICIAN'S SIGNATURE

 

**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 193-252-0151-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

SYLVESTERJ                    FASTING: N
                            DOB: 2/19/1947

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WOODFOX, ALBERT | M | 60 / . 4 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | 140 |
|---|---|---|---|---|---|
| 7/12/2007 | 8:00 | 7/12/2007 | 7/13/2007 | 8:30 | |

| CLINICAL INFORMATION |
|---|
| CD- 41103807579 |

| PHYSICIAN ID. SYLVESTER | NPI | PATIENT ID. 72148 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola                    LA  70712-0000
ACCOUNT NUMBER:   17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Hgb Alc with MBG Estimation
>   Hemoglobin Alc         6.4H   %         4.8 - 5.9  .  01
Current guidelines recommend a treatment goal of <7% for diabetic
patients.
Mean Bld Glu Estim.        127     mg/dL

| LAB: 01 MB   LabCorp Birmingham             DIRECTOR: John Elgin N MD |
|---|
| 1801 First Avenue South, Birmingham,  AL 35233-0000 |

Add'l documents produced
to plaintiffs--0390

```
                                                    12 Jul 07
                                                    12:39:32
                                                    PAGE 1
```

LOUISIANA STATE PENITENTIARY
R.E. BARROW JR. TREATMENT CENTER
ANGOLA, LOUISIANA 70712
(225) 655-2306

```
       NAME: WOODBOX, ALBERT          SAMPLE ID: 72148-WOODB
 PATIENT ID: 72148                  SAMPLE TYPE: Serum
        AGE: 60 years                   DOCTOR: SYLVESTER
DATE OF BIRTH:                   DRAW DATE/TIME: Jul 12 07    8:00
        SEX: M                    RUN DATE/TIME: Jul 12 07    10:37
   LOCATION: RC/CCR               SEC/CUP/REP: 6/2
 PAT. COMMENT:
SAMPLE COMMENT: FASTING
   INST CODES:
```

| CHEMISTRY | RESULTS | UNITS | REFERENCE RANGE | REMARKS |
|-----------|---------|-------|-----------------|---------|
| TG | 92 | mg/dL | 35 - 160 | |
| CHOL | 147 | mg/dL | 140 - 239 | |
| HDLD | 33.0 | mg/dL | 29.0 - 71.0 | |

| CALCULATED VALUES | RESULTS | UNITS | REFERENCE RANGE | REMARKS |
|-------------------|---------|-------|-----------------|---------|
| DL | 96 | MG/DL | 74 - 159 | |
| OL/HDLD | 4.5 | RATIO | 3.0 - 5.0 | |
| LDL/HDLD | 2.9 | RATIO | 1.0 - 3.6 | |

Add'l documents produced
to plaintiffs--0391



LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN<br>01-252-0132-0 | TYPE<br>S | PRIMARY LAB<br>MB | REPORT STATUS<br>COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

HUFFMAN S                    FASTING: N
                             DOB: 2/19/1947

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WOODFOX,ALBERT | M | 60 / 1 |

PT. ADD.:

| DATE OF COLLECTION TIME | | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/11/2007 | 8:30 | 4/11/2007 | 4/12/2007 | 8:32 | 7687 |

| CLINICAL INFORMATION |
|---|
| CD- 41103805938 |

| PHYSICIAN ID.<br>HUFFMAN | NPI | PATIENT ID.<br>72148 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola        LA  70712-0000
ACCOUNT NUMBER:   17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

>  Hgb A1c with MBG Estimation
   **Hemoglobin A1c**         6.1H  %           4.8 - 5.9      01
   Current guidelines recommend a treatment goal of <7% for diabetic
   patients.
   Mean Bld Glu Estim.       117      mg/dL

| LAB: 01 MB   LabCorp Birmingham               DIRECTOR: John Elgin N MD |
|---|
| 1801 First Avenue South, Birmingham,  AL 35233-0000 |

Add'l documents produced
to plaintiffs—0392



| Pat Name: WOODFOX,ALBERT | Pat ID: 72148 | Spec #: 101-252-0132-0 | Seq #: 7687 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report                                    LCM Version: 03.19.00

  

**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 101-252-0132-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

HUFFMAN S          FASTING: N
              DOB: 2/19/1947

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WOODFOX,ALBERT | M | 60 / 1 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/11/2007 | 8:30 | 4/11/2007 | 4/12/2007 | 8:32 | 7687 |

| CLINICAL INFORMATION |
|---|
| CD- 41103805938 |

| PHYSICIAN ID. HUFFMAN | NPI | PATIENT ID. 72148 |
|---|---|---|

ACCOUNT: Louisiana State Penitentiary

911 Warehouse
Angola                    LA   70712-0000
ACCOUNT NUMBER:   17803060

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Hgb A1c with MBG Estimation
> Hemoglobin A1c          6.1H   %          4.8 - 5.9        01
  Current guidelines recommend a treatment goal of <7% for diabetic
  patients.
  Mean Bld Glu Estim.      117    mg/dL

| LAB: 01 MB    LabCorp Birmingham                DIRECTOR: John Elgin N MD |
|---|
| 1801 First Avenue South, Birmingham,  AL 35233-0000 |

Add'l documents produced
to plaintiffs—0393

| Pat Name: WOODFOX,ALBERT | Pat ID:  72148 | Spec #:  101-252-0132-0 | Seq #:· 7687 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report                                          LCM Version:  03.19.00





Add'l documents produced to plaintiffs—4345

Louisiana State Penitentiary Mental Health Contact Note

| [illegible] | [illegible] | Location | Age | Race | [illegible] Date | Contact Date/Time |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] 30am |

Contact Type: [illegible]
Record Type: Contact Note

Section I: Client Subjective Complaint(s):

[illegible]

Section II: Mental Status Exam:

[illegible]

Section III: Clinician Notes:

[illegible]

Section IV: Assessment:

1. [illegible]
2. [illegible]
3. [illegible]
4. [illegible]

Section V: Disposition:

Goals: 1. [illegible]
2. [illegible]

Plan: 1. [illegible]

Section VI Level of Care Codes:

[illegible] LAST MATCH DATE

Add'l documents produced to plaintiffs—#396

[illegible] Date

Clinician Signature

[illegible] Date: [illegible] Time: [illegible]

Contact Date: [illegible] Time: [illegible]



Add'l documents produced
to plaintiffs--0397

Section V  Disposition:

Goals:  1. Appropriate behavior by client
        2. Compliance w/ rules/regulations

Plan:   1. F/U for MH LOC, per LSP policy
        2. Self-referral intructions given

Level of Care Codes:

3-14-07
Date

Amy Sterling, RN
Mental Health
Clinician Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

Name: <u>Woodfox,Albert</u>    DOC#: <u>72148</u>   Location: <u>CCR UPPER B</u>    Visit Date:<u>1/17/2007</u>
BP: <u>138/85</u>  Temp: <u>97.3</u>  Pulse: <u>88</u>   Resp: <u>18</u>   Height: <u>68</u> in.   Wt:<u>186</u>    Time: <u>10:43am</u>
                   DOB: <u>2/19/47</u>      60 year old B Male   Job: <u>L/D</u>

Reason For Visit: <u>GEN. MED</u>

Allergies: <u>PCN</u>
Chief Complaint:

HTN, CAD
DM
CRI
Hep C!
Vitiligo
LE swelling
H/o angioedema.

"I have no complaint"

Denies CP, SOB.
    Continues to stay active,
exercising.

O/E—VSS
    S1 S2 Ⓝ φm/rg
chest - clear

# HTN, CAD— [stable. Excellent BP control.
              Ⓟ Continue same Rx

#DM— Excellent control. Pt commended.
          Ⓟ Continue same Rx
                Podiatry input appreciated
# CRI— stable.
    GFR >> 50mL/min
          will monitor.

    RTCx 3 months

12/06
HbA1c 6-3

H 1.4

ALT = 41.
LDL = 89.
U/A - φ

Assess:
1. _____
2. _____
3. _____
4. _____
5. _____

Plan:
1. _____
2. _____
3. _____
4. _____
5. _____

_____    _____
   Date          MD Signature

UISIANA STATE PENITENTIAL
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Elvert Woodfox    DOC#: 72148    CAMP: CCR    JOB ASSIGN: _____

TEMP: 97.4    PUSLE: 68    RESP: _____    B/P: 118/80    WEIGHT: 182

DATE: 1/10/07                                    F/U DM, HTN

TIME: 11:35am

ALLERGIES: PCN    BM59    Ht 68

S: F/U DM, HTN

O: 118/80

12/21/06  HbA1C 6.3

A/P: HTN - good control
     DM - good control

Renew vasotec          ± lyte      sent
       Lopressor                   HbA1C 3m
       Metformin
       Claritin
       HCT2                        RTL 4m
       Nifed                          DM, HTN
       ASA
Rx
Sent

DUTY STATUS: _____    1-10-07    APPOINTMENT: MMWorshamLPN
                        1147

PHYSICIAN SIGNATURE: _____ SW

Page  1

Louisiana State Penitentiary Mental Health Contact Note

| Name | DOC | Location | Age | Race | AU Date | Contact Date Time |
|------|-----|----------|-----|------|---------|-------------------|
| Woodfox,Albert | 72148 | CCR UPPER B | 59 | B | 3/22/99 | 1/04/2007 · 10:20am |

Contact Type:  Routine Tier Round
Record Type:   Contact Note

Section I  Client Subjective Complaint(s):

No Mental Health Complaints.

Section II  Mental Status Exam:

Oriented To: X4
Affect: WNL of range and intensity
Mood: Within Normal Limits
Eye Contact: Good
Psychomotor: Within Normal Limits
Speech: Coherent and Relevant
TH Content: Appropriate to situation
TH Process: Logical/Goal-directed
Recent Memory: Appears Within Normal Limits
Remote Memory: Appears Within Normal Limits
Insight: WNL for prison population
Judgement: WNL for prison population
Attitude: Cooperative
Grooming: Good

Documentation Date: 1/08/2007  Time: 09:57a        Contact Date: 1/04/2007  Time: 10:20am

# Exhibit H

6-cv-00789-JJB-RLB     Document 72-2    11/12/08    Page 1

# La. Warden Cites 'Army' in Killing

ANGOLA, La., April 19 (UPI)—Black convicts who say they are the "Vanguard Army" inside the Louisiana state penitentiary are blamed by the prison warden for the murder of one white guard and the fire-bombing of another.

"We have some people that are doing real long sentences that want to consider themselves political prisoners," Warden C. Murray Henderson said Tuesday. "But I can't see how rape, armed robbery and murder are political crimes."

Henderson said a sit-down strike by kitchen workers drew guards away from a dormitory of hardened criminals, allowing some convicts to catch guard Brent Miller, 23, alone and stab him to death with homemade knives.

Miller, who was white, was found on a dormitory floor Monday. He had deen stabbed 32 times. The previous day, a group of black convicts threw a crude fire-bomb at another white guard, burning him on the head.

"We have about 30 ringleaders of the militants locked up, Henderson said. "Out of the 30, we have about four or five prime suspects."

Prison authorities Tuesday intercepted a typewritten letter to a Baton Rouge, La., newspaper, signed: "The Vanguard Army, long live the Angola prison involvement."

The letter's authors took credit for setting the guard on fire Sunday, and said other violent acts would follow. The letter blamed prison conditions at Angola as much on an apathetic public as on "the racist pigs who hold us captive."

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# Exhibit I



# Memo

To:   ALBERT WOODFOX CASE

From: JULIE E. CULLEN, DEPUTY DIRECTOR, CRIMINAL DIVISION

Date: September 9, 1997

Re:   INFORMATION ON WITNESSES

---

Got a call from Burl Cain.    He has been advised by
confidential informant at Angola that there is a plot to kill
Warden Mike Gunnells and Murray Henderson to keep them from
testifying.    Information that Colonel Bolt is involved.    He
thought Bolt was in California.    He advised that Barry was
told by records office at LSP that Bolt was back in Angola.
Cain or Warden Arnold will keep me advised.

# Exhibit J

### Interview of
### Albert Woodfox
### Angola State Penitentiary

M = Mark Goldstein
J = Joel Dvoskin
A = Albert Woodfox

M:   Today is January 6, 2005. The time is approximately 11:30 a.m. We are at
     Angola State Penitentiary in Angola, Louisiana. My name is Mark Goldstein. I
     am the videographer with Creative Video Productions.

J:   *My name is Joel Dvoskin and Mr. Woodfox, your name is Albert Woodfox?*

A:   Yes, my name is Albert Woodfox.

J:   Okay. And I just want to go over a couple of things that occurred before we start
     the tape, that you were unaware of this interview but you were able to speak with
     your attorney and your attorney advised you to go ahead with it. Is that correct?

A:   Yes, he did.

J:   Okay. Now, I'm going to, even though he probably just told you this, I'm going
     to go over a few things just to make sure that, that we understand the
     circumstances of this interview. I am a psychologist and I have been hired by the
     defense in your lawsuit to render an opinion about the effects of long term
     *segregation on you.* Now despite the fact that I was hired by the defense, I have
     an ethical obligation to be objective. In other words, to call it as I see it, to be
     fair. But it's not like a normal psychologist whose job is to help you. I'm not
     here for therapy, so, so, do you understand that our relationship isn't one where
     normally if you went to see a psychologist they have a duty to provide you a
     service and that is not the nature of this. Do you understand that?

A:   Yes, I do.

J:   And, you also understand that ordinarily if you go see a psychologist, it's private
     or confidential and that this is not confidential, that in fact, we are doing this in
     front of a camera, anything we talk about could go to either your lawyer, the
     opposing lawyer, could go to the court, so it's not a private or confidential
     interview as well. Do you understand that as well?

A:   Yes, I do.

1

built up a lot of resentment and hatred toward, you know, police and the things they'd done when it came to total disrespect they gave our parents and grandparents and stuff when they came in the neighborhood.

J:    Have you ever had a sexual experience with anybody that was unwelcome?  Ever forced yourself on anybody or had anybody force themselves on you?

A:    That's a difficult question.  You know, and sometimes, you know, me and some other people talk about it.  Uh, you know, back in those days they had this game that, you know, many women played where you would want some sexual activity and they would say no, but didn't mean no, and those type of things there.  You know, as I look back, some of that nature, but that's about it.

J:    Well, in that, so you're talking about where a woman says no, you sort of keep …

A:    Yeah, keep pressuring her and pressuring.

J:    … pressing and then they eventually relent and appear to be doing it voluntarily?

A:    Yeah.

J:    Did you ever, in doing that, threaten somebody or …

A:    No.  It wasn't a thing where you used violence.  It was like, you know, you would keep kissing on her, and fondling them, and stuff like that.

J:    Right.  Let me ask you a different way.  Was there a time in doing that that you would say there was some threat of harm?

A:    No.

J:    Okay.  We'll switch gears now and I'll ask you some questions that are kind of on a different track.  During your lifetime have you ever received mental health services for anything?  Have you ever, was there a time that you feel like you should have but you didn't get it?  Either you didn't seek it or you didn't get it.  Did you ever need it in other words?

A:    Well, there was a time when I thought, you know, I could have benefited from talking with someone about, you know, some of the things I was going through, being locked in a cell so long, but, uh, you know, penitentiary there is a culture and …

J:    Has a what?

A:    A certain type of culture, certain dos and don'ts and so you, you know, if you're a prisoner, you know, you know the traps, you know, and prisoners know that the

16

# Exhibit K



BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

## State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

October 24, 2008

TO:       To Whom It May Concern

FROM:   Leslie Dupont
          Assistant Warden IV/Security

RE:       Inmate Albert Woodfox #72148

On November 1, 1978, while I, Assistant Warden Leslie Dupont, was shaking down inmate Albert
Woodfox's #72148 cell on CCR, I found hidden in a tube of tooth paste what appeared to be the firing
pen and the barrel of a home made zip gun. The barrel was made from the antenna of a radio and
the firing pen was made from some other type of metal. Upon further shakedown of the tier, where
inmate Woodfox was housed, revealed two (2) twenty-two (22) bullets in a roll of toilet paper under a
lavatory. Upon finding these articles in the tube of toothpaste and in the toilet paper, inmate Woodfox
stated to me "I guess you found what you were looking for."

This is for your information.

Leslie Dupont
Assistant Warden IV/Security

LD/sm

Xc:       file