UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ALBERT WOODFOX
(DOC #72148)

CIVIL ACTION

VERSUS

NO. 06-789-JJB

BURL CAIN, ET AL.

## RULING AND ORDER

This matter is before the court on a motion (doc 76)  filed by Warden Burl Cain to stay this Court's November 25, 2008 ruling (doc 75)  so that Respondent may perfect his emergency motion for stay with the United States Fifth Circuit Court of Appeal.

The court **DENIES** respondent's motion (doc 76) to stay the execution of this Court's November 25, 2008 ruling (doc 75) ordering Albert Woodfox be released pending appeal and/or retrial conditioned upon his obtaining a residence and living conditions acceptable to this Court.

Signed in Baton Rouge, Louisiana, on November 26, 2008.

_____

**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**