## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALBERT WOODFOX** | **C.A. NO. 3:06-00789-JJB-CN** |
| **VERSUS** | **JUDGE BRADY** |
| **BURL CAIN, WARDEN OF THE LOUISIANA STATE PENITENTIARY, et al** | **MAGISTRATE NOLAND** |

### MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DR. ORVILLE BURTON PURSUANT TO *DAUBERT v. MERRILL DOW PHARMACEUTICALS, INC*. and RULES 702 AND 403 OF THE FEDERAL RULES OF EVIDENCE

NOW INTO COURT, through undersigned counsel, comes Burl Cain, Warden of the Louisiana State Penitentiary and Attorney General James D. Caldwell ("State Defendants") who move in this motion in limine to exclude the testimony of Dr. Orville Burton during the May 29, 2012 evidentiary hearing for reasons more specifically set forth in the accompanying supporting memorandum.

WHEREFORE, the State Defendants respectfully request that the court grant the State Defendants' motion in limine to exclude testimony of Dr. Orville Burton.

Respectfully submitted:

JAMES D. "BUDDY" CALDWELL
Louisiana Attorney General

/s/*Richard A. Curry*
Richard A. Curry, #4671
Dan Edward West, #13372
MCGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, LA  70825
Telephone (225)383-9000
Facsimile   (225)343-3076

- 2 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this pleading has been sent to all counsel by operation of the court's electronic filing system.

    Baton Rouge, Louisiana, this 18th day of May, 2012.

                               /s*/Richard A. Curry*