Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

*************************************************
ALBERT WOODFOX
                          CIVIL ACTION
                          NO. 3:06-00789-JJB-CN
VS.
                          JUDGE BRADY

BURL CAIN, WARDEN OF      MAGISTRATE JUDGE NOLAND
THE LOUISIANA STATE
PENITENTIARY, ET AL
*************************************************

DEPOSITION OF DR. ORVILLE VERNON BURTON

Taken on Thursday, April 12, 2012
At the
CROWNE PLAZA
2829 Williams Boulevard
Kenner, Louisiana

REPORTED BY:  JANICE WELCH, C.C.R.

*************************************************

COURT REPORTERS OF LOUISIANA, LLC

9614 BROOKLINE AVENUE, SUITE A-1

BATON ROUGE, LOUISIANA 70809

PHONE: (225) 201-9650  *  FAX: (225) 201-9651

E-MAIL: depos@courtreportersla.com



EXHIBIT A

COURT REPORTERS OF LOUISIANA, LLC
PH: 225-201-9650   www.courtreportersla.com   FAX: 225-201-9651
6ca72594-fff3-4830-b375-b517a400ac02

1                      I N D E X

2                                                      PAGE

3    CAPTION                                              1

4    INDEX                                                2

5    APPEARANCES                                          3

6    AGREEMENT OF COUNSEL                                 4

7    EXAMINATION:  BY MR. CURRY                           5

8    CERTIFICATION                                      176

9

10

11   EXHIBITS                                          PAGE

12   Exhibit A    Abbreviated CV                         28

13   Exhibit B    Report                                 58

14   Exhibit C In Globo   16 Numbered documents          65

15

16

17

18

19

20

21

22

23

24

25

COURT REPORTERS OF LOUISIANA, LLC
PH: 225-201-9650   www.courtreportersla.com   FAX: 225-201-9651
6ca72594-fff3-4830-b375-b517a400ac02

DR. ORVILLE BURTON                                      4/12/2012

Page 26

```
 1    became associate director there but had no
 2    appointment in computer science.  At Clemson now I
 3    do have an appointment in the computer science
 4    department.
 5         Q    So you're on the faculty of Clemson in
 6    the history department and you also teach computer
 7    science?
 8         A    Yes, I'm in the computer science
 9    department, I actually direct the center there, the
10    CyberInstitute.
11         Q    What does that entail?
12         A    The CyberInstitute is particularly the
13    use of computer in research across all disciplines.
14    It's heavily sciences but I'm trying to introduce
15    humanities and social science and arts as part of
16    it, as we've moved into a digital age which changes
17    the way one does research as well as teaching, but
18    we don't focus that much on teaching.
19         Q    Do you have your report in front of you?
20         A    I do.
21         Q    Would you look at the first page of it.
22    At the bottom of the first paragraph under
23    Qualifications and Compensation there's a sentence
24    that says, "My CV lists my books and publications."
25    But in fact, the CV that was provided to us as
```

COURT REPORTERS OF LOUISIANA, LLC
PH: 225-201-9650    www.courtreportersla.com    FAX: 225-201-9651

```
 1   ever came up with anything.
 2        Q    How many trips did you make to Louisiana
 3   in connection with this matter?
 4        A    One in addition to this one.
 5        Q    And Carine Williams and Sam Spital
 6   accompanied you on that trip?
 7        A    Not all of it but they picked me up at
 8   the airport and they left before I did.
 9        Q    Do you know what day you arrived?
10        A    It's like either the 28th or 29th.
11        Q    The focus group was on the 29th.
12        A    Then it was on the -- it would have been
13   that day then.
14        Q    Okay, you just from the airport -- you
15   flew to New Orleans?
16        A    I believe it was New Orleans.
17        Q    And you drove straight to St.
18   Francisville?
19        A    They picked me up.
20        Q    They drove you straight to St.
21   Francisville?
22        A    That's right, to a deposition with Otis
23   Wilson -- not a deposition, excuse me, an interview
24   with Otis Wilson.
25        Q    And then you went to the focus group?
```

1         A    I believe we might have gone first to the
2    library but I'm not certain.  I believe we went to
3    the library.
4         Q    Otis Wilson and then the library and then
5    the focus group?
6         A    That's my memory, we didn't eat lunch all
7    day.
8         Q    What else did you do during that trip?
9         A    The whole trip?  The next morning we went
10   to interview Mr. Minor, it took some arrangement to
11   get him there.  We tried to meet with the minister
12   who we never got to meet with, there were several
13   attempts to do that.  I was in the library and then
14   I drove around the community to see the community.
15             When I was looking for a place to eat I
16   saw four workers, I believe it was probably either
17   cleanup or sanitation, I can't remember, but I came
18   up and they did not actually want to be interviewed
19   and I said I can keep it anonymous, I won't even
20   ask your name, I'd just like to -- so I talked to
21   them a little bit about -- this is the last day
22   about lunch and things.
23             And then I went to meet the two sisters,
24   the Armstrong sisters at Happi Landiers, which is
25   the same place the focus group had been done.  A

```
 1    couple of other people came in and we spoke just
 2    briefly when I was there with the sisters.  Then I
 3    finally left that evening, probably about eight,
 4    8:30, something like that and drove to Mobile,
 5    Alabama.
 6         Q    So you spent two nights in Louisiana?
 7         A    It might just have been one.  I spent the
 8    day, I spent --
 9         Q    You arrived on the day of the focus group
10    and you left the next day?
11         A    I left that evening.
12         Q    That was your entire trip to Louisiana
13    for this project?
14         A    As far as I know.
15         Q    How did you find the individuals with
16    whom you met, how did you get their names?
17         A    Through counsel and I believe some might
18    have come through when we were also doing the
19    interviews, that some names might have come up.  I
20    don't remember how many of those we actually, then
21    we were able to see and talk with.
22         Q    Are you talking about interviews that you
23    conducted before you flew down here?
24         A    No, no.
25         Q    So you're saying when you met with
```

```
 1        Mr. Minor or when you met with Otis Wilson, they
 2        would suggest other people?
 3            A    Right, and they would try to call them.
 4            Q    But how did you get the names of
 5        everybody that you talked to?
 6            A    Through counsel probably, and then if
 7        they would talk about somebody else I might suggest
 8        we need to talk to them as well.  Of course I
 9        wanted to talk with Otis Wilson because of the
10        depositions and the court case.
11            Q    Who actually provided you the Wilson
12        transcripts?
13            A    Since Laughlin said that counsel had
14        them, I asked them to send them instead of me going
15        to Atlanta or Laughlin going to find them.  So they
16        came from counsel who had gone and got them from
17        Laughlin McDonald in Atlanta.
18            Q    You're referring to counsel in this case?
19            A    I am, it was either Sam or Carine or
20        maybe both, I don't remember.
21            Q    What do you know about the Wilson
22        litigation?
23            A    I talked with Laughlin about it and I
24        talked with Peyton McCrary about it.  As I remember
25        it gets inflated because I believe there were two
```

```
 1   cases.  It's a little unclear but it was about --
 2        Q    Redistricting?
 3        A    Not redistricting, per se, wasn't it a
 4   Section 2?  One was actually a Section 5 and the
 5   other was a Section 2, I believe it was a Section 2
 6   case about blacks on the police jury, about
 7   creating districts for African-Americans.
 8        Q    Do you know what the outcome of that
 9   litigation was?
10        A    One of them was settled, you know, a plan
11   was drawn up that was satisfactory is my memory.  I
12   spent most of my time looking at the depositions
13   and the evidence, the voting study that had been
14   done by Dr. Cole and I was not looking at all of
15   the actual -- so much of the facts of the case, but
16   since it was right at the time period the grand
17   jury foreman was selected, I thought it was
18   particularly good to focus on those depositions.
19        Q    Other than Otis Wilson, did you
20   personally interview any of the witnesses whose
21   depositions you attached?
22        A    I do not believe so.
23        Q    Did you attempt to interview any of them?
24        A    No, in the sense I had told counsel if
25   there were time I would like to talk with more
```

```
 1   people but we didn't have time, given the
 2   constraints of the time that this court case
 3   reports were due.
 4        Q    Under the methodology and the analytical
 5   principles that you were using, would it have been
 6   more desirable to interview them in person?
 7        A    It would have always been more desirable
 8   since most of those were white and all the records
 9   pretty much had what a historian would consider a
10   perspective from the white community, I thought it
11   was critical that I get the opportunity to talk
12   with African-Americans from West Feliciana,
13   particularly since there wasn't that much written
14   from an African-American perspective.  So that
15   dictated a lot in priority of why we went with
16   African-Americans in the community first.  If there
17   was enough time, of course, you would want to
18   interview as many people as you could from every
19   different perspective.
20        Q    Who fixed the criteria to determine which
21   individuals you would interview?
22        A    I'm not sure there were criteria.  I
23   asked, I wanted to interview people and asked the
24   attorneys who they had studied case, the counsel
25   for Mr. Woodruff to help identify people that were
```

```
1    knowledgeable about race relations, been involved
2    in West Feliciana, so they had been talking to
3    people and I think that would be where they came
4    from, so I'm not sure if there was a criteria.
5         Q    In any event, it was not your criteria,
6    right?
7         A    I think I was involved in who I was asked
8    about, you know.  If a certain person can provide
9    this kind of information, I'd say yes, I would like
10   to talk with that person, that kind of information
11   would be valuable to my report.
12        Q    But they proposed all the people and
13   suggested them?
14        A    As my memory is set, when we were there
15   and talking to others and I would say -- they would
16   mention somebody and I'd say can we talk with them,
17   can you arrange that.
18        Q    Who did you talk to that was discovered
19   spontaneously in that fashion?
20        A    I don't remember, I believe -- I'm
21   blanking on the name right now, a woman who was
22   employed, a black lady who was employed in the city
23   hall.
24        Q    Greta Scales?
25        A    Greta Scales, yes.
```

```
1        Q     You spoke with her in person?
2        A     At a focus group.
3        Q     As part of the focus group?
4        A     Yes, yes.
5        Q     And you suggested that she participate?
6        A     I think when her name came up -- this is
7   my memory, I'm not sure.  When her name came up
8   about that she had been involved, I said it would
9   be good if we can talk with her, and someone called
10  her to come to the focus group.
11       Q     How did her name come up?
12       A     Through the discovery of black employees,
13  people who had worked.
14       Q     Who told you about her?
15       A     I don't remember from the interviews.
16  But she came up a couple of times.
17       Q     Anybody else that you had a role in
18  selecting?
19       A     I really wanted to talk with Mr. Minor, I
20  don't know if I had a role --
21       Q     How did you know about Mr. Minor?
22       A     Well, I guess he had been identified from
23  the attorneys and from the record.
24       Q     That's not somebody you thought of, you
25  didn't come up with his name, that was from counsel
```

```
1    also?
2        A    No, I just know that he was one that I
3    very much -- we had to work to get people to get
4    him to let us talk to him.  There was a minister
5    whose name came up during the interviews that I
6    really wanted to talk to.
7        Q    But you did not?
8        A    No, we did not.
9        Q    Anybody else?
10       A    Not that I remember.
11       Q    Did you make any attempt to interview
12   random citizens, other than these four anonymous
13   laborers in the street?
14       A    Just talked with people like --
15       Q    Like the librarian?
16       A    Yes, and others when I met them.
17       Q    Did you make any attempt to interview a
18   cross section of the community?
19       A    No.
20       Q    Did you attempt to include whites?
21       A    No.  Can I explain?  I think I already
22   have.
23       Q    Sure, go ahead.
24       A    Given the time constraints since the
25   depositions were almost all except for I believe
```