# CURRICULUM VITAE OF ORVILLE VERNON BURTON

I am a full time professor of History and Computer Science, and the Director of the Clemson Cyber Institute. My resume lists of the books and publications I have authored. I received my Ph.D. in American History from Princeton University in 1976 and have been researching and teaching American History at universities since. From 2008 to 2010, I was the Burroughs Distinguished Professor of Southern History and Culture at Coastal Carolina University. I am emeritus University Distinguished Teacher/Scholar, University Scholar, Professor of History, African America Studies, and Sociology at the University of Illinois at Urbana-Champaign. My research and writing focus on American History and particularly on race relations. For the past four decades I have taught courses in U.S. History, Southern History, race relations, discrimination, ethnicity, family, and community. I use statistical analysis in my own research and writing, and I also taught courses in quantitative techniques at the University of Illinois. I was a member of the graduate statistics faculty and am still a Senior Research Scientist at the National Center for Supercomputing Applications (NCSA) where I was Associate Director for Humanities and Social Sciences. I was also the founding Director of the Institute for Computing in Humanities, Arts, and Social Science (ICHASS) at the University of Illinois and currently chair the ICHASS Advisory Board.

I am a recognized and respected scholar with numerous publications in scholarly books and peer-reviewed journals. I have published a number of book reviews and have refereed book manuscripts, articles, proposals, and books concerning statistics, the voting rights act, race relations, and redistricting for academic and commercial publishers such as Cambridge University Press and the University of North Carolina Press, journals such as *Social Science History* and *The Journal of Interdisciplinary History*, and funding agencies such as the University of Illinois Research Board, American Council of Learned Societies, National Humanities Center, and the National Science Foundation. I have presented scholarly papers both in the United States and abroad on historical and statistical subjects, and I have received various awards. I presented the Stice Lectures on the Voting Rights Act at the University of Washington and hopefully next year the University of Washington Press will publish my lectures on the Voting Rights Act in their series on the Stice Lectures. I am the author or editor of sixteen books. *The Age of Lincoln* (2007) won the *Chicago Tribune* Heartland Literary Award for Nonfiction and was selected for Book of the Month Club, History Book Club, and Military Book Club. One reviewer proclaimed, "If the Civil War era was America's 'Iliad,' then historian Orville Vernon Burton is our latest Homer." The book was featured at sessions of the annual meetings of African American History and Life Annual Association (ASALH), the Southern Intellectual History Circle (SIHC), the Social Science History Association (SSHA), and as a forum published in *The Journal of the Historical Society*. (See www.ageoflincoln.com) *The Age of Lincoln* (2007), a study of secession, Civil War, and the aftermath into the twentieth century, also includes historical research on Louisiana and is the basis for a large part of my report here on the history of race and discrimination in Louisiana. In addition, in 1994-95, I was a fellow at the National Humanities Center when Professor Adam Fairclough was a fellow and working on his award-winning study of the civil rights movement in Louisiana, *Race and Democracy*. We spent a lot of time discussing his research, and I carefully read the book.

I am also author of *In My Father's House Are Many Mansions: Family and Community in Edgefield, South Carolina* (University of North Carolina Press, 1985, fifth printing 1998; subject of sessions at the Southern Historical Association and the Social Science History



Association's annual meetings; nominated for Pulitzer). Quantitative analysis grounds this study of a Southern community. In 2002, the University of Illinois Press published my edited book, *Computing in the Social Sciences and Humanities* (a *Choice* Outstanding Academic Book, 2003), and my co-edited CD-ROM (with two of my former Ph.D. students, Terence Finnegan and David Herr), *Wayfarer: Charting Advances in Social Science and Humanities Computing.*

I have been recognized by my peers as a leader in my field, both as scholar and teacher. I am president of the Southern Historical Association, chaired the prize committee for the Southern Historical Association's H. L. Mitchell Award for the best book in Labor History, was appointed the program chair for the 2005 annual meeting, and was elected to the Executive Committee. I served as the president of the Agricultural History Society, which publishes the premier journal in rural history, and have served in a number of positions in that association. I served on the executive committee of the Social Science History Association, I served as a member of the Organization of American Historian's ABC-CLIO "America: History and Life" Award Committee, 1997-99, to select the best article published in United States history during that two-year period and was nominated for the nominating committee. I was also nominated for the Vice President for Teaching for the American Historical Association. I have received fellowships and grants from the National Science Foundation, the U.S. Department of Education, Rockefeller Foundation, the National Endowment for the Humanities, the American Council of Learned Societies, the Woodrow Wilson International Center for Scholars, the National Humanities Center, the Carnegie Foundation, and the Pew Foundation. I was selected nationwide as the 1999 U.S. Research and Doctoral University Professor of the Year (presented by the Carnegie Foundation for the Advancement of Teaching and by the Council for Advancement and Support of Education). I was a Pew National Fellow Carnegie Scholar for 2000-2001. At the University of Illinois I was named a University Scholar in 1988 and was designated an inaugural University Distinguished Teacher/Scholar in 1999. I received the University of Illinois Graduate College Outstanding Mentor award. I served as the General Mark Clark Distinguished Professor at The Citadel and the Pew-Lilly Foundation Graduate Professor, Notre Dame University, Strickland Visiting Scholar, Department of History, Middle Tennessee State University. I am the recipient of the 2004 Eugene Asher Distinguished Teaching Award of the American Historical Association. I served as interim president of the Board of Directors of the Congressional National Abraham Lincoln Bicentennial Foundation, and am currently vice-chair. I received the University of Illinois 2006 Campus Award for Excellence in Public Engagement. I was appointed an Organization of American Historian Distinguished Lecturer for 2004-14. In 2008, the Illinois State legislature honored me with a special resolution for my contributions as a scholar, teacher, and citizen of Illinois.

Race relations, politics, and society have been my specialty since I received my Ph.D. at Princeton in 1976. Most of my work has dealt with the role of race in American life. In my books and articles, I have described the impact of race upon the South with a particular emphasis upon the connections between the political process and racial attitudes, traditions, and economic and political institutions.

As a graduate student at Princeton University, I studied statistics both in the History Department and with Dr. Edward Tufte in the Woodrow Wilson School of Public and International Affairs and with Dr. Claudia Goldin in the Economics Department. At the University of Illinois, I did a formal "Study in a Second Discipline" with a concentration on demography and advanced statistics. I have researched and written about the use of quantitative

techniques. For an example, please see "Quantitative Methods for Historians: A Review Essay," *Historical Methods* 25:4 (Fall 1992): 181-88.

I am a judicially recognized expert in the fields of race relations, districting, reapportionment, and racial voting patterns and behavior in elections in the United States. I have had extensive experience in analyzing social and economic status, discrimination, and intent in voting rights cases, and group voting behavior. I have been retained to serve as an expert witness and consultant in numerous voting rights cases by the Voting Section of the Division of Civil Rights of the United States Department of Justice, Voting Rights Project of the Southern Regional Office of the American Civil Liberties Union (ACLU), the National Association for the Advancement of Colored People (NAACP), the Mexican American Legal Defense and Educational Fund (MALDEF), the California Rural Legal Association (CRLA), League of United Latin American Citizens (LULAC), the Lawyers' Committee for Civil Rights Under Law, the Legal Services Corporation, and other individuals and groups. I first served as an expert witness and consultant in about 1982 with *McCain v. Lybrand*[1] (I was contacted by attorneys Laughlin McDonald and Armand Derfner immediately after *Mobile v. Bolden*,[2] to consult on the *McCain* case). I have not kept a list of all the cases in which I have been involved. My testimony has been accepted by federal courts on statistical analysis of racially polarized voting, socioeconomic analysis of the population, as well as on the history of discrimination and the discriminatory intent of laws. I conducted the extensive ecological regression (ER) analysis as proof that voting patterns were polarized along racial lines in *Jackson v. Edgefield County, South Carolina School District*, 650 F.Supp. 1176, 1194-97 (D.S.C. 1986), which I have been told was the first case where Ecological Regression was presented by the plaintiffs and accepted by the federal court after the Supreme Court endorsed Ecological Regression as the proper statistical technique for measuring racial bloc voting in the *Gingles* case, *Thornburg v. Gingles*. 106 S. Ct. 2752 (1986); *Gingles v. Edmisten*, 590 F. Supp. 345 (E.D.N.C. 1984).[3]

To the best of my knowledge and memory, in the last five years I have not testified, and have only given a deposition in one case *Perez v. Perry*, regarding Congressional Redistricting in Texas and the State House of Representatives in 2011. I did consult on an education and tax disparity case in Alabama, but wrote no report.

---

[1] *McCain v. Lybrand*, 465 U.S. 236 (1984).
[2] 446 U.S. 55 (1980).
[3] I do not know the universe of the cases to say for certain that *Jackson* was the first. *Gingles* was decided on June 30, 1986, *Jackson* was decided on Sept. 29, 1986, so *Jackson* would certainly have been among the first of the cases to follow the *Gingles* analysis. Of course, Ecological Regression had been used in cases before *Gingles*; I had used bivariate ER in cases before the *Gingles* decision.