ORVILLE VERNON BURTON

The Strom Thurmond Institute of Government & Public Affairs          107 Baywood Circle  (home)
Clemson University, Perimeter Road                                                   Ninety Six, SC 29666
Clemson, SC 29634-0125
            Tel. O -864-656-7136  C-217-649-0608 fax -864 -656-4789 h-864-543-2552
      vburton@clemson.edu          http://vburton.ncsa.uiuc.edu          http://www.ageoflincoln.com

Military Service:  1969, 1974  U.S. Army, Honorably Discharged as Captain, 1977

Education:  1976, Ph.D. Princeton University    (1969, B.A. Furman University)
Ph.D. dissertation: "Ungrateful Servants?  Edgefield's Black Reconstruction:  Part I of the Total History
        of Edgefield County, South Carolina."  Advisors Sheldon Hackney and James McPherson

Academic Positions:
Director Clemson University CyberInstitute, 2010-
Associate Director for Humanities, Arts, and Social Sciences, Clemson University CyberInstitute, 2010
Professor Computer Science, Clemson University, 2011-
Professor of History and Distinguished Professor Humanities, Clemson University, 2010-
Burroughs Distinguished Professor of Southern History & Culture, Coastal Carolina University, 2008-10
University of Illinois at Urbana-Champaign (UIUC), 1974-2008
        2009-   Chair, Advisory Board for Institute for Computing in Humanities, Arts, and
                Social Science (I-CHASS) at University of Illinois
        2004 – 09 Founding Director I-CHASS
        2008 Emeritus University Distinguished Teacher/Scholar and Professor History, African
                American Studies, and Sociology
        2006-Professor African American Studies
        1989- Professor, History
        1989- Professor, Sociology
        1982-1989 Associate Professor, History
        1976-1982 Assistant Professor History
        1974-1976 Instructor
        1985- Faculty Affiliate, African American Studies and Research Program
        1986- Campus Honors Program
        1988- Graduate College Statistics Faculty
National Center for Supercomputing Applications (NCSA)
        2002- Associate Director, Humanities and Social Sciences
        1993-2002 Head, Initiative for Social Sciences and Humanities
        1986- Senior Research Scientist
Princeton University
        1972-74  Assistant Master, Woodrow Wilson Residential College
        1971-72  Instructor, Mercer County Community College, NJ
College of Charleston
        2001- Executive Director, Program in the Carolina Lowcountry and the Atlantic World (CLAW)
        1987 Governor's School of South Carolina, Professor of History, Summer 1987

Publications:
*Books*:
*The Age of Lincoln*.  NY: Hill and Wang, 2007. (Audio:  Blackstone Audio Books).  Paperback edition
        2008.   Selection for Book of the Month Club, History Book Club, Military Book Club.
        Paperback July 2008.  The Age of Lincoln was nominated by Farrar, Straus, and Giroux for the
        Pulitzer Prize.  Three historical associations featured sessions on the book, Association for the



Burton, page 2
Study of African American Life and History, 2008; Social Science History Association, 2008;
The Southern Intellectual History Circle, 2009.

(with Judy McArthur) *"A Gentleman and an Officer": A Military and Social History of James B. Griffin's Civil War*. N.Y.: Oxford University Press, 1996; second printing 1999.

*In My Father's House Are Many Mansions: Family and Community in Edgefield, South Carolina*. Chapel Hill: University of North Carolina Press, 1985 (paperback edition 1987; 5th printing 1998). *In My Father's House* was nominated by the University of North Carolina Press for the Pulitzer Prize. Two Historical Associations featured this book in sessions at their annual meetings: Social Science History Association, 1986; Southern Historical Association, 1987.

*Air Conditioning and the Voting Rights Act: The Voting Rights Act of 1965 in Historical Perspective.* Stice Lectures University of Washington. Seattle: University of Washington Press, expected 2014.

(with Wilbur Cross), foreword by Emory Shaw Campbell, *Penn Center: A History Preserved, a Culture Shared, a Future Changed* (Athens: University of Georgia Press, expected 2012).

Editor, *The Essential Lincoln*. NY: Hill and Wang, 2009.

(edited with David O'Brien) *Remembering Brown at Fifty: The University of Illinois Commemorates Brown v. Board of Education.* Urbana: University of Illinois Press, 2009.

(edited with Winfred B. Moore, Jr.) *"Toward the Meeting of the Waters: Currents in the Civil Rights Movement in South Carolina during the Twentieth Century.* Columbia: The University of South Carolina Press, 2008; paperback 2011.

Editor, *Slavery in America: Gale Library of Daily Life*, 2 vols. New York, Detroit: Gale Cengate Learning, 2008.

Editor, *Computing in the Social Sciences and Humanities.* Urbana: University of Illinois Press, 2002.

(edited with David Herr and Terence Finnegan) *Wayfarer: Charting Advances in Social Science and Humanities Computing.* Urbana: University of Illinois Press, 2002. This CD-ROM contains more than 65 essays and research and teaching applications, including illustrative interactive multimedia materials.

(edited and annotated with Georganne B. Burton, introduction pp. 1-48) *"The Free Flag of Cuba": The Lost Novel of Lucy Pickens* [orig. pub. 1854] in the Library of Southern Civilization series, edited by Lewis P. Simpson. Baton Rouge: Louisiana State University Press, 2002, paperback 2003.

(with et al.) *Documents Collection America's History*, vol. 1, to accompany James Henretta, et al., *America's History*, 2nd ed. (New York: Worth Publishers, 1993).

(edited with Robert C. McMath, Jr.) *Class, Conflict, and Consensus: Antebellum Southern Community Studies.* Westport, Conn: Greenwood Press, 1982.

(edited with Robert C. McMath, Jr.) *Toward a New South? Studies in Post-Civil War Southern Communities.* Westport, Conn: Greenwood Press, 1982.

(edited with Jerald Podair and Jennifer L. Weber) *The Struggle for Equality: Essays on Sectional Conflict, the Civil War, and the Long Reconstruction in Honor of James M. McPherson.* Charlottesville: University of Virginia Press, 2011.

Editor, *Writing the South in Fact, Fiction, and Poetry: Essays in Honor of Charles Joyner.* Columbia: University of South Carolina Press, expected 2013.

*Plays:*
(with Georganne Burton) "Abraham Lincoln's Beardstown Trial: The Play" Premiered Sept. 29, 2009, Beardstown, Il. (Endorsed by the Congressional Abraham Lincoln Bicentennial Commission, November 2009; Play available upon request); http://www.lincolnbicentennial.gov/calendar/beardstown-trial-11-10-09.aspx; http://www.civilwar.org/aboutus/events/grand-review/2009/almanac-trial.html

*Introductions and Forewords to Books:*
"Foreword," pp. ix-liv to *Born to Rebel: An Autobiography* by Benjamin Elijah Mays. Athens: University of Georgia Press Brown Thrasher edition, 1987, also in paperback edition (book without foreword originally published by Charles Scribner's Sons, 1971). Revd. Foreword 2003.

Burton, page 3

"Introduction," pp. 9-11 to *Roll the Union On: Southern Tenant Farmers Union*. As told by its Co-founder, H.L. Mitchell. Chicago: Charles H. Kerr Publishing Company, 1987.

"Introduction," pp. xiii-xviii to *Soldiering with Sherman: The Civil War Letters of George F. Cram*. Jennifer Cain Bohrnstedt, ed., DeKalb: Northern Illinois University Press, 2000.

"Introduction," pp. x-xxxiv to *Pitchfork Ben Tillman: South Carolinian* by Francis Butler Simkins, for the reprint edition of the Southern Classics Series of the Institute for Southern Studies. Columbia: University of South Carolina Press, 2002 (book without Introduction originally published by Louisiana State University Press, 1944).

(with James Barrett) "Foreword," pp. xi-xxv to paperback edition of *Cause at Heart: A Former Communist Remembers* by Junius Irving Scales with Richard Nickson. Athens: University of Georgia Press, 2005 (book without Foreword originally published 1987).


Editor, A Nation Divided: Studies in the Civil War Era, University of Virginia Press, 2011-


*Journals Edited*:

"Three Articles from a Century of Excellence: The Best of *The South Carolina Historical Magazine*," pp. 182-89 for *South Carolina History Magazine* 101: 3 (July 2000).

"Introduction," pp. 161-65 for *Social Science Computer Review* 12:2 (Summer 1994).

Co-editor, "Technology and Education," *International Journal of Social Education* 5:1 (Spring 1990).


*History Articles, Chapters, and Essays*:

"Lincoln at Two Hundred: Have We Finally Reached Randall's Point of Exhaustion?" In *The Living Lincoln: Essays from the Harvard Lincoln Bicentennial Symposium*, pp. 204-25. Edited by Thomas A. Horrocks, Harold Holzer, and Frank J. Williams (Carbondale: Southern Illinois University Press, 2011), pp. 204-25.

(with Nick Gaffney) "South Carolina," Vol. 2: pp. 745-764 in *Black America: A State by State Encyclopedia*. Edited by Alton Hornsby. (Westport, CN: Greenwood Press, 2011).

"The Age of Lincoln: Then and Now," Keynote for the South Carolina Historical Association Annual Meeting, *The Proceedings of the South Carolina Historical Association*, 2010, pp. 7-22. Edited by Robert Figueira and Stephen Lowe (Columbia: South Carolina Department of Archives and History, 2010).

(with Larry McDonnell and Troy D. Smith) "Slavery and Anti-Slavery: A Transnational Archive," pp. 121-26 in L'abolition de l'esclavage au Royaume-Uni 1787-1840 : débats et dissensions The abolition of slavery in Britain 1787-1840 : debate and dissension." Edited by Susan Finding (Paris: ArmandColin, Nov. 2009).

"Abraham Lincoln at Two Hundred," OAH (Organization of American Historians) Newsletter, 37:4 (Nov. 2009), pp. 1, 8, 12.

"Author's Response to the Southern Intellectual History Circle Forum on *The Age of Lincoln*." *The Journal of the Historical Society* IX:3 (September 2009): 355-72.

"Colbert History," Pan-African Studies, Fall 2009, p. 3.

(with Georganne Burton) "Lucy Holcombe Pickens: Belle, Political Novelist, and Southern Lady," in *South Carolina Women: Their Lives and Times*, Vol 1. Editors Marjorie Julian Spruill, Valinda W. Littlefield, and Joan Marie Johnson (Athens: University of Georgia Press, 2009), pp.273-98.

"Radical Reconstruction, United States, Promise and Failure of" VI: 2798-2801
&lt;http://www.revolutionprotestencyclopedia.com/public/tocnode?query=burton%2C+vernon&widen=1&result_number=3&from=search&id=g9781405184649_chunk_g97814051846491238&type=std&fuzzy=0&slop=1&gt;;

(with Beatrice Burton) "American Civil War and Slavery," I: 70-72
http://www.revolutionprotestencyclopedia.com/public/tocnode?query=burton%2C+vernon&widen=1&result_number=1&from=search&id=g9781405184649_chunk_g978140518464940&type=std&fuzzy=0&slop=1;

(with Beatrice Burton) "Lincoln, Abraham (1809-1865) and African Americans" Volume V: 2121-2123"
&lt;http://www.revolutionprotestencyclopedia.com/public/tocnode?query=burton%2C+vernon&wid

Burton, page 4

en=1&result_number=2&from=search&id=g9781405184649_chunk_g9781405184649925&type
=std&fuzzy=0&slop=1>; all three essays in the *International Encyclopedia of Revolution and
Protest: 1500 to the Present.* Edited by Immanuel Ness. (Oxford: Wiley-Blackwell, 2009).

"Imagine Another Ending: Tweaking History to Shape an Alternative World, " pp. 48-50 in *A New Birth
of Freedom, 1809\*2009: Abraham Lincoln's Bicentennial.* Edited by Don Wycliff (Washington,
D.C.: The Lincoln Bicentennial Commission, 2009).

(with Simon Appleford and Beatrice Burton) "Seeds in Unlikely Soil: The *Briggs v. Elliott* School
Segregation Case." Pp 176-200 in *Toward the Meeting of the Waters: Currents in the Civil
Rights Movement of South Carolina during the Twentieth Century.* Editors Orville Vernon
Burton and Winfred B. Moore, Jr. Columbia: The University of South Carolina Press, 2008.

(with Lewie Reece) "Palmetto Revolution: The Coming of Desegregation in South Carolina," pp. 59-91,
283-94 in *With All Deliberate Speed: Implementing Brown v. Board of Education.* Editors Brian
Daugherity and Charles Bolton. Fayetteville: University of Arkansas Press, 2008.

"Civil Rights Movement in South Carolina," 178-80; (with Matthew Cheney) "Benjamin Mays," 601-02;
(with Beatrice Burton) "Francis Butler Simkins," 866; (with Beatrice Burton) "Lucy Pickens";
(with Beatrice Burton) "Sharecropping/ Tenantry," 952-54 in *The South Carolina Encyclopedia*
[A project of the South Carolina Humanities Council]. Editor Walter Edgar. Columbia:
University of South Carolina Press, 2006.

(with Matthew Cheney) "African Americans," 245-248 in *The Encyclopedia of the Midwest* [a project of
the Institute for Collaborative Research and Public Humanities at The Ohio State University].
Editor Richard Sisson, et al. print version. Bloomington: Indiana University Press, 2007.

"The Voting Rights Act," Vol. 4: pp. 1134-1136 in *Postwar America: An Encyclopedia of Social,
Political, Cultural, and Economic History.* Editor James Ciment. M.E. Sharpe, 2006,

"Emancipation," 237-42, "Sharecropping," 563-67, "South Carolina," 584-593, "Suffrage," 614-20,
"Wade Hampton, III," 306-08, in *Encyclopedia of the Reconstruction Era.* Editor Richard
Zuczek. Westport, CN: Greenwood Press, 2006.

(with David Herr) "Religious Tolerance and the Growth of the Evangelical Ethos in South Carolina," 146-
64 in *The Dawn of Religious Freedom in South Carolina,* Editor James Lowell Underwood and
W. Lewis Burke. Columbia: University of South Carolina Press, 2006.

(with Beatrice Burton) "Jefferson Davis," in *Frederick Douglass Encyclopedia.* Editors Julius E.
Thompson, James L. Conyers, Jr., and Nancy J. Dawson. Westport, CN: Greenwood Press, 2009

"The 1965 Voting Rights Act in the South," in *History* Vol. 3 (2007) and in James W. Ely, Jr. and
Bradley G. Bond, eds., *Law and Politics* Vol. 10, pp. 399-401 (2008) of *The Encyclopedia of
Southern Culture,* 2nd revised ed. Editor Charles Reagan Wilson. Chapel Hill: University of
North Carolina Press, 2007.

"Problems and Methods in Family History Research," *Journal of Humanities* (National Central
University at Chuhgli/Taoyuen), 2006.

(with Matthew Cheney and David Herr) "Defining Reconstruction," pp. 299-322 in *The Blackwell
Companion to the Civil War and Reconstruction.* Editor Lacy Ford. Boston: Blackwell
Publishers, 2005.

"John H. McCray,"pp. 125-27 in the *Dictionary of Twentieth Century Black Leaders.* Editor Alton
Hornsby, Jr. Montgomery. AL: E-Book Time, LLC, 2005.

"Stranger in a Strange Land: Crossing Boundaries," pp. 256-283 in *Shapers of Southern History:
Autobiographical Essays by Fifteen Historians.* Editor John Boles. Athens: University of
Georgia Press, 2004.

"Dining with Harvey Gantt: Myth and Realities of 'Integration with Dignity,'" pp. 183-220 in *Matthew J.
Perry: The Man, His Times and His Legacy.* Editors W. Lewis Burke and Belinda F. Gergel.
Columbia: University of South Carolina Press, 2004.

"'Tis True that Our Southern Ladies have Done and are Still Acting a Conspicuous Part in this War':
Women on the Confederate Home Front in Edgefield, South Carolina," pp. 95-108 in *"Lives Full
of Struggle and Triumph": Southern Women, Their Institutions, and Their Communities.* Editors
Bruce L. Clayton and John A. Salmond. Gainesville: University of Florida Press, 2003.

"Reaping What We Sow: Community and Rural History," Presidential address in *Agricultural History*
76: 4 (Fall 2002): 631-58.

Burton, page 5

(with Georganne Burton) "Lucy Holcombe Pickens and *The Free Flag of Cuba*," *South Carolina History Magazine* 103:4 (October 2002): 296-324.

(with Ian Binnington) "Civil War: The Homefront in the South," *Encyclopedia of the United States in the Nineteenth Century*, vol. 1, pp. 256-59. Editor Paul Finkelman. New York: Charles Scribner's Sons, 2001.

"Civil War and Reconstruction," pp. 47-60 in *A Companion to Nineteenth Century America*. Editor William L. Barney. Oxford, UK: Blackwell Publishers, 2001, paperback 2006.

"South Carolina" and "South Carolina Democratic Party (PDP)," vol. 2: pp. 692-94 in *Civil Rights in the United States*. Editors Waldo E. Martin and Patricia Sullivan. New York: Macmillan, 2000.

"A Monumental Labor," Review Essay of Walter Edgar's *South Carolina: A History*," *South Carolina Historical Magazine* 100:3 (July 1999): 262-268.

"Bosket Family," 166-68 in vol. 1, *Violence in America: An Encyclopedia*. Editor Ronald Gottesman. New York: Charles Scribner's Sons, 1999.

"Butler, Andrew Pickens," 4:88-90; "Gary, Martin Witherspoon," 8:775-77; "Mays, Benjamin Elijah," 14: 795-97; "Mitchell, Harry Leland," 15: 602-3; "Owsley, Frank Lawrence, " 16: 870-72; "Simkins, Francis Butler," 19: 942-44; and "Tillman, Benjamin Ryan," 21: 672-75, in *American National Biography*. Editors John A. Garraty and Mark C. Carnes, 24 vols. New York: Oxford University Press, 1999.

"Legislative and Congressional Redistricting in South Carolina," pp. 290-314 in *Race and Redistricting in the 1990s*. Editor Bernard Grofman. New York: Agathon Press, 1998.

"Race Relations in the Rural South Since 1945," pp. 28-58 in *The Rural South Since World War II*. Editor R. Douglas Hurt. Baton Rouge: Louisiana State University Press, 1998.

"Benjamin E. Mays: Born to Rebel," pp. 21-75 in *Walking Integrity: Benjamin Elijah Mays: Mentor to Generations*. Editor Lawrence E. Carter, Sr. Atlanta: Scholars Press of Emory University, 1996 (paperback, Mercer University Press, 1998).

"Edgefield, South Carolina: Home to Dave the Potter," pp. 38-52 in *I Made This Jar: The Life and Works of the Enslaved African-American Potter, Dave*. Editor Jill Beute Koverman. Columbia: McKissick Museum University of South Carolina, 1998.

"African American Status and Identity in a Postbellum Community: An Analysis of the Manuscript Census Returns," *Agricultural History* 72:2 (Spring 1998): 213-240.

"Confederate States of America: Homefront," pp. 163-64 in *Reader's Guide to American History*. Editor Peter Parrish. London: Fitzroy Dearborn, 1997.

"The Modern 'New' South in a Postmodern Academy: A Review Essay," *Journal of Southern History*, LXII, no. 4 (Nov. 1996):767-786.

"The Ninety Six Story," pp. 4-7 in *Historic Ninety Six, South Carolina* in 9/6/96 Special Issue.

"South Carolina" in *Encyclopedia of African American Culture and History*, vol 5: 2529-2533. Editors Jack Salzman, et al. New York: Macmillan, 1996, rev. ed. and CD-ROM 2000.

"Farm Protest\Populism," pp. 265-267, and "Tenancy," pp. 747-749, in *Encyclopedia of Social History*. Editor Peter N. Stearns. New York: Garland Publishing, Inc., 1994.

NSF investigator and principal author (with Terrence R. Finnegan, Peyton McCrary, and James W. Loewen) "South Carolina" chap. 7, pp. 191-232, 420-432, in *The Quiet Revolution in the South: The Impact of the Voting Rights, 1965-1990*. Editors Chandler Davidson and Bernard Grofman. Princeton: Princeton University Press, 1994. (Winner of the 1995 Richard F. Fenno Prize, Legislative Studies Section, American Political Science Association).

"Society," 4:1483-1493, "Family Life," 2:562-565, "Cotton" (with Patricia Bonnin), 1:416-420, and "Tobacco" (with Henry Kamerling), 4:1597-1599, in *Encyclopedia of the Confederacy*. Editor Richard N. Current. NY: Simon and Schuster, 1993.

"Large Questions in Small Places: Why Study Mount Pleasant's Institutions," pp. 37-48, in *Mount Pleasant's Institutions: Proceedings of the Third Forum of the History of Mount Pleasant*. Mount Pleasant, September 1993. Editor Amy Thompson McCandless.

"Sectional Conflict, Civil War, and Reconstruction," pp. 131-157, in *Encyclopedia of American Social History*, vol. 1. Editors Mary Kupiec Cayton, Elliott J. Gorn, and Peter W. Williams. N.Y.: Charles Scribner's Sons, 1993; with revisions on CD-ROM 1998.

Burton, page 6

"The Burden of Southern Historiography: W J. Cash and the Old South," pp. 59-79, in *The Mind of the South Fifty Years Later*. Editor Charles W. Eagles. Oxford: University Press of Mississippi, 1992.

"'The Black Squint of the Law': Racism in South Carolina," pp. 161-185, in *The Meaning of South Carolina History: Essays in Honor of George C. Rogers, Jr.* Editors David R. Chesnutt and Clyde N. Wilson. Columbia: University of South Carolina Press, 1991.

"Reconstruction," A review essay of Eric Foner's *Reconstruction* in *South Carolina Historical Magazine* 91:3 (July 1990): 217-220.

"Howard Kester," pp. 401-3 (414-15 2nd rev); "Edward Britt McKinney," pp. 462-3 (489-90 rev. 2nd); "Henry Leland Mitchell," pp. 475-76 (502 rev. 2nd); Modjeska Monteith Simkins, pp. 700-1 (747-48 rev. 2nd) in *The Encyclopedia of the American Left*. Editors Mari Jo Buhle, Paul Buhle, and Dan Georgakas. New York: Garland Publishing, 1990, University of Illinois Press paperback, 1992 (rev. 2nd ed. Oxford University Press, 1998).

"Whence Cometh Rural Black Reconstruction Leadership: Edgefield County, South Carolina," *The Proceedings of the South Carolina Historical Association, 1988-1989*. Aiken: The South Carolina Historical Association, 1989, pp 27-38.

"Fatherhood," pp. 1106-1107; "Motherhood," pp. 1111-1113; "Family, Modernization of," pp. 1540-1541 in *Encyclopedia of Southern Culture*. Editors Charles Reagan Wilson and William Ferris. Chapel Hill: The University of North Carolina Press, 1989; paperback 1991; rev. ed. "Motherhood" and "Fatherhood" in *Myth, Manners, and Memory* vol 4 (2007) and also in *Gender* vol. 13 (2009)

"Hiring Out," pp. 320-326, in the *Dictionary of Afro-American Slavery*. Editors Randall M. Miller and John David Smith. Westport, Conn.: Greenwood Press, 1988 (rev. 2nd. ed. 1997).

"In My Father's House Are Many Leaders: Can the Extreme Be Typical?" *The Proceedings of the South Carolina Historical Association, 1987*. Aiken: The South Carolina Historical Association, 1988, pp 23-32.

"The Development of the Tenant Farm System in the Postbellum South," *Tar Hill Junior Historian* 27, #1 (Fall 1987): 16-18.

"The Effects of the Civil War and Reconstruction on the Coming of Age of Southern Males, Edgefield County, South Carolina," in *The Web of Southern Relations: Women, Family and Education*. Editors Walter J. Fraser, Jr., R. Frank Saunders, Jr., and Jon L. Wakelyn, pp. 204-223. Athens: University of Georgia Press, 1985, paperback ed. 1987.

"Economics as Postbellum Southern History." A Review Essay of *Old South, New South: Revolutions in the Southern Economy Since the Civil War* by Gavin Wright. NY: Basic Books, 1986 in *Reviews in American History* 16:2 (June 1988): 233-40.

"Anatomy of an Antebellum Rural Free Black Community: Social Structure and Social Interaction in Edgefield District, South Carolina," *Southern Studies: Interdisciplinary Journal of the South* 21, (Fall 1982): 294-325. Special editor, Ira Berlin.

"The Rise and Fall of Afro-American Town Life: Town and Country in Reconstruction Edgefield County, South Carolina." In *Toward a New South? Studies in Post-Civil War Southern Communities*, Editors Orville Vernon Burton and Robert C. McMath, Jr., pp. 152-92. Westport, Conn: Greenwood Press, 1982. .

Review essay of Elizabeth H. Pleck, *Black Migration and Poverty: Boston, 1865-1900*, in *Social Science History*, vol. 5 (Fall 1981): 483-88.

"The Development of Tenantry and the Post-Bellum Afro-American Social Structure in Edgefield County, South Carolina." In *Presentations Paysannes, Dimes, Rente fonciere et Mouvement de la Production Agricole a l'epoque Preindustrielle: Actes du Colloque preparatoire* (30 juin-let et 2 juillet 1977) au VIIe *Congres international d'Histoire economique Section A3*. Edimbourg 13-19 aout 1978. Editors E. LeRoy Ladurie and J. Goy, Vol. 2: 762-78. Paris: Editions De L'Ecole des Hautes Etudes En Sciences Sociales, 1982. Reprinted pp.19-35 in *From Slavery to Sharecropping: White Land and Black Labor in the Rural South, 1865-1900*, vol. 3 of *African American Life in the Post-Emancipation South 1861-1900*. Editor Donald G. Nieman. Hamden, CT: Garland Publishing, 1994.

Burton, page 7

"Race and Reconstruction: Edgefield County, South Carolina," *Journal of Social History* 12 (Fall 1978):
    31-56. Referenced and summarized in *Sociological Abstracts* 12, #1 (April 1978): 45. Reprinted
    in *The Southern Common People: Studies in Nineteenth Century Social History*. Editors Edward
    Magdol and Jon L. Wakelyn, pp. 221-237. Westport, Conn: Greenwood Press, 1980. Reprinted
    pp. 87-112 in *The Politics of Freedom: African Americans and the Political Process During
    Reconstruction*, vol. 5 of *African American Life in the Post-Emancipation South 1861-1900*.
    Editor Donald G. Nieman. Hamden, CT: Garland Publishing, 1994.
"The Antebellum Free Black Community: Edgefield's Rehearsal for Reconstruction," *The Furman
    Review* 5 (Spring 1974): 18-26.

*Accepted and in Press:*
    "Lincoln and Secession." In *Secession and War Come to Washington*. Edited by Paul Finkelman and
        Donald R. Kennon for the U.S. Capitol Historical Society (Athens: Ohio University Press,
        expected 2012).
    "Religion and the Academy," *Books and Culture* 17:3 (May/June), 2011.
    "The South as Other, The Southerner as Stranger," Presidential Address for the Southern Historical
        Association, *The Journal of Southern History* (expected Nov 2012).
    "Lincoln, Race, and African Americans," Part 2, in *Pan-African Studies*, Clemson University, expected
        2012.
    (with David Roediger, Simon Appleford, and Kalev Leetaru) "Race, Place, and the American Dream: A
        Case Study of East St. Louis." Commissioned by Editor of the *American Historical Review,*
        expected 2012.
    (with Simon Appleford) "The Voting Rights Right of 1965 in Historical Perspective," *The Journal of the
        Historical Society* (expected 2012).
    "Picturing Lincoln in the 1850s," *Journal of the Abraham Lincoln Association*, expected 2011.
    (with Ian Binnington) "And Bid Him Bear A Patriot's Part:" National and Local Perspectives on
        Confederate Nationalism in *Deconstructing Dixie*. Edited by Jason Kyle Phillips (Athens:
        University of Georgia Press, expected 2012).
    "The Silences of Slavery, in *The Battlefield and Beyond: Essays on the American Civil War*. Edited by
        Clayton Jewett (Baton Rouge: Louisiana State University Press, expected 2012).
    "The Slave Family," in *Enslaved Females: An Encyclopedia of Daily Life during Slavery in the United
        States*. Edited by Daina R. Berry and Deleso Alford Washington (Santa Barbara & Westport,
        CN: Greenwood Press-ABC-CLIO, expected 2012).
    "Mays, Benjamin" *in The New Encyclopedia of Southern Culture*. Vol. 19 *Education*, Edited by Clarence
        Mohr. (Chapel Hill: University of North Carolina Press, expected 2011).
    "Abraham Lincoln," *Oxford University Encyclopedia of American Political, Policy, and Legal History*.
        Edited by Phillip VanderMeer (NY: Oxford University Press, expected 2012).
    "Remembering the Civil War," in *Civil War: Global Conflict*. Edited by Simon Lewis and David
        Gleeson (Columbia: University of South Carolina, expected 2013).

*Articles on Digital History, Statistics, Computing, and Scholarship of Teaching and Learning (SoTL):*
    (with Simon Appleford) "Cyberinfrastructure for the Humanities, Arts, and Social Sciences," in *ECAR
        (Educause Center for Applied Research) Bulletin* 9: 1 (January 13, 2009): 2-11.
    (with James Onderdonk and Simon Appleford) "History: The Role of Technology in the
        Democratization of Learning." In *Ubiquitous Learning*, pp. 197-205. Edited by Bill Cope and
        Mary Kalantzis. Urbana: University of Illinois Press, 2009.
    "Teaching Race and Citizenship" in *America on the World Stage: A Global Approach to U.S. History*,
        pp. 229-35. Edited by Ted Dickinson and Gary Reichard. Urbana: Published for the
        Organization of American Historians by University of Illinois Press, 2008.
    (with Simon Appleford) "Digital History: Using New Technologies to Enhance Teaching and
        Research," Web Site Reviews in *The Journal of American History* 99 (March 2008): 1329-31.

Burton, page 8

(with James Onderdonk and Simon Appleford) "The Illinois Center for Computing in Humanities, Arts, and Social Science," Cyberinfrastructure Technology Watch Quarterly (CTWatch) http://www.ctwarch.org. May, 2007.

Chapter 3, U.S. History Survey Syllabus (annotated), Teaching Philosophy, and examples, pp. 94-107 in *AP US History Teacher's Guide*. Edited by Nancy Schick and Warren Hierl (with Marc Singer, Assessment Specialist). Princeton: College Board Advanced Placement of the Educational Testing Service, 2007. Also available as a download at (http://apcentral.collegeboard.com/apc/public/courses/teachers_corner/3501.html).

"American Digital History," *Social Science Computer Review* 23: 2 (Summer 2005): 206-220.

"Creating a Sense of Community in the Classroom," pp. 131-35 in *The Art of College Teaching: 28 Takes*. Edited by Marilyn Kallet and April Morgan. Knoxville, University of Tennessee Press, 2005.

(with Ian Binnington and David Herr) "What Difference Do Computers Make? History, Historians, and Computer-Mediated Learning Environments," *History Computer Review* 19 (Spring 2003): 98-103.

(with Ian Binnington and David Herr) "Computer Mediated Learning Environments: How Useful Are They?" *AHR Perspectives: Newsmagazine of the American Historical Association* 41:1 (January 2003): 14, 22 (More detailed Carnegie Report as "Historians Face the E-Future: Findings from the Carnegie Scholar Survey on Computer Mediated Learning Environments," at AHA Website www.theaha.org/perspectives/issues/2003/0301/0301not3.cfm).

(with Terence Finnegan and Beatrice Burton) "The Census Workbench: A Distributed Computing U.S. Census Database Linkage System," in *Wayfarer: Charting Advances in Social Science and Humanities Computing*. Editors Orville Vernon Burton, David Herr, and Terence R. Finnegan. Urbana: University of Illinois Press, 2002.

(with David Herr and Beatrice Burton) "RiverWeb: History and Culture of the Mississippi River Basin American Bottom," in *Wayfarer: Charting Advances in Social Science and Humanities Computing*. Editors Orville Vernon Burton, David Herr, and Terence R. Finnegan. Urbana: University of Illinois Press, 2002.

"Interviews with Exemplary Teachers: Orville Vernon Burton and Beverly San Augustin," *The History Teacher* 35 (February 2002): 237-251.

"A Special Kind of Community," *Furman Magazine* 44, no. 1 (Spring 2001), 16-19.

"Why Care About Teaching? An interview with an Accomplished Scholar and National Teaching Award Winner," *The Real Issue* (January/February 2000): 2-5.

"The Use of Historical and Statistical Data in Voting Rights Cases and Redistricting: Intent and Totality of Circumstances Since the Shaw Cases," "Understanding Ecological Regression Techniques for Determining Racial Bloc Voting: An Emphasis on Multiple Ecological Regression," and "Report on South Carolina Legislative Delegation System for *Vander Linden v. South Carolina*, Civ. Non. 2-91-3635-1, December 1995," in *Conference Workbook*. Lawyer's Committee for Civil Rights Under Law Voting Rights Project, American University Washington College of Law, Voting Rights Conference, November 19-20, 1999, Washington D.C.

"Presenting Expert Testimony in Voting Rights Cases" and "Understanding Ecological Regression Techniques for Determining Racial Bloc Voting," in *Conference Proceedings*. CLE/NAACP Annual Meeting, Indianapolis, IN, 1993.

(with James W. Loewen, Terence Finnegan, Robert Brischetto) "It Ain't Broke, So Don't Fix It: The Legal and Factual Importance of Recent Attacks on Methods Used in Vote Dilution Litigation," lead article in *The University of San Francisco Law Review* 27:4 (Summer 1993): 737-780.

"Teaching Historians with Databases," *History Microcomputer Review* 9:1 (Spring 1993): 7, 9-17.

(with Terence Finnegan), "Two Societies at War, 1861-1865," pp. 273-290 in *Documents Collection America's History*, vol. 1. Edited by Orville Vernon Burton, et al., to accompany James Henretta, et al., *America's History*, 2nd ed. (New York: Worth Publishers, 1993).

"Populism," pp. E7-E11, in *Instructor's Resource Manual America's History*, 2nd ed., vol. 2 to accompany James Henretta, et al., *America's History* (New York: Worth Publishing, 1993).

"Quantitative Methods for Historians: A Review Essay," *Historical Methods* 25:4 (Fall 1992): 181-88.

"Computers, History, and Historians: Historians and Converging Cultures?" *History Microcomputer Review* 7:2 (Fall 1991): 11-23.

Burton, page 9

(with Terence Finnegan) "Historians, Supercomputers, and the U.S. Manuscript Census," in *Proceedings of the Advanced Computing for the Social Sciences Conference.* Editors Bruce Tonn and Robert Hammond. Washington, D.C.: GPO (U.S. Department of Commerce Bureau of the Census), 1990. Revised edition published in *Social Science Computer Review* 9:1 (Spring 1991), 1-12.

(with Terence Finnegan) "Developing Computer Assisted Instructional (CAI) Materials in the American History Surveys," *The History Teacher* 24:1 (Nov. 1990): 1-12.

(with Terence Finnegan) "Teaching Historians to Use Technology: Databases and Computers," *International Journal of Social Education* 5:1 (Spring 1990): 23-35.

"Complementary Processing: A Supercomputer/Personal Computer U.S. Census Database Project" in *Supercomputing 88*, vol. 2 *Science and Applications.* Editors Joanne L. Martin and Stephen Lundstrom. Washington, D.C.: IEEE Computer Society Press, 1990, pp. 167-177.

"History's Electric Future" in *OAH* (Organization of American Historians) *Newsletter* 17: #4 (November 1989): 12-13.

"New Tools for 'New' History: Computers and the Teaching of Quantitative Historical Methods" in *Proceedings of the 1988 IBM Academic Information Systems University AEP Conference, "Tools for Learning,"* Dallas/Ft. Worth, Texas, June 1988. Editor Frederick D. Dwyer. Abstract in *Agenda*, pp. 73-74. An expanded and significantly different version with Terence Finnegan as coauthor appears in *History Microcomputer Review* 5:1 (Spring 1989): 3, 13-18.

(with Robert Blomeyer, Atsushi Fukada, and Steven J. White) "Historical Research Techniques: Teaching with Database Exercises on the Microcomputer," *Social Science History* 11:4 (Winter 1987): 433-448.

*The United States in the Twentieth Century* (History 262). Champaign: University of Illinois Guided Individual Study, Continuing Education and Public Service, 1986.

"The South in American History" in *American History: Survey and Chronological Courses, Selected Reading Lists and Course Outlines from American Colleges and Universities*, Editors Warren Susman and John Chambers, vol. 1: 121-27. New York: Marcus Wiener Publishing, Inc., 1983, rev. 2nd ed. 1987, rev. 3rd ed. 1991.

"Using the Computer and the Federal Manuscript Census Returns to Teach an Interdisciplinary American Social History Course," *The History Teacher* 12 (November 1979): 71-88. Reprinted with a few changes in *Indiana Social Studies Quarterly* 33 (Winter 1980-81): 21-37.


*Interviews, Reports, and Other Publications*:

"UI Earns Right to be Mr. Lincoln's University: Excerpted from remarks by Prof. Vernon Burton, April 1, 2010 keynote address at the UI College of Law," *The News Gazette* (Champaign, Illinois) May 23, 2010, pp. C-1 and C-4.

"Learning from the Bicentennial: Lincoln's Legacy Gives Americans Something for which to Strive," *The News Gazette* (Champaign, Illinois) February 12, 2010, pp. C-1 and C-4.

"Life of Lincoln Resonates Today," *The Atlanta Journal-Constitution*, Opinion, Dec. 9, 2009, A19.

"Remarks by Professor Orville Vernon Burton at the October 10, 2009 Celebration of Abraham Lincoln's September 30, 1959 Speech," Delivered at the Milwaukee War Memorial Center at the Invitation of the Wisconsin Lincoln Bicentennial Commission, Appendix pages 166-177 in *Final Report and Appendix of the Wisconsin Lincoln Bicentennial Commission*, To: The Governor of the State of Wisconsin, Jim Doyle, Responsive to: Executive Order #245, Date: February 12, 2010.

"Max Bachmann's Bust of Abraham Lincoln, Circa 1915," pp. 88-89 in *Lincoln in Illinois*, Ron Schramm, Photographer and Richard E. Hart, Compiler and Editor (Springfield: published by the Abraham Lincoln Association, 2009.

"Why Another Book on Abraham Lincoln," *Historically Speaking*, 2008.

"An Interview with Vernon Burton" *Lincoln Lore*, no. 1894 (Fall 2008), pp. 18-24.

"Lincoln's Generation also Faced Crisis Involving Religion and Terrorism," in *History Network Newsletter*, February 25, 2008.

"Abraham Lincoln, Southern Conservative: An Interview with Orville Vernon Burton" ( 2 Parts), posted by Allen Barra, October 2, 2007. http://www.americanheritage.com/blog/200710_2_1259.shtml and http://www.americanheritage.com/blog/200710_2_1260.shtml

Burton, page 10

Interview by Roy A. Rosenzweig, 2001, "Secrets of Great History Teachers," History Matters, at
    http://historymatters.gmu.edu/browse/secrets/.
"Keeping Up With the e-joneses: Information Technology and the Teaching of History," *Proceedings for
    First Annual Charleston Connections: Innovations in Higher Education Conference. Learning
    from Each Other: The Citadel, The College of Charleston, The Medical University of South
    Carolina, Charleston Southern University and Trident Technical College.* June 1 and 2, 2001,
    The Citadel, Charleston, South Carolina, p. 63.
(with Terence Finnegan and Barbara Mihalas) "Developing a Distributed Computing U.S. Census
    Database Linkage System," Technical Report 027 (December 1994). National Center for
    Supercomputing Applications, UIUC.
"On the Study of Race and Politics," *Clio: Newsletter of Politics & History, An Organized Section of the
    American Political Science Association* 3:1 (Fall & Winter, 1992/1993): 6.
"Benjamin Mays of Greenwood County: Schoolmaster of the Civil Rights Movement," *South Carolina
    Historical Society* News Service, published in various newspapers, 1990.
"Quantitative Historical U.S. Census Data Base" in *Science: The State of Knowing.* National Center for
    Supercomputing Applications, Annual Report to the National Science Foundation 1987, p. 29.
"Computer-Assisted Instructional Database Programs for History Curricula" *Project EXCEL.* 1986-87
    Annual Report. Office of the Chancellor, UI at Urbana-Champaign, pp. 41-42.
"Postmodern Academy," *The Octopus,* January 24, 1997, p. 6.
(with David Herr and Ian Binnington) "Providing Lessons in Mississippi River Basin Culture and
    History: riverweb.ncsa.uiuc.edu," in *Touch the Future: EOT-PACI,* 1997, p. 43.
"The Coming of Age of Southern Males During Reconstruction: Edgefield County, South Carolina,"
    Working Papers in Population Studies, School of Social Sciences, University of Illinois at
    Urbana-Champaign, 1984.
In addition, I have written a number of reports as expert witness for minority plaintiffs in voting rights
    and discrimination cases.


*Accepted and In Press*:
 "Liberty," in the Fetzer Institute's *Booklet of Notable Lincoln Quotations,* 2010.
"A Brief Conversation with James M. McPherson," in *The Struggle for Equality: Essays on Sectional
    Conflict, the Civil War, and the Long Reconstruction in Honor of James M. McPherson.* Edited
    by Burton et al. (Charlottesville: University of Virginia Press, expected 2011).



*Digital Publications and Projects*:
Editor in Chief, *Slavery and Anti-Slavery: A Transnational Archive.* The World's Largest Archive on the
History of Slavery. Farmington Hills, MI: Thompson-Gale, 2008--.
http://www.galetrials.com/default.aspx?TrialID=16394;ContactID=15613
        Part I: Debates Over Slavery and Abolition, 2009
        Part II: Slave Trade in the Atlantic World, 2011
        Part III: Institution of Slavery
        Part IV: Age of Emancipation
Advisory Board: Ira Berlin, Laurent Dubois, James O. Horton, Charles Joyner, Wilma King, Dan
    Littlefield, Cassandra Pybus, John Thornton, Chris Waldrep.
Webmaster for the Abraham Lincoln Bicentennial Commission Website, now maintained by the
    ALBFoundation. http://www.lincolnbicentennial.gov/
Lincoln Remembered: Twelve essays commemorating the bicentennial of Lincoln's birth, February 2009
    to February 2010. A monthly blog for the Illinois LAS On-line Newsletter; available at
    http://www.las.illinois.edu/news/lincoln/
Editor, "Slavery in America in Sources in U.S. History Online." Farmington Hills, MI: Thompson Gale,
    2007.
 "The Mississippi River in American History," for *Mark Twain's Mississippi.* Editor Drew E.
    VandeCreek, Institute of Museum and Library Services *(IMSL)* Project (2007).

Burton, page 11

RiverWeb: An interdisciplinary, multimedia, collaborative exploration of the Mississippi River's interaction with people over time (now redone as Cultural Explorer). CD-ROM and Website http://riverweb.ncsa.uiuc.edu/.

The Illinois RiverBottom Explorer (IBEX). Part of the East Saint Louis Action Research Project (ESLARP) where Faculty and East St. Louis neighborhood groups and local churches work on tangible and visible projects that address the immediate and long-term needs of some of the city's poorest communities. (More is available at http://www.eslarp.uiuc.edu/). IBEX serves as a resource for historical documents, primary and secondary sources, and oral history interviews. Website: http://www.eslarp.uiuc.edu/ibex/archive/default.htm.

Text96. A collection of primary source electronic texts for teaching American History. Website http://www.history.uiuc.edu/uitext96/uitexttoc.html.

"Database Exercises and Quantitative Techniques: Exercise I: Colonial America." Madison, WI: Wiscware, 1987. (for IBM and compatible computers, 1 disk, Instructional Workbook, and Teacher's Instructional Sheet).

"Lessons in the History of the United States." Wentworth, NH: COMPress, 1987 (1989 with QUEUE, Fairfield, CT). For IBM color monitor; originally 50 computer exercise modules on 25 computer disks + instructor's manual. An interactive electronic textbook of U.S. history.

Automated linkage and statistical systems Unix Matchmaker, AutoLoad, RuleMatch, DisplayMatch, ViewCreate (Urbana: UI NCSA, 2000).
    Website http://www.granger.uiuc.edu/aitg/maps/1870/htm/default.htm

"Illinois Windows Dataentry System for U.S. Census." University of Illinois, 1988 (for IBM PS2 and compatible computers with Windows applications, 1 disk, Instructional Sheet)

In addition, I continue to use Edgefield County, South Carolina to investigate, "large questions in small places." I have accumulated a quantitative database that includes every person and farm recorded in the U.S. manuscript census returns linked from 1850 to 1880 for old Edgefield District, South Carolina (a region now comprising five different counties). With this unique database I (and my students) can study, test, and suggest themes in American History with details and specificity related to the lives of ordinary folks.

*Accepted and in Press:*
"Abraham Lincoln," http://www.essentialcivilwarcurriculum.com/. Editors, William C. Davis and James I. Robertson, Sesquicentennial Project of the Virginia Center for Civil War Studies and the History Department of Virginia Polytechnic Institute and State University (Virginia Tech).

Honors, Fellowships, Awards
*Major Honors and Fellowships*:
U.S. Professor of the Year, Outstanding Research and Doctoral Universities Professor (Council for Advancement and Support of Education and Carnegie Foundation for the Advancement of Teaching), 1999
American Historical Association Eugene Asher Distinguished Teaching Prize, 2004
Chicago *Tribune*'s Heartland 2007 Literary award for nonfiction for *The Age of Lincoln*
Illinois House Resolution of Congratulations, HR 0711, 2007. The Illinois State legislature honored with a special resolution for contributions as a scholar, teacher, and citizen of Illinois.
Fellow, National Humanities Center (NEH Senior Scholar Award), 1994-95
Fellow, Woodrow Wilson International Center for Scholars, 1988-89
Fellow, Pew Foundation, 1996
National Fellowship Program for Carnegie Scholars, 2000-2001
Rockefeller Humanities Fellowship, 1978
Earl and Edna Stice Lectureship in the Social Sciences at the University of Washington, 2005
Strickland Visiting Scholar, Department of History, Middle Tennessee State University, 2006
Pew-Lilly Foundation Graduate Professor, Notre Dame University, 2001
Mark W. Clark Distinguished Chair of History, The Citadel, 2000-01

Burton, page 12

*Other Selected Honors and Awards*:

Organization of American Historians Distinguished Lecturer, 2004-2014

*Choice* Outstanding Academic Book for *The Age of Lincoln*, 2008

Choice Outstanding Academic Title for *Slavery and Anti-Slavery: A Transnational Archive*, 2009

*Booklist*'s Editors' Choice Title for *Slavery and Anti-Slavery: A Transnational Archive*, 2009

*Choice* Outstanding Academic Book for *Computing in the Social Sciences and Humanities*, 2003

Richard F. Fenno Prize, Legislative Studies Section, American Political Science Association, for *Quiet Revolution*, 1995

Certificate of Excellence from the Carnegie Academy for the Scholarship of Teaching and Learning for Work that Advances the Practice and Profession of Teaching In Support of Significant Student Learning, 2001.

Elected to honorary life membership in BrANCH (British American Nineteenth-Century Historians)

Award of Distinction in the Film/Video-History/Biography category from the International Academy of the Visual Arts, 16th Annual Communicator Awards, for "People: A Lincoln Portrait" television interstitial series (The Communicator Awards is the leading international awards program honoring creative excellence for communications professionals), 2010 (part of program I put together for Lincoln commemoration at UIUC).

SC African American Heritage Commission's 2009 "Preserving Our Places in History" Project Award for Claw's (College of Charleston Carolina Lowcountry and Atlantic World – I am executive director) work in commemorating the banning of the international slave trade

Senior Research Fellow, Southern Studies, University of South Carolina, 1988

Phi Beta Kappa, Furman University, 1986

Princeton University Scholar Award, 1969

National Defense Educational Award Title IV Fellowship, 1971 (Princeton University)

Clark Foundation Scholarship, 1966-69 (Furman University)

Wicker Award for Outstanding Student (sophomore), Furman University, 1967

Endel History Award, Furman, 1969

Bradshaw-Feaster General Excellence Award (Furman's highest honor for the graduating senior selected by faculty), 1969


*UIUC Honors and Teaching Awards and Recognition*

Inaugural University "Distinguished Teacher/Scholar," 1999-2008

University Scholar, 1988 – 2008

Campus Award for Excellence in Public Engagement, 2006

Graduate College Outstanding Mentoring award, 2001-02

Fellow, Center for Advanced Study, 1982, Associate, 1994

Burlington Northern Faculty Achievement Award (UIUC), 1986

Study in a Second Discipline, Statistics and Demography, 1984

All-Campus Award for Excellence in Undergraduate Teaching, 1999

LAS Dean's Award for Excellence in Undergraduate Teaching, 1999

LAS Award for Distinguished Teaching, 1986

School of Humanities Teaching Award, 1986

George and Gladys Queen Excellence in Teaching Award in History, 1986

Undergraduate Instructional Award (UIUC), 1984

Every semester and for every undergraduate course that I taught at the University of Illinois (excluding large survey classes of between 300-750 students), I was deemed excellent in the UIUC "Incomplete List of Excellent Teachers." I was noted on the list for more than twenty different courses. I was noted as "outstanding" from 1979 as long as they used that designation.

Recognized by the Pan-Hellenic Council at as an "outstanding staff member for furthering scholastic achievement"

Selected by History Department as the "one instructor whom you believe best at creating intellectual excitement in students" for an educational study of teaching practices of college teachers, 1978

Burton, page 13

Received the Resident Hall Association Award for the Best Educational Program for lectures/discussion
  on *Gone With the Wind* and *Jubilee* for Black History Month, 1996
The Honor Society of Phi Kappa Phi, UIUC, Vice President, 2002-03; President, 2003-04
Ronald E. McNair Scholars Program Dedicated Service Award for Minority Students, 1996
Associate Vice Chancellor Academic Affairs award for contributions to the Student Research
  Opportunities Program and work with minority students (1995, 2006)


*Selected Grants*:

National Science Foundation (NSF), GK-12: Ed Grid Graduate Teaching Fellows Program, 2003-09
  ($4,990,015)
NSF CISE/IRIS Division Award, Grant No. ASC 89-02829, Automated Record Linkage, 1991
NSF Grant No. CDA-92-11139, "Historical U.S. Census Database with High Performance Computing,"
  1992
NSF, EPIC Grant, 2006-08, $20k
NSF Catalyst Grant for Social Science Learning Center (with MATRIX, Michigan State University),
  2006-09, $175K
National Endowment for the Humanities (NEH) Challenge Grant for Institute for Computing in
  Humanities, Arts, and Social Science. $750 (3 mil. Total with challenge matches), 2008-2011.
NEH Educational Technologies Grant, ED-20758 (1997-99)
NEH Humanities High Performance Computing Collaboratory (HpC): Coordinating High Performance
  Computing Institutes and the Digital, 2008-09, $249,997. To support a total of nine institutes and
  one joint conference for humanities scholars, to be hosted by three different high-performance
  computer centers: the National Center for Supercomputing Applications, the Pittsburgh
  Supercomputing Center, and the San Diego Supercomputer Center.
(with Max Edelson) NEH, The Cartography of American Colonization Database Project, To support the
  development of a database of 1000 historical maps illustrating the trajectory of colonization in the
  Americas. The database will provide a searchable introduction to the mapping of the western
  hemisphere in the era of European expansion, ca. 1500-1800. 2008-9, $24,997.
NEH Conference Grant (with R. C. McMath, Jr., History and Social Sciences, Georgia Institute of
  Technology), 1978
NEH Summer Research Fellowship, 1983
American Council of Learned Societies (ACLS) Travel grant, 1977
American Council of Learned Societies (ACLS) Grant-in Aid to Recent Recipients of the Ph.D., 1977
PT3/Technology Across Learning Environments for New Teachers grant, U.S. Department of Education,
  2002-03, 2003-04
Academy of Academic Entrepreneurship, 2006-08
National Archives Record Administration grant for digital records, 2003-05
IBM Shared University Research Grant, 1994
IBM Innovations grant, Educational Technologies Board, 1992
IBM Technology Transfer IBM grant, 1988
IBM EXCEL II, History Database Teaching Project, 1987
IBM EXCEL Project, History Database Teaching Project, 1986
Partnership Illinois Award, 1998 (with Brian Orland, Pennsylvania State University Landscape
  Architecture, East St. Louis Research Project), RiverWeb 2002-03, 2003-04
East Saint Louis Action Research Program Grant, 2005-06, 06-07, 07-08
Andrew Carnegie Foundation 3-year Baccalaureate Study Grant, 1976
Sloan Center for Asynchronous Learning Environment Grant, 1998
The Humanities Council (South Carolina) Outright Grant ($8,000), THC grant #10-1363-1 (Writing the
  South in Fact, Fiction, and Poetry)
South Carolina Humanities Council Conference Grant (with Tricia Glenn), 2005
South Carolina Humanities Council Conference Grant (with Winfred Moore), 2002-03
South Carolina Humanities Council Conference Grant (with Bettis Rainsford), 2000-01

Burton, page 14

*Selected Grants from University of Illinois*
Office of Continuing Education Grant, 2005-06, 06-07
Chancellor, Provost, and Vice Chancellor Research, RiverWeb Grant, 2004-05 ($30K)
Advanced Information Technologies Group Research Award, 1994, 96, 97, 2000
Applications of Learning Technologies in Higher Education grant for UI--Text96 Project, 1995--2000
   (co-principal investigator with Richard Jensen of UIC campus)
Educational Technologies Board Grant for RiverWeb 1998
Guided Individual Study Grant for RiverWeb, 1997-98
Program for the Study of Cultural Values and Ethics, Course Development Award, 1993
Arnold O. Beckman Research Award, UIUC Research Board, 1989, 1992
Language Laboratory Computer Assisted Instruction Award, 1988
Research Board Humanities Faculty Research Grant, 1986
Graduate Research Board, support for various projects, 1976-08


Selected Professional Activities and Service:
Officer Congressional Abraham Lincoln Bicentennial Commission Foundation, 2008-2010; Board of
   Directors, Abraham Lincoln Bicentennial Foundation, interim President, 2010, vice-chair 2010-
Southern Historical Association, President Elect, 2011, Vice President Elect, 2010, Executive Council,
   2005-08; Program Committee 1989, 1998; 2005 (Chair); Membership Committee, 1986-87,
   1991-92; 1995-98; 2002; Committee on Women, 1992-95, Nominating Committee, 1999-2000,
   Chair H.L. Mitchell Book Award Committee, 2000-02
Agricultural History Society, President 2001-02, Vice President 2000-01, Executive Committee, 1997-
   2006; Committee to Review and Revise Constitution and By-Laws, 2004-05; Nominating
   Committee, 1991-94, chair 1993-94; Committee to Select first Group of Fellows for Society,
   1995; Committee to select new Secretary/Treasurer, 2009-10
Organization of American Historians, OAH/ALBC (Abraham Lincoln Bicentennial Commission)
   Abraham Lincoln Higher Education Awards Committee, 2007-09; ABC-CLIO "America:
   History and Life" Award Committee, 1997-99; Membership Committee, 1990-94
Social Science History Association, Executive Committee 2000-03; Nominating Committee 1990-91;
   Program Committee 1989, 1993; Community History Network Convener, 1976-79; Rural History
   Network Convener, 1988-90, 1993-94
Social Science Computing Association, Executive Council, 1993-2002; Organizing Committee
   Chairperson for Annual Conference, 1993, Conference on Computing for the Social Sciences
   (CSS93); program committee 1993-95, 2001
Southern Association for Women Historians, Membership Committee, 1996-99
H-Net, founding member of H-Net, Treasurer and Executive Committee, 1993-94; Chair, committee to
   evaluate multimedia NEH grant; Editor H-South (book review editor 1997-2000); Editorial Board
   of H-Rural, H-Slavery, and H-CivWar. In 1997, H-Net received the James Harvey Robinson
   Prize for teaching from the American Historical Association
Executive Council, The University South Caroliniana Society, 2011-14
Member South Carolina Abraham Lincoln Bicentennial Commission, 2008-2010
Member Champaign County, Illinois, Abraham Lincoln Bicentennial Commission, 2006-10
Council, Civil War Sesquicentennial Commission, 2009-
Historical Advisory Committee" to the "Fort Sumter/Fort Moultrie Trust," charged with organizing
   Sesquicentennial Activities in Charleston and South Carolina Lowcountry, 2010-
Editorial Board, Digital Humanities Series, University of Illinois Press, 2005-
Editorial Board, *Change and Continuity*, 1995-
Editorial Board *Fides et Historia*, 2010-
Editorial Board *Proceedings of the South Carolina Historical Association*, 2009-
Editorial Board, *History Computer Review*, 1990-2003
Editorial Board, *Locus: An Historical Journal of Regional Perspectives on National Topics*, 1994-96
The Illinois Humanities Council Scholar, 2004-05
Invited to present to President's Information Technology Advisory Commission (PITAC), 9-16-2004

Burton, page 15

Invited to NEH Digital Humanities Initiative Mini-Conference, 3-6-06 and Digital Humanities Summit, 4-11, 12-07

Digital Library Federation Scholars' Advisory Panel, 2004-7

*E-Docs*, (one of 3 founding members) Editorial Board, 1998-

Advisory Board, *Postwar America: An Encyclopedia of Social, Political, Cultural, and Economic History*

Mentor for Southern Regional Council Minority Scholars Program, 1992-96

UIUC Representative to Lincoln Presidential Library Committee: Educational Activities Committee, 2001; Fellowship Committee, 2002

Faculty Associate, Council for International Exchange of Scholars, 2002-03

Evaluator/Referee (one of two for history) for the Pew Foundation Faculty Research Fellowships, 1997-98, 1998-99; 2001 (for graduate students for summer seminar)

Evaluator and Referee for American Council of Learned Societies Grants, 2005-08

Humanities Review Panel for Digital Grants, 2010

National Science Foundation Review Panel for Knowledge and Distributed Intelligence grants, 1998, 1999

Advisory Board for *International Journal of Social Education*, 1986-2000

Advisory Reviewer for *The Journal of Negro History* (since 2002, *The Journal of African American History)*, 1992-

Editorial Advisory Board, *The South Carolina Encyclopedia*, general editor Walter Edgar, 2000-06

Advisory Board, Digital Library on American Slavery, University of North Carolina, Greensboro, 2004-10

Advisory Board, Biographies: The Atlantic Slaves Data Network

Strategic Advisory Council for MATRIX: The Center for Humane Arts, Letters and Social Sciences On-line at Michigan State University, 2004-

Humanities, Arts, Science, and Technology Advanced Collaboratory (HASTAC), Steering Committee and Planning Committee, 2003-04

External Advisory Board, NHPRC "Effective User-Centered Access For Heterogeneous Electronic Archives" project, Illinois Institute of Technology, 2003-05

Advisory Committee, American Studies Program, Bureau of Educational and Cultural Affairs, U.S. Information Agency, 1989-93

Delegate to the Mexican/American Commission on Cultural Cooperation, Mexico City, June 1990; Chairperson of United States delegation (Co-Chairperson with Mexican counterpart), U.S. Studies Working Group

National Advisory Board to Alan Lomax's Global Jukebox: Giving Voice to the Human Species, 1993-

Advisor for "Crossroads of Clay": NEH Alkaline Glazed Stoneware Exhibition and Catalog, McKissick Museum, University of South Carolina, 1987-90

Advisory Committee Film Project for Historic Southern Tenant Farmers Union, 1986-90

Consultant, Commercial film, "Roll the Union On" about H.L. Mitchell and the Southern Tenant Farmers Union

Consultant on the Renewal of the 1965 Voting Rights Act, 1981-82, 2004-07, including consultation for an NBC TV Special.

The Civil Rights Project at University of California, Berkeley, Advisory Board for "The Decade Ahead: Reauthorization of the Voting Rights Act and the Future of Democratic Participation," 2004-07

Consultant for Documentary, "Behind the Veil," 1995-2005

Board of Directors of the Abraham Lincoln Historical Digitization Project, 1997-

Advisory Council for the Lincoln Prize at Gettysburg College, 1997-

Prize Committee for the Technology and History Award, The Gilder Lehrman Institute of American History, 2000-01

International Committee on Historic Black Colleges and Universities, 2001-

Consultant, Belle Meade and The Hermitage and Vanderbilt University. Presentations of slavery.

Consultant, Morven Park, 2010-

Consultant, for Matt Burrows, documentary "The Assassination of N.G. Gonzales by James H. Tillman," 2010-

Burton, page 16

Consultant, for Chris Vallilo musical performance, "This Land is Your Land: Woody Guthrie and the
    Meaning of America," 2010-
Organizing and Founding Committee International Society for the Scholarship of Teaching and Learning
    (IS-SOTL), 2003-7
NEH, Review Panel for Digital Humanities Grants, 2010


*Service - University of Illinois* (three campus system – Urbana, Chicago, Springfield)
UI Senate Conferences (elected), all three campuses of the University of Illinois, 2006-09, Presiding
    officer (chair) 2007-08
Lincoln Bicentennial Commission, 2006-9
Academic Affairs Management Team, 2007-08
Task Force for Global Campus, 2006-2007
External Relations Management Team, 2006-09
Strategic Plan Committee, 2005-06


Service (selected) University of Illinois at Urbana-Champaign
Faculty Senate (elected), 1999-2001, 2002-03; 2005-06, 2006-07, Presiding Officer (Chair, Senate
    Executive Committee), 05-06, 06-07 (was Senate Council) elected 2000-01, 2003-04; 2005-06;
    06-07; Chair, Education Policy Committee, 2002-03, Chair 03-04; Budget and Priorities
    Committee, 1999-01, Chair 2000-01
As Chair Faculty Senate Executive Committee, 2005-07 Represented faculty at Board of Trustee
    meetings, and CIC meetings. Led in developing ideas of shared governance, helped in the
    drafting and implementing of a strategic plan for both the University of Illinois and the Urbana-
    Champaign campus. Oversaw establishment of the Illinois Informatics Institute (I3) and the
    School of Earth, Society, and Environment. Dealt with issues of Multi year contracts for
    Research faculty and staff policy, rehiring of retirees, Global Campus, and led study of Academic
    affects of Chief Illini and diversity issues.
Organizer and Chair, Planning Committee for the Lincoln Bicentennial, 2006-09
Task Force for Diversity and Freedom of Speech, 2007-08
Convocation address, August 21, 2000
Search Committee for Chancellor, vice-chair, 2004-5
Association of American Colleges and Universities campus representative and Associate, 2004-05
Martin Luther King, Jr., Week Planning Committee, co-chair, 2002-03, 2003-04, 2004-05, 2005-06
Strategic Plan Committee, 2005-06
Chancellor's Task Force ("Kitchen Cabinet") for the Humanities, 2002-04
Provost's ad hoc Committee on Evaluating Public Service for Promotion and Tenure, 2003-04
Brown Jubilee Planning Committee, Diversity Initiative, 2002-04
Law-Education *Brown* Jubilee Conference Program Committee, 2002-04
East St. Louis Action Research Projects (ESLARP) Campus Advisory Committee, 2004-
University Planning Council, 2000-01
Selection Committee for University Scholars, 1999 -- 2000, Chair Subcommittee for Social Sciences,
    Humanities, FAA, Communications, Education, Law 2000
UI President's Distinguished Speakers Program, 2000-02, 2006-8
University of Illinois Press Board, 1995-2000, Chair 1998-2000
Search Committee for Director University of Illinois Press, 1998-99
Committee on University Publishing, 1997-98
Graduate College Executive Committee, 1998-2000; Committee to Evaluate Dean of Graduate College,
    Committee to Review and Implement Graduate Program Revisions, Graduate Student Grievance
    Policy Committee
Graduate College Office of Minority Affairs Strategic Planning Committee, 1999-2000
University Administration Budget and Benefits Study Committee, 2000-02
Budget Strategies Committee, 1993-94, Subcommittee for Library. Subcommittee for Faculty
    Productivity and Teaching Models

Burton, page 17

Illinois Program for Research in the Humanities (IPRH) Advisory Committee, 2001-03
Center for Advanced Study George A. Miller Committee, 2000-03
UI-Integrate Faculty Advisory Committee, 2003-04
Graduate College Area Subcommittee for the Humanities and Creative Arts, 1996-98
Campus-wide Advisory Committee for the Center for Writing Studies, 2000-01
Committee on Institutional Cooperation (CIC), Selection Committee for CIC Research Grants in the
        Humanities, 1993-94
Chancellor's Task Force for Minority Graduate Students, 1989-92
Chair, Subcommittee for Summer Program for Minority Graduate Students, 1990
Computer Resources Development Committee, Program for the Study of Cultural Values and Ethics,
        1991-93
High Performance Computing Committee for the Social Sciences, 1989-95
Rural History Workshop Convener, 1989-94 (with Sonya Salamon)
Faculty Fellow, 1990-2003
Graduate College Fellowship Committee, 1988
Selection Committee for Lily Fellows, 1987
Social Studies Committee for the Preparation of Teachers, Council on Teacher Education, 1986
Afro-American Studies and Research Program (AASRP --renamed African American Studies and
        Research Program), Advisory Council, 1982-86; Curriculum Development & Faculty
        Recruitment Committee, 2002-2003; Research and Course Competition Committee, 1991-94,
        Chair 93-94; Electronic Networking Committee, 1996-2000, Chair 1997-98; Library Advisory
        Committee, 1997-2003
Chair, Search Committee for African-American Scholar, 1986-87
Search Committee, Director for AASRP, 1985-86, Chair 87-88
Graduate College Appeals Committee, 1984
Chancellor's Allerton Conference, 1988; Chancellor's Beckman Conference, 2001-06; Chancellor's
        Conference on Diversity, 2002, faculty facilitator
Combating Discrimination and Prejudice Workshop, 1988
Krannert Art Museum, Committee on The Black Woman as Artist, 1992
H. W. Wilson Faculty Panel, 1993
Advanced Information and Technology Committee, 1992-97, Advisory Committee, 1993-94
Honors Symposium for UI recruitment of High School Seniors, 1993
Search Committee for Archivist, UIUC Computing and Communications Service Office, 1993
Search Committee for Research Librarian, UIUC Library, 1997; Undergraduate Library Advisory
        Committee, 2002-
Member Human Dimensions of Environmental Systems Group, 1997-
Faculty Learning Circle for 2003-2004
Illini Days Speaker, 1999, 2000, 2002
Public Interest Fund of Illinois Representative, 1996-
Facilitator for Interinstitutional Faculty Summer Institute on Learning Technologies, UIUC, 2000, 2002
Board of Advisors, Collaborative for Cultural Heritage and Museum Practices (CHAMP), 2005-08
Faculty Mentor for Campus Honors Program, 1980-2008


*Service - College of Liberal Arts and Science UI:*
Lecturer at Pedagogy 2000: Teaching, Learning and Technology, Annual UIUC Retreat on Active
        Learning (2000)
Keynote Address at LAS Awards Banquet, 2000 and Keynote at UIUC Campus Awards Banquet, 2000
Dean's Committee to Evaluate Chair of History Department (1 of 3 elected by History Department), 1996
Oversight Committee Computing for the Social Sciences, 1993-95
Committee to select nominees for election to College Executive Committee, 1992
Academic Standards Committee, 1983-85, Chair 1984-85
School of Humanities Scholarship and Honors, 1986-88, Chair 1987-88

Burton, page 18

Social Sciences and Humanities Respondent to the Joint Task Force on Admission Requirements and
    Learning Outcomes, 1988
Advisory Committee, Social Sciences Quantitative Laboratory, 1987-88, 1989-93
Alumni Association Annual Speaker, 1990
General Education Committee, 1990-91
Awards Committee, Chair, 1991-92
Race & Ethnicity, Class & Community Area Committee of Sociology Graduate Program, 1993-
LAS Alumni Association Speaker, 2000
Cohn Scholars Honors Mentoring Program (choosing the 10-14 best Humanities first-year students),
    1986-88, 1989-90, 1992-93, 1995-96, 1998-99, 2002
Faculty Mentor, Committee of Institutional Cooperation Summer Research Opportunities Program for
    Minority Students, 1987, 1991-95, 1997-2000, 2002, 2003
Faculty Mentor, McNair Minority Scholars, 1993-94, 96-97
Summer Orientation and Advance Enrollment Program, Faculty Leader, 1991-93, 2000, 2002, 2004
Gender Inclusivity Seminar, 1992
The African-American Experience:  A Framework for Integrating American History:  An Institute for
    High School Teachers of History, instructor 1992, 94
Faculty Advisor for UIUC Law School Humanities Teaching Program, 1998-99
Senior Faculty Mentor, LAS Teaching Academy, 1999-08


*Service - Department of History UI:*
Lincoln Bicentennial Committee, Chair, 2005-06, co-Chair 2006-08
Department Distance Learning and Global Campus committee, 2007-08
Carnegie Initiative on the Doctorate, 2003-05
Ethical Conduct Liaison, 2004-05
Phi Alpha Theta Faculty Advisor, 2005-06
Graduate Placement Officer, 1990, 1991-94, 1997-99
Graduate Admissions Officer, 1990-91
Graduate Committee, 1990-93
Organizer of OAH Breakfast Meeting, 1989-90, 93-94
Computer Resources, 1976-88, 1989-91, 1995-99, Chair 1976-85, 1997-99
Teaching Awards, 1986-88, 92-93, 97-98, 99-2000, Chair, 1987-88, 97-98, 99-2000
T.A. Evaluation, 1975-76, 78-82, 84-88, 90-91, 95, 98-99, 2002, 2005-06
Speakers and Colloquia, 1981-82
Grants and Funding, 1981-82
Capricious Grading, 1985-86, 2002-3
Social Science History Committee, 1980
Advisor, History Undergraduate Club, 1976-78
Swain Publication Prize Essay Committee, 1991
Proposal-Writing Workshop, 1991-92, 2002
Teaching Workshop, 1993
Chair Library Committee, 1996-97
Faculty Advisor for Phi Alpha Theta, 2005-06
American History Search Committee, 1991-92
Chair, American History Search Committee, 1993-94
James G. Randall Distinguished Chair Search Committee, 1999-2000


*Service Coastal Carolina University:*  Arts and Humanities:
    Search committee for Archaeologist, 2008-9
    Selection Committee for Clark Chair of History, 2010
    Third Year Assistant Professor Faculty Review Committee, 2010


*Service Clemson University:*

Burton, page 19

History Department Civil War Sesquicentennial Committee
History Department Digital MA committee
Clemson University Computational Advisory Team (CUCAT)
University Academic Technology Committee.
Ex-officio Steering Committee, Clemson University CyberInstitute
University Committee to commemorate the 50th Anniversary of the Integration of Clemson

A more complete list of Service and Public Engagement is available upon request.

Conferences Organized (selected list):
In 1978, I (with Robert C. McMath, Jr.) organized and chaired a National Endowment for the Humanities Conference on Southern Communities at the Newberry Library. In 1993, I organized, hosted, and chaired the annual meeting of the Conference on Computing for the Social Sciences at the National Center for Supercomputing Applications. In 1999, I organized and hosted the 12th Annual Meeting of the Southern Intellectual History Circle in Edgefield and Ninety Six, S.C. In 2001, I organized a workshop and conference on diversity and racism in the classroom with Carnegie Scholars at the Citadel in Charleston, S.C. In 2001, I (with James Farmer and Bettis Rainsford) organized a South Carolina Humanities Council Edgefield Summit History Conference. In January 2003, I organized a Workshop on Diversity and Racism and a Conference on the Scholarship of Teaching and Learning, both at the University of Illinois. In March 2003 I organized the Citadel Conference on the South, "The Citadel Symposium on the Civil Rights Movement in South Carolina." I organized the Humanities, Arts, Science, and Technology Advanced Collaboratory (HASTAC) meeting in January 2004 in Washington, D.C. I hosted the 2004 Southern Intellectual History Circle Meeting at the College of Charleston. I (with John Unsworth) organized and hosted a Humanities Computing Summit in August 2004 at NCSA and UIUC. In 2005, I planned and hosted the British American Nineteenth Century History (BrANCH) Conference in March 2005 in Edgefield, South Carolina and a symposium honoring Jim McPherson's retirement in April 2005 in Princeton. As program chair I helped organize the Southern Historical Annual meeting in Atlanta in November 2005. As Director of I-CHASS, I regularly organized conferences and workshops, at least two major conferences a year such as the 2007 e-science and Geographic Information Systems conferences. And as Executive Director of the College of Charleston Atlantic World and Lowcountry Program, I regularly work with others to organize conferences and meetings.

Reviews:
I have reviewed books for numerous journals and book manuscripts for numerous presses. In addition, I have refereed article manuscripts for numerous journals. I have also reviewed proposals for various granting agencies. I have also reviewed and written outside letters of recommendation for promotion, tenure, and endowed chair decisions for more than ninety cases at various colleges and universities. Lists of these reviews, presses, journals, universities, and granting agencies are available upon request.

Invited lectures and conference participation available upon request. Selected invited lectures 2009-11, Harvard University, University of Pennsylvania, Black Congressional Caucus, Printers Row Book Fair, Society of Civil War Historians, Society of Historians of Early America, ALBC Atlanta Town Hall meeting on Race at Morehouse College and at Jimmy Carter Presidential Library Center, Western Illinois University, Drake University, University of Illinois Law School, University of Georgia, Lawrence University, Wisconsin Lincoln Bicentennial, University of Kansas, Samford University, Talladega University, ALBC Morrill Act Conference, Arkansas State University, San Francisco State University, Clemson University, Notre Dame, University of Oklahoma, University of South Carolina, Augusta State University.

Samples of recognition given to me or my work:

Burton, page 20

*The Chronicle of Higher Education*, Vol. L: 2 (September 5, 2003), cover page, A37-38.  On-line at
http://chronicle.com/prm/weekly/v50/i02/02a03701.htm

C. Vann Woodward, "District of Devils," *New York Review of Books*, xxxii #15: 30-31

*Chicago Tribune*, October 13, 2007, cover of the Book Review Section, "Orville Vernon Burton's
Heartland Prize-winning "The Age of Lincoln."  Catherine Clinton, "Lincoln and His Complex
Times," pp. 4-5.

Featured as example of "Faculty Excellence" on UIUC Homepage:
http://www.uiuc.edu/overview/explore/

Numerous examples, including newspaper, television (including C-SPAN Book TV), radio (NPR), and
other media, are available upon request.