## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ALBERT WOODFOX**                                                              **C.A. NO. 3:06-00789-JJB-CN**

**VERSUS**                                                                                          **JUDGE BRADY**

**BURL CAIN, WARDEN OF THE**
**LOUISIANA STATE PENITENTIARY, et al**                      **MAGISTRATE NOLAND**

## ORDER

Considering the foregoing motion for expedited consideration of State Defendants' motion to exclude the testimony of petitioners' expert witness, Dr. Orville Burton:

IT IS ORDERED that expedited consideration of the State Defendants' motion in limine to exclude the testimony of petitioners' expert witness, Dr. Orville Burton, is granted and that a hearing be held on this motion in limine on the _____ day of _____, 2012 at _____ o'clock, ____m.

Baton Rouge, Louisiana, this ____ day of _____, 2012.

_____
JUDGE

408747.1