UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ALBERT WOODFOX            * | CIVIL ACTION NO. 3:06-CV-00789 |
|       Petitioner,                * | |
|                               * | JUDGE BRADY |
| VERSUS                            * | |
|                               * | MAGISTRATE JUDGE NOLAND |
| CHARLES C. FOTI, JR., ET AL.    * | |
|       Respondent.             * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## *EX PARTE* MOTION TO WITHDRAW
## AND SUBSTITUTE COUNSEL OF RECORD

The defendant, James D. Caldwell, Jr., Attorney General for the State of Louisiana,[1] respectfully moves the Court to issue an order withdrawing Michelle W. Scelson, Esq. (La. Bar Roll No. 33428) and substituting Elizabeth S. Horn, Esq. (La. Bar Roll No. 35829) of the law firm of Stanley, Reuter, Ross, Thornton & Alford, L.L.C., as counsel of record in this matter. In support of this motion, undersigned represents that no delay or prejudice will result from this motion. All other counsel of record for defendant, James D. Caldwell, Jr., Attorney General for the State of Louisiana shall remain counsel of record.

**WHEREFORE,** mover respectfully requests that the Court grant this motion and permit the withdrawal and substitution of counsel, as prayed for herein.

---

[1] Since the filing of this action, James D. Caldwell, Jr., has succeeded Charles C. Foti, Jr., as Louisiana's Attorney General.

Respectfully submitted,

*s/ Michelle W. Scelson*
KURT WALL (La. Bar No. 23349)
Director, Criminal Division
Louisiana Department of Justice
Office of the Attorney General
P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone:    (225) 326-6200
Fax:    (225) 326-6297

       AND

Richard C. Stanley, 8487
William M. Ross, 27064
Michelle W. Scelson, 33428
Elizabeth S. Horn, 35829
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana  70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069
Attorneys for James D. Caldwell, Jr., Attorney General for the State of Louisiana

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                           *s/ Michelle W. Scelson*