UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ALBERT WOODFOX | \* | CIVIL ACTION NO. 3:06-CV-00789 |
| Petitioner, | \* | |
| | \* | DISTRICT JUDGE BRADY |
| VERSUS | \* | |
| | \* | MAGISTRATE JUDGE BOURGEOIS |
| CHARLES C. FOTI, JR., ET AL. | \* | |
| Respondent. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing *Ex Parte* Motion to Withdraw and Substitute Counsel of Record (R. Doc. 312) as substituted (R. Doc. 313),

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Elizabeth S. Horn, Esq. (La. Bar Roll No. 35829) of the law firm of Stanley, Reuter, Ross, Thornton & Alford, L.L.C. is substituted, and Michelle W. Scelson, Esq. (La. Bar Roll No. 33428) is hereby withdrawn as counsel of record for James D. Caldwell, Jr., Attorney General for the State of Louisiana. Kurt Lawrence Wall, Esq., of the Louisiana Attorney General's Office, and Richard C. Stanley, Esq. and William M. Ross, Esq., of Stanley, Reuter, Ross, Thornton & Alford, L.L.C., shall remain counsel of record.

Signed in Baton Rouge, Louisiana, on May 13, 2015.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**